IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | CIVIL ACTION NO.: _____ |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| THE THOMSON CORPORATION, WEST | ) | PLAINTIFF'S RULE 7.1 |
| PUBLISHING CORPORATION, AND WEST | ) | DISCLOSURE STATEMENT |
| SERVICES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff TimeBase Pty Ltd. is organized under the laws of Australia. Plaintiff has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: November 6, 2007                Respectfully submitted,

_____
Michael R. Cunningham
Attorney No. 20424
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 632-3000
Fax: (612) 632-4444
michael.cunningham@gpmlaw.com

Attorneys for Plaintiff TimeBase Pty Ltd.

Of Counsel:

Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
Fax: (312) 236-3137
jhosteny@hosteny.com, gasey@nshn.com
GP:2285286 v1

