IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 0:07-CV-04551 (ADM/AJB) |
| vs. ) | |
| ) | |
| THE THOMSON ) | |
| CORPORATION, WEST ) | |
| PUBLISHING CORPORATION, ) | |
| AND WEST SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2007, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. Defendants' Answer to Plaintiff's Complaint

The following counsel have been served with these documents via CM/ECF:

- Joseph N Hosteny at jhosteny@hosteny.com
- Michael R Cunningham at michael.cunningham@gpmlaw.com

Dated: November 29, 2007                    **FAEGRE & BENSON LLP**


By: *s/Kevin P. Wagner*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn T. Gordon, # 336439
Timothy E. Grimsrud, #34283X
Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2450787.01