1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

2

3     TIMEBASE PTY LTD.,                          07CV1687      (JNE/JJG)

4     v.

5     THE THOMSON CORPORATION,

6

7     _____

      TIMEBASE PTY LTD.,                          07CV4551      (ADM/AJB)

8
      v.
9
      THE THOMSON CORPORATION, WEST
10    PUBLISHING CORPORATION, AND WEST
      SERVICES, INC.,
11

12    _____

13
                **ORDER OF DIRECTION TO THE CLERK OF COURT**
14                 **FOR REASSIGNMENT OF RELATED CASE**

15          Case No. 07cv1687 having been assigned to Judge Joan N. Ericksen and Case No. 07cv4551

16    having later been assigned to Judge Ann D. Montgomery, said matters being related cases,

17          **IT IS HEREBY ORDERED** That Case No 07cv4551 be assigned to Judge Joan N.

18    Ericksen, *nunc pro tunc,* by use of a card on the Patent  list of the automated case assignment

19    system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this

20    Court's Assignment of Cases Order dated June 29, 2006.

21

22
      DATED: November 27, 2007.            s/ Joan N. Ericksen_____
23                                         JOAN N. ERICKSEN, Judge
                                           United States District Court
24

25    DATED: November 28, 2007.            s/Ann D. Montgomery

26                                         _____
                                           ANN D. MONTGOMERY, Judge
27                                         United States District Court

28