UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | Civil No. 07-4551 (JNE/JJG) <br><br> **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |

*Defendant The Thomson Corporation.* Defendant The Thomson Corporation has no parent corporation, and to its knowledge, no publicly held corporation owns 10% or more of its stock.

*Defendants West Publishing Corporation and West Services, Inc.* Thomson Legal and Regulatory Inc. is the parent corporation of defendants West Publishing Corporation and West Services, Inc., and no publicly held corporation owns 10% or more of the stock of defendant West Publishing Corporation or defendant West Services, Inc.

| Dated: January 8, 2008 | **FAEGRE & BENSON LLP** |
|---|---|
| | By: *s/ Shawn Gordon |

Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn Gordon, # 336439
Timothy E. Grimsrud, #34283X
Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2515622.03