# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **Certificate of Service** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

The following counsel have been served with these documents via CM/ECF:

**Joseph N Hosteny**
jhosteny@hosteny.com

**Michael R Cunningham**
michael.cunningham@gpmlaw.com

Dated: January 8, 2008         **FAEGRE & BENSON LLP**

By: s/ *Shawn Gordon*

---

Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn Gordon, # 336439
Timothy E. Grimsrud, #34283X

Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**