# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, <br> WEST PUBLISHING CORPORATION, <br> and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-CV-4551 (JNE/JJG)** <br><br> **DEFENDANTS' MOTION TO CONSOLIDATE WITH CASE NO. 07-CV-1687 AND STAY PENDING REEXAMINATION OF U.S. PATENT NO. 6,233,592** |

Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. hereby move the Court pursuant to Federal Rule of Civil Procedure 16 and the Court's inherent powers for an order consolidating this case with Case No. 07-CV-1687 and staying this case pending the results of the reexamination of U.S. Patent No. 6,223,592 by the PTO, including all appeals. Defendants' motion is based upon the Notice of Hearing on Motion and Motion, Defendants' Memorandum in Support of Motion, the exhibits accompanying the Declaration of Shawn T. Gordon, and on the file, record, and proceedings herein.

Dated: January 10, 2008                    **FAEGRE & BENSON LLP**


*s/ Calvin L. Litsey*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn T. Gordon, # 336439
Timothy E. Grimsrud, #34283X
Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
Fax:  (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**