## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO CONSOLIDATE WITH CASE NO. 07-CV-1687 AND STAY PENDING REEXAMINATION OF U.S. PATENT NO. 6,233,592** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. will appear in the United States District Court for the District of Minnesota before the Honorable Magistrate Judge Jeanne J. Graham on Thursday, January 24, 2008 at 9:00 AM at Courtroom 8E in the Minneapolis Courthouse, to request an order in accordance with the instant Motion to Consolidate with Case No. 07-CV-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592.

| | |
|---|---|
| Dated: January 10, 2008 | **FAEGRE & BENSON LLP** |удь
| | |
| | *s/ Calvin L. Litsey* |
| | Calvin L. Litsey #153746 |
| | David J.F. Gross, #208772 |
| | Shawn T. Gordon, # 336439 |
| | Timothy E. Grimsrud, #34283X |
| | Kevin P. Wagner, # 34008X |
| | |
| | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 766-7000 |
| | Fax: (612) 766-1600 |
| | Email: clitsey@faegre.com |
| | Email: dgross@faegre.com |
| | Email: sgordon@faegre.com |
| | Email: tgrimsrud@faegre.com |
| | Email: kwagner@faegre.com |
| | |
| | **Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.** |