# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

I, Calvin L. Litsey, certify that **Defendants' Memorandum in Support of Motion To Consolidate with Case No. 07-CV-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

      I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

      I further certify that the above referenced document contains 3,575 words, excluding caption and signature block.

Dated: January 10, 2008                    **FAEGRE & BENSON LLP**


*s/ Calvin L. Litsey*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn T. Gordon, # 336439
Timothy E. Grimsrud, #34283X
Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**