# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **DECLARATION OF SHAWN T. GORDON IN SUPPORT OF DEFENDANTS' MOTION TO CONSOLIDATE WITH CASE NO. 07-CV-1687 AND STAY PENDING REEXAMINATION OF U.S. PATENT NO. 6,233,592** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

I, Shawn T. Gordon, declare as follows:

1.  I am an attorney at Faegre & Benson LLP in Minneapolis, Minnesota. I am one of the lawyers representing The Thomson Corporation, West Publishing Corporation, and West Services, Inc. in connection with the above action. This declaration is made on my personal knowledge and belief.

2.  I have attached to this declaration true and correct copies of the following documents:

| | |
|---|---|
| **EXHIBIT NO. 1**: | Australian Securities and Investment Commission Extract for TimeBase Pty Ltd. (dated Nov. 12, 2007) |
| **EXHIBIT NO. 2**: | "About Us" page for Aberdeen Asset Management PLC *available at* http://www.aberdeen-asset.com/aam.nsf/AboutUs/Home |
| **EXHIBIT NO. 3**: | U.S. Patent No. 6,233,592 |

| | |
|---|---|
| **EXHIBIT NO. 4**: | Request for reexamination of U.S. Patent No. 6,233,592 (dated Jan. 25, 2007) |
| **EXHIBIT NO. 5**: | Order granting reexamination of U.S. Patent No. 6,233,592 (dated April 3, 2007) |
| **EXHIBIT NO. 6**: | European Patent Office Communication (dated Jan. 28, 2005) |
| **EXHIBIT NO. 7**: | European Patent Office Communication (dated Jan. 25, 2007) |
| **EXHIBIT NO. 8**: | PAIR Transaction History report for reexamination of U.S. Patent No. 6,233,592 (reexamination number 09/008,450) |
| **EXHIBIT NO. 9**: | U.S. Patent No. 7,293,228 |
| **EXHIBIT NO. 10:** | Overlapping claim terms between U.S. Patent Nos. 6,233,592 and 7,293,228 |
| **EXHIBIT NO. 11:** | Petition to Withdraw from Issue, Request for Continued Examination, and Information Disclosure Statement filed by TimeBase during prosecution of U.S. Patent No. 7,293,228 on Jan. 4, 2007 |
| **EXHIBIT NO. 12:** | Second Notice of Allowance for U.S. Patent No. 7,293,228 (dated Jan. 23, 2007) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 10th day of January 2008 in Minneapolis, Minnesota.

*s/ Shawn T. Gordon*
Shawn T. Gordon

fb.us.2525052.01