# EXHIBIT 1
## TO DECLARATION OF SHAWN T. GORDON

# Historical Company Extract for TIMEBASE PTY LTD

Extracted from ASIC database on 11/12/2007 at 09:12

This computer-produced extract contains information derived from the ASIC database, either from documents lodged with the ASIC (and processed as at the stated date of the extract), or from records supplied by previous State and/or Territory systems. Please inform the ASIC promptly of any error or omission which you may find, so that we can correct it. The Information Division of the Australian Securities and Investments Commission is certified under the Australian Quality Standard AS 3901 (International Standard ISO 9001).

| Current Corporation Details | | Document Number |
|---|---|---|
| Name: | TIMEBASE PTY LTD | 015806359 |
| A.C.N.: | 064360658 | |
| A.B.N.: | 66064360658 | |
| Registered In: | NSW | |
| Registration Date: | 19/04/1994 | |
| Organisation Number Type: | A.C.N. (Australian Company Number) | |
| Review Date: | 19/04/2008 | |
| Details Start Date: | 05/07/2000 | |
| Status: | Registered | |
| Name Start Date: | 05/07/2000 | |
| Type: | Australian Proprietary Company | |
| Class: | Limited by Shares | |
| Subclass: | Proprietary Company | |
| Disclosing Entity: | No | |
| **Former Company Details** | | |
| Details Start Date: | 18/02/1998 | |
| Details End Date: | 04/07/2000 | |
| Name: | TIME BASE PTY LIMITED | 011562604 |
| Status: | Registered | |
| Name Start Date: | 18/02/1998 | |
| Type: | Australian Proprietary Company | |
| Class: | Limited by Shares | |
| Subclass: | Proprietary Company | |
| Disclosing Entity: | No | |
| Details Start Date: | 06/06/1994 | |
| Details End Date: | 17/02/1998 | |
| Name: | AUNTY ABHA'S ELECTRONIC PUBLISHING PTY LTD | 005707641 |
| Status: | Registered | |
| Name Start Date: | 06/06/1994 | |
| Type: | Australian Proprietary Company | |
| Class: | Limited by Shares | |
| Subclass: | Proprietary Company | |
| Disclosing Entity: | No | |
| Details Start Date: | 19/04/1994 | |
| Details End Date: | 05/06/1994 | |
| Name: | AUNTY'S ELECTRONIC PUBLISHING PTY. LIMITED | 004884238 |
| Status: | Registered | |
| Name Start Date: | 19/04/1994 | |
| Type: | Australian Proprietary Company | |
| Class: | Limited by Shares | |
| Subclass: | Exempt Proprietary Company | |
| Disclosing Entity: | No | |

Exhibit 1

| Current Company Addresses | | Document Number |
|---|---|---|
| Address Type: | Registered Office | 7E0922402 |
| Address: | LEVEL 1<br>362 KENT STREET<br>SYDNEY , NSW 2000 | |
| Start Date: | 01/12/2006 | |
| Address Type: | Principal Place of Business | 7E0922402 |
| Address: | LEVEL 1<br>362 KENT STREET<br>SYDNEY , NSW 2000 | |
| Start Date: | 24/11/2006 | |
| Address Type: | Address for ASIC Company Communication | 022793453 |
| Address: | PO BOX A2634<br>SYDNEY SOUTH , NSW 1235 | |
| Start Date: | 20/03/2006 | |

| Former Company Addresses | | Document Number |
|---|---|---|
| Address Type: | Former Registered Office | 0E7357095 |
| Address: | UNIT 4<br>82 CENTENNIAL CIRCUIT<br>BYRON BAY , NSW 2481 | |
| Start Date: | 04/07/2002 | |
| End Date: | 30/11/2006 | |
| Address Type: | Former Registered Office | 0E7287277 |
| Address: | MICHAEL FLANAGAN PUBLIC ACCOUNTANT<br>MICHAEL FLANAGAN ROCHDALE HOUSE<br>158 BALLINA ROAD<br>GOONELLABAH , NSW 2480 | |
| Start Date: | 31/05/2002 | |
| End Date: | 03/07/2002 | |
| Address Type: | Former Registered Office | 0E3329636 |
| Address: | LEVEL 3<br>287 ELIZABETH STREET<br>SYDNEY , NSW 2000 | |
| Start Date: | 16/08/1999 | |
| End Date: | 30/05/2002 | |
| Address Type: | Former Registered Office | 06436065F (AR 1995) |
| Address: | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| Start Date: | 15/12/1995 | |
| End Date: | 15/08/1999 | |
| Address Type: | Former Registered Office | 007577001 |
| Address: | LEVEL 6<br>155 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| Start Date: | 29/04/1994 | |
| End Date: | 14/12/1995 | |
| Address Type: | Former Registered Office | 004884238 |
| Address: | GROUND FLOOR<br>21-23 GROSVENOR STREET<br>NEUTRAL BAY , NSW 2089 | |
| Start Date: | 19/04/1994 | |
| End Date: | 28/04/1994 | |
| Address Type: | Former Principal Place of Business | 06436065M (AR 2002) |
| Address: | UNIT 4<br>82 CENTENNIAL CIRCUIT<br>BYRON BAY , NSW 2481 | |
| Start Date: | 19/04/2002 | |

