# EXHIBIT 2
# TO DECLARATION
# OF SHAWN T. GORDON



## Company Overview

Aberdeen Asset Management PLC is an international investment management group, managing assets for both institutions and private individuals from offices around the world.

**Total Group Funds Under Management and Advice**

£95.3 billion
US$194.2 billion
€136.5 billion

Source: Aberdeen Asset Management PLC 30 September 2007

**Aberdeen Group Presenter**

## What we offer

Aberdeen manages assets for both institutional and retail clients from offices around the world. Find out more by visiting our client websites.

| Institutional Investors |
| Individual Investors and Advisers |

### Our Clients

Our largest clients are institutional investors including governments, national pension schemes, listed investment companies and charities. **View our Group Profile**

### Investor Relations

Find out more about Aberdeen Asset Management, view financial information and meet our Board of Directors. **Visit our Investor Relations website**

### Latest Sponsorship News

Colin Montgomerie helps Scotland win the World Cup of Golf. **more**



Exhibit 2