# EXHIBIT 8
# TO DECLARATION
# OF SHAWN T. GORDON


**Portal Home** | **Patents** | **Trademarks** | **Other**

**Patent eBusiness**
- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

**Patent Information**
Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

**Patent Searches**
Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

**Other**
Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**

Order Certified Application As Filed   Order Certified File Wrapper   View Ord

**90/008,450**   **SYSTEM FOR ELECTRONIC PUBLISHING**

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

## Transaction History

| Date | Transaction Description |
|---|---|
| 06-25-2007 | Date Forwarded to Examiner |
| 04-25-2007 | Correspondence Address Change |
| 04-25-2007 | Change in Power of Attorney (May Include Associate POA) |
| 04-03-2007 | Determination -- Reexam Ordered |
| 04-24-2007 | Notice of Reexam Published in Official Gazette |
| 03-26-2007 | Reexam Litigation Search Conducted |
| 02-07-2007 | Case Docketed to Examiner in GAU |
| 02-05-2007 | Completion of Preprocessing - Released to Assigned GAU |
| 02-05-2007 | Notice of assignment of reexamination request |
| 02-05-2007 | Notice of reexamination request filing date |
| 02-05-2007 | Title Report |
| 01-29-2007 | Reexamination requested by third party requester |
| 02-05-2007 | Application Is Now Complete |
| 01-29-2007 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Cente (UCC) .
- If you experience technical difficulties or problems with this application, plea report them via e-mail to Electronic Business Support or call 1 800-786-919

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While w promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Exhibit 8