**19**

contains the section of the amending act that created this particular version, the next field contains the day this version became superseded, another field contains the subject(s) this version addresses, another field contains the case(s) that have addressed this version of section 6 and so on. Storing the data in this way allows multidimensional database techniques to be applied to the data.

An XML DTD for implementing the second embodiment is set forth in Appendix E. It will be apparent to one skilled in the art that the second embodiment may be readily implemented in view of the foregoing description of the first embodiment, which is not repeated here for the purpose of brevity, and in view of the accompanying DTD set out in Appendix E.

The foregoing only describes a small number of embodiments of the invention, and modifications and changes apparent to those skilled in the art can be made thereto without departing from the scope and spirit of the invention. For example, the embodiments of the invention have been described with reference to SGML. The embodiments may alternatively be practiced with the extensible markup language (XML) as well. Also, the embodiments may alternatively be practiced with a Style Sheet Mechanism (SSM) instead of, or in addition to, one or more DTDs.

A method, apparatus and computer program product for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language are disclosed. In the following description, numerous specific details are set forth. However, it will be apparent to those skilled in the art in view of this disclosure that changes may be made without departing from the scope and spirit of the invention. In other instances, well known features have not been described in detail so as not to obscure the invention. Whilst the invention may be preferably practised on flat files, it will be apparent to a person skilled in the art that the invention may also be practised on databases. A database may be constructed from sets of flat file records. A relational database is a collection of related tables, each table being a set of flat files having the same structure. The method includes the step of: displaying a selected one of the predefined portions in a first display region. The display region preferably takes the form of an area of real estate on a computer screen (henceforth referred to as the "content frame"). The method also includes the step of displaying a view into a primary axis of the multidimensional space in which the displayed preferred portion is clearly marked. This second area of the computer screen shall be referred to as the "reference frame". Each frame has an associated "anchor", which is a title bar clearly indicating the nature of the view currently displayed in the frame. The reference anchor also contains tools for navigating the displayed axis. The method also includes the step of displaying a point on a primary axis of the multidimensional space for the displayed predefined portion.

The method may be enhanced by displaying a second point on a second axis which relates to the first axis at the first point. The second axis represents time-based versions of the selected one of the predefined portions. Alternatively, the second axis represents amending legislation that was applied to the selected one of the predefined portions. In another example, the second axis represents case law that applied the selected one of the predefined portions. In further example, the second axis represents annotations to the selected one of the redefined portions. In a yet further example, the second axis represents entries of a subject index that are covered in the selected one of the predefined portions.

**20**

The embodiment of the present invention allows for a primary axis (the combined hierarchical/sequential or normal axis). A "base node" may be selected by navigating the primary axis. The method then allows for one of a number of potential axes (associated with the base node) to be selected and subsequently navigated. The selection is accomplished by means of activating "links" in the displayed base node. The reference frame is redrawn to give a view of the members of the selected axis and one member of that axis is displayed. At any point it is possible to return to the primary axis and select a new base node. Alternatively, the currently displayed base node may be chosen as a new base node from which subsequent axes are derived. In this manner, any number of axes may be displayed and navigated without increasing the complexity of the screen view (i.e. only two frames are ever required). It is this quality which allows a complex dataset to be navigated by a non-specialist end user.

By way of example, a user may select a first node, corresponding to a provision, in the multidimensional space. The first node's locator is displayed in a first anchor to provide the user with a first point of reference. If the user is interested in different versions of the provision, the user may then move to second node on an orthogonal axis, being the Versions axis. The first anchor is updated and displays the locator of the second node. A second anchor displays the locator of the first node. The second anchor also displays the relationship between the first node and the second node. The user is provided with information which indicates the original provision that was being studied, the provision currently being studied and the current provision's relationship to the original provision. Thus, the first and second anchors and the information provided therein enable the user to navigate the multidimensional space.

Where reference is made in any one or more of the accompanying drawings to steps and/or features, which have the same reference numerals, those steps and/or features have for the purposes of this description the same function(s) or operation(s), unless the contrary intention appears.

The principles of the preferred method described herein have general applicability to electronic publishing. However, for ease of explanation, the steps of the preferred method are described with reference to navigating in a MALT publication. However, it is not intended that the present invention be limited to the described method. It will be appreciated by those skilled in the art that a publication could include a document or a database. The invention may apply to any hierarchical XML data where any of the nodes may change independently of other nodes in the hierarchy. Typical examples might include manuals and newspapers. For example, the invention may have application to the production and display of aircraft manuals. In this case, each node would be a set of maintenance instructions for a part or assembly. The axes might be part number; category (electrical, structural, etc.); location (Boeing 737, wing, wingtip assembly, eddy baffle, securing flange AX-703); airline (United, QANTAS); language (English, French). Since each commercial aircraft is in effect a one-off construct, the basic information needs to be reconfigured for each plane, each airline, etc.

Before proceeding with a description of the embodiments, a brief review of terminology is discussed hereinafter. A dataset refers to the complete set of data that is to be navigated. A dataset has a complete set of discrete objects called nodes. The dataset may be viewed as a sparse multidimensional matrix, as is produced using the MALT pub-

lishing method. In the example of this specification, the dataset preferably refers to a body of legislation designed for point in time searching.

A node preferably corresponds to a particular legislative provision at a particular date. A base node is a particular node from which one or more viewing axes may be derived.

A viewing axis is an ordered set of nodes derived from a single base node. The base node itself may or may not constitute part of the axis. For example, given a particular provision in time, three possible viewing axes are: the set of all provisions in force on the same date as the base node; the set of versions of the base provision in time; and the set of amending provisions most recently applied to the base provision. Further viewing axes may be practised, and may include case law that applied the provision, annotations to the provision and entries of a subject index that are covered in the provision.

A provision, for the purposes of this system, is a unit of legislation having a heading and/or content, but not including text belonging to any sub-provision that is a predefined portion of text. A provision may be an Act, a schedule, a chapter, a section or other legislative unit. A provision has a scope in time, such that when a provision is amended, a new provision is created. A provision corresponds to a set of nodes, each node corresponding to a range of dates in the scope of the provision.

Scope refers to a period of time during which a provision is in force. Thus, a given scope is usually expressed as start and end dates. A provision's scope is determined by the dates on which the provision commenced, was amended and/or was repealed.

A locator is an identifier that is used to locate a particular node. For example, a locator may be a date, or a position such as the name of an Act and a section number.

Multi-axis Viewing Interface

Using the publication of legislation as an example, a provision is defined as being an amendable unit of legislation. At any given moment, the body of active legislation can be divided into provisions. Provisions also have a scope in time, so that when a provision is amended, the current provision goes out of scope and a new provision is created. The nodes of the dataset in this example are provisions with an associated date. Two locators are required to specify a particular node uniquely: a position (such as act and section number) and a date.

There are a number of viewing axes associated with each node. As indicated in the explanation of terminology above, a viewing axis is defined as an ordered set of nodes that can be derived from the current node. When XML data is converted to a series of flat files, viewing axes are derived from the current node as a result of an intersection between two flat files. Two flat files intersect if common entries are contained in the fields of the respective flat files. For example, a legislation flat file may contain a field "identifiers of cases that apply this provision". The legislation flat file shares a common entry with a case law flat file. Alternatively, the legislation flat file may contain a field "subjects covered in the provision". In this example, the legislation flat file shares a common entry with a subject index flat file. Alternatively, an amending legislation flat file may have a field "Identifiers of provisions amended by this provision" and share a common entry with the legislation flat file.

In a preferred example, seven such viewing axes are:
Sequential ( . . . ; s 26; s 27; s 27A; . . . ),
Hierarchical ( . . . ; Corporations Act 1989; Part 2; Division 2.1; s 27),

Temporal (the set of versions of the current provision In time),

Source (the set of provisions which amend the current provision),

Case law (cases that apply the current provision),

Annotations (annotations to the current provision), and

Subject (Entries of a subject index that are covered in the current provision).

The above axes are orthogonal in the sense that none can be directly derived from another. Thus, the temporal axis cannot be derived from the sequential axis. Moreover, members of the temporal axis are not simply those provisions sharing the same locator as the current provision. As a result of renumbering, members of the same temporal axis may possibly have widely differing locations. While the example uses two locators and four viewing axes, the MALTweb interface is capable of handling as many locators and axes as required.

Having utilised MALT to construct a set of data encapsulating the above relationships, the problem is how to access this data in a meaningful way. To provide an untrained user with full multi-axis access to MALT type data whilst maintaining a consistent look and feel throughout, a view consisting of a two frame screen is provided.

FIG. **18** is a screenshot **1800** depicting a section of legislation in accordance with an embodiment of the invention. A content frame **1810** displays the content of the current node. In essence, this frame **1810** constitutes a known portion of display "real estate". In the example of FIG. **18**, the node corresponds to Section 59 of the Commonwealth Corporations Act **1989** and the node has a scope of 16 Oct. 1995 onwards. The scope indicates the time during which the provision is in force. The content anchor **1805** of the content frame **1810** displays the locators for the current content provision in a user friendly form, such as:

Corporations Act 1989 (Cth): s 59

Scope: 16 Oct. 1995 onwards

Situated above the content anchor **1805** is a reference frame **1820**, which contains a set of links **1821** corresponding to the members of a viewing axis associated with the current base node. Reference markers **1823** indicate which of the links **1821** is currently selected. In the Normal view, the content node shown in the content frame is always the same as the base node for the reference frame. In the Version view, the content node and base node are initially the same, but deviate when a different version is selected. In the Source view, the base node is being amended and the content node is one of the amending provisions.

The reference frame **1820** has a corresponding reference anchor **1815**, which describes the current viewing axis and provides buttons **1816**, **1818** for navigating the sequential axis and button **1817** for accessing higher levels of the hierarchy. These levels can also be accessed via the links **1821** in the reference frame. In the example, the reference anchor **1815** indicates that the user is being shown a normal view of s59, as in force on 20 Jul. 2000. This view also shows the search mode, in which the text "exercise of jurisdiction" has been located. The buttons **1812**, **1813** allow access to the next or previous occurrence of this text, whilst button **1814** cancels the search. The "hits" links **1822** in the reference frame allow rapid access to occurrences of the search text in other parts of the document. In this respect, the search mode acts very much like a separate viewing axis.

The highlighting **1806** indicates the selected text. Finally, the links **1807**, **1808** allow access to the other viewing axes (in this case, Versions and Amendments).

Where appropriate, the reference anchor **1815** may indicate the base node of the viewing axis. The base node is the node from which the viewing axis is derived. For example, the reference anchor **2015** of FIG. **20**, which shows a Source axis view of the same provision depicted in FIG. **18**, displays the following information:

Provisions amending (effective 16 Oct. 1995)

Corporations Act 1989 (Cth): s 59

This indicates that the Source axis being viewed by the user is derived from the base provision: Corporations Act, s59 [16 Oct. 1995 onwards]. The content anchor **2005** details the amending provision, which in this example is Corporations Legislation Amdt Act 1994 (Cth):Sch 1.

The relationship of the base node and the content node depends on the view. In the Normal axis view, consisting of the sequential and hierarchical axes, the base node and the content node are always the same. In the Versions axis view, the base node and the content node may or may not be the same.

A view is, therefore, defined as the display of a particular content node in relation to a specified axis. Each view may be uniquely identified from the following: the current content node, the current viewing axis, and the base node of the viewing axis. To further help the user in distinguishing the different viewing axes, the reference frame links may optionally vary in colour, content and indenting style among the views.

FIG. **19** shows a Version axis view **1900** of the provision depicted in FIG. **18**. The content anchor **1905** indicates that the provision being displayed is, in fact, an earlier version of the provision displayed in FIG. **18**. Thus, the information shown in the content frame **1910** has a different scope from the information shown in content frame **1810** of FIG. **18**. Closer examination of the information of the content frame **1910** and the information of content frame **1910** indicates that amendments have in fact been made between the two versions of the provision.

The reference frame **1920** of FIG. **19** indicates that there are two versions of the provision, a first version with a scope of 1 Jan. 1994 to 15 Oct. 1995 and a second version with a scope of 16 Oct. 1995 to 31 Dec. 2001. Each version of the provision is a distinct node on the Version axis. The reference anchor **1915** indicates that the user is navigating along the Versions axis view of section **59**.

FIG. **20** shows a Source axis view **2000** of the provision under consideration. The reference anchor **2015** of FIG. **20** indicates to the user that the material being displayed relates to provisions amending the Corporations Act **1989** (CTH): s 59. The reference frame **2020** indicates that there are three relevant nodes **2021**, **2022**, **2023** on the source axis. Each node corresponds to a provision which amends the current provision. The amending provisions are not necessarily sequential and may be non-consecutive and/or in different schedules and/or in different Acts. The content anchor **2005** indicates that the current information being shown is Schedule 1, Part 1, Item 15 of the Corporations Legislation Amendment Act 1994, corresponding to the first node **2021** shown in the reference frame **2020**. The content of the amending act is displayed in the content frame **2010**.

