# EXHIBIT 10
# TO DECLARATION
# OF SHAWN T. GORDON

# OVERLAPPING CLAIM TERMS BETWEEN
# U.S. PATENT NOS. 6,233,592 AND 7,293,228

| '592 Claim Term | '228 Claim Term |
|---|---|
| "plurality of predefined portions of text-based data"<br><br>(Claims 1, 20, and 40) | "plurality of portions of text-based data"<br><br>(Claims 1 and 24) |
| "at least one predefined portion being modified and stored"<br><br>(Claims 1, 20, and 40) | "obtaining an amended portion of text-based data that is amended relative to one of the plurality of portions of text-based data"<br><br>(Claims 1 and 24) |
| "a plurality of linking means of a markup language, each predefined portion of text-based data and said at least one modified predefined portion of text-based data being encoded with at least one linking means"<br><br>(Claims 1 and 20)<br><br>"encoding each predefined portion of said text-based data with at least one linking means of a markup language"<br><br>(Claim 40) | "encoding each of the plurality of portions of text-based data and the amended portion of text-based data with a markup language to include at least one link"<br><br>(Claims 1 and 24) |
| "a plurality of attributes"<br><br>(Claims 1, 20, and 40) | "providing a plurality of attributes"<br><br>(Claims 1 and 24) |
| "each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of text-based data"<br><br>(Claims 1, 20, and 40) | "wherein the attributes define a manner in which the plurality of portions of text-based data and the amended portion of text-based data can be organized, displayed and linked in a multidimensional space"<br><br>(Claim 1)<br><br>"allowing a user to select a version date as a primary attribute of a multidimensional space" |

Exhibit 10

|  | (Claim 13)  "the plurality of portions related to a current portion based on the current portion's attributes are displayed as a graphical representation of a multidimensional space that is configured to allow a user to select and thereby display text-based data represented by a point on the multidimensional space"  (Claim 24)  "allowing a user to select and thereby display text-based data represented by a point on the multidimensional space, where each point on the multidimensional space is defined by the value of one or more of a plurality of attributes"  (Claim 36) |
|---|---|
| "comprising means for searching within the system"  (Claim 2)  "wherein means for searching can be used"  (Claim 21)  "comprising the step of searching said text-based data"  (Claim 41) | "allowing the user to search the text-based data"  (Claims 1 and 24)  "input at least one search request"  (Claims 13 and 36) |
| "wherein said searching means uses one or more attributes"  (Claims 3 and 22)  "where said searching step uses one or more attributes" | "wherein the searching uses one or more attributes"  (Claims 2 and 25) |

| | |
|---|---|
| (Claim 42) | |
| "wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means"<br><br>(Claims 5, 24, and 44) | "at least one link defined by one of the plurality of attribute"<br><br>(Claims 1 and 24) |
| "wherein said markup language is Standard Generalised Markup Language (SGML" or eXtensible Markup Language"<br><br>(Claims 6, 25, and 45) | "wherein the markup language is Standard Generalised Markup Language (SGML" or extensible Markup Language"<br><br>(Claims 3, 22, 26, and 47) |
| "wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM)"<br><br>(Claims 7, 26, and 46) | "wherein the text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM)"<br><br>(Claims 4, 23, 27, and 48) |
| "wherein said linking means comprises any piece of information additional to the body of the text-based data"<br><br>(Claims 8, 27, and 47) | "wherein the at least one link comprises any piece of information additional to the text of the text-based data"<br><br>(Claims 5, 16, 28, and 39) |
| "wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data"<br><br>(Claims, 9, 28, and 48) | "wherein the at least one link is a code or markup that allows departure and destination points to be created between portions of the text-based data"<br><br>(Claims 8, 17, 29, and 40) |
| "wherein said at least one linking means comprises an identification code for said respective predefined portion"<br><br>(Claims 10, 29, and 49) | "wherein the at least one link comprises an identification code for a corresponding portion of text-based data"<br><br>(Claims 7, 18, 30, and 41) |
| "wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion"<br><br>(Claims 15, 34, and 54) | "wherein the amended portion of text-based data is amended by performing at least one of the group consisting of adding data to the portion, deleting data from the portion, and modifying data of the portion"<br><br>(Claims 8 and 31) |
| "wherein said text-based data comprises legislation" | "wherein the text-based data comprises legislation or material related to a |

| | |
|---|---|
| (Claims 16, 35, and 55) | provision of said legislation." (Claims 9 and 32) "wherein the text-based data comprises legislation or material related to said legislation" (Claim 43) |
| "wherein each of said plurality of predefined portions of said text-based data is a respective provision of said legislation" (Claims 17, 36, and 56) | "wherein each of the plurality of portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation" (Claims 10, 34, and 44) "wherein each of the portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation" (Claim 19) |
| "wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s)" (Claims 18, 37, and 57) | "wherein said provision is a section, schedule, or appendix of an Act, or a section, schedule or appendix of a regulation" (Claim 11 and 34) "wherein said provision is a section, schedule or appendix of an Act, or a section, schedule or appendix of a regulation" (Claims 20 and 45) |
| "wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data" (Claims 19, 39, and 58) | "wherein each portion is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data" (Claims 12, 35, and 46) "wherein each portion of text-based data |

| | is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data"

(Claim 21) |
|---|---|