# EXHIBIT 11
# TO DECLARATION
# OF SHAWN T. GORDON

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application Number | : | 09/689,927 |
| Applicant | : | Abha LESSING et al. |
| Filed | : | October 12, 2000 |
| Tech Cntr/AU | : | 2178 |
| Examiner | : | Joshua D. Campbell |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING |
| Attorney Reference | : | 011800-0001-999 |
| Customer No. | : | 20853 |

Confirmation No. 7458

**RECEIVED**
**JAN 0 4 2007**
**OFFICE OF PETITIONS**

**MAIL STOP 313(c)**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## PETITION FOR WITHDRAWAL
## FROM ISSUE — ISSUE FEE PAID [37 C.F.R. § 1.313(c)(2)]

### PETITION

Applicant hereby petitions for the withdrawal of this application from issue.

### PATENT ISSUE FEE

The issue fee for this case was paid on November 17, 2006.

### REASON(S) FOR WITHDRAWAL REQUEST

The reasons for the request for withdrawal from issue include:

(a) consideration of a request for continued examination under §1.114; and

(b) consideration and entry of an Information Disclosure Statement.

In further detail, withdrawal has been requested to continue prosecution to obtain entry of an Information Disclosure Statement.

01/05/2007 CKHLOK 00000004 503013 09689927
01 FC:1464 130.00 DA

WAI-2808933v1

Exhibit 11

## PETITION FEES (37 C.F.R. § 1.17(h))

The fee set forth in §1.17(h), required by 37 C.F.R. § 1.313(a), is set forth on the attached fee transmittal (PTO/SB/17) with authorization to charge Deposit Account No. 503-013. Further authorization for payment of additional fees is also set forth on the attached fee transmittal.

Respectfully submitted,

JONES DAY

By: _____
David M. Mott
Registration No. 47,808
Direct No. (202) 879-3674

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 Telephone
(202) 626-1700 Facsimile

Date: January 4, 2007
Attachments: Request for Continued Examination (PTO/SB/30)
Information Disclosure Statement

WAI-2808933v1

PTO/SB/17p (11-04)
Approved for use through 07/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PETITION FEE
## Under 37 CFR 1.17(f), (g) & (h)
### TRANSMITTAL
(Fees are subject to annual revision)

Send completed form to: Commissioner for Patents
P.O. Box 1450, Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 09/689,927 |
| Filing Date | October 12, 2000 |
| First Named Inventor | Abha LESSING et al. |
| Art Unit | 2178 |
| Examiner Name | Joshua D. Campbell |
| Attorney Docket Number | 011800-0001-999 |

Enclosed is a petition filed under 37 CFR __1.313__ that requires a processing fee (37 CFR 1.17(f), (g), or (h)). Payment of $ __130.00__ is enclosed.
This form should be included with the above-mentioned petition and faxed or mailed to the Office using the appropriate Mail Stop (e.g., Mail Stop Petition), if applicable. *For transmittal of processing fees under 37 CFR 1.17(i), see form PTO/SB/17i.*

**Payment of Fees** (small entity amounts are NOT available for the petition fees)

[X] The Commissioner is hereby authorized to charge the following fees to Deposit Account No. __503-013__:
   [X] petition fee under 37 CFR 1.17(f), (g) or (h)    [X] any deficiency of fees and credit of any overpayments
   Enclose a duplicative copy of this form for fee processing.

[ ] Check in the amount of $ _____ is enclosed.

[ ] Payment by credit card (Form PTO-2038 or equivalent enclosed). Do not provide credit card information on this form.

**Petition Fees under 37 CFR 1.17(f):    Fee $400    Fee Code 1462**
For petitions filed under:
§ 1.53(e) - to accord a filing date.
§ 1.57(a) - to accord a filing date.
§ 1.182 - for decision on a question not specifically provided for.
§ 1.183 - to suspend the rules.
§ 1.378(e) - for reconsideration of decision on petition refusing to accept delayed payment of maintenance fee in an expired patent.
§ 1.741(b) - to accord a filing date to an application under § 1.740 for extension of a patent term.

