Dockets.Justia.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **Certificate of Service** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **Defendants' Motion to Consolidate with Case No. 07-CV-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592**

2. **Notice of Hearing on Defendants' Motion to Consolidate with Case No. 07-CV-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592**

3. **Defendants' Memorandum in Support of Motion to Consolidate with Case No. 07-cv-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592**

4. **Declaration of Shawn T. Gordon in Support of Defendants' Motion to Consolidate with Case No. 07-CV-1687 and Stay Pending Reexamination of U.S. Patent No. 6,233,592**

5. **Local Rule 7.1 Compliance Certificate**

The following counsel have been served with these documents via CM/ECF:

**Joseph N. Hosteny** at jhosteny@hosteny.com

**Michael R. Cunningham** at michael.cunningham@gpmlaw.com

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

The Honorable Jeanne J. Graham

and I certify that I caused a copy of the proposed order to be mailed to the following:

**Joseph N. Hosteny**
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602

**Michael R. Cunningham**
Gray, Plant & Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: January 10, 2008                        **FAEGRE & BENSON LLP**

                                               By:

                                               *s/ Calvin L. Litsey*
                                               Calvin L. Litsey #153746
                                               David J.F. Gross, #208772
                                               Shawn T. Gordon, # 336439
                                               Timothy E. Grimsrud, #34283X
                                               Kevin P. Wagner, # 34008X

                                               2200 Wells Fargo Center
                                               90 South Seventh Street
                                               Minneapolis, Minnesota 55402
                                               Telephone:  (612) 766-7000
                                               Fax:  (612) 766-1600
                                               Email: clitsey@faegre.com
                                               Email: dgross@faegre.com
                                               Email: sgordon@faegre.com
                                               Email: tgrimsrud@faegre.com
                                               Email: kwagner@faegre.com

                                               **Attorneys for Defendants The Thomson
                                               Corporation, West Publishing Corporation,
                                               and West Services, Inc.**

fb.us.2525355.01