# Exhibit 1



United States Patent and Trademark Office

**Portal Home**  |  **Patents**  |  **Trademarks**  |  **Other**

Patent Application Information Retrieval 

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

| 90/008,204 | IDENTIFICATION SYMBOL, SYSTEM AND METHOD | |

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/008,204 | Customer Number: | - |
| Filing or 371 (c) Date: | 10-26-2006 | Status: | Response after Non-Final Action Entered (or Ready for Examiner Action) |
| Application Type: | Re-Examination | Status Date: | 08-16-2007 |
| Examiner Name: | FOSTER, ROLAND G | Location: | ELECTRONIC |
| Group Art Unit: | 3992 | Location Date: | - |
| Confirmation Number: | 7895 | Earliest Publication No: | - |
| Attorney Docket Number: | 10287.8051-0000 | Earliest Publication Date: | - |
| Class / Subclass: | 235/494 | Patent Number: | - |
| First Named Inventor: | 4924078 , GOLDEN VALLEY, MN (US) | Issue Date of Patent: | - |
| Title of Invention: | IDENTIFICATION SYMBOL, SYSTEM AND METHOD | | |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home** | **Patents** | **Trademarks** | **Other**

Patent Application Information Retrieval

[i] Order Certified Application As Filed     Order Certified File Wrapper     View Order List

90/008,204     IDENTIFICATION SYMBOL, SYSTEM AND METHOD

[Select New Case] [Application Data] [Transaction History] [Image File Wrapper] [Continuity Data] [Address & Attorney/Agent]

This application is officially maintained in electronic form. To View: Click the desired Document Description. To Download and Print: Check the desired document(s) and click Start Download.

## Available Documents

| Mail Room Date | Document Description | Page Count | Select All | Start Download | Clear All |
|---|---|---|---|---|---|
| 01-17-2007 | Determination -- Reexam Ordered | 11 | ☐ | | |
| 01-17-2007 | List of References cited by applicant and considered by examiner | 1 | ☐ | | |
| 01-17-2007 | Paper Reexam File Jacket is scanned | 2 | ☐ | | |
| 01-17-2007 | Paper Reexam File Jacket is scanned | 1 | ☐ | | |
| 01-17-2007 | Mail returned to USPTO as undelivered | 12 | ☐ | | |
| 01-11-2007 | Reexam Litigation Search Conducted | 23 | ☐ | | |
| 10-30-2006 | Notice of reexamination request filing date | 1 | ☐ | | |
| 10-30-2006 | Notice of Assignment of Reexamination Request | 1 | ☐ | | |
| 10-26-2006 | Receipt of Corrected Original Ex Parte Request | 5 | ☐ | | |
| 10-26-2006 | Information Disclosure Statement (IDS) Filed | 1 | ☐ | | |
| 10-26-2006 | Bibliographic Data Sheet | 1 | ☐ | | |
| 10-26-2006 | Paper Reexam File Jacket is scanned | 5 | ☐ | | |
| 09-26-2006 | Notice of Incomplete Ex Parte Reexam Request | 6 | ☐ | | |
| 09-05-2006 | Receipt of Orig. Ex Parte Request by Third Party | 42 | ☐ | | |
| 09-05-2006 | Reexam Certificate of Service | 2 | ☐ | | |
| 09-05-2006 | Information Disclosure Statement (IDS) Filed | 1 | ☐ | | |
| 09-05-2006 | Copy of patent for which reexamination is requested | 19 | ☐ | | |
| 09-05-2006 | Title Report | 3 | ☐ | | |
| 09-05-2006 | NPL Documents | 4 | ☐ | | |
| 09-05-2006 | NPL Documents | 26 | ☐ | | |
| 09-05-2006 | NPL Documents | 1 | ☐ | | |
| 09-05-2006 | NPL Documents | 1 | ☐ | | |

| 09-05-2006 | [NPL Documents]() | 36 | ☐ |
| 09-05-2006 | [NPL Documents]() | 4  | ☐ |
| 09-05-2006 | [NPL Documents]() | 6  | ☐ |
| 09-05-2006 | [NPL Documents]() | 4  | ☐ |
| 09-05-2006 | [NPL Documents]() | 94 | ☐ |
| 09-05-2006 | [NPL Documents]() | 11 | ☐ |
| 09-05-2006 | [NPL Documents]() | 3  | ☐ |
| 09-05-2006 | [NPL Documents]() | 3  | ☐ |
| 09-05-2006 | [NPL Documents]() | 70 | ☐ |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

Home  |  Site Index  |  Search  |  eBusiness  |  Help  |  Privacy Policy