# Exhibit 2

 United States Patent and Trademark Office

**Portal Home**   |   **Patents**   |   **Trademarks**   |   **Other**

Patent Application Information Retrieval 

 Order Certified Application As Filed   Order Certified File Wrapper    View Order List

**90/007,980**   IDENTIFICATION SYMBOL SYSTEM AND METHOD WITH ORIENTATION MECHANISM   

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/007,980 | Customer Number: | - |
| Filing or 371 (c) Date: | 03-22-2006 | Status: | Non-Final Action Mailed |
| Application Type: | Re-Examination | Status Date: | 12-04-2007 |
| Examiner Name: | BANANKHAH, MAJID A | Location: | ELECTRONIC |
| Group Art Unit: | 3992 | Location Date: | - |
| Confirmation Number: | 8300 | Earliest Publication No: | - |
| Attorney Docket Number: | 26260-3 | Earliest Publication Date: | - |
| Class / Subclass: | 235/494 | Patent Number: | - |
| First Named Inventor: | 5612524 , , | Issue Date of Patent: | - |

| | |
|---|---|
| Title of Invention: | IDENTIFICATION SYMBOL SYSTEM AND METHOD WITH ORIENTATION MECHANISM |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home**  |  **Patents**  |  **Trademarks**  |  **Other**

Patent Application Information Retrieval

 Order Certified Application As Filed   Order Certified File Wrapper    View Order List

**90/007,980**        IDENTIFICATION SYMBOL SYSTEM AND METHOD WITH ORIENTATION MECHANISM

[Select New Case] [Application Data] [Transaction History] [Image File Wrapper] [Continuity Data] [Address & Attorney/Agent]

This application is officially maintained in electronic form. To View: Click the desired Document Description. To Download and Print: Check the desired document(s) and click Start Download.

## Available Documents

| Mail Room Date | Document Description | Page Count | Select All | Start Download | Clear All |
|---|---|---|---|---|---|
| 12-04-2007 | Reexam - Non-Final Action | 26 | ☐ | | |
| 12-04-2007 | Index of Claims | 1 | ☐ | | |
| 08-07-2006 | Reexam Timely Requester's Reply to an Owner's Statement | 18 | ☐ | | |
| 08-07-2006 | Rule 130, 131 or 132 Affidavits | 49 | ☐ | | |
| 08-07-2006 | Rule 130, 131 or 132 Affidavits | 3 | ☐ | | |
| 08-07-2006 | Letter from Office regarding Applicant initiated Request for Suspension | 2 | ☐ | | |
| 08-07-2006 | Rule 130, 131 or 132 Affidavits | 1 | ☐ | | |
| 08-07-2006 | Rule 130, 131 or 132 Affidavits | 13 | ☐ | | |
| 06-19-2006 | Information Disclosure Statement (IDS) Filed | 5 | ☐ | | |
| 06-19-2006 | NPL Documents | 21 | ☐ | | |
| 06-19-2006 | NPL Documents | 10 | ☐ | | |
| 06-19-2006 | NPL Documents | 43 | ☐ | | |
| 06-19-2006 | NPL Documents | 19 | ☐ | | |
| 06-19-2006 | Reexam Certificate of Service | 1 | ☐ | | |
| 06-06-2006 | Reexam Timely Patent Owner's Stmnt in Resp to Order | 2 | ☐ | | |
| 06-06-2006 | Applicant Arguments/Remarks Made in an Amendment | 30 | ☐ | | |
| 06-06-2006 | Reexam Certificate of Service | 1 | ☐ | | |
| 06-06-2006 | Power of Attorney | 1 | ☐ | | |
| 06-06-2006 | Reexam Certificate of Mailing | 1 | ☐ | | |
| 06-06-2006 | Information Disclosure Statement (IDS) Filed | 5 | ☐ | | |
| 06-06-2006 | List of References cited by applicant and considered by examiner | 3 | ☐ | | |
| 06-06-2006 | Notice of concurrent proceeding(s) | 3 | ☐ | | |
| 06-06-2006 | Rule 130, 131 or 132 Affidavits | 8 | ☐ | | |

| Date | Document | Pages | |
|---|---|---|---|
| 06-06-2006 | [Rule 130, 131 or 132 Affidavits](#) | 2 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 18 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 17 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 7 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 12 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 15 | ☐ |
| 06-06-2006 | [Reexam Notice of Court Action](#) | 16 | ☐ |
| 04-06-2006 | [Determination -- Reexam Ordered](#) | 13 | ☐ |
| 04-06-2006 | [List of References cited by applicant and considered by examiner](#) | 1 | ☐ |
| 04-05-2006 | [Reexam Litigation Search Conducted](#) | 72 | ☐ |
| 03-24-2006 | [Title Report](#) | 2 | ☐ |
| 03-24-2006 | [Notice of reexamination request filing date](#) | 2 | ☐ |
| 03-24-2006 | [Notice of Assignment of Reexamination Request](#) | 1 | ☐ |
| 03-22-2006 | [Receipt of Orig. Ex Parte Request by Third Party](#) | 60 | ☐ |
| 03-22-2006 | [Copy of patent for which reexamination is requested](#) | 19 | ☐ |
| 03-22-2006 | [Certificate of Correction - Post Issue Communication](#) | 2 | ☐ |
| 03-22-2006 | [Terminal Disclaimer Approval form used within the USPTO](#) | 2 | ☐ |
| 03-22-2006 | [Information Disclosure Statement (IDS) Filed](#) | 1 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 5 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 24 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 1 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 11 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 6 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 14 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 12 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 9 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 11 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 3 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 5 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 68 | ☐ |
| 03-22-2006 | [NPL Documents](#) | 1 | ☐ |
| 03-22-2006 | [Bibliographic Data Sheet](#) | 1 | ☐ |
| 03-22-2006 | [Paper Reexam File Jacket is scanned](#) | 5 | ☐ |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail [EBC@uspto.gov](mailto:EBC@uspto.gov) for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the [USPTO Contact Center (UCC)](#) .

- *If you experience technical difficulties or problems with this application, please report them via e-mail to [Electronic Business Support](#) or call 1 800-786-9199.*

[Home](#) | [Site Index](#) | [Search](#) | [eBusiness](#) | [Help](#) | [Privacy Policy](#)