TimeBase Pty Ltd. v. Thomson Corporation, The et al Doc. 17 Att. 5

# Exhibit 3

Dockets.Justia.com



United States Patent & Trademark Office 1/16/08 3:26 PM

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other

Patent Application Information Retrieval

Order Certified Application As Filed Order Certified File Wrapper  View Order List

07/683,972 REMOTE QUERY COMMUNICATION SYSTEM

Select New Case | Application Data | Transaction History | Continuity Data | Fees | Published Documents | Address & Attorney/Agent

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 07/683,972 | Customer Number: | - |
| Filing or 371 (c) Date: | 04-11-1991 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 11-16-1998 |
| Examiner Name: | RICHARDSON, ROBERT | Location: | RECORD ROOM 308-2733 |
| Group Art Unit: | 2317 | Location Date: | 01-09-2008 |
| Confirmation Number: | 6047 | Earliest Publication No: | - |
| Attorney Docket Number: | 17357-A | Earliest Publication Date: | - |
| Class / Subclass: | 395/200 | Patent Number: | 5,253,341 |
| First Named Inventor: | ANTHONY I. ROZMANITH , CHERRY HILL, NJ (US) | Issue Date of Patent: | 10-12-1993 |

| | |
|---|---|
| Title of Invention: | REMOTE QUERY COMMUNICATION SYSTEM |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy...vNEZHZ2RZbktKMEZSb1hmckNIZGgvN18wXzE4TC85Ny9zYS5nZXRCaWI!#7_0_18L Page 1 of 2

United States Patent & Trademark Office 1/16/08 3:26 PM

Home | Site Index | Search | eBusiness | Help | Privacy Policy

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy...vNEZHZ2RZbktKMEZSb1hmckNIZGgvN18wXzE4TC85Ny9zYS5nZXRCaWI!#7_0_18L Page 2 of 2


United States Patent & Trademark Office 1/16/08 3:26 PM

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home | Patents | Trademarks | Other

Patent Application Information Retrieval

Order Certified Application As Filed Order Certified File Wrapper View Order List

90/005,742 REMOTE QUERY COMMUNICATION SYSTEM

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

## Transaction History

| Date | Transaction Description |
|---|---|
| 07-05-2007 | Input Issue Number and Issue Date for Reexamination |
| 06-04-2007 | Workflow - File Sent to Contractor |
| 05-30-2007 | Reexam Forwarded to Office of Publications |
| 05-17-2007 | Notice of Intent to Issue a Reexam Certificate |
| 04-13-2007 | Reexam returned to TC for correction/completion |
| 03-21-2007 | Notice of Intent to Issue a Reexam Certificate |
| 01-25-2007 | Examiner Interview Summary Record |
| 03-01-2007 | Notice of Intent to Issue a Reexam Certificate |
| 01-31-2007 | Certificate of Service |
| 01-31-2007 | Miscellaneous Incoming Letter |
| 12-26-2006 | Mail BPAI Decision on Appeal - Affirmed in Part |
| 12-26-2006 | BPAI Decision - Examiner Affirmed in Part |
| 02-23-2006 | Notification of Appeal Hearing |
| 01-13-2006 | Assignment of Appeal Number |
| 08-10-2005 | Appeal Awaiting BPAI Docketing |
| 02-28-2005 | Miscellaneous Incoming Letter |
| 06-01-2005 | Reply Brief Noted by Examiner |
| 05-24-2005 | Reply Brief Filed |
| 04-29-2005 | Miscellaneous Letter Mailed |
| 03-24-2005 | Supplemental Appeal Brief Filed |
| 02-28-2005 | Order Returning Undocketed Appeal to the Examiner |
| 11-15-2004 | Appeal Awaiting BPAI Docketing |
| 11-02-2004 | Paralegal Reexam Review Complete |
| 08-19-2004 | Examiner's Answer Mailed |
| 10-13-2003 | Scanned in Central Reexam Unit |
| 10-08-2003 | Mail-Petition Decision - Denied |
| 08-27-2003 | Appeal Brief Filed |
| 08-11-2003 | Petition Entered |
| 08-19-2003 | Letter Acknowledging That an Improper Paper Has Been Returned/Destroyed |

