TimeBase Pty Ltd. v. Thomson Corporation, The et al — Doc. 17 Att. 6

# Exhibit 4

Dockets.Justia.com



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home**  |  **Patents**  |  **Trademarks**  |  **Other**

### Patent eBusiness

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

### Patent Information

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

### Patent Searches

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

### Other

Copyrights
Trademarks
Policy & Law
Reports

### Patent Application Information Retrieval

Order Certified Application As Filed    Order Certified File Wrapper    View Order List

**90/008,972**    REMOTE QUERY COMMUNICATION SYSTEM

[Tabs: Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent]

## Transaction History

| Date | Transaction Description |
|---|---|
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 01-09-2008 | Completion of Preprocessing - Released to Assigned GAU |
| 01-09-2008 | Notice of assignment of reexamination request |
| 01-09-2008 | Notice of reexamination request filing date |
| 01-09-2008 | Title Report |
| 12-21-2007 | Reexamination requested by third party requester |
| 12-21-2007 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy