# Exhibit 5



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home**  |  **Patents**  |  **Trademarks**  |  **Other**

Patent Application Information Retrieval

Order Certified Application As Filed   Order Certified File Wrapper   View Order List

**05/913,732**

[Select New Case] [Application Data] [Transaction History] [Continuity Data] [Fees]

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 05/913,732 | Customer Number: | - |
| Filing or 371 (c) Date: | - | Status: | Patented File - (Old Case Added for File Tracking Purposes) |
| Application Type: | Utility | Status Date: | 12-22-1993 |
| Examiner Name: | - | Location: | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | - | Location Date: | 02-16-2005 |
| Confirmation Number: | 8715 | Earliest Publication No: | - |
| Attorney Docket Number: | - | Earliest Publication Date: | - |
| Class / Subclass: | - | Patent Number: | 4,213,121 |
| First Named Inventor: | - | Issue Date of Patent: | - |

| | |
|---|---|
| Title of Invention: | - |

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home**   |   **Patents**   |   **Trademarks**   |   **Other**

Patent Application Information Retrieval

 Order Certified Application As Filed   Order Certified File Wrapper   

**90/003,902**          CHIME TONE AUDIO SYSTEM UTILIZING A PIEZOELECTRIC TRANSDUCER          

## Transaction History

| Date | Transaction Description |
|---|---|
| 03-21-2006 | Case Docketed to Examiner in GAU |
| 04-26-2002 | Input Issue Number and Issue Date for Reexamination |
| 02-28-2002 | Workflow - File Sent to Contractor |
| 02-27-2002 | Reexam Forwarded to Office of Publications |
| 02-14-2002 | Scanned in Central Reexam Unit |
| 02-11-2002 | Notice of Intent to Issue a Reexam Certificate |
| 09-26-2001 | BPAI Decision - Examiner Reversed |
| 09-11-2001 | Notification of Appeal Hearing |
| 04-10-2001 | Scanned in Central Reexam Unit |
| 10-06-2000 | Case Docketed to Examiner in GAU |
| 07-14-1995 | Initial Exam Team nn |
| 12-15-1999 | Request for Oral Hearing |
| 08-24-1999 | Request for Oral Hearing |
| 11-12-1999 | Miscellaneous Communication to Applicant |
| 08-23-1999 | Supplemental Examiner's Answer to Reply Brief Mailed |
| 06-09-1999 | Date Forwarded to Examiner |
| 04-30-1999 | Appeal Brief Filed |
| 03-02-1999 | Mail-Petition Decision - Granted |
| 02-19-1999 | Petition Entered |
| 01-20-1999 | Mail-Petition Decision - Dismissed |
| 05-19-1998 | Petition Entered |
| 05-13-1998 | Notice of Intent to Issue a Reexam Certificate |
| 05-13-1998 | Advisory Action Mailed |
| 05-13-1998 | Miscellaneous Letter Mailed |
| 10-22-1997 | Affidavit(s), Declaration(s) and/or Exhibit(s) Filed |
| 10-22-1997 | Response to Final Rejection |
| 10-17-1997 | Examiner Interview Summary Record |
| 10-06-1997 | Letter Stating "Request for Extension of Time Granted" |
| 09-22-1997 | Request for Extension of Time |

| Date | Event |
|---|---|
| 09-22-1997 | Request for Extension of Time |
| 08-22-1997 | Letter Restarting Period Of Response - e.g., Letter re References, remail |
| 08-04-1997 | Final Rejection Mailed |
| 07-24-1997 | Request for Examiner Interview Filed |
| 12-02-1996 | Response after Non-Final Action |
| 11-04-1996 | Request for Examiner Interview Filed |
| 09-19-1996 | Miscellaneous Incoming Letter |
| 09-05-1996 | Letter Stating "Request for Extension of Time Granted" |
| 08-28-1996 | Change in Power of Attorney (May Include Associate POA) |
| 03-04-1996 | Correspondence Address Change |
| 06-19-1996 | Reexam Non-Final Action Mailed |
| 09-14-1995 | Miscellaneous Incoming Letter |
| 08-30-1995 | Determination -- Reexam Ordered |
| 08-22-1995 | Case Docketed to Examiner in GAU |
| 08-18-1995 | Completion of Preprocessing - Released to Assigned GAU |
| 08-18-1995 | Preexamination Location Change |
| 07-14-1995 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

Home | Site Index | Search | eBusiness | Help | Privacy Policy