# Exhibit 6



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

**Portal Home**  |  **Patents**  |  **Trademarks**  |  **Other**

## Patent eBusiness

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

### Patent Information

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

### Patent Searches

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

### Other

Copyrights
Trademarks
Policy & Law
Reports

## Patent Application Information Retrieval

Order Certified Application As Filed    Order Certified File Wrapper    View Order List

**06/807,687    MULTI-SIGNAL ALARM**

*Tabs: Select New Case | Application Data | Transaction History | Continuity Data | Fees | Published Documents | Address & Attorney/Agent*

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 06/807,687 | Customer Number: | - |
| Filing or 371 (c) Date: | 12-11-1985 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 08-05-1987 |
| Examiner Name: | ROSKOSKI, BERNARD | Location: | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | 2107 | Location Date: | 11-30-2006 |
| Confirmation Number: | 1567 | Earliest Publication No: | - |
| Attorney Docket Number: | M-6844 | Earliest Publication Date: | - |
| Class / Subclass: | 368/255 | Patent Number: | 4,697,932 |
| First Named Inventor: | MIROSLAV MATIEVIC , INDIANAPOLIS, IN (US) | Issue Date of Patent: | 10-06-1987 |

Title of Invention:    MULTI-SIGNAL ALARM

*If you need help:*

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC).
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy



**United States Patent and Trademark Office**

**Portal Home    |    Patents    |    Trademarks    |    Other**

- Patent eBusiness
  - Electronic Filing
  - Patent Application Information (PAIR)
  - Patent Ownership
  - Fees
  - Supplemental Resources & Support

- Patent Information
  - Patent Guidance and General Info
  - Codes, Rules & Manuals
  - Employee & Office Directories
  - Resources & Public Notices

- Patent Searches
  - Patent Official Gazette
  - Search Patents & Applications
  - Search Biological Sequences
  - Copies, Products & Services

- Other
  - Copyrights
  - Trademarks
  - Policy & Law
  - Reports

**Patent Application Information Retrieval**

Order Certified Application As Filed    Order Certified File Wrapper    View Order List

**90/004,017    MULTI-SIGNAL ALARM**

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

## Transaction History

| Date | Transaction Description |
|---|---|
| 10-01-1999 | Workflow - File Sent to Contractor |
| 10-01-1999 | Input Issue Number and Issue Date for Reexamination |
| 01-18-2001 | Scanned in Central Reexam Unit |
| 10-23-1995 | Initial Exam Team nn |
| 09-28-1999 | Notice of Intent to Issue a Reexam Certificate |
| 04-16-1999 | BPAI Decision - Examiner Reversed |
| 04-08-1999 | Notification of Appeal Hearing |
| 01-12-1999 | Notification of Appeal Hearing |
| 12-02-1998 | Request for Oral Hearing |
| 09-04-1998 | Miscellaneous Communication to Applicant |
| 09-04-1998 | Reply Brief Noted by Examiner |
| 09-04-1998 | Date Forwarded to Examiner |
| 07-22-1998 | Reply Brief Filed |
| 08-27-1998 | Date Forwarded to Examiner |
| 07-22-1998 | Reply Brief Filed |
| 07-02-1998 | Examiner's Answer Mailed |
| 05-28-1998 | Miscellaneous Incoming Letter |
| 06-26-1998 | Case Docketed to Examiner in GAU |
| 05-15-1998 | Examiner's Answer Mailed |
| 04-06-1998 | Appeal Brief Filed |
| 10-29-1997 | Final Rejection Mailed |
| 08-28-1997 | Response after Non-Final Action |
| 08-08-1997 | Letter of Inquiry Filed |
| 07-24-1997 | Reexam Non-Final Action Mailed |
| 06-11-1997 | Response after Non-Final Action |
| 05-02-1997 | Reexam Non-Final Action Mailed |
| 02-10-1997 | Response after Non-Final Action |
| 01-09-1997 | Letter Restarting Period Of Response - e.g., Letter re References, remail |
| 01-09-1997 | Mail-Petition Decision - Dismissed |
| 12-24-1996 | Request for Extension of Time |
| 12-16-1996 | Reexam Non-Final Action Mailed |
| 10-15-1996 | Response after Non-Final Action |
| 09-26-1996 | Letter Stating "Request for Extension of Time Granted" |

| | |
|---|---|
| 09-12-1996 | Request for Extension of Time |
| 09-13-1996 | Reexam Non-Final Action Mailed |
| 07-19-1996 | Decision Merging Proceedings |
| 02-12-1996 | Miscellaneous Incoming Letter |
| 01-18-1996 | Determination -- Reexam Ordered |
| 12-11-1995 | Case Docketed to Examiner in GAU |
| 12-01-1995 | Completion of Preprocessing - Released to Assigned GAU |
| 12-01-1995 | Preexamination Location Change |
| 10-23-1995 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy