# Exhibit 7
# Part B

Dockets.Justia.com

-46-

```
Sunset provision
207. This Part ceases to be in force at the (j)end of 5 years
after the Parliamentary Joint Committee is first appointed.
```

5    • Examples of expiry of a portion of a REGULATION

```
FEDERAL COURT RULES
Updated as at 22 March 1996
...............................
ORDER 75 NATIVE TITLE RULES
   NATIVE TITLE ACT 1993
...............................
ORDER 75
RULE 21
Sunset provision
21. Order 75 ceases to be in force on 1 March 1997.


MIGRATION (1993) REGULATIONS - Updated as at 25 July 1994
.................................................
REG 2A
10A
Sunset provision
2A.10A. No application may be made under this Division on or
after 1 July 1993.
```

**[B 06]Type Field**

This Field provides more specific information about the type of legislation.

It is different to the ID Field described above which gives the legislation a unique ID.

This Field uses three single character codes to describe the legislation.

These are as follows:

P = *Principal* ACTS or REGULATIONS.

It indicates that this is the <u>main</u> or Principal ACT or REGULATION.

**OR** In other words the ACT or REGULATION which gets amended.

Principal ACTS or REGULATIONS can be either in existence (enacted in previous years) or newly enacted (created in the current year).

-47-

There is nothing specifically unique or different in a principal ACT or REGULATION that makes it easy to identify. By elimination it is however, possible to say what is not a Principal ACT or REGULATION. This is done by looking at the ACT or REGULATION'S title information. Amending
5   Acts or Regulations (which are dealt with next) usually contain the word's "Amending", "Amendment", "Repeal" or "Statute Law Revision" in their Short Title. Another indicator in the case of ACTS is that the Long Title will also contain the word's "Amending", "Amendment", "Repeal" or "Statute Law Revision" (REGULATIONS however, do not have a Long Title).

10  The example marked **(K)** and **(J)** *below* shows the Long and Short Titles for a Principal Act known as the Trade Practices Act. (Compare these examples with the ones marked (L) and (M) *below).*

    LONG TITLE**(K)**
15  An Act relating to certain Trade Practices


    PART I-PRELIMINARY


    SECT 1
20  Short title**(J)**
    1. This Act may be cited as the Trade Practices Act 1974.*1*
    SEE NOTES TO FIRST ARTICLE OF THIS CHAPTER .

    **Note:** A principal ACT or REGULATION can contain amendments to other ACTS or
25  REGULATIONS. It therefore, still needs to be considered for its effect on other ACTS.
    A = *Amending* ACTS or REGULATIONS.
    It indicates that this is a changing or Amending ACT or REGULATION.
    **OR** In other words the ACT or REGULATION which does the amending.

30  Amending ACTS or REGULATIONS will not generally exist in their own right in the consolidated information for which we are creating the data base. The changes they effect will nearly always become part of the Principal ACT or REGULATION.

    There are some rare exceptions to the above point however, which will need to be identified - (the
35  way to do this most effectively will be to identify them in Australia and provide a list or table of what these ACTS and REGULATIONS are).

    As already stated the best ways to identify an Amending ACT or REGULATION are:

-48-

Amending ACTS or REGULATIONS will nearly always contain the word's "Amending", "Amendment", "Repeal" or "Statute Law Revision" in their Short Title.

5   For Acts (but not Regulations) there is also a Long Title at the very beginning of the Act (usually before Section 1) which will also contain the word's "Amending" "Amendment", "Repeal" or "Statute Law Revision".

The example marked (L) and **(M)** *below* shows the Long and Short Titles for the Amending ACT
10  known as the Trade Practices (Secondary Boycotts) Amendment Act 1979.

```
LONG TITLE(L)
An Act to amend the Trade Practices Act 1974 with respect
Secondary Boycotts and other industrial practices.

15  PART I-PRELIMINARY

SECT 1
Short title(M)
20  1. This Act may be cited as the Trade Practices (Secondary
Boycotts) Amendment Act 1979.*1*
SEE NOTES TO FIRST ARTICLE OF THIS CHAPTER .
```

**Note:** An Amending ACT or REGULATION can be amended itself by a further amending
25  ACT or REGULATION.

More Examples of Amending ACTS and REGULATIONS
Following are some more examples of Amending ACTS and REGULATIONS and what to look for.

30

*Statute Law Revision Acts*
Below are two examples of these. Usually, this is clean up legislation which makes many changes and often effects a larger number of ACTS. They can be specific as in the case of the Decimal Currency example or they can be general as in the case of the 1973
35  example.
They can both change (amend Parts, Divisions and Sections of ACTS and REGULATIONS) and/or delete (repeal) whole ACTS and REGULATION or Parts, Divisions and Sections.

-49-

```
Statute Law Revision (Decimal Currency) Act 1966
Statute Law Revision Act 1973
```

5    There are other form of Amending ACT similar to the Statute Law Revision Acts as follows:

```
A.C.T.  Self-Government  (Consequential  Provisions)  Regulations
1989 No. 3
Defence Legislation Amendment Act 1984
```
10  ```
Fringe Benefits Tax (Miscellaneous Provisions) Act 1986
Statute Law (Miscellaneous Provisions) Act (No. 1) 1986
Taxation Laws Amendment Act (No. 3) 1986
```

     The above can usually be spotted by the use of words such as "Consequential
15   Provisions" "Laws Amendment", "Legislation Amendment", "Miscellaneous Provisions" in
     their Short Titles.

     *Repeal Acts*
     Below are two examples of these. One where the term Legislation is used in the title
20   indicating that more many ACTS are being repealed. Again this is often clean up
     legislation which repeals many ACTS whose purpose or reason for being has lapsed.
     Alternatively, as the second example indicates Repeal ACTS can be specific, effecting
     the repeal of only one ACT.

25  ```
Egg Export Legislation Repeal Act 1984
National Welfare Fund Repeal Act
```

     *N = Not known*
     Indicates that the type of the ACT or REGULATION is not known or cannot be deterimined. These
30   records will the be handled in Australia.

     **[B 07]Reprint No Field**
     The information required for this field does not appear in the Commonwealth Data as presently
     supplied to/held by us. It will need initially to be obtained in the form of a list of existing reprints and
35   their numbers and be added to both the Commonwealth data and the data base as a once only
     job. It will then need to be maintained on a monthly basis using the two AGPS Pamphlet
     Publications known as ACTS TABLES for Acts and STATUTORY RULES TABLES for
     Regulations, the last page in each contains this information for the current year. **Note:** where the

-50-

Pamphlets are not available or the reprint number is not known or unavailable then the number 999 should be used to indicate this.

Each of the two tables from the Pamphlets contains the name of the Reprinted ACT or
5    REGULATION in alphabetical order (but see Statutory Rules example below) followed by the date of reprint, then followed by the words "Reprint No." and a number. It is this last number that needs to be entered.

ACTS TABLE entry example

10

*National Health Act 1935* (20 September 1996) Reprint No. 5

STATUTORY RULES TABLE entry example
**Note:** Statutory Rules are listed by their parent Act (the Act under which the are made appearing
15   in Italic as shown in the example below).

*Banks (Shareholdings) Act 1972* --
    Banks (Shareholdings) Regulations (2 August 1995) Reprint No. 2

20   **[B 08]Reprint Date Field**
Like the Reprint Number discussed in **[B 07]** *above* the information required for this field does not appear in the Commonwealth Data as presently supplied to/held by us. It too will need initially to be obtained in the form of a list of existing reprints and be added to both the Commonwealth data and the data base as a once only job. It will then need to be maintained on a monthly basis using
25   the two AGPS Pamphlet Publications known as ACTS TABLES for ACTS and STATUTORY RULES TABLES for Regulations, the last page in each contains this information for the current year.

Each of the two tables contains the name of the Reprinted ACT or REGULATION in alphabetical
30   order (but see Statutory Rules example below) followed by the date of reprint, then followed by the words "Reprint No." and a number.

For this field it is the Date preceding the Reprint Number that needs to be entered.
For examples see the examples at **[B 07]** *above.*
35

**Note:** Again where the Pamphlets are not available or the reprint date is not known or unavailable then the date 00/00/00 should be used to indicate this.

-51-

## [C] TEXTBLOCK TABLE

### [C 01] When the should it be used?

TEXTBLOCK entries will not normally be required for ACTS or REGULATIONS which are either
Principal *or* Reprinted ACTS or REGULATIONS. But **note** that in the case of Principal ACTS there
are exceptions, namely; where the Principal ACT or REGULATION also amends or repeals other
ACTS or REGULATIONS.

