# Exhibit 8
# Part A

Dockets.Justia.com



US007293228B1

(12) **United States Patent**
Lessing et al.

(10) Patent No.: **US 7,293,228 B1**
(45) Date of Patent: **Nov. 6, 2007**

(54) **MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING**

(75) Inventors: **Abha Lessing**, Randwick (AU);
**Christoph Schnelle**, Randwick (AU);
**Paul William Leslie**, Earlwood (AU);
**Geoffrey John Nolan**, Lane Cove (AU)

(73) Assignee: **TimeBase Pty Limited**, Sydney (AU)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 817 days.

(21) Appl. No.: **09/689,927**

(22) Filed: **Oct. 12, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/108,999, filed on Jul. 1, 1998, now Pat. No. 6,233,592, which is a continuation of application No. PCT/AU1998/000050, filed on Jan. 30, 1998.

(30) **Foreign Application Priority Data**

Jan. 31, 1997 (AU) ..................................... P04892

(51) **Int. Cl.**
*G06F 17/21* (2006.01)
*G06F 17/24* (2006.01)

(52) **U.S. Cl.** ...................... **715/511**; 715/514; 715/513; 715/515; 715/520; 715/531; 715/539

(58) **Field of Classification Search** ............... 715/500, 715/511, 513, 514, 515, 517, 520, 531, 539, 715/902, 910, 908
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,558,413 A 12/1985 Schmidt et al.

4,627,019 A 12/1986 Ng
4,714,992 A 12/1987 Gladney et al.
4,853,843 A 8/1989 Ecklund

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO97/15890 5/1997

(Continued)

OTHER PUBLICATIONS

Azaria, Adrienne. "SGML: A Lifesaver in a Sea of Electronic Documents." Network World 11/50 (Dec. 12, 1994) 67.

(Continued)

*Primary Examiner*—Stephen Hong
*Assistant Examiner*—Joshua D Campbell
(74) *Attorney, Agent, or Firm*—Jones Day

(57) **ABSTRACT**

A method, apparatus and computer program product for navigating in a multi-dimensional space containing an electronic publication formed from predefined portions of text-based data encoded using a markup language are disclosed. A selected predefined portion is displayed in a first display region. A point on a primary axis of the multi-dimensional space corresponding to the displayed pre-defined portion is also displayed. Also, a method, apparatus and computer program product for publishing an electronic publication formed from predefined portions of text-based data encoded using a markup language are also disclosed. Predefined portions are stored in terminal nodes. Higher level nodes are provided for organizing the terminal nodes into an hierarchical structure embodied in said electronic publication. Each higher level node contains the identity of a parent node, a position indicator for the higher level node and an associated identifier.