| Former Company Addresses | | Document Number |
|---|---|---|
| **End Date:** | 23/11/2006 | 0E3329636 |
| **Address Type:** | Former Principal Place of Business | |
| **Address:** | LEVEL 3<br>287 ELIZABETH STREET<br>SYDNEY , NSW 2000 | |
| **Start Date:** | 09/08/1999 | |
| **End Date:** | 18/04/2002 | 0E0702096 (AR 1996) |
| **Address Type:** | Former Principal Place of Business | |
| **Address:** | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Start Date:** | 20/11/1996 | |
| **End Date:** | 08/08/1999 | 06436065F (AR 1995) |
| **Address Type:** | Former Principal Place of Business | |
| **Address:** | LEVEL 7<br>155 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Start Date:** | 05/12/1995 | |
| **End Date:** | 30/10/1996 | 06436065Z (AR 1994) |
| **Address Type:** | Former Principal Place of Business | |
| **Address:** | LEVEL 6<br>155 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Start Date:** | 30/06/1994 | |
| **End Date:** | 07/12/1995 | CLERP7 |
| **Address Type:** | Former Address for ASIC Company Communication | |
| **Address:** | PO BOX 800<br>MURWILLUMBAH , NSW 2484 | |
| **Start Date:** | 28/06/2003 | |
| **End Date:** | 20/03/2006 | |

| Current Company Officers | | Document Number |
|---|---|---|
| **Role:** | Director | 020034329 |
| **Name:** | MULDOON, LEONIE MAREE | |
| **Address:** | 17 DARVALL STREET<br>BALMAIN , NSW 2041 | |
| **Birth Details:** | 05/04/1959 MELBOURNE VIC | |
| **Appointment Date:** | 21/01/2004 | |
| **Role:** | Director | 020034329 |
| **Name:** | MCGRATH, MICHAEL KELLOWAY | |
| **Address:** | 11 KEATS STREET<br>BYRON BAY , NSW 2481 | |
| **Birth Details:** | 13/05/1975 BUTTERWORTH MALAYSIA | |
| **Appointment Date:** | 30/01/2004 | |
| **Role:** | Director | 7E0113668 |
| **Name:** | DOWDING, PETER | |
| **Address:** | 8 CLAUDE AVENUE<br>CREMORNE , NSW 2090 | |
| **Birth Details:** | 08/09/1956 WINDLESHAM, SURREY UNITED KINGDOM | |
| **Appointment Date:** | 18/03/2004 | |
| **Role:** | Secretary | 020034329 |
| **Name:** | MULDOON, LEONIE MAREE | |
| **Address:** | 17 DARVALL STREET<br>BALMAIN , NSW 2041 | |
| **Birth Details:** | 05/04/1959 MELBOURNE VIC | |
| **Appointment Date:** | 21/01/2004 | |
| **Role:** | Alternate Director | 022776572 |

| | Current Company Officers | Document Number |
|---|---|---|
| **Name:** | KURTI, ALBIN | |
| **Address:** | 24 REYNOLDS STREET<br>BALMAIN , NSW 2041 | |
| **Birth Details:** | 29/04/1976 MELBOURNE VIC | |
| **Appointment Date:** | 12/04/2006 | |

| | Former Company Officers | Document Number |
|---|---|---|
| **Role:** | Former Director | 020034329 |
| **Name:** | BODDINGTON, JENNIFER ANNE | |
| **Address:** | 22 BEAUTY POINT ROAD<br>MOSMAN , NSW 2088 | |
| **Birth Details:** | 29/03/1959 OXFORD UNITED KINGDOM | |
| **Appointment Date:** | 12/12/2003 | |
| **Cease Date:** | 18/06/2004 | |
| **Role:** | Former Director | 020034329 |
| **Name:** | DOWDING, PETER | |
| **Address:** | 8 CLAUDE AVENUE<br>CREMORNE , NSW 2090 | |
| **Birth Details:** | 08/09/1956 WINDLESHAM, SURREY UNITED KINGDOM | |
| **Appointment Date:** | 21/01/2004 | |
| **Cease Date:** | 30/01/2004 | |
| **Role:** | Former Director | 015005689 |
| **Name:** | MERSON, DAVID THOMAS | |
| **Address:** | UNIT 26<br>10 PARK AVENUE<br>EAST BRISBANE , QLD 4169 | |
| **Birth Details:** | 29/12/1941 PITTSWORTH QLD | |
| **Appointment Date:** | 25/10/2000 | |
| **Cease Date:** | 21/01/2004 | |
| **Role:** | Former Director | 017715659 |
| **Name:** | NICHOLS, ROBERT | |
| **Address:** | 103 NARRABEEN PARK PARADE<br>WARRIEWOOD , NSW 2102 | |
| **Birth Details:** | 22/09/1968 SYDNEY NSW | |
| **Appointment Date:** | 24/01/2002 | |
| **Cease Date:** | 21/01/2004 | |
| **Role:** | Former Director | 06436065M (AR 2002) |
| **Name:** | CUTHBERTSON, TERRY | |
| **Address:** | 860 DARKWOOD ROAD<br>THORA , NSW 2454 | |
| **Birth Details:** | 19/09/1950 SYDNEY NSW | |
| **Appointment Date:** | 17/07/2002 | |
| **Cease Date:** | 21/01/2004 | |
| **Role:** | Former Director | 018011805 |
| **Name:** | LESSING, ABHA | |
| **Address:** | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| **Birth Details:** | 22/03/1957 LONDON UNITED KINGDOM | |
| **Appointment Date:** | 19/04/1994 | |
| **Cease Date:** | 23/09/2003 | |
| **Role:** | Former Director | 018011805 |
| **Name:** | SCHNELLE, CHRISTOPH | |
| **Address:** | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| **Birth Details:** | 27/09/1959 MARBURG GERMANY | |
| **Appointment Date:** | 21/02/1997 | |
| **Cease Date:** | 23/09/2003 | |