Thus, the multi-access viewing interface provides a user with content and reference components. Anchors uniquely

identify the content node by position and date, and the viewing axis by base node and axis type. Furthermore, the reference frame is capable of displaying multiple viewing axes for a given base node, as illustrated in FIGS. **18**–**20**.

Higher Level Scoping

The MALT concept encapsulates the ability to store the contents of a sparse multidimensional matrix in a set of flat file records. As previously defined, the scope of a provision is a time period during which the given provision is in force. A problem arises relating to scoping a record which encompasses a number of lower level records.

Consider as an example legislation marked up for point in time searching. The body of the legislation consists of provisions (or nodes), where each provision is an amendable unit of legislation. For the purposes of this example, each provision possesses the following four properties:

A single parent, or container provision in which the current provision resides. [The children of a provision are those provisions which have the current provision as the parent.]

A position within a provision's parent, and (optionally) an associated locator (eg. the fourth child provision of an Act may have the locator "Chapter 2A").

A scope in time (i.e. start and end dates).

The content of the provision.

The provisions are divided into three classes:

A single root node, which has no parent, but from which all other nodes ultimately descend;

A set of terminal nodes, which have no children; and

A set of higher level nodes which are neither the root node nor terminal.

The legislation can then be said to form a tree descending from the root node and containing the terminal nodes at the ends of the root node's branches.

The scope of a terminal node is the period of time between the terminal node's start date and end date, inclusive. The root node is deemed to be always in scope. The scope of a node which is neither a terminal node nor a root node is problematic.

For example, a chapter may encompass many sections, but the chapter's actual content, viewed in isolation as a record, is simply the chapter's title, including locator if present, and any notes or other attachments that apply to the chapter as a whole. All other content is contained indirectly via the chapter's descendant provisions, such as parts, sections and the like.

Difficulty arises in determining the scope of the chapter node. In one sense, the scope of the chapter node is the sum of the scopes of the chapter node's descendants. A question then arises if, for example, the chapter's title is altered. The same applies to the case in which the abovementioned notes or other attachments are altered.

One solution is to create a duplicate chapter with the altered title. While effective, this method has some major drawbacks. Firstly, it involves a great deal of unnecessary duplication of material. Since each child provision can have only one parent; new copies of every sub-level have to be made. The scope of both the original and duplicate sublevels then have to be split at the date of the chapter's title change. This in turn requires each sub-level to behave as though amended, even though the amendment only applies to the title of an ancestor level.

A better solution is to create a new terminal sub-level of the chapter which contains just the title and associated text. This sub-level can then be scoped independently of the main

level, and other sub-levels are unaffected. The sub-levels retain the same parent as the chapter level itself was not affected by the amendment.

However, this still leaves open the question of what to do with the scope of the chapter level. Clearly a chapter, like any other provision, can be created or repealed. Thus, an amendment such as "repeal Chapter 2A" should end the scope of the chapter level as well as all of the chapter's descendants.

The editors, however, may wish to leave a stub entry to mark the place of the former chapter thus:

Chapter 2A

Repealed

The scope of the stub clearly lies outside the scope of the chapter. There are three possible solutions:

  allow the [repealed] entry (which stands in place of a normal title) to live inside the chapter, even though the entry is out of the chapter's scope;

  extend the scope of the chapter to encompass the scope of the stub; or

  create a new chapter level containing just the stub.

The first option creates significant inefficiencies in the design, since the scope of a sub-level cannot be assumed to lie within the scope of the sub-level's parent. The other two options give rise to potential conflicts between the stub and possible replacement chapters.

Having delegated the title and other general notes to their own sublevels, all content has effectively been removed from the chapter. However, a chapter level is still required, as removing higher levels makes all terminal nodes direct children of the root. This in turn severely impacts on the usefulness of the data when mapped to a hierarchical form, such as XML.

In addition, a higher level does contain one property, namely one or more locators ("Chapter 2A" in the example). While this property can theoretically be delegated to yet another sub-level, the practical implications are significant. In particular, the locator reflects the ordering of the chapter amongst its siblings. If, for example, an amendment renumbers chapter 2A to chapter 4, this gives rise to the issue of whether the chapter comes before or after chapter 3 in either a flat file or in XML. For this reason, the locator is the sole property preserved by a higher level node throughout the higher level node's scope. If the position is changed, then a new level (and sub-levels) is created.

This still leaves the problem of the scope of a higher level. For example, if Chapter 2A is repealed and a new, unrelated chapter 2A immediately takes the place of the repealed Chapter 2A, a problem is potentially presented as to two overlapping scopes for the same provision. The scope of the original node has to be terminated, otherwise there are two Chapter 2As in scope contemporaneously. The co-existence of two Chapter 2As poses a detrimental impact on the ability to navigate and search the legislation under consideration. In the situation in which the original Chapter 2A has a repeal stub, the original Chapter 2A's scope may overlap the new Chapter 2A, since the stub may continue indefinitely in time. Among many possibilities, a repeal stub may be provided while Chapter 2A does not exist.

Other problems include: repeal or substitution of a higher level node; renumbering/relocation of a higher level node; renaming (without renumbering/relocation) of a higher level node; elevation or demotion of a higher level node within the

hierarchy, e.g. changing a part to a chapter or a division to a subdivision; and insertion/removal of an intermediate level heading node, requiring that nodes which follow and are/ were, according to their type, inferior to that heading node become/cease to be children of that node.

In order to resolve these problems, the following design rule is applied: Higher level nodes may have neither scope nor content. In other words, a non-terminal node must be a container only. A non-terminal node's only properties are a parent indicator, a position within the parent, and (optionally) a locator. Any content notionally belonging to such a node, such as a chapter title, is assigned to a new (terminal) child node. A (terminal) child node may contain a label, which is preferably a title, but can be or include other data related to the parent node. The new child node preserves the scope of the title, so (for example) a single chapter may possess a number of (temporally disjoint) title nodes.

Higher level scoping has a number of surprising but useful consequences. In particular, a higher level provision is, in itself, not subject to amendment. Thus, an instruction such as "Repeal Chapter 2A" actually terminates the scope of all of Chapter 2A's constituent terminal nodes. The chapter node, having no scope of its own, is unaffected.

Additionally, the previously described problem pertaining to the overlapping scope of the 2A repeal stub disappears. Embodiments of the invention utilise the following approaches. When Chapter 2A is repealed, the associated scope of all terminal nodes within Chapter 2A is terminated. In a first embodiment, a new Chapter 2A is enacted immediately after the original chapter is terminated. The new Chapter 2A has an associated scope commencing on the day after which the original Chapter 2A was repealed. In a second embodiment, a repeal stub is introduced. A repeal stub in the preferred embodiment is a title with an attribute marking this title as being of the type "repeal stub". The repeal stub has an associated scope with a start date corresponding to the date after which Chapter 2A was repealed. The repeal stub has the Chapter 2A node as a parent. If a new Chapter 2A is later enacted, the scope of the repeal stub is terminated and the scope of the terminal nodes of the new Chapter 2A will begin on the day after the end date of the repeal stub's scope.

Thus, a request "for Chapter 2A on date X" returns a description of Chapter 2A that was valid on that date. In the event that the request is for a date on which the chapter is repealed, the fact that the chapter is not in force, having been repealed on or before that date, will be returned.

A portion of Document Type Definition (DTD) code which is used to enable higher level scoping appears in Tables 2 to 8 below:

TABLE 2

```
<!--
############################################################
   ENTITY:    hlev-id
   PURPOSE:   Concatenation of the elements that make the
Identification of a higher level element. Only to be used for levels in
which the <desc> can be MALTed - for levels in which the whole level
should be MALTed (ie, section, reg, schedule) and for their sub-levels,
use %lev-id;.
############################################################
-->
<!ENTITY % hlev-id
     "(target*, label?, (desc, %amendments;)*)"
>
```

TABLE 3

```
<!ELEMENT act
    (%hlev-id;,
    (%hnote; | %raw;)*,
    (longtitle, %amendments;)+,
    preamble*,
    (chapter* | part* | section*),
    (schedule* | include+)*,
    hist* )
>
<!ATTLIST act
    juris
        (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
        #REQUIRED
    year
        CDATA
        #REQUIRED
    number
        CDATA
        #REQUIRED
>
```

TABLE 4

```
<!ELEMENT regulations
    (%hlev-id;,
    (%hnote; | %raw;)*,
    (chapter* | part* | reg*),
    (schedule* | include+)*
    )
>
<!ATTLIST regulations
    juris
        (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
        #REQUIRED
    year
        CDATA
        #REQUIRED
    number
        CDATA
        #REQUIRED
>
<!ELEMENT chapter
    (%hlev-id;,
    (%hnote;)*,
    (((%secreg;)*, part*) | article+))
>
<!ATTLIST chapter
    id
        CDATA
        #IMPLIED
    next-id
        CDATA
        #IMPLIED
>
```

TABLE 5

```
<!ELEMENT part
    (%hlev-id;,
    hist*,
```

TABLE 5-continued

```
    (((%secreg;)*, division*) |
    (article+ | item+ | clause+) |
    (guide+) |
    (unconverted+)))
>
<!ATTLTST part
    id
        CDATA
        #IMPLIED
    next-id
        CDATA
        #IMPLIED
>
```

TABLE 6

```
<!ELEMENT division
    (%hlev-id;,
    (p | %hnote;)*,
    ((((%secreg;)*, subdivn*) |
    (clause*, item*)))
>
<!ATTLIST division
    id
        CDATA
        #IMPLTED
    next-id
        CDATA
        #IMPLIED
>
```

TABLE 7

```
<!ELEMENT subdivn
    (%hlev-id;,
    (%hnote;) *,
    ((%secreg;)+ | clause+))
>
<!ATTLIST subdivn
    id
        CDATA
        #IMPLIED
    next-id
        CDATA
        #IMPLIED
>
```

TABLE 8

```
<!--
##############################################################
ELEMENT:   desc
PURPOSE:   Defines the "description" of a level.
ATTRIBUTES:
    %date-atts;  -   defines the start and end dates for this version of the
                     description.
##############################################################
```

TABLE 8-continued

```
-->
<! ELEMENT desc
    (#PCDATA | %refs; | %effect; | quote)*
>
<!ATTLIST desc
    %date-atts;
>
```

The DTD has been altered such that scoping is transferred from the higher level nodes to terminal nodes.

Consider an example consisting of an Act with two chapters, the second chapter containing two sections, as shown by the system **2100** of FIG. **21**. A root node **2110** represents the Act. The root node **2110** has no parent, and all other nodes descend from the root node **2110**. The first chapter of the Act is represented by a higher level node **2120**. As a higher level node, node **2120** has neither scope nor content. Node **2120** has the following properties: a parent, being the Act node **2110**; a position within the parent node **2110**, being 1; and an optional locator, being "Chapter 1". Node **2120** has two descendant nodes **2122**, **2124**. Node **2122** has the following properties: a parent, being the node **2120** identified by its locator "Chapter 1"; a position within the parent node **2120**, being 1; an optional locator, being "Chapter 1 Description"; scope, being 1 Jan. 1998 onwards; and content relating to the title or textual description of the first chapter of the Act under consideration. Node **2124** has the following properties: a parent, being the node **2120** identified by its locator "Chapter 1"; a position within the parent node **2120**, being 2; an optional locator, being "Chapter 1 Note"; scope, being 1 Jan. 1998 onwards; and content providing general notes or comments pertaining to the first chapter of the Act under consideration.

A second higher level node **2130** represents the second chapter of the Act. Node **2130** has two sections. Node **2130** has the following properties: parent, being the Act node **2110**; a position within the parent node **2110**, being 2; and an optional locator, being "Chapter 2A". Node **2130** has five child nodes: **2132**, **2134**, **2136**, **2140** and **2150**, each of which is a terminal node in this example. Node **2132** has the properties: parent, being Chapter 2A; a position within the parent, being 1; an optional locator, being "Chapter 2A description"; scope, being 1 Jan. 1998–30 Jun. 1998; and content, being "Company Registration". Node **2134** has the properties: parent, being Chapter 2A; a position within the parent, being 2; an optional locator, being "Chapter 2A description"; scope, being 1 Jul. 1998 onwards; and content, being "Registering a Company". Node **2136** has the properties: parent, being Chapter 2A; a position within the parent, being 3, an optional locator, being "Chapter 2A note"; scope; and content. Node **2140** has the properties: parent, being Chapter 2A; a position within the parent, being 4; an optional locator, being "Section 11"; scope; and content. Node **2150** has the properties: parent, being Chapter 2A; a position within the parent, being 5; an optional locator, being "Section 12"; scope; and content.