RECEIVED
JAN 0 4 2007
OFFICE OF PETITIONS

**Petition Fees under 37 CFR 1.17(g):    Fee $200    Fee Code 1463**
For petitions filed under:
§ 1.12 - for access to an assignment record.
§ 1.14 - for access to an application.
§ 1.47 - for filing by other than all the inventors or a person not the inventor.
§ 1.59 - for expungement of information.
§ 1.103(a) - to suspend action in an application.
§ 1.136(b) - for review of a request for extension of time when the provisions of section 1.136(a) are not available.
§ 1.295 - for review of refusal to publish a statutory invention registration.
§ 1.296 - to withdraw a request for publication of a statutory invention registration filed on or after the date the notice of intent to publish issued.
§ 1.377 - for review of decision refusing to accept and record payment of a maintenance fee filed prior to expiration of a patent.
§ 1.550(c) - for patent owner requests for extension of time in *ex parte* reexamination proceedings.
§ 1.956 - for patent owner requests for extension of time in *inter partes* reexamination proceedings.
§ 5.12 - for expedited handling of a foreign filing license.
§ 5.15 - for changing the scope of a license.
§ 5.25 - for retroactive license.

**Petition Fees under 37 CFR 1.17(h):    Fee $130    Fee Code 1464**
For petitions filed under:
§ 1.19(g) - to request documents in a form other than that provided in this part.
§ 1.84 - for accepting color drawings or photographs.
§ 1.91 - for entry of a model or exhibit.
§ 1.102(d) - to make an application special.
§ 1.138(c) - to expressly abandon an application to avoid publication.
§ 1.313 - to withdraw an application from issue.
§ 1.314 - to defer issuance of a patent.

| | |
|---|---|
| Signature | January 4, 2007 |
| | Date |
| David M. Mott | 47,808 |
| Typed or printed name | Registration No., if applicable |

This collection of information is required by 37 CFR 1.17. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/30 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Request for Continued Examination (RCE) Transmittal

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 09/689,927 |
| Filing Date | October 12, 2000 |
| First Named Inventor | Abha LESSING et al. |
| Art Unit | 2178 |
| Examiner Name | Joshua D. Campbell |
| Attorney Docket Number | 011800-0001-999 |

This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      ii. ☐ Other _____

   RECEIVED
   JAN 0 4 2007
   OFFICE OF PETITIONS

   b. ☑ Enclosed
      i. ☐ Amendment/Reply          iii. ☑ Information Disclosure Statement (IDS)
      ii. ☐ Affidavit(s)/ Declaration(s)    iv. ☑ Other  Request for Withdrawal From Issue Fee

2. **Miscellaneous**
   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. **Fees**  The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.
   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 503-013 . I have enclosed a duplicate copy of this sheet.
      i. ☑ RCE fee required under 37 CFR 1.17(e)
      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)
      iii. ☑ Other  Petition fee - see attached PTO/SB/17p
   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | [signed] | Date | January 4, 2007 |
|---|---|---|---|
| Name (Print/Type) | David M. Mott | Registration No. | 47,808 |

## CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

01/01/2007 CKHLOK  00000004 503013  09689927
01 FC:1801         790.00 DA

PTO/SB/30 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

# Request for Continued Examination (RCE) Transmittal

Address to:
Mail Stop RCE
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

| Application Number | 09/689,927 |
|---|---|
| Filing Date | October 12, 2000 |
| First Named Inventor | Abha LESSING et al. |
| Art Unit | 2178 |
| Examiner Name | Joshua D. Campbell |
| Attorney Docket Number | 011800-0001-999 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.
      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____
      ii. ☐ Other _____

   RECEIVED JAN 0 4 2007 OFFICE OF PETITIONS

   b. ☑ Enclosed
      i. ☐ Amendment/Reply
      ii. ☐ Affidavit(s)/ Declaration(s)
      iii. ☑ Information Disclosure Statement (IDS)
      iv. ☑ Other Request for Withdrawal From Issue Fee

2. **Miscellaneous**
   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)
   b. ☐ Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.
   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 503-013 . I have enclosed a duplicate copy of this sheet.
      i. ☑ RCE fee required under 37 CFR 1.17(e)
      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)
      iii. ☑ Other Petition fee - see attached PTO/SB/17p
   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | [signed] | Date | January 4, 2007 |
|---|---|---|---|
| Name (Print/Type) | David M. Mott | Registration No. | 47,808 |

### CERTIFICATE OF MAILING OR TRANSMISSION

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application Number : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) : | Abha LESSING et al. | |
| Filed : | October 12, 2000 | |
| Tech Cntr/AU : | 2178 | |
| Examiner : | Joshua D. Campbell | |
| Entitled : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |
| Attorney Reference : | 011800-0001-999 | |
| Customer Number : | 20583 | |

MAIL STOP 313(c)
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

**RECEIVED**
JAN 0 4 2007
**OFFICE OF PETITIONS**

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

## REFERENCES AND RELEVANCY

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.     , filed     *).