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy0x...ed=isSubmitted&dosnum=90005742&public_selectedSearchOption=#7_0_18L Page 1 of 3

| | |
|---|---|
| 07-29-2003 | Scanned in Central Reexam Unit |
| 07-28-2003 | Letter Acknowledging That an Improper Paper Has Been Returned/Destroyed |
| 07-09-2003 | Scanned in Central Reexam Unit |
| 05-17-2003 | Scanned in Central Reexam Unit |
| 05-14-2003 | Certificate of Service |
| 05-06-2003 | Request for Oral Hearing |
| 05-06-2003 | Notice of Appeal Filed |
| 04-19-2003 | Scanned in Central Reexam Unit |
| 04-15-2003 | Final Rejection Mailed |
| 08-14-2002 | Scanned in Central Reexam Unit |
| 08-05-2002 | Response after Non-Final Action |
| 08-05-2002 | Affidavit(s), Declaration(s) and/or Exhibit(s) Filed |
| 06-11-2002 | Scanned in Central Reexam Unit |
| 06-07-2002 | Reexam Non-Final Action Mailed |
| 03-11-2002 | Scanned in Central Reexam Unit |
| 02-28-2002 | Miscellaneous Communication to Applicant |
| 01-22-2002 | Response to Final Rejection |
| 01-22-2002 | Affidavit(s), Declaration(s) and/or Exhibit(s) Filed |
| 01-17-2002 | Scanned in Central Reexam Unit |
| 12-06-2001 | Request for Extension of Time Granted |
| 11-28-2001 | Request for Extension of Time |
| 11-20-2001 | Scanned in Central Reexam Unit |
| 11-06-2001 | Correspondence Address Change |
| 11-06-2001 | Notification of Informal or Nonresponsive Amendment |
| 07-27-2001 | Case Docketed to Examiner in GAU |
| 07-27-2001 | Scanned in Central Reexam Unit |
| 07-05-2001 | Correspondence Address Change |
| 06-27-2001 | Case Docketed to Examiner in GAU |
| 06-27-2001 | Mail-Petition Decision - Granted |
| 06-05-2001 | Petition Entered |
| 06-12-2001 | Supplemental Response after Non-Final Rejection |
| 05-22-2001 | Examiner Interview Summary Record |
| 04-30-2001 | Information Disclosure Statement Filed |
| 04-25-2001 | Information Disclosure Statement Filed |
| 04-23-2001 | Response after Non-Final Action |
| 03-21-2001 | Letter Stating "Request for Extension of Time Granted" |
| 03-08-2001 | Request for Extension of Time |
| 02-27-2001 | Scanned in Central Reexam Unit |
| 02-23-2001 | Reexam Non-Final Action Mailed |
| 11-13-2000 | Scanned in Central Reexam Unit |
| 11-13-2000 | Mail-Petition Decision - Dismissed |
| 10-16-2000 | Change in Power of Attorney (May Include Associate POA) |
| 11-03-2000 | Correspondence Address Change |

| | |
|---|---|
| 10-04-2000 | Information Disclosure Statement Filed |
| 10-06-2000 | Case Docketed to Examiner in GAU |
| 08-09-2000 | Scanned in Central Reexam Unit |
| 08-04-2000 | Determination -- Reexam Ordered |
| 07-05-2000 | Case Docketed to Examiner in GAU |
| 06-23-2000 | Completion of Preprocessing - Released to Assigned GAU |
| 06-14-2000 | Correspondence Address Change |
| 07-11-2000 | Notice of Reexam Published in Official Gazette |
| 06-09-2000 | Initial Exam Team nn |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

Home | Site Index | Search | eBusiness | Help | Privacy Policy