### [C 02] ID FIELD

This field simply repeats the information obtained in **[B 01]** above. Its purpose is to link this Table
with the MASTER TABLE by way of the same ID. For the example, in **[B 01]** for the Social
Security Act the ID was **Act-19910046**. This ID would be repeated in this field.

### [C 03] Textblock ID1

This field is for the ID of the specific Part, Section or regulation in an Amending ACT or
REGULATION that causes a change (amendment) to happen.

Textblock ID2 (see **[C 04]** *below*) on the other hand records the ID of the specific Part, Section or
regulation in an Amending Act or Regulation that is changed (amended).

### EXAMPLE 1

Following is an example of an amendment to the Social Security Act which shows how the
information required for this field is obtained.

*Please note* there are several ways in which Amending ACTS and REGULATIONS are presented.
However, the information required for this ID field is present in all cases. This first example shows
the things to look for and the next example show some of the variations possible.

**(N)**   The first thing required is an indication as to type. The example is an Amending <u>Act</u>.

**(O)**   The second thing required is the relevant year. In the example this is <u>1995</u>.

**(P)**   The third thing required is the Act or Reg Number. In this example this is <u>104</u>.

**(Q)**   The fourth thing required is the specific Part, Section or regulation doing the amending. In
this example this is SCH1 (ie: Schedule 1).

The ID entry for this example would then be as follows:

     **ACT-19950104-SCH-1**

SOCIAL SECURITY LEGISLATION **(N)**AMENDMENT ACT (No. 1) **(O)**1995 No. **(P)**104 of 1995
-

-52-

```
. . . . . . . . . . . . . . . . . .
                    (Q)SCHEDULE 1                        Section 4<
            AMENDMENT OF THE SOCIAL SECURITY ACT 1991 RELATING TO<
                        THE DEFINITION OF INCOME<
5   1. After Paragraph 8(8)(zf):<
    Insert:<
    "(zfa) a payment of financial supplement made to the person<
    under the Student Financial Supplement Scheme;".<
```

10  **EXAMPLE 2**

This example shows a different style of amendment to Example 1.

The ID entry for this example would be as follows: ACT-19950105-SEC-4

It would be made up of the following:

15  **(R)**  Indication of Amending Act. (This would be Reg if we were dealing with a Regulation).

**(S)**  Year of Act is 1995.

**(T)**  Act or Reg Number is 105.

**(U)**  Specific Part, Section or regulation doing the amending is SEC4. **Note:** there is no reference to a Schedule (SCH) because Section 4 is doing the amending.

20
```
    SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION (R)AMENDMENT ACT (S)1995 No.
    (T)105 of 1995

    $$NSECT
25  (U)4. Section 198 of the Principal Act is amended by inserting after subsection
    (1A):
    $$P
    <
      "(1B) Subject to subsection (1C), if:<
30   (a) a person (the 'carer') is personally providing constant care for a
    severely handicapped person; and<
      (b) the handicapped person is temporarily absent from Australia for a period
    of not more than 3 months; and<
      (c) the carer accompanies the handicapped person on his or her absence from
35  Australia;<
    the carer does not cease to be qualified for a carer pension merely because of
    that absence from Australia.
    $$P
```

-53-

```
<

   "(1C) If, during a calendar year, the carer has accompanied the handicapped
person outside Australia on more than one occasion, the carer ceases to be
qualified for carer pension under subsection (1B) in that calendar year after he
or she has, during that calendar year, qualified for carer pension under that
subsection for periods that together add up to 3 months.".
$$A
```

**[C 04]Textblock ID2**

This field is for the ID of the specific Part, Section or regulation in an Amending ACT or REGULATION that is changed (amended).

Textblock ID1 (see **[C 03]** *above*) on the other hand records the ID of the specific Part, Section or regulation in an Amending ACT or REGULATION that causes a change (amendment) to happen.

**EXAMPLE 1**

Following is an example of an amendment to the Social Security Act which shows how the information required for this field is obtained.

*Please note,* as with Textblock ID1, there are several ways in which Amending ACTS and REGULATIONS are presented. However, the information required for this ID field is present in all cases. This first example shows the things to look for and the next example shows some of the variations possible.

**(V)**   Again the first thing is an indication as to type. The example is an Amending <u>Act</u>.

**(W)**   The second thing required is the relevant year. In the example this is <u>1991</u>.

**(X)**   The third thing required is the Act or Reg Number. In this example this is <u>46</u>.

**(Y)**   The fourth thing required is the specific Part, Section or Regulation that is being amended. In this example this is SEC8.

The ID entry for this example would then be as follows:

**ACT-19910046-SEC-8**

```
SOCIAL SECURITY LEGISLATION AMENDMENT ACT (No. 1) 1995 No. 104 of 1995 -
.........................
SCHEDULE 1                                      Section 4<
        AMENDMENT OF THE SOCIAL SECURITY (V)ACT (W)1991
```

-54-

**(X)** [if not available/reproduced in the Amendment text can be obtained from the main ID field in MASTER TABLE]

                                RELATING TO<

                                THE DEFINITION OF INCOME<

1. After Paragraph **(Y)**8(8)(zf):<

Insert:<


"(zfa) a payment of financial supplement made to the person<
under the Student Financial Supplement Scheme;".<


**EXAMPLE 2**

This example shows a different style of amendment to Example 1.

The ID entry for this example would be as follows: **ACT-19950105-SEC-198**

It would be made up of the following:

**(Z)**   Indication of Amending <u>ACT</u>. (This would be Reg if we were dealing with a REGULATION).

**(AA)** Year of ACT is <u>1991</u>.

**(BB)** The third thing required is the ACT or REGULATION Number.

In this example this is <u>46</u>.

**(CC)** Specific Part, Section or regulation being amended is SEC198.

SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1995 No. 105 of 1995

**(Z) (AA) (BB)** [if not available/reproduced in the Amendment text can be obtained from the main ID field in MASTER TABLE]

$$NSECT

4. Section **(CC)**198 of the Principal Act is amended by inserting after subsection (1A):

$$P

<

  "(1B) Subject to subsection (1C), if:<

  (a) a person (the 'carer') is personally providing constant care for a severely handicapped person; and<

  (b) the handicapped person is temporarily absent from Australia for a period of not more than 3 months; and<

  (c) the carer accompanies the handicapped person on his or her absence from Australia;<

-55-

the carer does not cease to be qualified for a carer pension merely because of
that absence from Australia.

$$P

<

5       "(1C) If, during a calendar year, the carer has accompanied the handicapped
person outside Australia on more than one occasion, the carer ceases to be
qualified for carer pension under subsection (1B) in that calendar year after he
or she has, during that calendar year, qualified for carer pension under that
subsection for periods that together add up to 3 months.".

10      $$A

**[C 05]Date of Commencement Field**

This field is for the date an amendment or repeal of a specific Part, Section or regulation
commenced. See also **[B 04]** for information on commencement.

15

**EXAMPLE**

Below is an example of a commencement provision from an amending ACT. Note how various
sections of the amending ACT are allocated a date of commencement. Using the Section
identified in TEXTBLOCK ID1 the date of commencement can be identified and entered in this
20      field.

Thus if the TEXTBLOCK ID1 field were **ACT-19950105-SEC-8** then the date information required
for this field would be 1 July 1995. See **(DD)** below.

25      SOCIAL SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1995 No. 105 of
1995 - SECT 2<

Commencement<

$$T

30

$$NSECT

2.(1) Subject to this section, this Act commences on the day on which it
receives the Royal Assent.

$$P

35      <

(2) Subdivision A of Division 2 of Part 2 is taken to have commenced on 1 July
1993.

$$P

-56-

```
<
   (3) Sections 8 and 9 are taken to have commenced on (DD)1 July 1995.
$$P
<
5  (4) Section 10 is taken to have commenced on 1 April 1993.
$$P
```

**[C 06]Date of Expiry Field**

This field provides for amendments that are enacted for a period of time, for example; during a
10   special event such as the Olympics.