**48 Claims, 23 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,875,159 | A | 10/1989 | Cary et al. | |
| 5,287,496 | A | 2/1994 | Chen et al. | |
| 5,302,660 | A | 4/1994 | Klinksiek et al. | |
| 5,355,472 | A | 10/1994 | Lewis | |
| 5,732,257 | A | 3/1998 | Atkinson et al. | |
| 5,740,425 | A | 4/1998 | Povilus | |
| 5,835,087 | A | 11/1998 | Herz et al. | |
| 5,892,513 | A | * 4/1999 | Fay | 345/854 |
| 5,935,210 | A | * 8/1999 | Stark | 709/224 |
| 5,963,208 | A | * 10/1999 | Dolan et al. | 345/760 |
| 6,026,388 | A | 2/2000 | Liddy et al. | |
| 6,144,962 | A | * 11/2000 | Weinberg et al. | 707/10 |
| 6,185,576 | B1 | * 2/2001 | McIntosh | 707/200 |
| 6,189,019 | B1 | * 2/2001 | Blumer et al. | 715/513 |
| 6,233,592 | B1 | 5/2001 | Schnelle et al. | |
| 6,421,656 | B1 | 7/2002 | Cheng et al. | |
| 6,502,101 | B1 | 12/2002 | Verprauskus et al. | |
| 6,529,905 | B1 | 3/2003 | Bray et al. | |
| 6,542,911 | B2 | 4/2003 | Chakraborty et al. | |
| 6,581,062 | B1 | 6/2003 | Draper et al. | |
| 6,584,459 | B1 | 6/2003 | Chang et al. | |
| 6,584,480 | B1 | * 6/2003 | Ferrel et al. | 715/513 |
| 6,606,653 | B1 | 8/2003 | Ackermann, Jr. et al. | |
| 6,636,845 | B2 | 10/2003 | Chau et al. | |
| 6,643,633 | B2 | 11/2003 | Chau et al. | |
| 6,708,186 | B1 | 3/2004 | Claborn et al. | |
| 6,721,727 | B2 | 4/2004 | Chau et al. | |
| 6,772,139 | B1 | 8/2004 | Smith, III | |
| 6,823,495 | B1 | 11/2004 | Vedula et al. | |
| 6,826,726 | B2 | 11/2004 | Hsing et al. | |
| 6,853,997 | B2 | 2/2005 | Wotring et al. | |
| 6,944,817 | B1 | 9/2005 | Danneels | |
| 6,947,945 | B1 | 9/2005 | Carey et al. | 707/102 |
| 2001/0047372 | A1 | 11/2001 | Gorelik et al. | |
| 2002/0010711 | A1 | 1/2002 | Nakanishi et al. | |
| 2002/0023091 | A1 | 2/2002 | Silberberg et al. | |
| 2002/0116371 | A1 | 8/2002 | Dodds et al. | |
| 2002/0120630 | A1 | 8/2002 | Christianson et al. | |
| 2002/0129052 | A1 | 9/2002 | Glazer et al. | |
| 2002/0133484 | A1 | * 9/2002 | Chau et al. | 707/3 |
| 2002/0156811 | A1 | 10/2002 | Krupa | |
| 2002/0169788 | A1 | 11/2002 | Lee et al. | |
| 2002/0194357 | A1 | 12/2002 | Harris et al. | |
| 2003/0041305 | A1 | 2/2003 | Schnelle et al. | |
| 2003/0070144 | A1 | 4/2003 | Schnelle et al. | |
| 2003/0140308 | A1 | 7/2003 | Murthy et al. | |
| 2003/0167456 | A1 | 9/2003 | Sabharwal | |
| 2003/0177443 | A1 | 9/2003 | Schnelle et al. | |
| 2004/0139327 | A1 | 7/2004 | Brown et al. | |
| 2004/0183831 | A1 | 9/2004 | Ritchy et al. | 345/762 |
| 2004/0220927 | A1 | 11/2004 | Murthy et al. | |
| 2005/0278475 | A1 | 12/2005 | Karatal et al. | 711/100 |
| 2006/0181531 | A1 | 8/2006 | Goldschmidt | 345/440 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO98/34179 | 8/1998 |

## OTHER PUBLICATIONS

Legal database Program entitled STATUS utilizing Folio Bound VIEWS, pub. 1994.

Morrison Michael et al. XML Unleashed, Sam's Publishing Indianapolis, IN, Dec. 1999, pp. 398-415, 482-489, 506-507 and 518-519.

"DB2 Universal database XML extender: Web-enabling you Data with XML", IBM product information sheet 200, 2 pages.

Baru, Chaitanya, "Xviews: VML Views of Relational Schemas" San Diego Supercomputer Center Technical Report, SDSC TR-100-3, Oct. 1999, 18 pages.

Sturm, Jake Developing XML Solutions, Microsoft Press, Redmond, WA 2000, pp. 287-289, 347-348 and 359-366.

Harold, Elliotte Rusty, XML: Extesible Markup Language, IDG Boks Worldwide. Inc., Foster City 1198, pp. 32-39, 57-59, 66-70 and 96-99.

DeRose, W3C: XML Linking Language XLink, Dec. 20, 2000, W3C, Version 1.0, pp. 1-27.

Arnold-Moore, Timothy and Sacks-Davis, Ron; Databases of Legislation: the Problems of Consolidations, Collaborative Information Technology Research Institute, May 15, 1994.

Freeman, Simon and Callum, Euan; A Brief History of Time Travel; Legal Information Management 4 (2004) pp. 28-30.

http://www.xml.com/pub/a/2001/06/20/databases.html.

http://www.sweetandmaxwell.co.uk/westlaw/pdfs/user_guide.pdf.

http://www.sweetandmaxwell.co.uk/about/history.html.

http://www.complinet.com/home/about.

http://www.sweetandmaxwell.co.uk/westlaw/about.htm.

http://www.butterworths.com/about/index.htm

http://www.complinet.com/home/share/pdf/news_rules/uk/companylaw__NR_insert.pdf.

http://www.complinet.com/home/news_rules/

http://www.pendragon.co.uk/perspective.

http://www.pendragon.co.uk/perspective/perspective2.htm.

http://www.pendragon.co.uk/perspective/perspective3.htm.

Lim et al., "An Automated Approach for Retrieving Hierarchical Data from HTML Tables", CIKM '99, Nov. 1999, Kansas City, MO, USA, pp. 466-474.

Eisenberg et al., "SQL/XML is Making Good Progress", SIGMOD Record, vol. 31, No. 2, Jun. 2002, pp. 101-108.