| Former Company Officers | Document Number |
|---|---|
| **Role:** Former Director<br>**Name:** SHIELDS, DAVID<br>**Address:** UNIT 4C<br>10 HILLTOP CRESCENT<br>FAIRLIGHT , NSW 2094<br>**Birth Details:** 12/07/1947 SYDNEY NSW<br>**Appointment Date:** 20/04/2000<br>**Cease Date:** 17/07/2002 | 014503891 |
| **Role:** Former Director<br>**Name:** LORENZ, GENE<br>**Address:** 95 EWART STREET<br>DULWICH HILL , NSW 2203<br>**Birth Details:** 16/03/1964 SYDNEY NSW<br>**Appointment Date:** 20/04/2000<br>**Cease Date:** 21/12/2001 | 014503891 |
| **Role:** Former Director<br>**Name:** WILLEE, PAUL ANDREW<br>**Address:** BALWYN NORTH , VIC 3104<br>**Birth Details:** 20/11/1941 BRIGHTON UNITED KINGDOM<br>**Appointment Date:** 19/04/1994<br>**Cease Date:** 23/02/2000 | 005302385 |
| **Role:** Former Director<br>**Name:** SCHNELLE, CHRISTOPH<br>**Address:** 21 GOWRIE AVENUE<br>BONDI JUNCTION , NSW 2022<br>**Birth Details:** 27/09/1959 MARBURG GERMANY<br>**Appointment Date:** 19/04/1994<br>**Cease Date:** 23/03/1996 | 005302385 |
| **Role:** Former Director<br>**Name:** TRUELOVE, PETER JOHN<br>**Address:** GROUND FLOOR<br>21-23 GROSVENOR STREET<br>NEUTRAL BAY , NSW 2089<br>**Birth Details:** 13/01/1944 SYDNEY NSW<br>**Appointment Date:** 19/04/1994<br>**Cease Date:** 19/04/1994 | 005129200 |
| **Role:** Former Director<br>**Name:** DALGLEISH, ROSS ALEXANDER<br>**Address:** GROUND FLOOR<br>21-23 GROSVENOR STREET<br>NEUTRAL BAY , NSW 2089<br>**Birth Details:** 27/02/1948 HOBART TAS<br>**Appointment Date:** 19/04/1994<br>**Cease Date:** 19/04/1994 | 005129200 |
| **Role:** Former Secretary<br>**Name:** LESSING, ABHA<br>**Address:** 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483<br>**Birth Details:** 22/03/1957 LONDON UNITED KINGDOM<br>**Appointment Date:** 23/03/1996<br>**Cease Date:** 23/09/2003 | 018011805 |
| **Role:** Former Secretary<br>**Name:** MARIANI, PETER LAWRENCE<br>**Address:** 6 ANDRO PLACE<br>WERRINGTON , NSW 2747<br>**Birth Details:** 17/07/1956 WOLLONGONG NSW<br>**Appointment Date:** 23/07/1998<br>**Cease Date:** 19/04/2000 | 0E2135792 |
| **Role:** Former Secretary<br>**Name:** SCHNELLE, CHRISTOPH | 005302385 |

| | Former Company Officers | Document Number |
|---|---|---|
| **Address:** | 21 GOWRIE AVENUE<br>BONDI JUNCTION , NSW 2022 | |
| **Birth Details:** | 27/09/1959 MARBURG GERMANY | |
| **Appointment Date:** | 19/04/1994 | |
| **Cease Date:** | 23/03/1996 | |
| **Role:** | Former Secretary | 005129927 |
| **Name:** | TRUELOVE, PETER JOHN | |
| **Address:** | GROUND FLOOR<br>21-23 GROSVENOR STREET<br>NEUTRAL BAY , NSW 2089 | |
| **Birth Details:** | 13/01/1944 SYDNEY NSW | |
| **Appointment Date:** | 19/04/1994 | |
| **Cease Date:** | 19/04/1994 | |
| **Role:** | Former Alternate Director | 020552461 |
| **Name:** | NICHOLS, ROBERT | |
| **Address:** | 103 NARRABEEN PARK PARADE<br>WARRIEWOOD , NSW 2102 | |
| **Birth Details:** | 22/09/1968 MANLY NSW | |
| **Appointment Date:** | 09/09/2004 | |
| **Cease Date:** | 27/02/2006 | |
| **Role:** | Former Alternate Director | 017715659 |
| **Name:** | NICHOLS, ROBERT | |
| **Address:** | 103 NARRABEEN PARK PARADE<br>WARRIEWOOD , NSW 2102 | |
| **Birth Details:** | 22/09/1968 SYDNEY NSW | |
| **Appointment Date:** | 24/01/2002 | |
| **Cease Date:** | 18/06/2004 | |

| | Current Share Structures | Document Number |
|---|---|---|
| **Share Class:** | ORDA (ORDINARY A CLASS) | 019892180 |
| **Number of Shares Issued:** | 206 | |
| **Amount Paid:** | $ 5009168.23 | |
| **Total Unpaid:** | $ 0.00 | |
| **Share Class:** | ORDB (ORDINARY B CLASS) | 019892180 |
| **Number of Shares Issued:** | 54 | |
| **Amount Paid:** | $ 4853.77 | |
| **Total Unpaid:** | $ 0.00 | |