The different scopes of nodes **2132** and **2134** allow nodes **2132**, **2134** to co-exist, without overlapping. Nodes **2132**, **2134** may share the same locator, but the combination of locator and scope uniquely identifies the nodes. Nodes **2132**, **2134** reflect the amendment of the title of Chapter 2A from "Company Registration" to "Registering a Company". The scopes of nodes **2132**, **2134** indicate that the amendment came into effect on 1 Jul. 1998.

In accordance with a further embodiment, higher level scoping is extended to facilitate commentaries, subject indices and similar material. When considering legislation, any amendment results in the production of a modified portion. However, when considering commentaries, two types of amendment to the commentary are possible. In the first scenario, corresponding to the legislation example, the scope of the current predefined portion of commentary is terminated and a new predefined portion is provided. The new predefined portion has a scope commencing on the day after the expiration of the current predefined portion. In the second possible scenario, the current predefined portion of the commentary is amended without a second predefined portion being created.

The scope of commentary portions is extended to include three dates: a start date, an update date and an end date. Referring to FIG. **22**A, a screen shot **2260** shows a commentary. The commentary was created on 1 Jul. 2000, as seen from the amendment bar **2265**. The commentary has the following scope properties: start date of 1 Jul. 2000, no update date and no end date. FIG. **22**B shows a screen shot **2270** of the commentary of FIG. **22**A at a later date. The amendment bar **2275** indicates that the commentary was last updated on 1 Sep. 2000. Thus, the scope of the commentary now has a start date of 1 Jul. 2000, an update date of 1 Sep. 2000 and no end date. FIG. **22**C shows a further screen shot **2280** of the commentary of FIGS. **22**A and **22**B at a yet later date. The amendment bar **2284** indicates that at least one further amendment has been applied to the commentary since the update of 1 Sep. 2000 indicated at **2275** in FIG. **22**B. The amendment bar **2285** of FIG. **22**C shows that the last update date of the commentary is 1 Oct. 2000. Therefore, the scope properties of the commentary now read: First portion: start date of 1 Jul. 2000, and end date of 30 Sep. 2000; Second portion: start date of 1 Oct. 2000, and no end date.

In a further embodiment, XML data may be divided into predefined portions and stored as a collection of flat files. In an example, the flat files take the form of a relational database. There is a one to one correspondence between the XML data and the relational database. The hierarchy of the XML data is expressed via the implementation of higher level scoping. A single record is provided with an identifier and other terminal nodes are provided in which to store the remainder of the information.

The process for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language can be implemented using a computer program product in conjunction with a computer system **2300** as shown in FIG. **23**. In particular, the process for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded

using a markup language can be implemented as software, or computer readable program code, executing on the computer system 2300.

Similarly, the process for publishing an electronic publication formed from predefined portions of text-based data encoded using a markup language may also be implemented using a computer program product in conjunction with the computer system 2300 shown in FIG. 23.

The computer system 2300 includes a computer 2350, a video display 2310 and input devices 2330, 2332. In addition, the computer system 2300 can have any of a number of other output devices including line printers, laser printers, plotters, and other reproduction devices connected to the computer 2350. The computer system 2300 can be connected to one or more computers via a communication input/output (I/O) interface 2364 using an appropriate communication channel 2340 such as a modem communications path, an electronic network, or the like. The network may include a local area network (LAN), a wide area network (WAN), an Intranet, and/or the Internet 2320.

The computer 2350 includes the control module 2368, a memory 2370 that may include random access memory (RAM) and read-only memory (ROM), input/output (I/O) interfaces 2364, 2372, a video interface 2360, and one or more storage devices generally represented by the storage device 2362. The control module 2368 is implemented using a central processing unit (CPU) that executes or runs a computer readable program code that performs a particular function or related set of functions.

The video interface 2360 is connected to the video display 2310 and provides video signals from the computer 2350 for display on the video display 2310. User input to operate the computer 2350 can be provided by one or more of the input devices 2330, 2332 via the I/O interface 2372. For example, a user of the computer 2350 can use a keyboard as I/O interface 2330 and/or a pointing device such as a mouse as I/O interface 2332. The keyboard and the mouse provide input to the computer 2350. The storage device 2362 can consist of one or more of the following: a floppy disk, a hard disk drive, a magneto-optical disk drive, CD-ROM, magnetic tape or any other of a number of non-volatile storage devices well known to those skilled in the art. Each of the elements in the computer system 2350 is typically connected to other devices via a bus 2380 that in turn can consist of data, address, and control buses.

The method steps for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language are effected by instructions in the software that are carried out by the computer system 2300. Again, the software may be implemented as one or more modules for implementing the method steps.

In particular, the software may be stored in a computer readable medium, including the storage device 2362 or that is downloaded from a remote location via the interface 2364 and communications channel 2340 from the Internet 2320 or another network location or site. The computer system 2300 includes the computer readable medium having such software or program code recorded such that instructions of the software or the program code can be carried out. The use of the computer system 2300 preferably effects advantageous apparatuses for navigating a multidimensional space containing an electronic publication formed from predefined portions of text based data encoded using a markup language and for publishing an electronic publication formed from

predefined portions of text based data encoded using a markup language in accordance with the embodiments of the invention.

The computer system 2300 is provided for illustrative purposes and other configurations can be employed without departing from the scope and spirit of the invention. The foregoing is merely an example of the types of computers or computer systems with which the embodiments of the invention may be practised. Typically, the processes of the embodiments are resident as software or a computer readable program code recorded on a hard disk drive as the computer readable medium, and read and controlled using the control module 2368. Intermediate storage of the program code and any data including entities, tickets, and the like may be accomplished using the memory 2370, possibly in concert with the storage device 2362.

In some instances, the program may be supplied to the user encoded on a CD-ROM or a floppy disk (both generally depicted by the storage device 2362), or alternatively could be read by the user from the network via a modem device connected to the computer 2350. Still further, the computer system 2300 can load the software from other computer readable media. This may include magnetic tape, a ROM or integrated circuit, a magneto-optical disk, a radio or infrared transmission channel between the computer and another device, a computer readable card such as a PC card, and the Internet 2320 and Intranets including email transmissions and information recorded on Internet sites and the like. The foregoing are merely examples of relevant computer readable media. Other computer readable media may be practised without departing from the scope and spirit of the invention.

The process for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language can be realised in a centralised fashion in one computer system 2300, or in a distributed fashion where different elements are spread across several interconnected computer systems.

The process for publishing an electronic publication formed from predefined portions of text-based data encoded using a markup language may also be implemented using a computer program product in conjunction with the computer system 2300 of FIG. 23 in a manner similar to that which has just been described.

Computer program modules or computer program in the present context mean any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of the following: a) conversion to another language, code or notation or b) reproduction in a different material form.

In the foregoing manner, a method, an apparatus, and a computer program product for navigating in a multidimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language are disclosed. Further, a method, an apparatus, and a computer program product for publishing an electronic publication formed from predefined portions of text-based data encoded using a markup language are disclosed. While only a small number of embodiments are described, it will be apparent to those skilled in the art in view of this disclosure that numerous changes and/or modifications can be made without departing from the scope and spirit of the invention.

## APPENDIX A

**Example Research**

SOCIAL SECURITY ACT 1991 No 46

Updated as at 9 August 1996

**A 1. Amendments to Section at 9/8/96**

S.4          am. Nos. 74, 116 and 194, 1991; No. 81, 1992;

No. 36, 1993; Nos. 55, 63 and 184, 1994; Nos.

104 and 105, 1995

**A 2. Amendments to Section at 10/7/95**

S.4          am. Nos. 74, 116 and 194, 1991; No. 81,

1992; No, 36, 1993; Nos. 55, 63 and 184,

1994

**B. Commencement Information for Act No 105 of 1995 contained in Reprint**

Social Security(Non-Budget Measures) Legislation Amendment Act 1995

| Number | Year | Date of Assent | Commencement |
|--------|------|----------------|--------------|
| 105 | 1995 | 29 Sept 1995 | Subdiv. A of Div. 2 of Part 2 (s. |
| | | | 4): 1 July 1993 |
| | | | Ss. 8 and 9: 1 July 1995 |
| | | | S. 10: 1 Apr 1993 |
| | | | Div. 5 of Part 2 (ss. 12 and 13): |
| | | | 20 Sept 1994 (ze) |
| | | | Ss. 17(c), (d) and 18: 1 Jan 1996 |
| | | | Div. 15 of Part 2 (s. 37): 29 Nov 1993 |
| | | | Div. 18 of Part 2 (ss. 41-48): 20 Mar 1995 |
| | | | S. 49 (a): 12 Mar 1992 |
| | | | S. 49 (b): 1 July 1992 |
| | | | S. 49(c): 28 Jan 1993 |
| | | | S. 49(d): 1 Mar 1993 |
| | | | S. 49(e): 24 Dec 1993 |
| | | | S. 49(f): 1 Jan 1994 |
| | | | Remainder: Royal Assent |

**C 1. Text of Section at 9/8/96**

**bold text indicates amendments made by NO 105 of 1995.**

SECT 4

Family relationships definitions-couples

4. (1) (1) In this Act, unless the contrary intention appears:

"approved respite care" has the meaning given by subsection (9);

"armed services widow" means a woman who was the partner of:

(a) a person who was a veteran for the purposes of any provisions of the Veterans'

Entitlements Act; or

(b) a person who was a member of the forces for the purposes of Part IV of that Act: or

(c) a person who was a member of a peacekeeping force for the purposes of Part IV of that Act; immediately before the death of the person;

"armed services widower" means a man who was the partner of:

(a) a person who was a veteran for the purposes of any provisions of the Veterans' Entitlements Act; or

(b) a person who was a member of the Forces for the purposes of Part IV of that Act; or

(c) a person who was a member of a peacekeeping force for the purposes of Part IV of that Act; immediately before the death of the person;

"illness separated couple" has the meaning given by subsection (7);

"member of a couple" has the meaning given by subsections (2), (3), **(3A) [reference to new section added]** and (6);

"partner", in relation to a person who is a member of a couple, means the other member of the couple;

"partnered" has the meaning given by subsection (11);

"partnered (partner getting benefit)" has the meaning given by subsection (11);

"partnered (partner getting neither pension nor benefit)" has the meaning given by subsection (11);

"partnered (partner getting pension)" has the meaning given by subsection (11);

"partnered (partner getting pension or benefit)" has the meaning given by subsection (11);

"partnered (partner in gaol)" has the meaning given by subsection (11);

"respite care couple" has the meaning given by subsection (8).


Member of a couple-general

4 (2) Subject to subsection (3), a person is a member of a couple for the purposes of this Act if:

(a) the person is legally married to another person and is not, in the Secretary's opinion (formed as mentioned in subsection (3)), living separately and apart from the other person on a permanent or **indefinite [Words added]** basis; or

(b) all of the following conditions are met:

(i) the person **has a relationship [Words is living replaced]** with a person of the opposite sex (in this paragraph called the "partner");

(ii) the person is not legally married to the partner;

(iii) the relationship between the person and the partner is, in  the Secretary's opinion (formed as mentioned in subsections (3) **and (3A)[Words added]**), a marriage-like relationship;

(iv) both the person and the partner are over the age of consent  applicable in the State or Territory in which they live;

(v) the person and the partner are not within a prohibited relationship for the purposes of section 23B of the Marriage Act 1961.

Note:  a prohibited relationship for the purposes of section 23B of the Marriage Act 1961 is a relationship between a person and:

. an ancestor of the person; or

. a descendant of the person; or

. a brother or sister of the person (whether of the whole blood or the part-blood).

Member of a couple-criteria for forming opinion about relationship

4 (3) In forming an opinion about the relationship between 2 people for the purposes of paragraph (2) (a) or subparagraph (2) (b) (iii), the Secretary is to have regard to all the circumstances of the relationship including, in particular, the following matters:

(a) the financial aspects of the relationship, including:

(i) any joint ownership of real estate or other major assets and any joint liabilities: and

(ii) any significant pooling of financial resources especially in relation to major financial commitments; and

(iii) any legal obligations owed by one person in respect of the other person; and

(iv) the basis of any sharing of day-to-day household expenses;

(b) the nature of the household, including:

(i) any joint responsibility for providing care or support of children: and

(ii) the living arrangements of the people; and

(iii) the basis on which responsibility for housework is distributed;

(c) the social aspects of the relationship, including:

(i) whether the people hold themselves out as married to each other; and

(ii) the assessment of friends and regular associates of the people about the nature of their relationship; and

(iii) the basis on which the people make plans for, or engage in, joint social activities;

(d) any sexual relationship between the people;

(e) the nature of the people's commitment to each other, including:

(i) the length of the relationship; and

(ii) the nature of any companionship and emotional support that the people provide to each other; and

(iii) whether the people consider that the relationship is likely to continue indefinitely; and

(iv) whether the people see their relationship as a marriage-like relationship.