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

## CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐ each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

## RELATED CASES

☐ Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

## BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☐ within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐ with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐ after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐ after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☒ with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

## FEE AUTHORIZATION

☒ Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐ Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

WAI-2808993v1

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____
David M. Mott
Registration No. 47,808


Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date: January 4, 2007

Attachment(s):   PTO Form 1449
                 Cited References

WAI-2808993v1

| FORM PTO-1449 (modified) U.S. Department of Commerce U.S. Patent & Trademark Office | | | | | | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** | | | | Attorney Reference: 011800-0001-999 | | | |
| | | | | Applicant: Abha LESSING et al. | | | |
| | | | | Application Serial No. 09/689,927 | | | |
| | | | | Filing Date: October 12, 2000 | | | |
| Date: January 4, 2007 | | Page 1 of 1 | | Examiner: J. Campbell | | Group Art Unit: 2178 | |

| U.S. PATENT DOCUMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
| | AR | 6,947,945 | 09-2005 | Carey et al. | 707 | 102 | |
| | BR | 2004/0183831 A1 | 09-2004 | Ritchy et al. | 345 | 762 | |
| | CR | 2005/0278475 A1 | 12-2005 | Karatal et al. | 711 | 100 | |
| | DR | 2006/0181531 A1 | 08-2006 | Goldschmidt, Cassio Brun | 345 | 440 | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |
| | HR | | | | | | |
| | IR | | | | | | |

| FOREIGN PATENT DOCUMENTS | | | | | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Document Number | Date MM/YYYY | Country | | | Enclosed | No | Enclosed | No |
| | JR | | | | | | | | | |
| | KR | | | | | | | | | |
| | LR | | | | | | | | | |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |

| OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.) | | |
|---|---|---|
| | OR | Lim et al., "An Automated Approach for Retrieving Hierarchical Data from HTML Tables", CIKM '99, 11/99, Kansas City, MO, USA, pp. 466-474. |
| | PR | Eisenberg et al., "SQL/XML is Making Good Progress", SIGMOD Record, Vol. 31, No. 2, June 2002, pp. 101-108. |
| | QR | Promenschenkel, "STEPS: toward a new era in electronic publishing", OCLC Newsletter, Jul/Aug 1995, No. 216, found at website: http://digitalarchive.oclc.org/da/ViewObjectMain.jsp;jsessionid=84ae0c5fi82409328f8d87a14475bd40eaaceff43afd?fileid=0000001695:000000042504&reqi |
| | RR | Search Report of Corresponding European Appl. No. 98 901 249.7 – 1527 |
| | SR | Kim et al., "OOHS: An Object-Oriented Hypermedia System", COMPSAC, Seoul, KR, 21 August 1996 – 23 August 1996, pp. 496-501, IEEE, XP 000684382, IEEE Comp. Soc. Los Alamitos, CA US ISBN: 0-8186-7579-9.. |
| | TR | Arnold-Moore et al., "The ELF data model and SGQL query language for structured document databases", Sixth Australasian Database Conf., ADC'95, Adelaide, AU, [Online] vol. 17, no. 2, 30 January 1995 – 31 January 1995, pp. 17-26, XP002204886, Australian Computer Science Communications ISSN: 0157-3055 Retrieved from the Internet: URL:http://www.mds.rmit.edu.au/~tja/papers/index.html> |
| | UR | P. Francois, "Generalized SGML repositories: Requirements and modeling", Computer Standards and Interfaces, vol. 18, no. 1, 1996, pp. 11-24, XP004006104, Elsevier Sequoia, Lausanne, CH ISSN: 0920-5489. |
| | VR | Dayen, Igor, "Storing XML is Relational Databases", XML.com, www.xml.com/lpt/a/803, June 20, 2001, pp. 1-13. |
| | WR | WR Communication pursuant to Article 115(c) EPC, 30 November 2006. |

| Examiner | Date Considered: |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

WA1-2809022v1