**Note:** Expiry provisions are rare and should only be added if clearly specified in the data as in the
example below.

15   **EXAMPLE**

See **(EE)** below.

```
OLYMPIC SECURITY (NON-BUDGET MEASURES) LEGISLATION AMENDMENT ACT 1997 No. 109 of
1995

20
$$NSECT
   4. Section 298 of the Principal Act is amended for the period commencing at
midnight on 1 July 1997 and ending on midnight (EE)25 July 1997 by inserting
after subsection (2A):
25  $$P
<
   "(2B) Subject to subsection (2C), if:<
   (a) a person (the 'carer') is personally providing constant care for a
severely handicapped person; and<
30   (b) the handicapped person is temporarily absent from Australia for a period
of not more than 3 months; and<
   (c) the carer accompanies the handicapped person on his or her absence from
Australia;<
the carer does not cease to be qualified for a carer pension merely because of
35  that absence from Australia.
$$P
<
```

-57-

"(2C) If, during a calendar year, the carer has accompanied the handicapped person outside Australia on more than one occasion, the carer ceases to be qualified for carer pension under subsection (1B) in that calendar year after he or she has, during that calendar year, qualified for carer pension under that
5    subsection for periods that together add up to 3 months.".

SSA

-58-

APPENDIX D 

# Keying Guide for Australian Legislation Documents

### General

### Validation

All files produced must be parsed against the relevant DTD and each table should be viewed using a suitable Table renderer to make sure that they have been coded correctly.

### DTD modifications

No local modifications must be made to the supplied DTD's. If there are any situations in which it is thought that a change to a DTD is required then the requested change and the reasons for it must be submitted to SGMLSE. If a change is deemed necessary, then the DTD will be changed in the UK and resupplied. This is necessary to maintain consistency in the DTD's being used at both ends in the process.

### Files

The SGML files that will be supplied have already been partially processed but will be invalid according to the DTD (especially the tables).

Each file should omit the document type declaration and begin directly with the root element.

### Carriage return characters

Carriage return characters must not appear in any element which has #PCDATA within its content model. If it is wished to use carriage return characters to shorten line lengths, then they must be placed in positions where they will be ignored by an SGML parser e.g. in places where #PCDATA is not allowed, or within start and end tags in places where separator characters are allowed.

### Case

Element and attribute names are case-insensitive. They may be entered in either uppercase, lowercase or a mixture.

Attribute values are usually case-insensitive. The only time that they are case-sensitive is when they have a declared type of CDATA, in which case the string values should be entered directly as they appear in the text.

-59-

**Markup minimisation**

No non-empty elements have omissible start or end tags, but the empty end tag `</>` can be used to end the currently open element. A carriage return character can not occur within an empty end tag.

5  **DTD structure**

There are four DTDs and a common element declaration that are used to define the structure of the legislation.

*REGS.DTD*

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulations//EN" and contains

10  the declaration for the regulations. It has two parameter entity references which include "-//SGMLSE//DTD 1.0 Act//EN" and "-//SGMLSE//DTD 1.0 Regulation//EN".

The file *regs.sgm* produced by the Perl script *regs.pl* conforms to regs.dtd and calls in all acts as parameter entities.

*ACTS.DTD*

15  This DTD has the public identifier "-//SGMLSE//DTD 1.0 Acts//EN" and contains the declaration for the acts. It has a parameter entity references which includes "-//SGMLSE//DTD 1.0 Act//EN".

The file *acts.sgm* produced by the Perl script *acts.pl* conforms to acts.dtd and calls in all acts as parameter entities.

20  *ACT.DTD*

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Act//EN" and contains the declaration of an act.

*REG.DTD*

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulation//EN" and contains

25  the declaration of a regulation.

*COMMON.ELT*

This list of elements has the public identifier "-//SGMLSE//ELEMENTS 1.0 Common Elements//EN" and includes element and entity definitions common to all document types.

30  **Character entities**

The character entities allowed have been selected from the ISO public sets isogrk1, isogrk3, isolat1, isonum, isopub and isotech.

*These characters are translated one-to-one to the equivalent character in the Times New Roman True Type font.*

35  The <quote> or <blockquote> elements should be used instead to surround any quoted text.

*Use Quotes (") at the beginning and at the end of these elements.*

-60-

## Labels and identifiers

The major structural elements - act, reg, part, schedule, section, sub, s-sub, ss-sub, ...
all have a required label attribute (lbl). Unique identifiers should be generated for these
elements. The label for these elements is the preceding number or letter WITHOUT any
punctuation or parentheses. For example :

**1979 No. 141 The charge to income tax - REG 1**

**Income Tax**

1. Fred ...

1. (1) This is ...

```
<section type="reg" lbl="1" ID="CWACT-19790141-SEC-1">
<title>Income Tax</>
<list>
<li lbl="1"><p>Fred ...</>
<list>
<li lbl="1"><p>This is ...</>
</list>
</li>
</list>
</section>
```

*Convert list and li items back to the original look in Folio Views, ie to*

*1. Fred ...*

*1. (1) This is ...*

## Cross references

All cross references point directly to a target by providing the id of the target as the value
of an attribute of the xref element. For details of the format of cross reference identifier
strings, see the description of the xref element below.

*All ID's are marked unchanged as Jump Destinations (JD's).*

*<SECTION ID="CWACT-19950104-SEC-1" LBL="1">*

*becomes:*

*<JD:" ="CWACT-19950104-SEC-1">*

## REGS DTD ELEMENT

## REGS

This is the root element of the Regulations. Its definition is :

```
<!ELEMENT    regs - - (title, header?, reg+) >
```

That is, it contains a required title element, followed by an optional header element
followed by 1 or more act element.

-61-

*Not translated*

## ACTS DTD ELEMENT

### ACTS

5   This is the root element of the Acts. Its definition is :

```
<!ELEMENT    acts - -  (title, header?, act+) >
```

That is, it contains a required title element, followed by an optional header element
followed by 1 or more act element.

*Not translated*

10  ## REG DTD ELEMENTS

### REG

This is the root element of the dtd for a Regulation. Its definition is :

```
<!ELEMENT reg - -  (title, notes?, provisions?, (preamble|long-
title)?,
```
15
```
((order+|(section|schedule)+|chapter+|part+),schedule*))>
<!ATTLIST    reg id ID #REQUIRED
                 lbl          CDATA    #REQUIRED
             insert-date NUMBER  #IMPLIED
             insert-leg      IDREF         #IMPLIED
20           repeal-date NUMBER  #IMPLIED
             repeal-leg      IDREF         #IMPLIED
             amend-date  NUMBER  #IMPLIED
             amend-leg       IDREF         #IMPLIED
>
```

25  The insert-date attribute should be used to insert the date YYYYMMDD that the REG
was inserted. The insert-leg should be used to insert the ID of the legislation that
inserted the REG.

The repeal-date attribute should be used to insert the date YYYYMMDD that the REG
was repealed. The repeal-leg should be used to insert the ID of the legislation that
30  repealed the REG.

The amend-date attribute should be used to insert the date YYYYMMDD that the REG
was amended. The amend-leg should be used to insert the ID of the legislation that
amended the REG.

*The title gets marked up as Level "Heading Level 1". The period between the insert-date*
35  *and the repeal-date or amend-date (that is the period during which the above element*
*was in force) gets marked up as follows:*

*The Folio Views markup used is Groups. See the manual for explanations. We will use*
*three kinds of groups: Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd (yyyy can*

-62-

*be any year, mm can be any month from 1 - 12 and dd can be any day from 1 - 31). If the*
*element was valid throughout a year yyyy, the element becomes a member of the Inforce-*
*yyyy group. If the element was valid only for some months within a year, it becomes a*
*member of the relevant Inforce-yyyy-mm groups. If the element was only valid for some*
*days within a month, the element becomes a member of the relevant Inforce-yyyy-mm-dd*
*groups. Example:*
*If the element was valid from 1/7/94 to 7/4/96, then the element belongs to the following*
*groups:*
*Inforce-94-07, Inforce-94-08, Inforce-94-09, Inforce-94-10, Inforce-94-11, Inforce-94-12,*
*Inforce-95, Inforce-96-01, Inforce-96-02, Inforce-96-03, Inforce-96-04-01, Inforce-96-04-*
*02, Inforce-96-04-03, Inforce-96-04-04, Inforce-96-04-05, Inforce-96-04-06 and Inforce-*
*96-04-07.*
*Note that the element is not part of the Inforce-94 group because the element wasn't in*
*force throughout of 1994. Nor is the element part of the Inforce-96-04 group because the*
*element wasn't in force throughout April 1996.*
*If the enduser wants to search for all elements that are valid as of a particular date then*
*the enduser can enter that date in a Query Template in the form DD/MM/YYYY. The*
*Query Template then searches the Folio Views infobase for all elements that belong to the*
*groups Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd.*

## ACT DTD ELEMENTS

### ACT

This is the root element of the dtd for an Act. Its definition is :

```
<!ELEMENT act - - (title, notes?, provisions?, (preamble|long-
title)?, (section+|chapter+|part+|sub+)*, schedule*)>
<!ATTLIST   act id ID #REQUIRED
                date CDATA #IMPLIED
            insert-date NUMBER  #IMPLIED
            insert-leg    IDREF      #IMPLIED
            repeal-date NUMBER  #IMPLIED
            repeal-leg    IDREF      #IMPLIED
            amend-date NUMBER   #IMPLIED
            amend-leg     IDREF      #IMPLIED

>
```

That is, it contains a required title element, followed by optional notes, provisions, and
preamble and either one or more reg, order, rule, section, chapter or part elements. It
has a required id attribute and implied date attribute

-63-

The insert-date attribute should be used to insert the date YYYYMMDD that the ACT was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the ACT.