Promenschenkel, "STEPS: toward a new era in electronic publishing", OCLC Newsletter, Jul./Aug. 1995, No. 216, found at website: http://digitalarchive.oclc.org/da/ViewObjectMain.jsp;jsessionid=84ae0c5fi82409328f8d87a14475bd40eaaceff43afd?fileid=0000001695:000000042504&regi.

Search Report of Corresponding European Appl. No. 98 901 249.7 - 1527.

Kim et al., "OOHS: An Object-Oriented Hypermedia System", COMPSAC, Seoul, KR, Aug. 21, 1996 - Aug. 23, 1996, pp. 496-501, IEEE, XP 000684382, IEEE Comp. Soc. Los Alamitos, CA US ISBN: 0-8 186-7579-9.

Arnold-Moore et al., "The ELF data model and SGQL query language for structured document databases", Sixth Australasian Database Conf., ADC'95, Adelaide, AU, [Online] vol. 17, No. 2, Jan. 30, 1995 - Jan 31, 1995 pp. 17-26, XP002204886, Australian Computer Science Communications ISSN: 0157-3055 Retrieved from the Internet: URL:http://www.mds.rmit.edu.au/~tja/papers/index.html>.

P. Francois, "Generalized SGML repositories: Requirements and modeling", Computer Standards and Interfaces, vol. 18, No. 1, 1996, pp. 11-24, XP004006104, Elsevier Sequoia, Lausanne, CH ISSN: 0920-5489.

Dayen, Igor, "Storing XML is Relational Databases", XML.com, www.xml.com/lpt/a/803, Jun. 20, 2001, pp. 1-13.

WR Communication pusuant to Article 115(c) EPC, Nov. 30, 2006.

Communication pursuant to Article 115(c) and responsive to "WR Communication pursuant to Atricle 115(c) EPC, Nov. 30, 2006" EPC, Jan. 26, 2007.

Arnold-Moore et al. "Models for Structured Document Database Systems", Royal Melbourne Institute of Technology, 1998.

Arnold-Moore, "Automatic Generation of Amendment Legislation", ACM 1997.

Arnold-Moore et al. "Connected to the Law: Tasmanian Legislation Using EnAct", InQuirion Pty Ltd., 2002.

Sacks-Davis et al. "Database Systems for Structured Documents", International Symposium on Advanced Database Technologies and Their Integration, Japan, 2002.

Sacks-Davis et al., "A Standards-Based Approach to Combining Information retrieval and Database Functionality", International Journal of Information Technology, 1(1):1-15, 1995.

Arnold Moore, "Autmatically, Processing Amendments to Legislation", ACM 1995.

Jan. 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at: http://met.open . . ac.uk/isca/, 1996.

Active TEXT Datasheet, available at: http://web.archive.org/web/19970630042435/www.ais.co.uk/atds.html.1997.

Jan. 19, 2007 letter in response to Jan. 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at: http://met.open.ac.uk/isca/, 1996.

Office Action of Corresponding European Application No. 98 901 249.7 - 1527, Jan. 25, 2007.

Maioli C. et al., "Versioning Issues in a Collaborative Distributed Hypertext System" Technical Report Universita Di Bologna, Apr. 1993.

Request for Ex Parte Reexamination of U.S. Appl. No. 6,233,592 filed on Jan. 25, 2007.

Order Granting Reexamination Request from U.S. Appl. No. 6,233,592, Apr. 3, 2007.

TimeBase Pty Ltd. v. The Thompson Corp., U.S. District Court for the Northern District of Illinois, Complaint filed Jan. 24, 2007.

Third Party Observations Under Article 115EPC filed Apr. 21, 2007 in EP 98901249.7.

*XSoft, A Division of Xerox* updated Jul. 12, 1996 - http://xml.coverpages.org/duCharme-sgmldbms.html.

*XSoft Premieres Astoria: A Simpler Way to Manage 'Mega-Documents'* dated Mar. 12, 1996 - http://www.highbeam.com/doc/1G1-18079234.html.

*XSoft Astoria* - http://www.architag.com/tag/Article.asp?v=10&i=4&p=8&s=1.