Note: For each class of shares issued by a proprietary company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth-ranked member will also be recorded by ASIC on the database. Where available, historical records show when a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

| | Former Share Structures | Document Number |
|---|---|---|
| **Share Class:** | ORD (ORDINARY SHARES) | 06436065Z (AR 1994) |
| **Number of Shares Issued:** | 100 | |
| **Amount Paid:** | $ 100.00 | |
| **Total Unpaid:** | $ 0.00 | |
| **Share Class:** | ORD1 (ORDINARY SHARES) | 06436065L (AR 2001) |
| **Number of Shares Issued:** | 156 | |
| **Amount Paid:** | $ 14022.00 | |
| **Total Unpaid:** | $ 0.00 | |
| **Share Class:** | PRF (PREFERENCE SHARES) | 06436065L (AR 2001) |

| Former Share Structures | | Document Number |
|---|---|---|
| **Number of Shares Issued:** | 104 | |
| **Amount Paid:** | $ 5000000.00 | |
| **Total Unpaid:** | $ 0.00 | |

Note: For each class of shares issued by a company, ASIC records the details of the top twenty members of the class (based on shareholdings). The details of any other members holding the same number of shares as the twentieth-ranked member will also be recorded by ASIC on the database. Where available, historical records show when a member has ceased to be ranked amongst the top twenty members. This may, but does not necessarily mean, that they have ceased to be a member of the company.

| Current Shareholders | | Document Number |
|---|---|---|
| **Class:** | ORDA | 019952438 |
| **Number Held:** | 206 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 076098596 | |
| **Org Name:** | ABERDEEN FUND MANAGERS AUSTRALIA LIMITED | |
| **Address:** | LEVEL 21<br>83 CLARENCE STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORDB | 019892180 |
| **Number Held:** | 1 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | MCGRATH, MICHAEL KELLOWAY | |
| **Address:** | TIMEBASE PTY LTD<br>UNIT<br>4 CENTRAL CIRCUIT<br>BYRON BAY , NSW 2481 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORDB | 019892180 |
| **Number Held:** | 1 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | ARMITAGE, GILLIAN MARY | |
| **Address:** | 37 BROUGHTON STREET<br>DRUMMOYNE , NSW 2047 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORDB | 019952438 |
| **Number Held:** | 52 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | MULDOON, LEONIE | |
| **Address:** | 17 DARVALL STREET<br>BALMAIN , NSW 2041 | |
| **Joint Holding Indicator:** | No | |

| Former Shareholders | | Document Number |
|---|---|---|
| **Class:** | ORDA | 019892180 |
| **Number Held:** | 66 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | LESSING, ABHA | |

| Former Shareholders | | Document Number |
|---|---|---|
| Address: | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| Joint Holding Indicator: | No | |
| Class: | ORDA | 019892180 |
| Number Held: | 36 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | SCHNELLE, CHRISTOPH | |
| Address: | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| Joint Holding Indicator: | No | |
| Class: | ORDB | 019892180 |
| Number Held: | 14 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | MARIANI, PETER | |
| Address: | 6 ANDRO PLACE<br>WERRINGTON , NSW 2747 | |
| Joint Holding Indicator: | No | |
| Class: | ORDB | 019892180 |
| Number Held: | 6 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| A.C.N.: | 093176982 | |
| Org Name: | RDG PTY LTD | |
| Address: | UNIT 4<br>82 CENTENNIAL CIRCUIT<br>BYRON BAY , NSW 2481 | |
| Joint Holding Indicator: | No | |
| Share Issuer Org Number Type: | A.C.N. (Australian Company Number) | |
| Class: | ORDB | 019892180 |
| Number Held: | 22 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | WILLEE, PAUL ANDREW | |
| Address: | 32 CORBY STREET<br>BALWYN NORTH , VIC 3104 | |
| Joint Holding Indicator: | No | |
| Class: | ORDB | 019892180 |
| Number Held: | 10 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | SCHNELLE, CHRISTOPH | |
| Address: | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| Joint Holding Indicator: | No | |
| Class: | ORD1 | 0E1321258 (AR 1997) |
| Number Held: | 22 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | WILLEE, PAUL ANDREW | |
| Address: | 32 CORBY STREET<br>BALWYN NORTH , VIC 3104 | |
| Joint Holding Indicator: | No | |
| Class: | ORD1 | 0E2335592 (AR 1998) |
| Number Held: | 1 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | ARMITAGE, GILLIAN MARY | |