**4 (3A) The Secretary must not form the opinion that the relationship between a person and his or her partner is a marriage-like relationship if the person is living separately and apart from the partner on a permanent or indefinite basis. [Subsection added]**

**C 2. Text of Section at 10/7/95 prior**

SECT 4

Family relationships definitions - couples

4. SECT 4

Family relationships definitions-couples

4. (1) In this Act, unless the contrary intention appears:

"approved respite care" has the meaning given by subsection (9);

"armed services widow" means a woman who was the partner of:

(a) a person who was a veteran for the purposes of any provisions of the Veterans' Entitlements Act; or

(b) a person who was a member of the forces for the purposes of Part IV of that Act; or

(c) a person who was a member of a peacekeeping force for the purposes of Part IV of that Act; immediately before the death of the person;

"armed services widower" means a man who was the partner of:

(a) a person who was a veteran for the purposes of any provisions of the Veterans' Entitlements Act; or

(b) a person who was a member of the Forces for the purposes of Part IV of that Act; or

(c) a person who was a member of a Peacekeeping Force for the purposes of Part IV of that Act; immediately before the death of the person;

"illness separated couple" has the meaning given by subsection (7);

"member of a couple" has the meaning given by subsections (2), (3), and (6);

"partner", in relation to a person who is a member of a couple, means the other member of the couple; "partnered" has the meaning given by subsection (11);

"partnered (partner getting benefit)" has the meaning given by subsection (11);

"partnered (partner getting neither pension nor benefit)" has the meaning given by subsection (11);

"partnered (partner getting pension)" has the meaning given by subsection (11);

"partnered (partner getting pension or benefit)" has the meaning given by subsection (11):

"partnered (partner in gaol)" has the meaning given by subsection (11);

"respite care couple" has the meaning given by subsection (8).


Member of a couple-general

4 (2) Subject to subsection (3), a person is a member of a couple for the purposes of this Act if:

(a) the person is legally married to another person and is not, in the Secretary's opinion (formed as mentioned in subsection (3)), living separately and apart from the other person on a permanent basis; or

(b) all of the following conditions are met:

(i) the person with a person of the opposite sex (in this paragraph called the "partner");

(ii) the person is not legally married to the partner;

(iii) the relationship between the person and the partner is, in the Secretary's opinion (formed as mentioned in subsections (3)), a marriage-like relationship;

(iv) both the person and the partner are over the age of consent applicable in the State or Territory in which they live;

(v) the person and the partner are not within a prohibited relationship for the purposes of section 23B of the Marriage Act 1961.

Note: a prohibited relationship for the purposes of section 23B of the Marriage Act 1961 is a relationship between a person and:

. an ancestor of the person; or

. a descendant of the person; or

. a brother or sister of the person (whether of the whole blood or the part-blood).

Member of a couple-criteria for forming opinion about relationship

4 (3) In forming an opinion about the relationship between 2 people for the purposes of paragraph (2) (a) or subparagraph (2) (b) (iii), the Secretary is to have regard to all the circumstances of the relationship including, in particular, the following matters:

(a) the financial aspects of the relationship, including:

(i) any joint ownership of real estate or other major assets and any joint liabilities; and

(ii) any significant pooling of financial resources especially in relation to major financial commitments; and

(iii) any legal obligations owed by one person in respect of the other person; and

(iv) the basis of any sharing of day-to-day household expenses;

(b) the nature of the household, including:

(i) any joint responsibility for providing care or support of children; and

(ii) the living arrangements of the people; and

(iii) the basis on which responsibility for housework is distributed;

(c) the social aspects of the relationship, including:

(i) whether the people hold themselves out as married to each other; and

(ii) the assessment of friends and regular associates of the people about the nature of their relationship; and

(iii) the basis on which the people make plans for, or engage in, joint social activities;

(d) any sexual relationship between the people;

(e) the nature of the people's commitment to each other, including:

(i) the length of the relationship; and

(ii) the nature of any companionship and emotional support that the people provide to each other; and

(iii) whether the people consider that the relationship is likely to continue indefinitely: and

(iv) whether the people see their relationship as a marriage-like relationship.

### D. Amending Act 1995 No 105 amending Section 14

SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1995 No. 105

of 1995- SECT 14

Family relationships definitions-couples

SECT

14. Section 4 of the Principal Act is amended:

(a) by inserting in the definition of "member of a couple" in subsection (1), "(3A)" after "(3)";

(b) by inserting in paragraph (2)(a) "or indefinite" after "permanent";

(c) by omitting from subparagraph (2)(b)(i) "is living" and substituting "has a relationship";

(d) by omitting from subparagraph (2)(b)(iii) "subsection (3)" and substituting "subsections (3) and (3A)";

(e) by inserting after subsection (3):

"(3A) The Secretary must not form the opinion that the relationship between a person and his or her partner is a marriage-like relationship if the person is living separately and apart from the partner on a permanent or indefinite basis.".

### APPENDIX B

CODING - Document Type definitions (dtds)

## *ACT.DTD*

```
<!--********************************************************************

    Document Type Definition for a set of acts

    Typical invocation:

    <!DOCTYPE acts PUBLIC "-//SGMLSE//DTD 1.0 Acts//EN">

    Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997
    ********************************************************************-->

<!ENTITY % CONSOL "IGNORE">
<!-- ****** Include common element and entity definitions *******-->
 <!ENTITY % common

    PUBLIC "-//SGMLSE//ELEMENTS 2.0 Common Elements//EN">
%common;
<!-- ******End common element and entity definitions ********-->
<!ELEMENT acts    -- (title, header?, act+)
>
<!ENTITY % act PUBLIC "-//SGMLSE//DTD 1.0 Act//EN">
%act;
```

## *ACTS.DTD*

```
<!--******************************************************************

    Document Type Definition for a set of acts

    Typical invocation:

    <!DOCTYPE acts PUBLIC "-//SGMLSE//DTD.1.0 Acts//EN">

    Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997
    ******************************************************************-->

<!ENTITY % CONSOL "IGNORE">
<!****** Include common element and entity definitions *****-->
<!ENTITY % common

    PUBLIC "-//SGMLSE//ELEMENTS 2.0 Common Elements//EN">
%common;
<!-- ****** End common element and entity definitions *******-->
<!ELEMENT acts -- (title, header?, act+)
>
<!ENTITY % act PUBLIC "-//SGMLSE//DTD 1.0 Act//EN">
%act;
```

## *REG.DTD*

```
<!--****************************************************************

    Document Type Definition for a set of regulations
```

```
    Typical invocation:
    <!DOCTYPE regact PUBLIC "-//SGMLSE//DTD 1.0 Regulation Act//EN">
    Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997
REVISION History
****************

190197 TH  Since RULE, REG and SECTION are all equivalent, removed  REG from this DTD
    Added long-title
*********************************************************************************** -->

<!ELEMENT reg - - (title, notes?, provisions?, (preamble|long-title)?,
((order+| (section|schedule)+ |chapter+|part+),schedule*))>
<!ATTLIST reg Id ID #REQUIRED
        date CDATA #IMPLIED -- used in numacts --
            %status;
            %subject;
>


REGS.DTD
<!--******************************************************
    Document Type Definition for a set of regulations
    Typical invocation:
    <!DOCTYPE regs PUBLIC "-//SGMLSE//DTD 1.0 Regulations//EN">
    Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997


REVISION History
***********

***************************************************************************** -->

<!ENTITY % CONSOL "IGNORE">
<!ELEMENT regs -- (title, header?, reg+)>
<!-- ****** Include common element and entity definitions *******-->
<!ENTITY % common
    PUBLIC "-//SGMLSE//ELEMENTS 2.0 Common Elements//EN">
%common;
<!-- ****** End common element and entity definitions ********-->
<!ENTITY % reg PUBLIC "-//SGMLSE//DTD 1.0 Regulation//EN">
%reg;


COMMON. ELT
<!**************************************************************************
    Common element, attribute and entity definitions.
    Typical invocation:
```

```
<!ENTITY % common PUBLIC
    "-//SGMLSE//ELEMENTS 3.0 Common Elements//EN">
%common;
VERSION 319 Jan 1997
Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997
```

REVISION History
*************

| | | |
|---|---|---|
| 141096 | TH | Added p* to definition of schedule |
| 151096 | TH | Added %reqid; %reqlbl; attributes to RULE, |

ORDER, DIVISION, SUB-DIVISION

Added P+ and SUB+ to rule definition

| | | |
|---|---|---|
| 251096 | TH | Added ststus entity for amendment information |
| 291096 | TH | Changed definition for ORDER |
| 141196 | TH | Added <ALTERED> element |
| 261196 | TH | Too many changes to mention - Designated Version 2 |
| 150197 | TH | Too many changes to mention – |

Designated Version 3

190197          TH          Changed contents of SECTION and SCHEDULE to (title, (%unstruct-cont;))

TH          Since RULE, REG and SECTION are all equivalent, renamed all to SECTION and added attribute TYPE to designate which type of section they are

TH          Added entity SUBJECT to allow each element to belong to 1 or more subjects