The repeal-date attribute should be used to insert the date YYYYMMDD that the ACT
5   was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the ACT.

The amend-date attribute should be used to insert the date YYYYMMDD that the ACT was amended. The amend-leg should be used to insert the ID of the legislation that amended the ACT.

10  **Examples**

**1979 No. 141 The charge to income tax**

```
<act lbl="141" ID="CWACT-19790141-TXT-0">
<title>1979 No. 141 The charge to income tax</>
```

**1979 No. 141 The charge to income tax*1***

15
```
<act lbl="141" ID="CWACT-19790141-TXT-0">
<title>1979 No. 141 The charge to income tax<noteref ref="CWACT-
19790141-note-1"></>
```

*The noteref gets marked up as a popup link. The text of the note becomes the text within the popup link.*

20

*Treated the same as Reg DTD Elements. See there for details.*

## COMMON ELEMENTS

## PART

```
<!ELEMENT part - - (title, (%plevel;)*,
25  (chapter+|division+|section+)*, notes?)
    <!ATTLIST    part id ID #REQUIRED
                 lbl CDATA #IMPLIED
                 insert-date      NUMBER       #IMPLIED
                 insert-leg       IDREF        #IMPLIED
30               repeal-date      NUMBER       #IMPLIED
                 repeal-leg       IDREF        #IMPLIED
                 amend-date       NUMBER       #IMPLIED
                 amend-leg        IDREF        #IMPLIED

    >
```

35  The insert-date attribute should be used to insert the date YYYYMMDD that the PART was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the PART.

-64-

The repeal-date attribute should be used to insert the date YYYYMMDD that the PART was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the PART.

The amend-date attribute should be used to insert the date YYYYMMDD that the PART
5 was amended. The amend-leg should be used to insert the ID of the legislation that amended the PART.

**Example**

```
<PART lbl="1" ID="CWACT-19790141-PT-1">
<title></title>
```
10 `<p>`

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

# ORDER

```
<!ELEMENT order - - (title,
```
15 `(division|section|part|schedule)+)>`

```
<!ATTLIST    order    id ID #REQUIRED
                      lbl CDATA #IMPLIED
                      insert-date      NUMBER     #IMPLIED
                      insert-leg       IDREF      #IMPLIED
20                    repeal-date      NUMBER     #IMPLIED
                      repeal-leg       IDREF      #IMPLIED
                      amend-date       NUMBER     #IMPLIED
                      amend-leg        IDREF      #IMPLIED
>
```

25 The insert-date attribute should be used to insert the date YYYYMMDD that the ORDER was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the ORDER.

The repeal-date attribute should be used to insert the date YYYYMMDD that the ORDER was repealed. The repeal-leg should be used to insert the ID of the legislation
30 that repealed the ORDER.

The amend-date attribute should be used to insert the date YYYYMMDD that the ORDER was amended. The amend-leg should be used to insert the ID of the legislation that amended the ORDER.

**Example**

35 1979 No. 140 FEDERAL COURT RULES - ORDER 3<

ORDER 3<

TIME<

$$T

-65-

```
$$A
$$T
1979 No. 140 FEDERAL COURT RULES - RULE 1<
<ORDER lbl="3" ID="CWACT-19790140-ORD-3">
<title>TIME</title>
<section type="rule" lbl="1" ID="CWACT-19790140-ORD-3.1">
```

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

## DIVISION

```
<!ELEMENT    division - - (title, (sub-division+ | section+)) >
<!ATTLIST    division id ID #REQUIRED
             lbl CDATA #IMPLIED
             insert-date      NUMBER     #IMPLIED
             insert-leg       IDREF      #IMPLIED
             repeal-date      NUMBER     #IMPLIED
             repeal-leg       IDREF      #IMPLIED
             amend-date       NUMBER     #IMPLIED
             amend-leg        IDREF      #IMPLIED
>
```

The insert-date attribute should be used to insert the date YYYYMMDD that the DIVISION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the DIVISION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the DIVISION was amended. The amend-leg should be used to insert the ID of the legislation that amended the DIVISION.

**Example**

```
1979 No. 140 FEDERAL COURT RULES - DIVISION 1<
                 Division 1-General<
$$T
$$A
$$T
1979 No. 140 FEDERAL COURT RULES - RULE 1<
Cases for service of originating process<
<DIVISION lbl="1" ID="CWACT-19790140-DIV-1>
<title>General</title>
```

-66-

```
<RULE lbl="1" ID="CWACT-19790140-DIV-1.1">
<title> Cases for service of originating process </title>
```
*The title gets marked up as Level "Heading Level 3". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**SUB-DIVISION**

```
<!ELEMENT     sub-division - -  (title, section+)  >
<!ATTLIST     sub-division id ID #REQUIRED
              lbl CDATA #IMPLIED
              insert-date     NUMBER      #IMPLIED
              insert-leg      IDREF       #IMPLIED
              repeal-date     NUMBER      #IMPLIED
              repeal-leg      IDREF       #IMPLIED
              amend-date      NUMBER      #IMPLIED
              amend-leg       IDREF       #IMPLIED
>
```

The insert-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SUB-DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SUB-DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SUB-DIVISION.

*The title gets marked up with a Paragraph Style (see Folio Views Infobase Production Kit Manual for details) 'Subdivision'. Dates get treated the same way as in Regs DTD Elements. See there for details.*

**PROVISIONS**

```
<!ELEMENT     provisions   - -  (title, tblblk)  >
```
**Example**
```
$$NTABLE
                              TABLE  OF  PROVISIONS<
$$P
Order<
$$P
    1.        Preliminary<
$$P
2.  Sittings and Vacation<
```

-67-

```
<PROVISIONS>
<TITLE>TABLE OF PROVISIONS>
<TBLBLK>
..
5  </TBLBLK>
</PROVISIONS>
```
*Provisions get ignored. The Table of Provisions gets generated by the conversion program from the following Elements: Part, Chapter, Order, Division, Subdivision and Section. The generated Table of Provision is stored just before the first Part, Chapter,*
10  *Order, Division, Subdivision and Section.*

## CHAPTER
```
<!ELEMENT chapter - - (title, (%plevel;)*,
(part+|section+|article+)?)>
<!ATTLIST    chapter  id ID #REQUIRED
15           lbl CDATA #IMPLIED
             insert-date    NUMBER    #IMPLIED
             insert-leg     IDREF     #IMPLIED
             repeal-date    NUMBER    #IMPLIED
             repeal-leg     IDREF     #IMPLIED
20           amend-date     NUMBER    #IMPLIED
             amend-leg      IDREF     #IMPLIED

>
```
The insert-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was inserted. The insert-leg should be used to insert the ID of the legislation
25  that inserted the CHAPTER

The repeal-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the CHAPTER.

The amend-date attribute should be used to insert the date YYYYMMDD that the
30  CHAPTER was amended. The amend-leg should be used to insert the ID of the legislation that amended the CHAPTER.

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

35  ## SECTION
This is a sub element of a Regulation. Its definition is :
```
<!ELEMENT section - - (title, (%unstruct-cont;))>
<!ATTLIST    section  id ID #REQUIRED
```

```
lbl  CDATA #IMPLIED
           insert-date        NUMBER      #IMPLIED
           insert-leg         IDREF       #IMPLIED
           repeal-date        NUMBER      #IMPLIED
           repeal-leg         IDREF       #IMPLIED
           amend-date         NUMBER      #IMPLIED
           amend-leg          IDREF       #IMPLIED
>
```

That is, it contains a required title element, followed by unstructured content. It has a required lbl attribute and a required id attribute.

The insert-date attribute should be used to insert the date YYYYMMDD that the SECTION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SECTION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SECTION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SECTION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SECTION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SECTION.