* cited by examiner



Fig. 1



Fig. 2



**Fig. 3**



**FIG. 4**



Fig. 5



FIG. 6



Fig. 7



800

# MAIN MENU

## Acts and Regulations of the Commonwealth of Australia

Using information received up to 30 August 1996

- Find an Act
- Find a Regulation
- Help on How to Use
- Licence and Copyright Information

Select any of the above options by: Double Clicking on the option

802

Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



1302 1304 1306 1308

1300

Fig. 13



Fig. 14



Fig. 15



Fig. 16



1700

1702

Fig. 17



1800

1821   1872

Corporations Legislation with MALT  [84 hits]  —— 1820
**Principal Acts**  [75 hits]
**Corporations Act 1989**  [9 hits]
    **Part 9: Jurisdiction and Procedure of Courts**  [3 hits]
1823 —     **Division 1: Vesting and cross-vesting of civil courts**  [3 hits]
        ▶Section 59: Enforcement of judgments etc.  [hit]

1817   1816   1818

1812 —  ◀ 🚫 ▶    1813    **Normal View**    1823   ◀ ▲ ▶  — 1815
                        **20 Jul 2000**

1814 —          **Corporations Act 1989 (Cth): s 59**
               *(Scope: 16 Oct 1995 onwards)*   — 1805

**59. Enforcement of judgments etc**
*Scope: 16 Oct 1995 onwards*                    — 1810

1807   1808

Versions   Amendments              Shift View

                              1806

(1) A judgment of the Federal Court, the Family Court or a court of the Capital Territory
that is given, in whole or in part, in the ▮▮▮▮▮▮▮▮▮ conferred by this Division,
or by a law of a State that corresponds to this Division, is enforceable in the Capital
Territory as if the judgment had been given by that court entirely in the exercise of the
jurisdiction of that court apart from this Division or any such law.

(2) Where:

    (a)  a provision of a law of the Commonwealth or of the Capital Territory (not being
         a law in relation to the enforcement of judgments) refers to a thing done by the
         Federal Court, the Family Court, the Supreme Court of the Capital Territory or of
         a State, a State Family Court or a particular lower court of the Capital Territory
         or of a State; and                                        —— 1806

    (b)  that thing is done by another court in the ▮▮▮▮▮▮ conferred by
         this Division or a law of a State corresponding to this Division;

the reference in that provision to the Federal Court, the Family Court, the Supreme Court
of the Capital Territory or of that State, that State Family Court or that lower court, as the
case may be, is taken as a reference to that other court.

**Fig. 18**

1900



| 16 Oct 1995 to 31 Dec 2001 : | s 59 |
| ▶ 01 Jan 1994 to 15 Oct 1995 : | s 59 ◀ |

1920

1915

◀ ⊘ ▶     **Versions of s 59**
**(base date 20 Jul 2000)**

**Corporations Act 1989 (Cth): s 59**
**(Scope: until 15 Oct 1995)**

1905

**59. Enforcement of judgments etc**
*Scope: until 15 Oct 1995*

1910

Versions    **Amendments**                           **Shift view**

(1)  A judgment of the Federal Court, the Family Court or the Supreme Court of the Capital Territory that is given, in whole or in part, in the exercise of jurisdiction conferred by this Division, or by a law of a State that corresponds to this Division, is enforceable in the Capital Territory as if the judgment had been given by that Court entirely in the exercise of the jurisdiction of that Court apart from this Division or any such law.

(2)  Where:

    (a)  a provision of a law of the Commonwealth or of the Capital Territory (not being a law in relation to the enforcement of judgments) refers to a thing done by the Federal Court, the Family Court, the Supreme Court of the Capital Territory or of a State or a State Family Court; and

    (b)  that thing is done by another court in the exercise of jurisdiction conferred by this Division or a law of a State corresponding to this Division;

the reference in that provision to the Federal Court, the Family Court, the Supreme Court of the Capital Territory or of that State, that State Family Court, as the case may be, is taken as a reference to that other court.

**Fig. 19**

2000



► Corporations Legislation Amdt Act 1994 (Cth): Sch 1, Pt 1, item 15 — 2021
Corporations Legislation Amdt Act 1994 (Cth): Sch 1, Pt 1, item 16 — 2022
Corporations Legislation Amdt Act 1994 (Cth): Sch 1, Pt 1, item 17 — 2023

— 2020

**Provisions amending (effective 16 Oct 1995)
Corporations Act 1989 (Cth): s 59**

— 2015

◄ ⊘ ►

**Corporations Legislation Amdt Act 1994 (Cth): Sch 1
*(Scope: amending provision)***

— 2005

**Schedule 1, Part 1, Item 15**
*Scope: amending provision*

— 2010

<u>Targets</u>                                   <u>Shift view</u>

**15.** Subsection 59(1):

    (a) Omit **the Supreme Court**, substitute **a court**.

    (b) Omit **that Court** (wherever occurring), substitute **that court**.

**Fig. 20**



**Fig. 21**

2260



**Fig. 22A**



2270



**Fig. 22B**