|  | **Former Shareholders** | **Document Number** |
|---|---|---|
| **Address:** | 37 BROUGHTON STREET<br>DRUMMOYNE , NSW 2047 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 0E2335592 (AR 1998) |
| **Number Held:** | 14 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | MARIANI, PETER LAWRENCE | |
| **Address:** | 6 ANDRO PLACE<br>WERRINGTON , NSW 2747 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 06436065L (AR 2001) |
| **Number Held:** | 1 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | MCGRATH, MICHAEL KELLOWAY | |
| **Address:** | UNIT 7<br>8 MANSFIELD STREET<br>GLEBE , NSW 2037 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 06436065M (AR 2002) |
| **Number Held:** | 6 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 093176982 | |
| **Org Name:** | RDG PTY LTD | |
| **Address:** | SUITE<br>3 THE TERRACE<br>NEW BRIGHTON , NSW 2483 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORD1 | 06436065M (AR 2002) |
| **Number Held:** | 46 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | SCHNELLE, CHRISTOPH | |
| **Address:** | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 06436065M (AR 2002) |
| **Number Held:** | 66 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | LESSING, ABHA | |
| **Address:** | 280 BURRINGBAR ROAD<br>BURRINGBAR , NSW 2483 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | PRF | 06436065L (AR 2001) |
| **Number Held:** | 104 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 076098596 | |
| **Org Name:** | ABERDEEN FUND MANAGERS AUSTRALIA LIMITED | |
| **Address:** | MORGAN GRENFELL (AUSTRALIA) LIMITED<br>LEVEL 21<br>83 CLARENCE STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORD1 | 0E3465301 (AR 1999) |

| Former Shareholders | | Document Number |
|---|---|---|
| **Number Held:** | 6 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 003155324 | |
| **Org Name:** | SCANTEXT PTY LTD | |
| **Address:** | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORD1 | 0E2335592 (AR 1998) |
| **Number Held:** | 34 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | LESSING, ABHA | |
| **Address:** | 7 HOUGH STREET<br>BONDI JUNCTION , NSW 2022 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 0E2335592 (AR 1998) |
| **Number Held:** | 70 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 003155324 | |
| **Org Name:** | SCANTEXT PTY LTD | |
| **Address:** | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORD1 | 0E1321258 (AR 1997) |
| **Number Held:** | 11 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | MARIANI, PETER | |
| **Address:** | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 0E1321258 (AR 1997) |
| **Number Held:** | 33 | |
| **Beneficially Held:** | Yes | |
| **Fully Paid:** | Yes | |
| **Shareholder Name:** | LESSING, ABHA | |
| **Address:** | 7 HOUGH STREET<br>BONDI JUNCTION , NSW 2022 | |
| **Joint Holding Indicator:** | No | |
| **Class:** | ORD1 | 0E1321258 (AR 1997) |
| **Number Held:** | 56 | |
| **Beneficially Held:** | No | |
| **Fully Paid:** | Yes | |
| **A.C.N.:** | 003155324 | |
| **Org Name:** | SCANTEXT PTY LTD | |
| **Address:** | LEVEL 7<br>209 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| **Joint Holding Indicator:** | No | |
| **Share Issuer Org Number Type:** | A.C.N. (Australian Company Number) | |
| **Class:** | ORD1 | 0E0702096 (AR 1996) |
| **Number Held:** | 20 | |
| **Beneficially Held:** | Yes | |

| | Former Shareholders | Document Number |
|---|---|---|
| Fully Paid: | Yes | |
| Shareholder Name: | WILLEE, PAUL ANDREW | |
| Address: | 32 CORBY STREET<br>BALWYN NORTH , VIC 3104 | |
| Joint Holding Indicator: | No | |
| Class: | ORD1 | 0E0702096 (AR 1996) |
| Number Held: | 31 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | LESSING, ABHA | |
| Address: | 7 HOUGH STREET<br>BONDI JUNCTION , NSW 2022 | |
| Joint Holding Indicator: | No | |
| Class: | ORD1 | 0E0702096 (AR 1996) |
| Number Held: | 49 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Org Name: | SCANTEXT PTY LTD ATF SCANTEXT UNIT TRUST | |
| Address: | UNIT 7<br>181 HIGH STREET<br>WILLOUGHBY , NSW 2068 | |
| Joint Holding Indicator: | No | |
| Class: | ORD | 06436065Z (AR 1994) |
| Number Held: | 20 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | LESSING, ABHA | |
| Address: | 21 GOWRIE AVENUE<br>BONDI JUNCTION , NSW 2022 | |
| Joint Holding Indicator: | No | |
| Class: | ORD | 06436065Z (AR 1994) |
| Number Held: | 20 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | SCHNELLE, CHRISTOPH | |
| Address: | 21 GOWRIE AVENUE<br>BONDI JUNCTION , NSW 2022 | |
| Joint Holding Indicator: | No | |
| Class: | ORD | 06436065Z (AR 1994) |
| Number Held: | 20 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| Shareholder Name: | WILLEE, PAUL ANDREW | |
| Address: | 32 CORBY STREET<br>BALWYN NORTH , VIC 3104 | |
| Joint Holding Indicator: | No | |
| Class: | ORD | 06436065Z (AR 1994) |
| Number Held: | 40 | |
| Beneficially Held: | Yes | |
| Fully Paid: | Yes | |
| A.C.N.: | 003155324 | |
| Org Name: | SCANTEXT PTY LTD | |
| Address: | LEVEL 6<br>155 CASTLEREAGH STREET<br>SYDNEY , NSW 2000 | |
| Joint Holding Indicator: | No | |
| Share Issuer Org Number Type: | A.C.N. (Australian Company Number) | |

|   | Charges and Related Documents | Document Number |
|---|---|---|
| **ASIC Charge Number:** | 683286 | |
| **Charge Status:** | Satisfied | |
| **Charge Type (fixed/floating):** | Both Fixed and Floating | |
| **Time Registered:** | 10:39 | |
| **Date Registered:** | 16/02/1999 | |
| **Date Created:** | 07/01/1999 | |
| **Chargee/Trustee:** | 55513070  ST.GEORGE BANK LIMITED | |