TH          Added entity CONSOL which is invoked in the consolidation DTD using marked sections
****************************************************************-->
<!—
++++++++++++++++++++++++++++++++++++++++++++++++++
+++++-->
<!—  ISO Character Entity Set Declarations and References    -->
<!—
++++++++++++++++++++++++++++++++++++++++++++++++++
+++++ - - >

```
<!ENTITY % ISOnum PUBLIC "ISO 8879:1986//ENTITIES Numeric and
        Special Graphic//EN"
<!ENTITY % ISOpub PUBLIC "ISO 8879:1986//ENTITIES
        Publishing//EN"
<!ENTITY % ISOtech PUBLIC "ISO 8879:1986//ENTITIES
        General Technical//EN"
```

```
<!ENTITY % ISOlat1 PUBLIC "ISO 8879:1986//ENTITIES
        Added Latin 1//EN"
<!ENTITY % ISOgrk3 PUBLIC "ISO 8879:1986//ENTITIES
        Greek Symbols//EN"
%ISOnum;
%ISOpub;
%ISOtech;
%ISOlat1;
% ISOgrk3;
<!-- ****************** End Character entities ********************-->
<!-- ****************** Parameter Entities ****************** -->


<!ENTITY % consol "">
<![ %CONSOL [
<!ENTITY % consol "cai   NAMES            #IMPLIED
                -- Creating amending act ID (IDs) --
                eai    NAMES            #IMPLIED
                -- Ending amending act ID (IDs) --
                "
>
]]>
<!ENTITY % status
      "insert-date NUMBER    #IMPLIED -- insert date --
      insert-leg    IDREF              #IMPLIED -- link to the inserting legislation --
      repeal-date NUMBER    #IMPLIED -- repeal date --
      repeal-leg   IDREF               #IMPLIED -- link to the repealing legislation --
      amend-date NUMBER    #IMPLIED -- amended date --
      amend-leg   IDREF               #IMPLIED -- link to the amending legislation --
                "
>
<!ENTITY % reqid "id     ID    #REQUIRED"
    -- required id --
>


<!ENTITY % reqlbl "lbl    CDATA      #REQUIRED"
    -- required label --
>
<!ENTITY % emph "bold  I  ital"
    -- emphasised text --
>
```

```
<!ENTITY % refs   "xref | rngref | tempref | noteref"
      -- references --
>
<!ENTITY % inline "quote | ileqn | %emph; | %refs; | super | subscr"
      -- inline text elements --
>
<!ENTITY % text   "#PCDATA | %inline;"
      -- inline text elements plus character data --
>
<!ENTITY % ref-cont      "#PCDATA"
-- content of references --
>
<!ENTITY % plevel        "p | dpeqn | tblblk | list | blockquote | form"
      -- paragraph level (block) elements --
>
<!ENTITY % tblcon        "p | dpeqn | list"
      -- content of table cells --
>
<!ENTITY % para-cont   "(%plevel;)+"
      -- content of long-title or section level elements --
>


<!ENTITY % unstruct-cont      "((%plevel;) |article|chapter|part|notes)*">


<!ENTITY % subject            "subject     NAMES     #IMPLIED"
      -- optional subject --
>
<!-- ************** End Parameter Entities ************************ -->


<!-- ************** Include Maths and Table elements *********** -->

<!ENTITY % atimath PUBLIC "-//SGMLSE//ELEMENTS Math Equation
Structures//EN">
%atimath;


<!ENTITY % atitbl PUBLIC "-//SGMLSE//ELEMENTS Table Structures//EN">
%atitbl;


<!-- ********************* End Maths and Table elements ******** -->
```

```
        <!-- Main elements -->
<!ELEMENT part - - (title, (%plevel;)*, (chapter+|division+|section+)*, notes?)
>
<!ATTLIST part %reqid;
        %reqlbl;
                %status;
                % subject;
                %consol;
>
<!ELEMENT order - - (title, (division|section|part|schedule)+)
        -- in numregs --
>
<!ATTLIST order %reqid;
        %reqlbl;
                %status;
                %subject;
                %consol;
>
<!ELEMENT division - - (title, (sub-division+|section+))
        -- in numregs --
>
<!ATTLIST division %reqid;
        %reqlbl;
                %status;
                %subject;
                %consol;
>
<!ELEMENT sub-division -- (title, section+)
        -- in numregs --
>
<!ATTLIST sub-division %reqid;
        %reqlbl;
                %status;
                %subject;
                %consol;
>
<!ELEMENT chapter - - (title, (%plevel;)*, (part+|section+|article+)?)
        -- part+ and section+ for numacts --
>
```

```
<!ATTLIST chapter %reqid;
      %reqlbl;
            %status;
            %subject;
            %consol;
>
<!ELEMENT article - - (title, (%plevel)*, notes?)
>
<!ATTLIST article %reqid;
      %reqlbl;
            %status;
            %subject;
>
<!ELEMENT section - - (title, (%unstruct-cont;))>
<!ATTLIST section
%reqid;
      %reqlbl;
            %status;
      astprov NAMES #IMPLIED
            type (section|rule|reg) section
            %subject;
            %consol;
>
<!ELEMENT schedule - - (title?, (%unstruct-cont;))
      -- Schedule of an Act --
>
<!ATTLIST schedule %reqid;
      %reqlbl;
            %status;
            %subject;
            %consol;
>
<!-- ************************************** -->
<!ELEMENT provisions - - (title, tblblk+)
      -- provisions --
>
<!ATTLIST provisions
      %subject;
>
<!ELEMENT form - - (title, formreg, front, back?)>
```

```
<!ATTLIST form %reqid
     %reqlbl;
          %status;
          parastyle CDATA #IMPLIED
          %subject;
>
<!ELEMENT formreg - - (#PCDATA)
-- Regulation --
>
<!ATTLIST formreg
     %subject;
>
<!ELEMENT front - - (asis)
-- front of form --
>
<!ATTLIST front
     %subject;
>
<!ELEMENT back - - (asis)
-- back of form --
>
<!ATTLIST back
     %subject;
>
<!ELEMENT asis - - (#PCDATA)
--text as is --
>
<!ATTLIST asis
     %subject;
>
<!-- ************** Header elements ******************** -->
<!ELEMENT header - - (scope?, updated?)>
<!ATTLIST header
     %subject;
>
<!ELEMENT scope - - (%text;)+>
<!ATTLIST scope
```

```
      %subject;
>
<!ELEMENT updated - - (%text;)+>
<!ATTLIST updated
      %subject;
>
<!ELEMENT notes - o (note+)>
<!ATTLIST notes
      %subject;
>
<!ELEMENT note - - (%plevel;)+
>
<!ATTLIST note    id    ID    #REQUIRED
      %subject;
>
<!-- ***************** End Header elements ****************-->


<!-- ***************** structural elements *****************-->


<!ELEMENT title - - (%text;)+
      -- Generic title --
>
<!-- ****************** End structural elements *************** -->


<!-- ****************** plevel elements *********************** -->
<!ELEMENT blockquote - - (%unstruct-cont;)+
>
<!ATTLIST blockquote parastyle CDATA #IMPLIED
      %subject;
>
<!ELEMENT p - - (%text;)+
      -- paragraph - a line of text terminated by a carriage return in the hardcopy --
>
<!ATTLIST p parastyle CDATA #IMPLIED
      %subject;
>
<!ELEMENT list - - (li)+
>
<!ATTLIST list parastyle CDATA #IMPLIED
      %subject;
```

```
>
<!ELEMENT li      -- (p | blockquote | tblblk | list)+
      -- item in a list --
>
<!ATTLIST li lbl CDATA #REQUIRED
      %status;
      %subject;
>
<!ELEMENT tblblk - - (title?, (table|#PCDATA))
      -- table block --
>
<!ATTLIST tblblk parastyle CDATA #IMPLIED
      %subject;
>
<!ELEMENT dpeqn - - (fd)
      -- display equation --
>
<!ATTLIST dpeqn parastyle CDATA #IMPLIED>


<!-- ****************** End plevel elements ****************** -->


<!-- ****************** inline elements ********************** -->
 <!ELEMENT xref  - - (%ref-cont;)+
      -- cross reference to a single target point --
>
<!ATTL1ST xref   ref   IDREF          #REQUIRED
>
<!ELEMENT noteref - 0 EMPTY
      -- cross reference to a note --
>
<!ATTLIST noteref ref    IDREF          #REQUIRED
>
<!ELEMENT rngref - - (%ref-cont;)+
      -- cross reference to a sequential range of target points --
>
<!ATTLIST rngref  startref          NAME          #REQUIRED
            endref          NAME          #REQUIRED
>
<!ELEMENT tempref - - (%ref-cont;)+
```

-- cross reference to a single target point where the idstring is unknown --

>

<!ELEMENT ileqn  - - (f)

    -- inline equation --

>

<!ELEMENT super  - - (%text;)+ -(super,subscr)

    -- superscript --

>

<!ELEMENT subscr  - - (%text;)+ -(super,subscr)

    --subscript --

>

<!ELEMENT quote - - (%text;)+

>

<!ELEMENT bold  - - (%text;)+ -(bold)

    -- text set in bold which is not a title or a label --

>

<!ELEMENT ital - - (%text;)+ -(ital)

    -- text set in italic which is not a title or a label --

>

<!ELEMENT altered - 0 EMPTY>

<!ATTLIST altered by CDATA #REQUIRED>


<!-- ***************** End inline elements ****************** -->

<!ELEMENT long-title - - (%para-cont;)>

<!ELEMENT preamble - - (%para-cont;)>


### *CONSOL.DTD*

<!-- ********************************************************

Document Type Definition for the consolidation

Typical invocation:

<!DOCTYPE consol PUBLIC "-//SGMLSE//DTD 1.0

Colsolidation//EN">

Copyright Aunty Abha's Electronic Publishing Pty. Ltd. 1996, 1997

REVISION History

************

******************************************************* -->

<!ENTITY % CONSOL "INCLUDE">

<!-- ****** End common element and entity definitions *********** -->

```
<!ELEMENT consol        - - (act|reg)+
>
<!-- ****** Include common element and entity definitions ********* -->
<!ENTITY % common
        PUBLIC "-//SGMLSE//ELEMENTS 2.0 Common Elements//EN"> %common;
<!ENTITY % reg PUBLIC "-//SGMLSE//DTD 1.0 Regulation//EN">  %reg;
<!ENTITY % act PUBLIC "-//SGMLSE//DTD 1.0 Act//EN">
%act;
```

# APPENDIX C

**Relational Database Specifications**

## TABLE OF CONTENTS

**Database Tables Entry Procedure**

**[A] GENERAL**

**[A 01] Introduction**
**[A 02] General Purpose and Structure of the Database\**
**[A 03] General Note about Dates Required for Fields in Database Tables**

**[B] MASTER TABLE**

**[B 01]ID FIELD**
**[B 02]Date of Assent/Date of Notification Field**
**[B 03]Short Title Field**
**[B 04]Date of Commencement Field**
**[B 04.1]      Other forms of commencement or notification**
**[B 05]Date of Expiry Field**
**[B 06]Type Field**
**[B 07]Reprint No Field**
**[B 08]Reprint Date Field**

**[C] TEXTBLOCK TABLE**

**[C 01]When the should it be used?**
**[C 02]ID Field**
**[C 03]Textblock ID1**
**[C 04]Textblock ID2**
**[C 05]Date of Commencement Field**
**[C 06]Date of Expiry Field**

**COMMONWEALTH PROJECT**

**CHAPTER XX - Database Tables Entry Procedure**

*[A] GENERAL*

**[A 01] Introduction**

• This Chapter is divided into three topics;

[A] This General topic,

[B] The Master Table of the Data Base; and

[C] The Textblock Table of the Data Base.

• All text like this in 10pt Arial font size is "explanatory text and notes" on the data base.

• All text in Courier 9pt font size with a rule on the left hand side is the text used for examples, the text is taken from the Commonwealth data where possible to make it look like the real thing, however, some examples have been created for the purposes of explanation and do not exist in the data itself.

• References in capitals to ACT(S) or REGULATION(S) are references to the whole Acts or Regulations. The word regulation when written with a lower case "r" will refer to a numbered regulation (eg: regulation 2). **Note**: this does not apply to the text of examples which have been left as they appear in the data.

• The word Section written with a capital "S" will refer to the numbered section of an ACT (eg: Section 2). **Note**: this does not apply to the text of examples which have been left as they appear in the data.

• The word Part written with a capital "P" will refer to the means of dividing an ACT known as a Part (eg: Part 2 or Part II). **Note**: this does not apply to the text of examples which have been left as they appear in the data.

• **Note**: the reference to Sections in Commonwealth ACTS and regulations in Commonwealth REGULATIONS is by way of the lowest piece of text first, eg: 8(8)(a) would be written "paragraph 8(8)(a)" not "Section 8(8)(a)".

**Note**: Fields are out of database structure order in the examples because they appear at different places in the legislation to the structure used in the database tables.

**[A 02] General Purpose and Structure of the Database**

*Purpose*

To provide a means of managing, monitoring and checking the content of the Commonwealth Legislation Consolidation.

To allow the time based (versioning) capacity of the DTD and SGML coding being under taken to be realised.

*Basic Structure*

The database is to consist of two tables.

These Tables will be known as MASTER and TEXTBLOCK.

The specific purpose of each Table will be as follows:-

**MASTER** will focus on fields that collect data about an ACT or REGULATION as a whole.

**TEXTBLOCK** will focus on specific sub-elements of the whole of an ACT or REGULATION.

**[A 03] General Note about Dates Required for Fields in Database Tables**

Dates in the Database will be used primarily to identify two things:

• 	the beginning of a whole or part of an ACT or REGULATION, or

• 	the end of the whole or part of an ACT or REGULATION

Entries for dates will all be in the dd/mm/yy formula.

There are 3 ways dates will be appear in the legislation:

• 	*specific* - are stated in the legislation itself (for example, Date of Assent)

• 	*to be advised* - are to be published or advised elsewhere (for example, proclaimed in Gazette)

• 	*conditional* - are based on something else happening (for example, the commencement of another ACT or REGULATION, the creation of or termination of an organisation, the happening of an event)

**[B] MASTER TABLE**

**[B 01] ID FIELD**

This is the most important field in the database as it ties all the remaining fields and their information together.

For the example used here, that is, the Social Security Act this will be **Act-19910046**. This is arrived at by combining,

(i) 	the *type of legislation*, in this case an ACT - see **(a)** *below*, then

(ii) 	the *year of enactment*/creation, in this case 1991 - see **(b)** *below*, and finally,

(iii) 	the *ACT'S Number*- see **(c)** *below*.

All three parts of the ID are important. Inputting the right type, that is, Act for ACTS and Reg for REGULATION etc., and the right year and number is critical as only the correct combination of all three will give the required accuracy.

In the ID field the year and number are separated by a hyphen. Also four digits **must** be used for the year number, thus 0046 and **not** 46 is used for the ACT'S number in this example.

An important point to note is that it is possible for an ACT or REGULATION to be known as say the Federal Law Act 1996 but to be Act No 2 of 1997, so that its ID then will be Act-19970002

$$#

$$T
SOCIAL SECURITY **(a)** ACT 1991
- Updated as at 10 July 1995

$$T
*1* The Social Security Act 1991 as shown in this reprint comprises Act No. **(c)**46, **(b)**199l amended as indicated in the Tables below.<

### [B 02] Date of Assent/Date of Notification Field
This will appear in different places according to the style and type of information.

For ACTS use the Table of Acts at the column Date of Assent. The entry for Act No 46, 1991 being the entry for the principal ACT, that is the Social Security Act, is the place to look and the second column shows the date of assent as 23 Apr. 1991(see **(d)** below).

Table of Acts<

| Act | Date | Date of | Application< |
|-----|------|---------|--------------|
| Number and of assent | | commencement | saving or< |
| year | | | transitional< |
| | | | provisions< |

Social Security Act 1991<

   46, 1991  **(d)**23 Apr 1991  1 July 1991<

For REGULATIONS use the Table of Statutory Rules at the column Date of Notification. The entry for REGULATION No 36, 1990 being the entry for the principal REGULATIONS, that is the Cash Transactions Reports Regulations, is the place to look and the second column shows the date of notification as 27 Feb 1990 (see **(e)** *below*).

*1* The Cash Transaction Reports Regulations (in force under the Cash Transaction Reports Act 1988) as shown in this reprint comprise Statutory Rules 1990 No. 36 amended as indicated in the Tables below.

### Table of Statutory Rules

| Year and Number | Date of notification in Gazette | Date of commencement | transitional provisions | Application, saving or |
|---|---|---|---|---|
| 1990 No. 36 **(e)**27 Feb 1990 | | 27 Feb 1990 | | |

### [B 03] Short Title Field

This usually appears in Section 1 of an ACT or regulation 1 of a REGULATION.  This is the best place to take the name from as it is the legislated/official way that the ACT, REGULATION etc., is to be referred to etc.  See **(f)** *below*.