**Examples**

**1979 No. 141 The charge to income tax - SECT. 1**

**Income Tax**

**1979 No. 141 The charge to income tax - REG 2**

**Tax**

3. Income tax shall be charged...

```
<section lbl="1" id="CWACT-1979141-SEC-1">
<title>Income tax</title>
<section type="reg" lbl="2" id="CWACT-1979141-SEC-
1.2"><title>Tax</title>
<p>Income tax shall be charged...</>
```

*The title gets marked up as Level "Heading Level 4". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**SCHEDULE**

This is a sub element of a Regulation. Its definition is :

```
<!ELEMENT schedule  - -  (title?, (%unstruct-cont;))>
<!ATTLIST   schedule id ID #REQUIRED
            lbl CDATA #IMPLIED
            insert-date       NUMBER      #IMPLIED
```

-69-

| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

```
>
```

That is, it contains a required title element, followed by unstructured content. It has a required lbl attribute and a required id attribute.

The insert-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SCHEDULE.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SCHEDULE.

The amend-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was amended. The amend-leg should be used to insert the ID of the legislation that amended the SCHEDULE.

**Examples**

**1979 No. 141 The charge to income tax - SCHEDULE 1**

**Income Tax**

1. Income tax shall be charged...

```
<schedule lbl="1" id="CWACT-1979141-SCH-1">
<title>Income tax</>
<p>Income tax shall be charged...</>
```

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**FORM**

```
<!ELEMENT    form - -  (title, formreg, front, back?) >
<!ATTLIST    form%reqlbl;
                  %reqid;>
```

Each form has a title, regulation, a front and an optional back. Each has a required lbl attribute and a required ID.

**Example**

FORM A<

Regulation 7<

(Front of Form)<

COMMONWEALTH OF AUSTRALIA<

Trade Practices Act 1974-Sub-section 88 (1)<

-70-

EXCLUSIONARY PROVISIONS:<
APPLICATION FOR AUTHORIZATION<

To the Trade Practices Commission: Application is hereby made under sub-section 88 (1) of the Trade

5    (Back of Form)<

DIRECTIONS<

1. Where there is insufficient space on this form to furnish the required information, the information is to be shown on separate sheets, numbered consecutively and signed by or on behalf of the applicant.

10    <FORM lbl="a" ID="CWACT-19790141-FORM-A">

<FORMREG>Regulation 7</FORMREG>

<FRONT>

<ASIS>

COMMONWEALTH OF AUSTRALIA<

15          Trade Practices Act 1974-Sub-section 88 (1)<

EXCLUSIONARY PROVISIONS:<

APPLICATION FOR AUTHORIZATION<

To the Trade Practices Commission: Application is hereby made under sub-section 88 (1) of the Trade

20    </ASIS>

</FRONT>

<BACK>

<ASIS>

DIRECTIONS<

25    1. Where there is insufficient space on this form to furnish the required information, the information is to be shown on separate sheets, numbered consecutively and signed by or on behalf of the applicant.

</ASIS>

</BACK>

30    </FORM>

*Forms get marked up with a Paragraph Style 'Forms'. The markup of 'Front' and 'Back' gets inserted as hidden text (hidden text is visible on the screen but doesn't show when the Form gets printed.*

## FORM ELEMENTS

35    **FORMREG**

```
<!ELEMENT    formreg - -  (#PCDATA)  >
```

see above example

-71-

## FRONT

```
<!ELEMENT   front    - - (asis) >
```

see above example

## BACK

```
<!ELEMENT   back - - (asis) >
```

see above example

## ASIS

```
<!ELEMENT   asis - - (#PCDATA) >
```

date is displayed as-is

see above example

## HEADER ELEMENTS

### HEADER

```
<!ELEMENT   header    - - (scope?, updated?) >
```

### SCOPE

```
<!ELEMENT   scope    - - (%text;) >
```

### UPDATED

```
<!ELEMENT   updated - - (%text;) >
```

## NOTE ELEMENTS

### NOTES

```
<!ELEMENT   notes    - O (note+) >
```

List of notes at the start of an act

### NOTE

```
<!ELEMENT   note - - (%plevel;) >
<!ATTLIST note id ID #REQUIRED>
```

A single note

*Forms get marked up with a Paragraph Style 'Forms'. The markup of 'Front' and 'Back' gets inserted as hidden text (hidden text is visible on the screen but doesn't show when the Form gets printed.*

## STRUCTURAL ELEMENTS

### TITLE

A generic title, which may occur in several different contexts.

*Covered in Acts DTD Elements, Regs DTD Elements and so on.*

## INLINE ELEMENTS

### BOLD

Used to mark any inline text which is set in a bold face other than a title or a label. It may contain text or any inline elements other than <bold>.

It has no attributes.

-72-

### ILEQN

An inline equation. This is a mathematical equation which is embedded in a line of text characters or other inline elements. See the attached description of equations for further details.

### ITAL

Used to mark any inline text which is set in a italic face other than a title or a label. It may contain text or any inline elements other than <italic>.

It has no attributes.

### QUOTE

A sequence of text characters or inline elements surrounded by single or double paired quotation marks. The quotation mark characters must not be entered as text characters or entity references as they will be generated automatically.

### SUBSCR

A Subscript (inferior).

### SUPER

A superscript (superior).

*Brought over from SGML to Folio Views with no changes.*

### CROSS REFERENCES

### NOTEREF

A reference to a NOTE element normally used in a TITLE element

*Implemented as a popup link.*

### TEMPREF

A reference to a piece of legislation where the ID is not known. The tempref element will converted to an XREF element at a later date (when the ID is known).

*Not converted.*

### RNGREF

A cross reference to a sequential range of targets, e.g. see Sections 3 to 7.

It has two required attributes, startref and endref. Startref is the id of the first of the targets referenced and endref is the id of the last target referenced. For a description of id strings, see the description of the xref element.

*Converted as a Query Link.*

### XREF

A cross reference to a single target. It has a single attribute, ref, which must contain the id string of the target of the reference. Ids are not being entered on elements during keying, but will be generated automatically from the lbl attribute of elements. However, for xrefs it is necessary to work out what the id string of the target will be. The format of id strings is described below :

*Converted as a jumplink.*

-73-

### ID Strings

Cross references to sections of Acts and Act Schedules should be marked up using the xref element as described above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

5   Id strings are made up of four sequential fields separated by a "-" (dash) character as follows :

```
field1-field2-field3-field4
```

field 1 is the type of document which is being referenced. The current valid value is ACT.

field2 is an abbreviated form of the year and number of the Act, e.g. 19880001 is 1988

10  No. 1.

field3 identifies the type of object being referenced. Valid values are :

ORD       order

DIV   division

SCH   schedule in an Act

15  SEC   section in an Act

CH    chapter in an Act

PT    part in an Act

NOTE       a note

field4 is the identifier of the element being referenced, which is formed by concatenating

20  the values of the lbl attributes of the referenced element and its ancestor elements, separated by a "." (point) character. e.g. 1 or 1.1 or 1.1.a or 1.1.a.iv

**Examples**

```
<section lbl="1"><!-- id is ACT-19790141-SEC-1 -->
<title>The charge to income tax.</>
```

25  `<list>`

```
<li lbl="1">
<p>Income tax shall be charged...</>
```

*Implemented as jumpdestination.*

30  ## BLOCK LEVEL ELEMENTS
### DPEQN

A display equation. This is a mathematical equation which is set on one or more lines by itself. See the attached description of equations for further details.

It has no attributes.

35  It has no attributes.
### LIST

A list of related lines of text which are not sub, s-sub or ss-sub elements.

-74-

**LI**

An item in a list. This is a single line of text within a list.

It has a single attribute, marker, which has allowed values of bullet, dash or none, with a default of none. If a marker character precedes the list item then the relevant value
5  should be entered for the attribute. The marker character should not be entered as text. If any marker character other than a bullet or dash is found, contact SGMLSE for a change to the DTD.

**P**

A single line of text.

10  **BLOCKQUOTE**

A non-inline quote. The quotation mark characters must not be entered as text characters or entity references as they will be generated automatically

**TBLBLK**

A container element for a table which has a title. It contains a required title element
15  followed by a single table.

It has no attributes.