**Documents:**

| Form Code: 309 | 45 Pages | Lodged: 16/02/1999 | Processed: 16/02/1999 | 015163265 |
|---|---|---|---|---|
| 309 NOTIFICATION OF 309A DETAILS OF A CHARGE | | | | |
| Form Code: 312 | 1 Page | Lodged: 23/07/2002 | Processed: 23/07/2002 | 017776554 |
| 312 NOTIFICATION OF 312A DISCHARGE | | | | |

| | | |
|---|---|---|
| **ASIC Charge Number:** | 989705 | |
| **Charge Status:** | Registered | |
| **Charge Type (fixed/floating):** | Both Fixed and Floating | |
| **Time Registered:** | 11:47 | |
| **Date Registered:** | 30/10/2003 | |
| **Date Created:** | 30/09/2003 | |
| **Chargee/Trustee:** | 76098596  ABERDEEN FUND MANAGERS AUSTRALIA LIMITED | |

**Document:**

| Form Code: 309 | 27 Pages | Lodged: 30/10/2003 | Processed: 30/10/2003 | 019004817 |
|---|---|---|---|---|
| 309 NOTIFICATION OF 309A DETAILS OF A CHARGE | | | | |

| | | |
|---|---|---|
| **ASIC Charge Number:** | 997555 | |
| **Charge Status:** | Registered | |
| **Charge Type (fixed/floating):** | Both Fixed and Floating | |
| **Time Registered:** | 10:50 | |
| **Date Registered:** | 26/11/2003 | |
| **Date Created:** | 10/10/2003 | |
| **Chargee/Trustee:** | 76098596  ABERDEEN FUND MANAGERS AUSTRALIA LIMITED | |

**Document:**

| Form Code: 309 | 27 Pages | Lodged: 26/11/2003 | Processed: 26/11/2003 | 018995444 |
|---|---|---|---|---|
| 309 NOTIFICATION OF 309A DETAILS OF A CHARGE | | | | |

|   | Document List | | | | |
|---|---|---|---|---|---|
| **Form Type** | **Pages** | **Received** | **Processed** | **Effective** | **Document Number** |
| 309 | 45 | 16/02/1999 | 16/02/1999 | | 015163265 |
| | 309 NOTIFICATION OF | | | | |
| | 309A DETAILS OF A CHARGE | | | | |
| 312 | 1 | 23/07/2002 | 23/07/2002 | | 017776554 |
| | 312 NOTIFICATION OF | | | | |
| | 312A DISCHARGE | | | | |
| 309 | 27 | 30/10/2003 | 30/10/2003 | | 019004817 |
| | 309 NOTIFICATION OF | | | | |
| | 309A DETAILS OF A CHARGE | | | | |

| Form Type | Pages | Received | Processed | Effective | Document Number |
|---|---|---|---|---|---|
| 309 | 27 | 26/11/2003 | 26/11/2003 | | 018995444 |
| | 309 NOTIFICATION OF | | | | |
| | 309A DETAILS OF A CHARGE | | | | |
| 484 | 2 | 24/11/2006 | 24/11/2006 | 24/11/2006 | 7E0922402 |
| | 484 Change to Company Details | | | | |
| | 484B Change of Registered Address | | | | |
| | 484C Change of Principal Place of Business (Address) | | | | |
| 484 | 3 | 13/04/2006 | 05/05/2006 | 13/04/2006 | 022776572 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 484 | 4 | 09/03/2006 | 17/03/2006 | 09/03/2006 | 019827438 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 484 | 3 | 16/09/2004 | 24/09/2004 | 16/09/2004 | 020552461 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 484 | 3 | 22/06/2004 | 22/06/2004 | 22/06/2004 | 020428398 |
| | 484E Change to Company Details Appointment or Cessation of A Company Officeholder | | | | |
| 484 | 2 | 19/03/2004 | 19/03/2004 | | 7E0113668 |
| | 484E CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A COMPANY OFFICEHOLDER | | | | |
| 484 | 15 | 04/02/2004 | 05/02/2004 | 12/12/2003 | 020034329 |
| | 484E CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A COMPANY OFFICEHOLDER | | | | |
| 484 | 14 | 05/01/2004 | 08/01/2004 | 05/12/2003 | 019952438 |
| | 484N CHANGE TO COMPANY DETAILS CHANGES TO (MEMBERS) SHARE HOLDINGS | | | | |
| 211 | 12 | 28/11/2003 | 04/12/2003 | 04/11/2003 | 019892180 |
| | 211 RETURN SHOWING DIVISION OR CONVERSION OF SHARES INTO CLASSES | | | | |
| 484 | 6 | 25/11/2003 | 27/11/2003 | 23/09/2003 | 019098433 |
| | 484E CHANGE TO COMPANY DETAILS APPOINTMENT OR CESSATION OF A COMPANY OFFICEHOLDER | | | | |
| 316 | 4 | 10/09/2002 | 04/02/2003 | 03/09/2002 | 06436065M |
| | 316 ANNUAL RETURN | | | | |
| | 316T CHANGE TO PRINCIPAL PLACE OF BUSINESS | | | | |
| | 316C CHANGE TO OFFICEHOLDERS | | | | |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 203 | 1 | 27/06/2002 | 27/06/2002 | 27/06/2002 | 0E7357095 |
| | 203A NOTIFICATION OF CHANGE OF ADDRESS | | | | |
| 203 | 1 | 24/05/2002 | 24/05/2002 | 23/05/2002 | 0E7287277 |
| | 203A NOTIFICATION OF CHANGE OF ADDRESS | | | | |
| 304 | 2 | 04/03/2002 | 11/03/2002 | 27/02/2002 | 018011805 |
| | 304C NOTIFICATION OF CHANGE OF NAME OR ADDRESS OF OFFICEHOLDER | | | | |
| 304 | 2 | 31/01/2002 | 14/02/2002 | 21/12/2001 | 017715659 |
| | 304 NOTIFICATION OF | | | | |
| | 304A CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| | 304E CHANGE TO ALTERNATE DIRECTOR OF AUSTRALIAN COMPANY | | | | |