The name should be entered in full (no abbreviations).

You should include the year even though it is part of the ID and also the words ACT or REGULATION.  This will firstly, provide a cross check as normally these should match.  It will also indicate those ACTS or REGULATIONS where the Short Title Year is different to the Year and Number in the ID field.

$$A

$$T

SOCIAL SECURITY ACT 1991 - SECT 1<

Short title

$$T

$$NSECT

1.  This Act may be cited as the **(f)** Social Security Act 1991.  *1* $$S

### [B 04] Date of Commencement Field

This information usually appears in Section 2 for an ACT and regulation 2 for a REGULATION.

This is the best place to take the date of commencement from as here it is part of the legislation/the law and therefore always correct (even if its wrong).  If taken from the Table of Acts or Table of Regulations an error would not be correct even if **not** made by us because technically; Tables, Title Pages and even side/margin notes are not considered part of legislation.

See **(g)** *below* for an example.

$$T

SOCIAL SECURITY ACT 1991 - SECT 2<

Commencement

$$T

$$NSECT

2. This Act commences on **(g)** 1 July 1991.

$$A

$$T

**[B 04.1] Other forms of commencement or notification**

The example given at **(g)** above is a simple form of commencement in that one date is stated in Section 2.

There are other forms of commencement as follows:-

**24.** ACTS or REGULATIONS *where no date of commencement is specified* enacted on or before 31/12/1937 (that is, there is no Section 2 and no other section dealing with commencement) commence on the day on which the ACT was assented to for ACTS (for example, the Acts Interpretation Act 1901 assented to on 12/7/1901). These Acts require **no** entry in the MASTER TABLE as the Date of Commencement and Date of Assent are the same.

**25.** ACTS or REGULATIONS *where no date of commencement is specified* enacted on or after 1/1/1938 (that is, there is no Section 2 and no other section dealing with commencement) then the Act by default commences on 28th day after the Date of Assent. These Acts **do** require an entry in the MASTER TABLE as the Date of Commencement and Date of Assent are not the same.

**26.** ACTS or REGULATIONS where various Parts, Sections, regulations etc., commence on different dates or on dates to be proclaimed or notified in Gazette.

**27.** ACTS or REGULATIONS where various Parts, Sections, regulations etc., commence the commencement of another ACT, REGULATION or Part or Section of another ACT or REGULATION etc.

**Note**: With respect to the calculation of time (as for example, in the case of commencement 28 days after assent) Section 36 of the Acts Interpretation Act affects how this is done. Section 36 provides:

**28.** Where in an ACT any period of time, dating from a given day, act, or event, is prescribed or allowed for any purpose, the time shall, unless the contrary intention appears, be reckoned exclusive of such day or of the day of such act or event.

29.     Where the last day of any period prescribed or allowed by an ACT for the doing of anything falls on a Saturday, on a Sunday or on a day which is a public holiday or a bank holiday in the place in which the thing is to be or may be done, the thing may be done on the first day following which is not a Saturday, a Sunday or a public holiday or bank holiday in that place.

The above will be handled in Australia with respect ot those ACTS or REGULATIONS to which this applies.

**[B 05] Date of Expiry Field**

This is the opposite of commencement; that is, it indicates when the whole of an ACT or REGULATION or some Part, Section or regulation in an ACT or REGULATION ceases to have effect.

**Note**: because the expiry is provided for in the ACT or REGULATION itself, this is different to a repeal. The effect is however, the same.

Sections or Regulations relevant to this field are headed "Sunset clause" or "Sunset provision" see **(h)** *below*.

**Note**: the use of the words "unless sooner repealed" in the examples *below*. This means entries will need to be checked or reviewed to ensure that ACT or REGULATION has not been sooner repealed.

The date or timing of expiry is indicated/expressed in a few different ways:by a specific date, see **(i)** *below*.

by a period of years, see **(j)** *below*.

30.     Examples of expiry of the whole ACT by a specific date.

AUSTRALIAN MEAT AND LIVE-STOCK (QUOTAS) ACT 1990 - Updated as at 18 July 1995

. . . . . . . . . . . . . . . . . . .

SECT 9

Sunset clause **(h)**

9. This Act, unless sooner repealed, shall cease to be in force at the **(i)**end of 30 June 1998.

**Note**: the example *above* uses the words "cease to be in force" and the one *below* the words "ceases to have effect". The result is still the same for our purpose.

MEAT AND LIVE -STOCK INDUSTRY ACT 1995 No. 67 of 1995 –

Assented to 30 June 1995

. . . . . . . . . . . . . . . . . . . .

SECT 227

Sunset clause

227. This Act, unless sooner repealed, ceases to have effect at the end of 30 June 1998.

**31.** Example of expiry of Part, Division, Subdivision or Section of ACT after a specified period of years.

NATIVE TITLE ACT 1993

Updated as at 30 June 1995

. . . . . . . . . . . . . . . . . . .

SECT 207

Sunset provision

207. This Part ceases to be in force at the (j)end of 5 years after the Parliamentary Joint Committee is first appointed.

**32.** Examples of expiry of a portion of a REGULATION

FEDERAL COURT RULES

Updated as at 22 March 1996

. . . . . . . . . . . . . . . . . . .

ORDER 75 NATIVE TITLE RULES

NATIVE TITLE ACT 1993

. . . . . . . . . . . . . . . . . . .

ORDER 75

RULE 21

Sunset provision

21. Order 75 ceases to be in force on 1 March 1997.

MIGRATION (1993) REGULATIONS - Updated as at 25 July 1994

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

REG 2A

10A

Sunset provision

2A.10A. No application may be made under this Division on or after 1 July 1993.


**[B 06] Type Field**

This Field provides more specific information about the type of legislation. It is different to the ID Field described above which gives the legislation a unique ID. This Field uses three single character codes to describe the legislation.

These are as follows:


P = *Principal* ACTS or REGULATIONS.

It indicates that this is the <u>main</u> or Principal ACT or REGULATION.

OR In other words the ACT or REGULATION which gets amended.

Principal ACTS or REGULATIONS can be either in existence (enacted in previous years) or newly enacted (created in the current year).


There is nothing specifically unique or different in a principal ACT or REGULATION that makes it easy to identify. By elimination it is however, possible to say what is not a Principal ACT or REGULATION. This is done by looking at the ACT or REGULATION'S title information. Amending Acts or Regulations (which are dealt with <u>next</u>) usually contain the word's "Amending", "Amendment", "Repeal" or "Statute Law Revision" in their Short Title. Another indicator in the case of ACTS is that the Long Title will also contain the word's "Amending", "Amendment", "Repeal" or "Statute Law Revision" (REGULATIONS however, do not have a Long Title).


The example marked **(K)** and **(J)** *below* shows the Long and Short Titles for a Principal Act known as the Trade Practices Act. (Compare these examples with the ones marked (L) and 20 (M) *below*).


LONG TITLE(**K**)

An Act relating to certain Trade Practices


PART I-PRELIMINARY


SECT 1

Short title(**J**)

1. This Act may be cited as the Trade Practices Act 1974.*1*

SEE NOTES TO FIRST ARTICLE OF THIS CHAPTER .

**Note**: A principal ACT or REGULATION can contain amendments to other ACTS or
REGULATIONS. It therefore, still needs to be considered for its effect on other ACTS.
A = Amending ACTS or REGULATIONS.

It indicates that this is a changing or Amending ACT or REGULATION.

**OR** In other words the ACT or REGULATION which does the amending.

Amending ACTS or REGULATIONS will not generally exist in their own right in the consolidated
information for which we are creating the data base. The changes they effect will nearly always
become part of the Principal ACT or REGULATION.

There are some rare exceptions to the above point however, which will need to be identified (the
way to do this most effectively will be to identify them in Australia and provide a list or table of what
these ACTS and REGULATIONS are).

　　　　As already stated the best ways to identify an Amending ACT or REGULATION are:

Amending ACTS or REGULATIONS will nearly always contain the word's "Amending",
"Amendment", "Repeal" or "Statute Law Revision" in their Short Title.

For Acts (but not Regulations) there is also a Long Title at the very beginning of the Act (usually
before Section 1) which will also contain the word's "Amending" "Amendment", "Repeal" or
"Statute Law Revision".

The example marked **(L)** and **(M)** below shows the Long and Short Titles for the Amending ACT
known as the Trade Practices (Secondary Boycotts) Amendment Act 1979.

LONG TITLE(L)

An Act to amend the Trade Practices Act 1974 with respect Secondary Boycotts and other industrial
practices.

PART I-PRELIMINARY

SECT 1

Short title(M)

1. This Act may be cited as the Trade Practices (Secondary Boycotts) Amendment Act 1979.*1*
SEE NOTES TO FIRST ARTICLE OF THIS CHAPTER .

**Note**: An Amending ACT or REGULATION can be amended itself by a further amending ACT or REGULATION.

More Examples of Amending ACTS and REGULATIONS
Following are some more examples of Amending ACTS and REGULATIONS and what to look for.

*Statute Law Revision Acts*
Below are two examples of these. Usually, this is clean up legislation which makes many changes and often effects a larger number of ACTS. They can be specific as in the case of the Decimal Currency example or they can be general as in the case of the 1973 example.
They can both change (amend Parts, Divisions and Sections of ACTS and REGULATIONS) and/or delete (repeal) whole ACTS and REGULATION or Parts, Divisions and Sections.

Statute Law Revision (Decimal Currency) Act 1966
Statute Law Revision Act 1973

There are other form of Amending ACT similar to the Statute Law Revision Acts as follows:

A.C.T. Self-Government (Consequential Provisions) Regulations 1989 No. 3
Defence Legislation Amendment Act 1984
Fringe Benefits Tax (Miscellaneous Provisions) Act 1986
Statute Law (Miscellaneous Provisions) Act (No. 1) 1986
Taxation Laws Amendment Act (No. 3) 1986

The above can usually be spotted by the use of words such as "Consequential Provisions" "Laws Amendment", "Legislation Amendment", "Miscellaneous Provisions" in their Short Titles.

*Repeal Acts*
Below are two examples of these. One where the term Legislation is used in the title indicating that more many ACTS are being repealed. Again this is often clean up legislation which repeals many ACTS whose purpose or reason for being has lapsed. Alternatively, as the second example indicates Repeal ACTS can be specific, effecting the repeal of only one ACT.

Egg Export Legislation Repeal Act 1984
National Welfare Fund Repeal Act

N = Not known

Indicates that the type of the ACT or REGULATION is not known or cannot be determined. These records will the be handled in Australia.

**[B 07] Reprint No Field**

The information required for this field does not appear in the Commonwealth Data as presently supplied to/held by us. It will need initially to be obtained in the form of a list of existing reprints and their numbers and be added to both the Commonwealth data and the data base as a once only job. It will then need to be maintained on a monthly basis using the two AGPS Pamphlet Publications known as ACTS TABLES for Acts and STATUTORY RULES TABLES for Regulations, the last page in each contains this information for the current year. **Note**: where the Pamphlets are not available or the reprint number is not known or unavailable then the number 999 should be used to indicate this.

Each of the two tables from the Pamphlets contains the name of the Reprinted ACT or REGULATION in alphabetical order (but see Statutory Rules example below) followed by the date of reprint, then followed by the words "Reprint No." and a number. It is this last number that needs to be entered.

ACTS TABLE entry example

*National Health Act* 1935 (20 September 1996) Reprint No. 5

STATUTORY RULES TABLE entry example

**Note**: Statutory Rules are listed by their parent Act (the Act under which the are made appearing in Italic as shown in the example below).

*Banks (Shareholdings) Act 1972 –*
          Banks (Shareholdings) Regulations (2 August 1995) Reprint No. 2

**[B 08] Reprint Date Field**

Like the Reprint Number discussed in **[B 07]** *above* the information required for this field does not appear in the Commonwealth Data as presently supplied to/held by us. It too will need initially to be obtained in the form of a list of existing reprints and be added to both the Commonwealth data and the data base as a once only job. It will then need to be maintained on a monthly basis using the two AGPS Pamphlet Publications known as ACTS TABLES for ACTS and STATUTORY

RULES TABLES for Regulations, the last page in each contains this information for the current year.

Each of the two tables contains the name of the Reprinted ACT or REGULATION in alphabetical order (but see Statutory Rules example below) followed by the date of reprint, then followed by the words "Reprint No." and a number.

For this field it is the Date preceding the Reprint Number that needs to be entered. For examples see the examples at **[B 07]** *above*.

**Note**: Again where the Pamphlets are not available or the reprint date is not known or unavailable then the date 00/00/00 should be used to indicate this.