*The above elements get implemented either without conversion or using paragraph styles.*

**TABLE ELEMENTS**

**General**

20  Arbortext tables expressed in tagged ASCII form must follow this basic structure:

```
<table>
<rowrule>
for each row
{
25      <tablerow>
        <cellrule>
        for each column
        {
            <tablecell>text</tablecell>
30          <cellrule>
        }
        </tablerow>
        <rowrule>
}
35  </table>
```

-75-

## TABLE

The <table> tag has three required attributes. They must be specified correctly or the table will not be handled properly.

ncols=NUMBER The number of columns in the table. This value MUST agree with the number of columns expressed by the required cwl attribute.

wdm=(25|50|75|100)   The numbers indicate the width of the table as a percentage of the page width.

cwl=LIST   where LIST is a list of integers each separated by a colon. Each integer represents the relative width of a column.

**Example**

A four column table which is the full width of the page. The second and third columns are twice the width of the first column, and the fourth column is three times the width of the first :

```
<table ncols="4" wdm="100" cwl="1:2:2:3">
```

or, equivalently,

```
<table ncols="4" wdm="100" cwl="5:10:10:15">
```

## CELLRULE

Empty element. Specifies a vertical rule. It has a single attribute, rty, which specifies the type of rule. Valid values for rty are :

| "." | (point) | for a blank rule, |
| "-" | (dash) | for a single rule, |
| "=" | (equals) | for a double rule, |
| "+" | (plus) | for a bold rule. |

**Example**

```
<cellrule rty=".">
```

for a blank rule, or

```
<cellrule rty="-">
```

for a single rule.

## ROWRULE

Empty element. Specifies a sequence of horizontal rules, one per cell in the row. It has a single attribute, rtl, which is a colon-delimited list of rule type specifiers. There must be one rule type specifier for each cell in the row. The valid specifiers are as for cellrule above.

**Example**

For a four-column table

```
<rowrule rtl="-:.:.:-">
```

would draw a horizontal rule above cells one and four.

-76-

## TABLEROW

Specifies a row in the table. It has a single attribute, hdr, which specifies whether or not the row is a header row in a table which will be repeated over page breaks. The only valid value is "1" (one), which indicates that the row is a header row. An omitted value for hdr indicates that the row is not a header row. A value is only valid on the first <tablerow> in the table.

**Example**

```
<tablerow hdr="1">
```

indicates that the row is a header row (iff the <tablerow> is the first in the table, else it will generate an error).

```
<tablerow>
```

indicates that the row is not a header row if the <tablerow> is the first in the table.

## TABLECELL

Indicates a cell in a row in a table. It has four optional attributes :

chj=(b|l|r|c)       Horizontal justification for that cell.
b            for both right and left justified,
l            for flush left,
r            for flush right,
c            for centred.

Default: left justified

cvj=(t|c|b)       Vertical justification for that cell.
t            for top justified,
c            for centred, or
b            for bottom justified.

Default: top justified

spn=INTEGER  For horizontally spanned columns.   VAL is a whole number representing how many columns are spanned. Note that for horizontal spans, the text appears in the LEFTMOST cell in the span, and all other cells in the span should be void of text.

Default: 1

vspn=INTEGER  For vertically spanned rows.  VAL is a whole number representing how many rows are spanned.  Note that for vertical spans, the text appears in the LOWEST cell in the span, and all other cells in the span should be void of text.

Default: 1

## Arbortext table example

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  |foo           |         fum      |                |
```

-77-

```
   |          |              |        fee|
   ---------------------------------------
   |        spanned          |    ugh    |
   |                         |    |      |
   ---------------------------------------
<tbl>
<table wdm="100" cwl="3:4:3">
<rowrule rtl="-:-:-">
<tablerow hdr="1">
<cellrule rty="-">
<tablecell>foo</tablecell>
<cellrule rty="-">
<tablecell chj="c">fum</tablecell>
<cellrule rty="-">
<tablecell chj="r" cvj="b">fee</tablecell>
<cellrule rty="-">
</tablerow>
<rowrule rtl="-:-:-">
<tablerow>
<cellrule rty="-">
<tablecell spn="2" chj="c">spanned</tablecell>
<cellrule rty="-">
<tablecell chj="c">ugh</tablecell>
<cellrule rty="-">
</tablerow>
<rowrule rtl="-:-:-">
</table>
</tbl>
```

*Tables get converted to Microsoft Word tables and then converted into Folio Views.*

## EQUATION ELEMENTS

### General

This maths DTD is a subset of the Arbortext maths DTD, which itself is derived from the AAP maths DTD.

In maths mode, all spaces are ignored (except in a <phr> element as described below). Correct spacing is handled automatically.

All alphabetical characters and symbols are treated as variables and set in italic face, unless they occur within <phr>, <rm> or <rf> elements.

-78-

All numeric characters and operators are set in roman face, unless they occur within an <it> element.

Greek symbols should be entered using the <g> element rather than entity references. E.g. <g>a</g> produces alpha, <g>b</g> beta, etc. Any entity references for Greek characters which appear in equations will be flagged as errors by the parsing program.

**B**

Bold text in an equation.

**DE**

Denominator of a fraction.

**F**

Inline equation.

**FD**

Display equation.

**FEN**

Fence. A pair of bracketed delimiters. The attribute lp (left post) defines the type of the left delimiter as below, and the following element rp (right post) defines the type of the right delimiter.

```
<!ATTLIST fen  lp       (par|sqb|cub|ang|vb)     vb    --
               par   left parenthesis       (
               sqb   left square bracket     [
               cub   left curly brace        {
               ang   left angle bracket      <
               vb    left vertical bar       |
-->
```

**FR**

Fraction.

**G**

Greek character or characters. Valid characters are :

| char | equivalent entity |
|------|-------------------|
| a    | alpha             |
| b    | beta              |
| c    | chi               |
| d    | delta             |
| D    | Delta             |
| e    | epsilon           |
| 3    | epsiv             |
| 4    | phiv              |
| f    | phis              |

-79-

| | | |
|---|---|---|
| | F | Phi |
| | g | gamma |
| | G | Gamma |
| | h | eta |
| 5 | i | iota |
| | j | thetav |
| | k | kappa |
| | l | lambda |
| | L | Lambda |
| 10 | m | mu |
| | n | nu |
| | p | pi |
| | 2 | piv |
| | P | Pi |
| 15 | q | thetas |
| | Q | Theta |
| | r | rho |
| | s | sigma |
| | S | Sigma |
| 20 | 9 | rhov |
| | t | tau |
| | u | upsilon |
| | U | Upsilon |
| | v | sigmav |
| 25 | w | omega |
| | W | Omega |
| | x | xi |
| | X | Xi |
| | y | psi |
| 30 | Y | Psi |
| | z | zeta |

**INF**

Inferior. Subscript in an equation.

**IT**

35 Italic text in an equation.

**NU**

Numerator of a fraction.

-80-

**OVL**

Overline.

**PHR**

Phrase. In a phrase all characters are set in roman face and keyed space characters are
preserved. A phrase is essentially a temporary escape out of maths mode back into
normal text mode.

**RAD**

Radical or root. Contains a radicand (<rcd>), which is the constructs which appear
beneath the top horizontal bar, and an optional radix (rdx), which is the power of the root
(e.g. square, cube, 4, etc.).

**RCD**

Radicand. The content of a root construct.

**RDX**

Radix. The power of a root.

**RF**

Roman Function. A function name set in roman face, such as log, sin, cos, lim, arg, etc.
It differs from the <rm> element in that preceding and following space characters are
generated to separate it from surrounding characters.

**RM**

Roman face. Used to force an alpha character to be displayed in normal face rather than
be treated as a variable and displayed in italic face.

**RP**

Right delimiter of a fence. It has a single attribute, post, which defines the type of the
delimiter. Valid values are the same as for the lp attribute of the <fen> element, except
that they specify the right hand match for the relevant left post.

**SUP**

Superior. A superscript in an equation.

**UNL**

Underline.

**Arbortext equation examples**

... by multiplying by the fraction -

    A

    B

where -

```
<p>... by multiplying by the fraction -</>
<dpeqn><fr><nu><rm>A</></><de><rm>B</></></></>
<p>where -</p>
```

-81-

... by the formula -
     gross taxable income
        net assets

```
5   <p>... by the formula -</>
    <dpeqn><fr><nu><phr>gross taxable income</></><de><phr>net
    assets</></></></>
```

*Equations get converted to Microsoft Word equations and then converted into Folio Views. Alternatively equations get converted to images and added to Folio Views as*
10 *images.*

-82-

```
<!SGML  "ISO 8879:1986"
--
     ArborText's default SGML declaration, modified to allow
     longer id/idref's, and to use a number of special characters
     within them.
--

CHARSET
BASESET  "ISO 646-1983//CHARSET
  International Reference Version (IRV)//ESC 2/5 4/0"
DESCSET
                    0    9  UNUSED
                    9    2  9
       11   2   UNUSED
       13   1   13
       14   18  UNUSED
       32   95  32
       127  1   UNUSED
       128  128 "High-order characters"