| Form Type | Pages | Received | Processed | Effective | Document Number |
|---|---|---|---|---|---|
| 316 | 4 | 24/12/2001 | 03/01/2002 | 17/12/2001 | 06436065L |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 207 | 1 | 07/05/2001 | 17/05/2001 | 24/04/2001 | 017301821 |
| | 207 NOTIFICATION OF SHARE ISSUE | | | | |
| 316 | 4 | 26/02/2001 | 03/04/2001 | 23/02/2001 | 06436065K |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 304 | 2 | 02/11/2000 | 16/11/2000 | 25/10/2000 | 015005689 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 205 | 1 | 05/07/2000 | 05/07/2000 | 02/06/2000 | 015806359 |
| | 205A NOTIFICATION OF RESOLUTION CHANGING COMPANY NAME | | | | |
| 207 | 1 | 10/05/2000 | 18/05/2000 | 24/11/1999 | 016185665 |
| | 207 NOTIFICATION OF SHARE ISSUE | | | | |
| 304 | 2 | 08/05/2000 | 15/05/2000 | 20/04/2000 | 014503891 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 207 | 1 | 08/05/2000 | 12/05/2000 | 20/04/2000 | 014503892 |
| | 207 NOTIFICATION OF SHARE ISSUE | | | | |
| 370 | 2 | 26/04/2000 | 02/05/2000 | 26/04/2000 | 016178446 |
| | 370 NOTIFICATION BY OFFICEHOLDER OF RESIGNATION OR RETIREMENT | | | | |
| 370 | 2 | 02/03/2000 | 20/03/2000 | 02/03/2000 | 0E4345874 |
| | 370 NOTIFICATION BY OFFICEHOLDER OF RESIGNATION OR RETIREMENT | | | | |
| 304 | 1 | 28/02/2000 | 28/02/2000 | 23/02/2000 | 0E4335260 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 207 | 1 | 08/12/1999 | 08/12/1999 | 24/11/1999 | 0E3815070 |
| | 207 NOTIFICATION OF SHARE ISSUE | | | | |
| 316 | 3 | 15/09/1999 | 15/09/1999 | 15/09/1999 | 0E3465301 |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 203 | 1 | 09/08/1999 | 09/08/1999 | 09/08/1999 | 0E3329636 |
| | 203 NOTIFICATION OF | | | | |
| | 203A CHANGE OF ADDRESS | | | | |
| | 203G CHANGE OF ADDRESS - PRINCIPAL PLACE OF BUSINESS | | | | |
| 304 | 1 | 23/02/1999 | 25/02/1999 | 19/02/1999 | 0E3006743 |
| | 304C NOTIFICATION OF CHANGE OF NAME OR ADDRESS OF OFFICEHOLDER | | | | |
| 304 | 1 | 23/02/1999 | 25/02/1999 | 19/02/1999 | 0E3006742 |
| | 304C NOTIFICATION OF CHANGE OF NAME OR ADDRESS OF OFFICEHOLDER | | | | |
| 316 | 3 | 07/10/1998 | 07/10/1998 | 31/08/1998 | 0E2335592 |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 304 | 1 | 23/07/1998 | 24/07/1998 | 23/07/1998 | 0E2135792 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 207 | 2 | 12/06/1998 | 12/06/1998 | 03/06/1998 | 0E2057242 |
| | 207 NOTIFICATION OF ALLOTMENT OF SHARES | | | | |