**[C] TEXTBLOCK TABLE**

**[C 01] When the should it be used?**
TEXTBLOCK entries will not normally be required for ACTS or REGULATIONS which are either Principal *or* Reprinted ACTS or REGULATIONS. But **note** that in the case of Principal ACTS there are exceptions, namely; where the Principal ACT or REGULATION also amends or repeals other ACTS or REGULATIONS.

**[C 02]ID FIELD**
This field simply repeats the information obtained in **[B 01]** above. Its purpose is to link this Table with the MASTER TABLE by way of the same ID. For the example, in **[B 01]** for the Social Security Act the ID was **Act-19910046**. This ID would be repeated in this field.

**[C 03]Textblock ID1**
This field is for the ID of the specific Part, Section or regulation in an Amending ACT or REGULATION that causes a change (amendment) to happen.

Textblock ID2 (see **[C 04]** *below*) on the other hand records the ID of the specific Part, Section or regulation in an Amending Act or Regulation that is changed (amended).

**EXAMPLE 1**

Following is an example of an amendment to the Social Security Act which shows how the information required for this field is obtained.

*Please note* there are several ways in which Amending ACTS and REGULATIONS are presented. However, the information required for this ID field is present in all cases. This first example shows the things to look for and the next example show some of the variations possible.

**(N)**   The first thing required is an indication as to type. The example is an Amending <u>Act</u>.

**(O)**   The second thing required is the relevant year. In the example this is <u>1995</u>.

**(P)**   The third thing required is the Act or Reg Number. In this example this is <u>104</u>.

**(Q)**   The fourth thing required is the specific Part, Section or regulation doing the amending. In this example this is SCH1 (ie: Schedule 1).

The ID entry for this example would then be as follows:

   **ACT-19950104-SCH-1**

SOCIAL SECURITY LEGISLATION **(N)**AMENDMENT ACT (No. 1) **(O)**1995 No. **(P)**104 of 1995

. . . . . . . . . . . . . . . . . . . . . . .

                    **(Q)**SCHEDULE 1       Section 4<
            AMENDMENT OF THE SOCIAL SECURITY ACT 1991 RELATING TO<
                        THE DEFINITION OF INCOME<

1. After Paragraph 8 (8) (zf) :<

Insert:<

"(zfa)  a payment of financial supplement made to the person<
under the Student Financial Supplement Scheme;".<

**EXAMPLE 2**

This example shows a different style of amendment to Example 1.

The ID entry for this example would be as follows: **ACT-19950105-SEC-4**

It would be made up of the following:

**(R)**   Indication of Amending <u>Act</u>. (This would be Reg if we were dealing with a Regulation).

**(S)**   Year of Act is <u>1995</u>.

**(T)**   Act or Reg Number is <u>105</u>.

**(U)**   Specific Part, Section or regulation doing the amending is SEC4. **Note**: there is no reference to a Schedule (SCH) because Section 4 is doing the amending.

SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION (R)AMENDMENT ACT (S)1995
No. (T)105 of 1995

$$NSECT
(U)4. Section 198 of the Principal Act is amended by inserting after subsection (1A) :
$$P

<

        "(1B)  Subject to subsection (1C), if:<

        (a)     a person; (the 'carer') is personally providing constant care for a severely handicapped person;
and<

        (b)     the handicapped person is temporarily absent from Australia for a period of not more than 3
months; and<

        (c) the carer accompanies the handicapped person on his or her absence from Australia;<
the carer does not cease to be qualified for a carer pension merely because of that absence from Australia.
$$P

<

        "(1C)  If, during a calendar year, the carer has accompanied the handicapped person outside Australia
on more than one occasion, the caser ceases to be qualified for carer pension under subsection  (1B) in that
calendar year after he or she has, during that calendar year, qualified for carer pension under that subsection
for periods that together add up to 3 months.".
$$A


**[C 04] Textblock 102**
This field is for the ID of the specific Part, Section or regulation in an Amending ACT or
REGULATION that is changed (amended).


Textblock ID1 (see **[C 03]** *above*) on the other hand records the ID of the specific Part, Section or
regulation in an Amending ACT or REGULATION that causes a change (amendment) to happen.
**EXAMPLE 1**
Following is an example of an amendment to the Social Security Act which shows how the
information required for this field is obtained.


*Please note*, as with Textblock ID1, there are several ways in which Amending ACTS and
REGULATIONS are presented.  However, the information required for this ID field is present in all
cases.  This first example shows the things to look for and the next example shows some of the
variations possible.
**(V)**     Again the first thing is an indication as to type. The example is an Amending <u>Act</u>.

**(W)**   The second thing required is the relevant year. In the example this is <u>1991</u>.

**(X)**   The third thing required is the Act or Reg Number. In this example this is <u>46</u>.

**(Y)**   The fourth thing required is the specific Part, Section or Regulation that is being amended. In this example this is SEC8.


The ID entry for this example would then be as follows:

    **ACT-19910046-SEC-8**


SOCIAL SECURITY LEGISLATION AMENDMENT ACT (No. 1) 1995 No. 104 of 1995 -

. . . . . . . . . . . . . . . . . . . . . . . .

SCHEDULE 1                                                Section 4<

AMENDMENT OF THE SOCIAL SECURITY **(V)**ACT **(W)**1991

**(X)**   **[If not available/reproduced in the Amendment text can be obtained from the main ID field in**

**MASTER TABLE]**

RELATING TO<

THE DEFINITION OF INCOME<

1. After Paragraph **(Y)**8 (8) (zf) :

Insert:<


"(zfa) a payment of financial supplement made to the person

under the Student Financial Supplement Scheme;".<

**EXAMPLE 2**

This example shows a different style of amendment to Example 1.

The ID entry for this example would be as follows: **ACT-19950105-SEC-198**


It would be made up of the following:

**(Z)**   Indication of Amending <u>ACT</u>.  (This would be Reg if we were dealing with a REGULATION).

**(AA)**  Year of ACT is <u>1991</u>.

**(BB)**  The third thing required is the ACT or REGULATION Number.  In this example this is <u>46</u>.

**(CC)**  Specific Part, Section or regulation being amended is SEC 198.


SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1995 No. 105 of 1995

**(Z) (AA) (BB) [if not available/reproduced in the Amendment text can be obtained from the main ID field in MASTER TABLE]**

$$NSECT

4. Section **(CC)**l98 of the Principal Act is amended by inserting after subsection (1A) :

$$P

<

"(1B)  Subject to subsection (1C), if:<

(a)    a person (the 'carer') is personally providing constant care for a severely handicapped person; and <

(b)    the handicapped person is temporarily absent from Australia for a period of not more than 3 months; and<

(c)    the carer accompanies the handicapped person on his or her absence from Australia;<
. the carer does not cease to be qualified for a carer pension merely because of that absence from Australia.

$$P

<

"(1C)  If, during a calendar year, the carer has accompanied the handicapped person outside Australia on more than one occasion, the carer ceases to be qualified for carer pension under subsection (1B) in that calendar year after he or she has, during that calendar year, qualified for carer pension under that subsection for periods that together add up to 3 months.".

$$A

### [C 05] Date of Commencement Field

This field is for the date an amendment or repeal of a specific Part, Section or regulation commenced.  See also **[B 04]** for information on commencement.

### EXAMPLE

Below is an example of a commencement provision from an amending ACT.  Note how various sections of the amending ACT are allocated a date of commencement. Using the Section identified in TEXTBLOCK ID1 the date of commencement can be identified and entered in this field.

Thus if the TEXTBLOCK IDI field were **ACT-19950105-SEC-8** then the date information required for this field would be 1 July 1995.  See **(DD)** below.

SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1995 No.  105 of 1995 - SECT 2<

Commencement<

$$T

$$NSECT

2. (1) Subject to this section, this Act commences on the day on which it receives the Royal Assent.

$$P

<

(2) Subdivision A of Division 2 of Part 2 is taken to have commenced on 1 July 1993.

$$P

<

(3) Section 8 and 9 are taken to have commenced on (DD)1 July 1995.

$$P

<

(4) Section 10 is taken to have commenced on 1 April 1993.

$$P


**[C 06] Date of Expiry Field**

This field provides for amendments that are enacted for a period of time, for example, during a special event such as the Olympics.


**Note**: Expiry provisions are rare and should only be added if clearly specified in the data as in the example below.


**EXAMPLE**

See **(EE)** below.


OLYMPIC SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1997 No. 109 of 1995


$$NSECT

4. Section 298 of the Principal Act is amended for the period commencing at midnight on 1 July 1997 and ending on midnight (EE)25 July 1997 by inserting after subsection (2A) :

$$P

<

"(2B) Subject to subsection (2C) , if:<

(a) a person (the 'carer') is personality providing constant care for a severely handicapped person; and<

(b) the handicapped person is temporarily absent from Australia for a period of not more than 3 months; and <

(c) the carer accompanies the handicapped person on his or her absence from Australia;<

the carer does not cease to be qualified for a carer pension merely because of that absence from Australia.

$$P

<

"(2C) If, during a calendar year, the carer has accompanied the handicapped person outside Australia on more than one occasion, the carer ceases to be qualified for carer pension under subsection (1B) in that calendar year after he or she has, during that calendar year, qualified for carer pension under that subsection for periods that together add up to 3 months. ".

$$A

**APPENDIX D**

# Keying Guide for Australian Legislation Documents

**General**

**Validation**

All files produced must be parsed against the relevant DTD and each table should be viewed using a suitable Table renderer to make sure that they have been coded correctly.

**DTD modifications**

No local modifications must be made to the supplied DTD's. If there are any situations in which it is thought that a change to a DTD is required then the requested change and the reasons for it must be submitted to SGMLSE. If a change is deemed necessary, then the DTD will be changed in the UK and resupplied. This is necessary to maintain consistency in the DTD's being used at both ends in the process.

**Files**

The SGML files that will be supplied have already been partially processed but will be invalid according to the DTD (especially the tables).

Each file should omit the document type declaration and begin directly with the root element.

**Carriage return characters**

Carriage return characters must not appear in any element which has #PCDATA within its content model. If it is wished to use carriage return characters to shorten line lengths, then they must be placed in position's where they will be ignored by an SGML parser e.g. in places where #PCDATA is not allowed, or within start and end tags in places where separator characters are allowed.

**Case**

Element and attribute names are case-insensitive. They may be entered in either uppercase, lowercase or a mixture.

Attribute values are usually case-insensitive. The only time that they are case-sensitive is when they have a declared type of CDATA, in which case the string values should be entered directly as they appear in the text.

**Markup minimisation**

No non-empty elements have omissible start or end tags, but the empty end tag </> can be used to end the currently open element. A carriage return character can not occur within an empty end tag.

**DTD structure**

There are four DTDs and a common element declaration that are used to define the structure of the legislation.

**REGS.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulations//EN" and contains the declaration for the regulations. It has two parameter entity references which include "-//SGMLSE//DTD 1.0 Act//EN" and "-//SGMLSE//DTD 1.0 Regulation//EN".

The file *regs.sgm* produced by the Perl script *regs.p/* conforms to regs.dtd and calls in all acts as parameter entities.

**ACTS.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Acts//EN" and contains the declaration for the acts. It has a parameter entity references which includes "-//SGMLSE//DTD 1.0 Act//EN".

The file *acts.sgm* produced by the Perl script *acts.pl* conforms to acts.dtd and calls in all acts as parameter entities.

**ACT.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Act//EN" and contains the declaration of an act.

**REG.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulation//EN" and contains the declaration of a regulation.

**COMMON.ELT**

This list of elements has the public identifier "-//SGMLSE//ELEMENTS 1.0 Common Elements//EN" and includes element and entity definitions common to all document types.

**Character entities**

The character entities allowed have been selected from the ISO public sets isogrk1, isogrk3, isolat1, isonum, isopub and isotech.

*These characters are translated one-to-one to the equivalent character in the Times New Roman True Type font.*

The <quote> or <blockquote> elements should be used instead to surround any quoted text.

*Use Quotes (") at the beginning and at the end of these elements.*

**Labels and identifiers**

The major structural elements - act, reg, part, schedule, section, sub, s-sub, ss-sub,

...

all have a required label attribute (lbl). Unique identifiers should be generated for these elements. The label for these elements is the preceding number or letter WITHOUT any punctuation or parentheses. For example:

**1979 No. 141 The charge to income tax - REG 1**

**Income Tax**

1. Fred ...

1. (1) This is ...

<section type="reg" lbl="1" ID="CWACT-19790141-SEC-1">

<title>Income Tax</>

<list>

<li lbl="I"><p>Fred ...</>

```
<list>
<li lbl="1"><p>This is ...</>
</list>
</li>
</list>
</section>
```

Convert list and li items back to the original look in Folio Views, ie to

1. Fred ...

1. (1) This is ...

**Cross references**

All cross references point directly to a target by providing the id of the target as the value of an attribute of the xref element. For details of the format of cross reference identifier strings, see the description of the xref element below.