CAPACITY SGMLREF
          TOTALCAP        200000
          ENTCAP          35000
          ENTCHCAP        35000
          ELEMCAP         35000
          GRPCAP          150000
          EXGRPCAP        35000
          EXNMCAP         35000
          ATTCAP          50000
          ATTCHCAP        35000
          AVGRPCAP        35000
          NOTCAP          35000
          NOTCHCAP        35000
          IDCAP           35000
          IDREFCAP        35000
          MAPCAP          35000
          LKSETCAP        35000
          LKNMCAP         35000

SCOPE    DOCUMENT

SYNTAX
        SHUNCHAR 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17
              18 19 20 21 22 23 24 25 26 27 28 29 30 31 127
BASESET  "ISO 646-1983//CHARSET
          International Reference Version (IRV)//ESC 2/5 4/0"
DESCSET 0    128  0
```

-83-

```
        128    128   "High-order characters"
FUNCTION RE 13
        RS   10
        SPACE   32
5       TABSEPCHAR 9
NAMING   LCNMSTRT ""
        UCNMSTRT ""
        LCNMCHAR "-./[]"
        UCNMCHAR "-./[]"
10      NAMECASE GENERAL YES
            ENTITY  NO
DELIM     GENERAL SGMLREF
        SHORTREF SGMLREF
NAMES    SGMLREF
15 QUANTITY SGMLREF
        ATTCNT       100
        ATTSPLEN     960
        BSEQLEN      960
        DTAGLEN            16
20      DTEMPLEN     16
        ENTLVL       16
        GRPCNT       100
        GRPGTCNT     96
        GRPLVL       16
25      LITLEN       800
        NAMELEN            64
        NORMSEP            2
        PILEN        1024
        TAGLEN       960
30      TAGLVL       24

FEATURES
MINIMIZE DATATAG NO    OMITTAG YES    RANK    NO    SHORTTAG
YES
35 LINK    SIMPLE NO    IMPLICIT NO    EXPLICIT NO
OTHER   CONCUR NO    SUBDOC  NO    FORMAL  YES
APPINFO NONE>


40  <!DOCTYPE legislation
    [
    <!--

    DTD for Scantext/Abha Legislation - (C) Turn-Key Systems 1997
45
            History:

        1997-10-13: fix hist at beginning of regs
```

-84-

1997-10-07: restore <target> tag
1997-10-02: enhanced support for regulations (hist, unconv etc)
-->

5

<!-- useful characters such as &mdash; -->
<!ENTITY % ISOpub public "ISO 8879-1986//ENTITIES Publishing//EN" >
%ISOpub;


10

<!-- PARAMETER ENTITIES USED TO SIMPLIFY DTD MARKUP -->
<!entity % major
"schedule|intcon|article|annex|clause|chapter|part|division|subdivn|section|subsec|
reg|subreg"
15          -- major levels -->

<!entity % minor "defn|para|subpar1|subpar2|subpar3|subpar4|point"
           -- minor levels -->

20    <!entity % secreg "section | reg"
            -- used where either sections or regs are appropriate -->

<!entity % level "%major; | %minor;"
            -- all levels -->

25
<!entity % refs "term|l.ref|h.ref"
           -- references which can be found in normal text -->

<!entity % raw "(rawtext|rawtable|unconverted)*"
30           -- material such as forms which remains as raw text -->

<!entity % effect "sc"
           -- typographical effects (more to be added later) -->

35   <!entity % text "(%refs; | %effect;|#PCDATA)*"
           -- normal text (including refs defined above) -->

<!entity % hnote "hist | note"
           -- hist and note are temporarily interchangeable -->

40
<!entity % body "(p+|repealed), (%hnote;)*"
           -- body of a legislative element -->

<!entity % lev.id "((label, desc?) | (desc, label?))"
45          -- reversible level id -->


<!-- MASTER ELEMENT -->

-85-

```
<!element legislation  - - (act | regulations)+
               -- Acts and Regs are currently supported -->
```

5
```
<!-- DEFINITIONS OF ACTS AND CONSTITUENT ELEMENTS -->
<!element act          - - (desc, (%hnote; | %raw;)*,
               longtitle, preamble?,
               (chapter+ | part+ | section+),
               schedule*, hist*)>
```
10
```
<!element longtitle    - - (#PCDATA)>
<!element preamble     - - (p+) +(para)>
```

```
<!element regulations  - - (desc, (%hnote; | %raw;)*,
               (chapter+ | part+ | reg+),
```
15
```
               schedule*, hist*)>
```

```
<!-- MAJOR LEVELS -->
<!element chapter  - - (label, desc, (%hnote;)*,
               (((%secreg;)*, part*)  | article+))>
```
20
```
<!element part     - - (label?, desc, hist*,
               (((%secreg;)*, division*)  | (article+ | clause+)))>
<!element division - - (label?, desc, (p | %hnote;)*,
               (((%secreg;)*, subdivn*)  | clause+))>
<!element subdivn  - - (label?, desc, (%hnote;)*,
               ((%secreg;)+ | clause+))>
```
25
```
<!element section  - - (%lev.id;,
               ((subsec+, (modules | module+)?) | repealed))>
<!element subsec   - - (%lev.id;,
               ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>
```
30
```
<!element modules  - - (%lev.id;,
               module+)>
<!element module   - - (%lev.id;,
               (submod+ | repealed))>
<!element submod   - - (%lev.id;,
```
35
```
               ((p, (p | %hnote; | method | tabloid)*) | (repealed, (%hnote;)*)))>
<!element reg      - - (label?, desc, hist?,
               (subreg+ | repealed))>
<!element subreg   - - (label, desc?, hist?,
               ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>
```
40
```
<!-- SCHEDULES, CONVENTIONS etc -->
<!element schedule - - (label?, desc?, hist*,
               (chapter+ | part+ | section+ | item+ | p+ | tabloid+ | intcon)?,
               %raw;)>
```
45
```
<!element intcon   - - (desc, preamble,
               (part+ | division+ | subdivn+ | article+), annex*)>
<!element annex    - - (label?, desc, p*,
               (part* | division* | clause* | para*))>
```

-86-

```
<!element article  - - (label, desc, p*,
              (division* | clause* | para*))>
<!element clause   - - (((label, desc?) | (desc, label)), p+)>
<!element item     - - (label?, desc?, %body;)>


<!-- DEFINITIONS AND MINOR LEVELS -->
<!element defn     - - (%body;)>
<!element note     - - (label?, p+)>
<!element hist     - - (label?, (p+ | %raw;))>
<!element point    - - (p+)>


<!element para     - - (label?, %body;)>
<!element subpar1  - - (label?, %body;)>
<!element subpar2  - - (label?, %body;)>
<!element subpar3  - - (label?, %body;)>
<!element subpar4  - - (label?, %body;)>


<!element method   - - (%lev.id;, (p | %hnote; | step)+)>
<!element step     - - (label, %body;)>


<!-- COMMON CONSTITUENT ELEMENTS -->
<!element label    - - (%text;)
           -- chapter number, section number, etc. -->
<!element desc     - - (%text;)
           -- chapter name, section name, etc. -->
<!element term     - - (%text;)
           -- defined term -->
<!element repealed - o  EMPTY
           -- indicates that the enclosing level has been repealed -->
<!element p        - - (%minor| %refs;| %effect|tabloid|amend|target|#PCDATA)*
           -- textual paragraph at any level -->


<!-- UNCONVERTED MATERIAL -->
<!element unconverted - - CDATA
           -- yet to be converted (eg. complex schedules) -->
<!element rawtext    - - CDATA
           -- unconverted text (eg. forms) -->
<!element rawtable   - - CDATA
           -- unconverted tables (eg. amended provisions) -->


<!-- CROSS-REFERENCES -->
<!element l.ref    - - (%text;)  -- legislation ref -->
<!element h.ref    - - (%text;)  -- history ref -->
```

-87-

```
   <!-- AMENDMENT MARKUP -->
   <!element amend    - - (%refs|%effect|quote|#PCDATA)*
            -- amendment = action + text -->
   <!element target   - - (#PCDATA)
5           -- target of amendment -->
   <!element quote    - - (label|desc|p|%level|%refs|%effect|#PCDATA)*
            -- quoted material -->


   <!-- PSEUDO-TABLES -->
10 <!element tabloid - - (label?, desc?, (head | row)+)>
   <!element head     - - (cell+)>
   <!element row      - - (cell+)>
   <!element cell     - - (#PCDATA|p)*>