| Form Type | Pages | Received | Processed | Effective | Document Number |
|---|---|---|---|---|---|
| 245 | 1 | 18/02/1998 | 18/02/1998 | 18/02/1998 | 011562685 |
| | 245 CERTIFICATE OF REGISTRATION ON CHANGE OF NAME | | | | |
| 207 | 2 | 27/01/1998 | 03/02/1998 | 13/01/1998 | 013674059 |
| | 207 NOTIFICATION OF ALLOTMENT OF SHARES | | | | |
| 410 | 1 | 19/01/1998 | 03/02/1998 | 19/01/1998 | 013516356 |
| | 410B APPLICATION FOR RESERVATION OF A NEW NAME UPON CHANGE OF NAME | | | | |
| 205 | 2 | 19/01/1998 | 18/02/1998 | 12/01/1998 | 011562604 |
| | 205A NOTIFICATION OF RESOLUTION CHANGING COMPANY NAME | | | | |
| 207 | 2 | 19/08/1997 | 19/08/1997 | 11/08/1997 | 0E1321259 |
| | 207 NOTIFICATION OF ALLOTMENT OF SHARES | | | | |
| 316 | 4 | 19/08/1997 | 19/08/1997 | 11/08/1997 | 0E1321258 |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 207 | 2 | 29/04/1997 | 29/04/1997 | 17/04/1997 | 0E1132933 |
| | 207 NOTIFICATION OF ALLOTMENT OF SHARES | | | | |
| 304 | 1 | 26/02/1997 | 26/02/1997 | 21/02/1997 | 0E1089682 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 902 | 1 | 19/11/1996 | 20/11/1996 | 19/11/1996 | 0E0736810 |
| | 902 SUPPLEMENTARY DOCUMENT Alters 0E0 453 740 | | | | |
| 316 | 4 | 31/10/1996 | 20/11/1996 | 31/10/1996 | 0E0702096 |
| | 316L ANNUAL RETURN - PROPRIETARY COMPANY | | | | |
| 304 | 1 | 07/04/1996 | 09/04/1996 | 02/04/1996 | 0E0453740 |
| | 304C NOTIFICATION OF CHANGE OF NAME OR ADDRESS OF OFFICEHOLDER Altered by 0E0 736 810 | | | | |
| 304 | 1 | 02/04/1996 | 02/04/1996 | 23/03/1996 | 0E0452421 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 316 | 5 | 08/12/1995 | 14/12/1995 | 05/12/1995 | 06436065F |
| | 316 ANNUAL RETURN | | | | |
| | 316A CHANGE OF REGISTERED OFFICE ADDRESS | | | | |
| | 316P CHANGE OF NAME OR ADDRESS OF OFFICEHOLDER | | | | |
| | 316L ANNUAL RETURN | | | | |
| 316 | 5 | 20/01/1995 | 21/02/1995 | 31/12/1994 | 06436065Z |
| | 316L ANNUAL RETURN | | | | |
| 245 | 1 | 06/06/1994 | 06/06/1994 | 06/06/1994 | 005707648 |
| | 245 CERTIFICATE OF REGISTRATION ON CHANGE OF NAME | | | | |
| 205 | 1 | 06/06/1994 | 06/06/1994 | 01/06/1994 | 005707641 |
| | 205A NOTIFICATION OF RESOLUTION CHANGING COMPANY NAME | | | | |
| 410 | 1 | 06/06/1994 | 06/06/1994 | 06/06/1994 | 005707642 |
| | 410B APPLICATION FOR RESERVATION OF A NEW NAME UPON CHANGE OF NAME | | | | |
| 304 | 3 | 02/05/1994 | 12/05/1994 | 19/04/1994 | 005302385 |
| | 304A NOTIFICATION OF CHANGE TO OFFICEHOLDERS OF AUSTRALIAN COMPANY | | | | |
| 209 | 1 | 22/04/1994 | 22/04/1994 | 19/04/1994 | 007577002 |

| Form Type | Pages | Received | Processed | Effective | Document Number |
|---|---|---|---|---|---|
| | 209 NOTICE OF REDEMPTION OF REDEEMABLE PREFERENCE SHARES | | | | |
| 203 | 1 | 22/04/1994 | 27/04/1994 | 19/04/1994 | 007577001 |
| | 203A NOTIFICATION OF CHANGE OF ADDRESS | | | | |
| 207 | 3 | 22/04/1994 | 22/04/1994 | 19/04/1994 | 007577005 |
| | 207 NOTIFICATION OF ALLOTMENT OF SHARES | | | | |
| 356 | 1 | 22/04/1994 | 26/04/1994 | 19/04/1994 | 005129200 |
| | 356 NOTICE OF RETIREMENT OF DIRECTOR | | | | |
| 215 | 1 | 22/04/1994 | 22/04/1994 | 19/04/1994 | 005129927 |
| | 215 NOTIFICATION OF INITIAL APPOINTMENT OF OFFICEHOLDERS | | | | |
| 204 | 1 | 19/04/1994 | 19/04/1994 | 19/04/1994 | 005214548 |
| | 204 CERTIFICATE OF REGISTRATION DIVISION 1 PT 2.2 | | | | |
| 201 | 4 | 19/04/1994 | 19/04/1994 | 19/04/1994 | 004884238 |
| | 201C APPLICATION FOR REGISTRATION AS A PROPRIETARY COMPANY | | | | |
| 410 | 1 | 19/04/1994 | 19/04/1994 | 19/04/1994 | 004884239 |
| | 410A APPLICATION FOR RESERVATION OF A NAME OF A NEW AUSTRALIAN COMPANY | | | | |

* * * * End of Report * * * *