*All ID's are marked unchanged as Jump Destinations (JD's).*

```
<SECTION ID="CWACT-19950104-SEC-1" LBL="1">
```

becomes:

```
<JD:" ="CWACT-19950104-SEC-1 ">
```

**REGS DTD ELEMENT**

**REGS**

This is the root element of the Regulations. Its definition is :

```
<! ELEMENT regs - - (title, header?, reg+) >
```

That is, it contains a required title element, followed by an optional header element followed by 1 or more act element.

*Not translated*

**ACTS DTD ELEMENT**

**ACTS**

This is the root element of the Acts. Its definition is

```
<! (ELEMENT acts - - (title, header?, act+) >
```

That is, it contains a required title element, followed by an optional header element followed by 1 or more act element.

*Not translated*

**REG DTD ELEMENTS**

**REG**

This is the root element of the dtd for a Regulation. Its definition is:

```
<! ELEMENT reg - - (title, notes?, provisions?, (preamble | long-title)?,
( (order+ | (section | schedule)+ | chapter+ | part+) , schedule*) ) >
```

```
<! ATTLIST reg id ID #REQUIRED
        lbl             CDATA          #REQUIRED
        insert-date     NUMBER         #IMPLIED
        insert-leg      IDREF          #IMPLIED
        repeal-date     NUMBER         #IMPLIED
        repeal-leg      IDREF          #IMPLIED
        amend-date      NUMBER         #IMPLIED
        amend-leg       IDREF          #IMPLIED
<
```

The insert-date attribute should be used to insert the date YYYYMMDD that the REG was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the REG. The repeal-date attribute should be used to insert the date YYYYMMDD that the REG was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the REG. The amend-date attribute should be used to insert the date YYYYMMDD that the REG was amended. The amend-leg should be used to insert the ID of the legislation that amended the REG.

*The title gets marked up as Level "Heading Level 1". The period between the insert-date and the repeal-date or amend-date (that is the period during which the above element was in force) gets marked up as follows:*

*The Folio Views markup used is Groups. See the manual for explanations. We will use three kinds of groups: Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd (yyyy can be any year, mm can be any month from 1 - 12 and dd can be any day from 1 - 31). If the element was valid throughout a year yyyy, the element becomes a member of the Inforce-yyyy group. If the element was valid only for some months within a year, it becomes a member of the relevant Inforce-yyyy-mm groups. If the element was only valid for some days within a month, the element becomes a member of the relevant Inforce-yyyy-mm-dd groups. Example:*

*If the element was valid from 1/7/94 to 7/4/96, then the element belongs to the following groups: Inforce-94-07, Inforce- 94-08, Inforce-94-09, Inforce-94-10, Inforce-94-11, Inforce-94-12, Inforce-95, Inforce-96-01, Inforce-96-02, Inforce-96-03, Inforce-96-04-01, Inforce-96-04-02, Inforce-96-04-03, Inforce-96-04-04, Inforce-96-04-05, Inforce-96-04-06 and Inforce-96-04-07.*

*Note that the element is not part of the Inforce-94 group because the element wasn't in force throughout of 1994. Nor is the element part of the Inforce-96-04 group because the element wasn't in force throughout April 1996.*

*If the enduser wants to search for all elements that are valid as of a particular date then the enduser can enter that date in a Query Template in the form DD/MM/YYYY. The Query Template then searches the Folio Views infobase for all elements that belong to the groups Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd.*

**ACT DTD ELEMENTS**

**ACT**

This is the root element of the dtd for an Act. Its definition is :

< ! ELEMENT act - - (title, notes?, provisions?, (preamble | long- title)?, (section+ | chapter+ |part+ |sub+)*,
schedule*)>

<!ATTLIST  act  id ID #REQUIRED

| | | |
|---|---|---|
| date CDATA #IMPLIED | | |
| insert-date | NUMBER | #IMPLIED |
| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

<

That is, it contains a required title element, followed by optional notes, provisions, and preamble and either
one or more reg, order, rule, section, chapter or part elements.  It has a required id attribute and implied date
attribute

The insert-date attribute should be used to insert the date YYYYMMDD that the ACT was inserted.  The
insert-leg should be used to insert the ID of the legislation that inserted the ACT.

The repeal-date attribute should be used to insert the date  YYYYMMDD that the ACT was repealed.  The
repeal-leg should be used to insert the ID of the legislation that repealed the ACT.

The amend-date attribute should be used to insert the date YYYYMMDD that the ACT was amended.  The
amend-leg should be used to insert the ID of the legislation that amended the ACT.

**Examples**

**1979 No. 141 The charge to income tax**

<act 1b1="141" ID="CWACT-1979014l-TXT-0">

<title>1979 No. 141 The charge to income tax</>

**1979 No. 141 The charge to income tax*1***

<act 1b1="141" ID="CWACT-19790141-TXT-0">

<title>l979 No. 141 The charge to income tax<noteref

ref= "CWACT- 19790141-note-1" ></>

*The noteref gets marked up as a popup link.  The text of the note becomes the text within the popup link.*


*Treated the same as Reg DTD Elements.  See there for details.*

**COMMON ELEMENTS**

**PART**

< ! ELEMENT part - -  (title, (%plevel;)*,

(chapter+ | division+ | section+)*, notes?)

< ! ATTLIST  part  id  ID #REQUIRED

| | | |
|---|---|---|
| 1b1 | CDATA | #IMPLIED |
| insert-date | NUMBER | #IMPLIED |

| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

```
>
```

The insert-date attribute should be used to insert the date YYYYMMDD that the PART was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the PART. The repeal-date attribute should be used to insert the date YYYYMMDD that the PART was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the PART. The amend-date attribute should be used to insert the date YYYYMMDD that the PART was amended. The amend-leg should be used to insert the ID of the legislation that amended the PART.

**Example**

```
<PART lbl="I" ID="CWACT-19790141-PT-1">
<title></title>
<p>
```

*The title gets' marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD) Elements. See there for details.*

**ORDER**

```
<(ELEMENT order - - (title,
(division | section | part | schedule) +) >
<!ATTLIST order  id ID #REQUIRED
```

| | lbl CDATA #/IMPLIED | | |
| --- | --- | --- | --- |
| insert-date | NUMBER | #IMPLIED | |
| insert-leg | IDREF | | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED | |
| repeal-leg | IDREF | | #IMPLIED |
| amend-date | NUMBER | #IMPLIED | |
| amend-leg | IDREF | | #IMPLIED |

```
>
```

The insert-date attribute should be used to insert the date YYYYMMDD that the ORDER was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the ORDER. The repeal-date attribute should be used to insert the date YYYYMMDD that the ORDER was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the ORDER.

The amend-date attribute should be used to insert the date YYYYMMDD that the ORDER was amended. The amend-leg should be used to insert the ID of the legislation that amended the ORDER.

**Example**

1979 No. 140 FEDERAL COURT RULES - ORDER 3<

　　　　　　　ORDER 3<

　　　　　　　TIME<

$$T

$$A

$$T

1979 No. 140 FEDERAL COURT RULES - RULE 1<

<ORDER lbl="3" ID="CWACT-19790140-ORD-3">

<title>TIME</title>

<section type="rule" lbl="1" ID="CWACT-19790140-ORD-3.1">

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs*

*DTD Elements. See there for details.*

**DIVISION**

<(ELEMENT division - - (title, (sub-division+ | section+))

>

<(ATTLIST division id  ID #/REQUIRED

　　　　　lbl CDATA #IMPLIED

　　　　　insert-date　　　NUMBER　　　#IMPLIED

　　　　　insert-leg　　　IDREF　　　　　#IMPLIED

　　　　　repeal-date　　　NUMBER　　#IMPLIED

　　　　　repeal-leg　　　IDREF　　　　　#IMPLIED

　　　　　amend-date　　　NUMBER　　#IMPLIED

　　　　　amend-leg　　　IDREF　　　　　#IMPLIED

>

The insert-date attribute should be used to insert the date YYYYMMDD that the DIVISION was

inserted. The insert-leg should be used to insert the ID of the legislation that inserted the

DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the DIVISION was

repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the

DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the DIVISION was

amended. The amend-leg should be used to insert the ID of the legislation that amended the

DIVISION.

**Example**

1979 No. 140 FEDERAL COURT RULES - DIVISION 1<

　　　　　Division 1-General<

$$T

$$A

$$T

1979 No. 140 FEDERAL COURT RULES - RULE 1<

Cases for service of originating process<

<DIVISION lbl="I" ID="CWACT-I 9790140-DIV-i>

<title>General</title>

<RULE lbl="1" ID="CWACT-I 9790140-DIV-1.1">

<title> Cases for service of originating process </title>

*The title gets marked up as Level "Heading Level 3". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**SUB-DIVISION**

<!ELEMENT             sub-division - - (title, section+) >

<!ATTLIST          sub-division  id ID #REQUIRED

            lbl   CDATA   #IMPLIED

            insert-date          NUMBER   #IMPLIED

            insert-leg           IDREF            #IMPLIED

            repeal date          NUMBER   #IMPLIED

            repeal-leg           IDREF            #IMPLIED

            amend-date          NUMBER   #IMPLIED

            amend-leg           IDREF            #IMPLIED

>

The insert-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SUB-DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SUB-DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SUB-DIVISION.

*The title gets marked up with a Paragraph Style (see Folio Views Infobase Production Kit Manual for details) 'Subdivision', Dates get treated the same way as in Regs DTD Elements. See there for details.*

**PROVISIONS**

<!ELEMENT       provisions    - -    (title, tblblk) >

**Example**

$$NTABLE

                TABLE OF PROVISIONS<

$$P

Order<

$$P

      1.     Preliminary<

$$P

2.      Sittings and Vacation<

<PROVISIONS>

<TITLE>TABLE OF PROVISIONS>

<TBLBLK>

. .

</TBLBLK>

</PROVISIONS>

*Provisions get ignored. The Table of Provisions gets generated by the conversion program from the*
*following Elements: Part, Chapter, Order, Division, Subdivision and Section. The generated Table of*
*Provisions is stored just before the first Part, Chapter, Order, Division, Subdivision and Section.*

**CHAPTER**

```
<!ELEMENT chapter     - -      (title, %plevel;)*,
(part+ | section+ | article+)?)>
<!ATTLIST  chapter      id ID        #REQUIRED
                        lbl CDATA #IMPLIED
            insert-date       NUMBER   #IMPLIED
            insert-leg        IDREF          #IMPLIED
            repeal-date       NUMBER   #IMPLIED
            repeal-leg        IDREF          #IMPLIED
            amend-date        NUMBER   #IMPLIED
            amend-leg         IDREF          #IMPLIED
>
```

The insert-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was
inserted. The insert-leg should be used to insert the ID of the legislation that inserted the
CHAPTER

The repeal-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was
repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the
CHAPTER.

The amend-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was
amended. The amend-leg should be used to insert the ID of the legislation that amended the
CHAPTER.

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs*
*DTD Elements. See there for details.*

**SECTION**

This is a sub element of a Regulation. Its definition is:

```
<!ELEMENT       section     - -      (title, (%unstruct-cont;))>
<!ATTLIST  section          id    ID #REQUIRED
                        lbl CDATA #/IMPLIED
                        insert-date    NUMBER   #IMPLIED
                        insert-leg     IDREF          #IMPLIED
```

```
                    repeal-date    NUMBER    #IMPLIED
                    repeal-leg     IDREF           #IMPLIED
                    amend-date     NUMBER    #IMPLIED
                    amend-leg      IDREF           #IMPLIED
>
```

That is, it contains a required title element, followed by unstructured content. It has a required lbl attribute and a required id attribute.

The insert-date attribute should be used to insert the date YYYYMMDD that the SECTION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SECTION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SECTION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SECTION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SECTION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SECTION.

**Examples**

**1979 No. 141 The charge to income tax - SECT. 1**

**Income Tax**

**1979 No. 141 The charge to income tax - REG 2**

**Tax**

3. Income tax shall be charged. . .

<section lbl="l" id="CWACT-l979l4l-SEC-1">

<title>Income tax</>

<section type = "reg"  lbl = "2" id = CWACT1979141-SEC-

l.2" ><title>Tax</title>

<p>Income tax shall be charged. . .</>

*The title gets marked up as Level "Heading Level 4". Dates gets treated the same way as in Regs DTD Elements. See there for details.*

**SCHEDULE**

This is a sub element of a Regulation. Its definition is:

<!(ELEMENT schedule - -        (title?,        (%-unstruct-cont;))>

<!ATTLIST schedule id  ID      #/REQUIRED

```
                    lbl      CDATA  #IMPLIED
                    insert-date      NUMBER    #IMPLIED
                    insert-leg       IDREF           #IMPLIED
                    repeal-date      NUMBER    #IMPLIED
                    repeal-leg       IDREF           #IMPLIED
                    amend-date       NUMBER    #IMPLIED
                    amend-leg        IDREF           #IMPLIED
```