15
   <!-- EFFECTS -->
   <!element sc       - - (#PCDATA) -- small caps -->


20 <!-- ATTRIBUTE LISTS -->
   <!attlist act     juris (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
                          #REQUIRED -- jurisdiction    --
                  year  CDATA  #REQUIRED -- year assented   --
                  number CDATA #REQUIRED -- act number       --
25                reps  CDATA  #IMPLIED -- 2nd reading (HR) --
                  senate CDATA #IMPLIED  -- 2nd reading (Sen) --
                  assent CDATA #IMPLIED -- assent date      --
                  cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist regulations juris (cth|nsw|vic|qld|sa|wa|tas|act|nt|imp)
30                         #REQUIRED -- jurisdiction    --
                  year  CDATA  #REQUIRED -- year assented   --
                  number CDATA #REQUIRED -- act number       --
                  reps  CDATA  #IMPLIED -- 2nd reading (HR) --
                  senate CDATA #IMPLIED  -- 2nd reading (Sen) --
35                notified CDATA #IMPLIED -- notification date --
                  cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist schedule id    ID    #IMPLIED -- legislation id --
                  cdate CDATA  #IMPLIED -- commencement      --
                  refsec CDATA #IMPLIED -- referring section -->
40 <!attlist chapter id    ID    #IMPLIED -- legislation id --
                  cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist part    id    ID    #IMPLIED -- legislation id --
                  cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist division id   ID    #IMPLIED -- legislation id --
45                cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist subdivn id    ID    #IMPLIED -- legislation id --
                  cdate CDATA  #IMPLIED -- commencement      -->
   <!attlist section id    ID    #IMPLIED -- legislation id --
```

```
                cdate  CDATA #IMPLIED -- commencement    -->
<!attlist subsec  id    ID    #IMPLIED -- legislation id   --
                cdate  CDATA #IMPLIED -- commencement    -->
<!attlist reg     id    ID    #IMPLIED -- legislation id   --
                cdate  CDATA #IMPLIED -- commencement    -->
<!attlist subreg  id    ID    #IMPLIED -- legislation id   --
                cdate  CDATA #IMPLIED -- commencement    -->
<!attlist l.ref   ref   IDREF #IMPLIED -- legislation idref -->
<!attlist term    id    ID    #IMPLIED -- term id         -->
]>
```

We claim:

1. A computer-implemented system for publishing an electronic publication using text-based data, comprising:
   a plurality of predefined portions of text-based data with each predefined portion being stored;
   at least one predefined portion being modified and stored;
   a plurality of linking means of a markup language, each predefined portion of said text-based data and said at least one modified predefined portion of text-based data being encoded with at least one linking means; and
   a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

2. The system according to claim 1, comprising means for searching within the system.

3. The system according to claim 2, wherein said searching means uses one or more attributes.

4. The system according to claim 2, wherein said searching means uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

5. The system according to claim 1, further comprising means for searching at least one of said text-based predefined portions of said data using said plurality of attributes, wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

6. The system according to claim 1, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

7. The system according to claim 6, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

8. The system according to claim 1, wherein said linking means comprises any piece of information additional to the body of the text-based data.

9. The system according to claim 8, wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

10. The system according to claim 1, wherein said at least one linking means comprises an identification code for said respective predefined portion.

11. The system according to claim 1, wherein a first database comprises said plurality of predefined portions of text-based data.

12. The system according to claim 11, wherein a second database comprises said plurality of attributes for managing said first database.

13. The system according to claim 1, wherein said predefined portions are encoded with one or more attributes.

14. The system according to claim 1, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

15. The system according to claim 1, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

16. The system according to claim 1, wherein said text-based data comprises legislation.

17. The system according to claim 16, wherein each of said plurality of predefined portions of said text-based data is a respective provision of said legislation.

18. The system according to claim 17, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

19. The system according to claim 1, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

20. A computer readable recording medium for publishing an electronic publication using text-based data, comprising:
   a plurality of predefined portions of text-based data with each predefined portion being stored;
   at least one predefined portion being modified and stored; and
   a plurality of linking means of a markup language, each predefined portion of said text-based data and said at least one modified predefined portion of text-based data being encoded with at least one linking means; and
   a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

21. The recording medium according to claim 20, wherein means for searching can be used to search the recording medium.

22. The recording medium according to claim 21, wherein said searching means uses one or more attributes.

23. The recording medium according to claim 21, wherein said searching means uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

24. The recording medium according to claim 20, further comprising means for searching at least one of said predefined portions of said text-based data uses said plurality of attributes, wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

25. The recording medium according to claim 20, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

26. The recording medium according to claim 25, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

27. The recording medium according to claim 20, wherein said linking means comprises any piece of information additional to the body of the text-based data.

28. The recording medium according to claim 27, wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

29. The recording medium according to claim 20, wherein said at least one linking means comprises an identification code for said respective predefined portion.

30. The recording medium according to claim 20, wherein a first database comprises said plurality of predefined portions of said text-based data.

31. The recording medium according to claim 30, wherein a second database comprises said plurality of attributes for managing said first database.

32. The recording medium according to claim 20, wherein said predefined portions are encoded with one or more attributes.

**33**. The recording medium according to claim **20**, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

**34**. The recording medium according to claim **20**, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

**35**. The recording medium according to claim **20**, wherein said text-based data comprises legislation.

**36**. The recording medium according to claim **35**, wherein each of said plurality of predefined portions of said text-based data is a respective provision of said legislation.

**37**. The recording medium according to claim **36**, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

**38**. The recording medium according to claim **20**, wherein said recording medium is made from one of the group consisting of magnetic media, optical media, and magneto-optical media.

**39**. The recording medium according to claim **20**, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

**40**. A computer-implemented method for publishing an electronic publication using text-based data, comprising the steps of:

provising a plurality of predefined portions of text-based data with each predefined portion being stored;

encoding each predefined portion of said text-based data with at least one linking means of a markup language;

providing at least one predefined portion being modified and stored;

providing a plurality of attributes, each attribute being a point on an axis of a multidimensional space for organising said plurality of predefined portions and said at least one modified predefined portion of said text-based data.

**41**. The method according to claim **40**, comprising the step of searching said text-based data.

**42**. The method according to claim **41**, wherein said searching step uses one or more attributes.

**43**. The method according to claim **41**, wherein said searching step uses any predefined portion, any modification of a predefined portion, or any word or phrase within such predefined portion or such modification.

**44**. The method according to claim **40**, further comprising the step of searching at least one of said predefined portions of said text-based data using said plurality of attributes, wherein said plurality of attributes are coupled to each of said predefined portions by said respective linking means, and for retrieving one or more of said predefined portions using said plurality of attributes to define a point in said multidimensional space.

**45**. The method according to claim **40**, wherein said markup language is Standard Generalised Markup Language (SGML) or eXtensible Markup Language (XML).

**46**. The method according to claim **45**, wherein said text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

**47**. The method according to claim **40**, wherein said linking means comprises any piece of information additional to the body of the text-based data.

**48**. The method according to claim **47** wherein said linking means is a code or markup that allows departure and destination points to be created between portions of said text-based data.

**49**. The method according to claim **40**, wherein said at least one linking means comprises an identification code for said respective predefined portion.

**50**. The method according to claim **40**, wherein a first database comprises said plurality of predefined portions of said text-based data.

**51**. The method according to claim **50**, wherein a second database comprises said plurality of attributes for managing said first database.

**52**. The method according to claim **40**, wherein said predefined portions are encoded with one or more attributes.

**53**. The method according to claim **40**, wherein said respective predefined portion is changed by performing one of the group consisting of adding at least one attribute to said respective predefined portion, deleting at least one attribute from said respective predefined portion, and modifying at least one of the attributes of said respective predefined portion.

**54**. The method according to claim **40**, wherein said respective predefined portion is changed by performing one of the group consisting of adding data to said respective predefined portion, deleting data from said respective predefined portion, and modifying data of said respective predefined portion.

**55**. The method according to claim **40**, wherein said text-based data comprises legislation.

**56**. The method according to claim **55**, wherein each of said plurality of predefined portions of text-based data is a respective provision of said legislation.

**57**. The method according to claim **56**, wherein said provision is a section or schedule of an Act, or a regulation or schedule of a Regulation(s).

**58**. The method according to claim **40**, wherein each predefined portion is a block of said text-based data, said block being larger than a single word and less than an entire document of said text-based data.

* * * * *