# Exhibit 8
# Part E

Dockets.Justia.com

## APPENDIX D

—

# Keying Guide for Australian Legislation Documents

**General**

**Validation**

All files produced must be parsed against the relevant DTD and each table should be viewed using a suitable Table renderer to make sure that they have been coded correctly.

**DTD modifications**

No local modifications must be made to the supplied DTD's. If there are any situations in which it is thought that a change to a DTD is required then the requested change and the reasons for it must be submitted to SGMLSE. If a change is deemed necessary, then the DTD will be changed in the UK and resupplied. This is necessary to maintain consistency in the DTD's being used at both ends in the process.

**Files**

The SGML files that will be supplied have already been partially processed but will be invalid according to the DTD (especially the tables).

Each file should omit the document type declaration and begin directly with the root element.

**Carriage return characters**

Carriage return characters must not appear in any element which has #PCDATA within its content model. If it is wished to use carriage return characters to shorten line lengths, then they must be placed in position's where they will be ignored by an SGML parser e.g. in places where #PCDATA is not allowed, or within start and end tags in places where separator characters are allowed.

**Case**

Element and attribute names are case-insensitive. They may be entered in either uppercase, lowercase or a mixture.

Attribute values are usually case-insensitive. The only time that they are case-sensitive is when they have a declared type of CDATA, in which case the string values should be entered directly as they appear in the text.

**Markup minimisation**

No non-empty elements have omissible start or end tags, but the empty end tag </> can be used to end the currently open element. A carriage return character can not occur within an empty end tag.

**DTD structure**

There are four DTDs and a common element declaration that are used to define the structure of the legislation.

**REGS.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulations//EN" and contains the declaration for the regulations. It has two parameter entity references which include "-//SGMLSE//DTD 1.0 Act//EN" and "-//SGMLSE//DTD 1.0 Regulation//EN".

The file *regs.sgm* produced by the Perl script *regs.pl* conforms to regs.dtd and calls in all acts as parameter entities.

**ACTS.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Acts//EN" and contains the declaration for the acts. It has a parameter entity references which includes "-//SGMLSE//DTD 1.0 Act//EN".

The file *acts.sgm* produced by the Perl script *acts.pl* conforms to acts.dtd and calls in all acts as parameter entities.

**ACT.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Act//EN" and contains the declaration of an act.

**REG.DTD**

This DTD has the public identifier "-//SGMLSE//DTD 1.0 Regulation//EN" and contains the declaration of a regulation.

**COMMON.ELT**

This list of elements has the public identifier "-//SGMLSE//ELEMENTS 1.0 Common Elements//EN" and includes element and entity definitions common to all document types.

**Character entities**

The character entities allowed have been selected from the ISO public sets isogrk1, isogrk3, isolat1, isonum, isopub and isotech.

*These characters are translated one-to-one to the equivalent character in the Times New Roman True Type font.*

The <quote> or <blockquote> elements should be used instead to surround any quoted text. *Use Quotes (") at the beginning and at the end of these elements.*

**Labels and identifiers**

The major structural elements - act, reg, part, schedule, section, sub, s-sub, ss-sub,

...

all have a required label attribute (lbl). Unique identifiers should be generated for these elements. The label for these elements is the preceding number or letter WITHOUT any punctuation or parentheses. For example:

**1979 No. 141 The charge to income tax - REG 1**

**Income Tax**

1. Fred ...

1. (1) This is ...

<section type="reg" lbl="1" ID="CWACT-19790141-SEC-1">

<title>Income Tax</>

<list>

<li lbl="1"><p>Fred ...</>

```
<list>
<li lbl="1"><p>This is ...</>
</list>
</li>
</list>
</section>
```

Convert list and li items back to the original look in Folio Views, ie to

*1. Fred ...*

*1. (1) This is ...*

**Cross references**

All cross references point directly to a target by providing the id of the target as the value of an attribute of the xref element. For details of the format of cross reference identifier strings, see the description of the xref element below.

*All ID's are marked unchanged as Jump Destinations (JD's).*

`<SECTION ID="CWACT-19950104-SEC-1" LBL="1">`

becomes:

*`<JD:" ="CWACT-19950104-SEC-1 ">`*


**REGS DTD ELEMENT**

**REGS**

This is the root element of the Regulations. Its definition is :

`< ! ELEMENT regs - - (title, header?, reg+) >`

That is, it contains a required title element, followed by an optional header element followed by 1 or more act element.

*Not translated*


**ACTS DTD ELEMENT**

**ACTS**

This is the root element of the Acts. Its definition is

`< ! (ELEMENT acts - - (title, header?, act+) >`

That is, it contains a required title element, followed by an optional header element followed by 1 or more act element.

*Not translated*

**REG DTD ELEMENTS**

**REG**

This is the root element of the dtd for a Regulation. Its definition is:

`< ! ELEMENT reg - - (title, notes?, provisions?, (preamble | long-title)?,`

`( (order+ | (section | schedule)+ | chapter+ | part+) , schedule*) ) >`

```
<! ATTLIST reg id ID #REQUIRED
        lb1                 CDATA           #REQUIRED
        insert-date         NUMBER          #IMPLIED
        insert-leg          IDREF           #IMPLIED
        repeal-date         NUMBER          #IMPLIED
        repeal-leg          IDREF           #IMPLIED
        amend-date          NUMBER          #IMPLIED
        amend-leg           IDREF           #IMPLIED
<
```

The insert-date attribute should be used to insert the date YYYYMMDD that the REG was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the REG. The repeal-date attribute should be used to insert the date YYYYMMDD that the REG was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the REG. The amend-date attribute should be used to insert the date YYYYMMDD that the REG was amended. The amend-leg should be used to insert the ID of the legislation that amended the REG.

*The title gets marked up as Level "Heading Level 1". The period between the insert-date and the repeal-date or amend-date (that is the period during which the above element was in force) gets marked up as follows:*

*The Folio Views markup used is Groups. See the manual for explanations. We will use three kinds of groups: Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd (yyyy can be any year, mm can be any month from 1 - 12 and dd can be any day from 1 - 31). If the element was valid throughout a year yyyy, the element becomes a member of the Inforce-yyyy group. If the element was valid only for some months within a year, it becomes a member of the relevant Inforce-yyyy-mm groups. If the element was only valid for some days within a month, the element becomes a member of the relevant Inforce-yyyy-mm-dd groups. Example:*

*If the element was valid from 1/7/94 to 7/4/96, then the element belongs to the following groups: Inforce-94-07, Inforce- 94-08, Inforce-94-09, Inforce-94-10, Inforce-94-11, Inforce-94-12, Inforce-95, Inforce-96-01, Inforce-96-02, Inforce-96-03, Inforce-96-04-01, Inforce-96-04-02, Inforce-96-04-03, Inforce-96-04-04, Inforce-96-04-05, Inforce-96-04-06 and Inforce-96-04-07.*

*Note that the element is not part of the Inforce-94 group because the element wasn't in force throughout 1994. Nor is the element part of the Inforce-96-04 group because the element wasn't in force throughout April 1996.*

*If the enduser wants to search for all elements that are valid as of a particular date then the enduser can enter that date in a Query Template in the form DD/MM/YYYY. The Query Template then searches the Folio Views infobase for all elements that belong to the groups Inforce-yyyy, Inforce-yyyy-mm and Inforce-yyyy-mm-dd.*

**ACT DTD ELEMENTS**

## ACT

This is the root element of the dtd for an Act. Its definition is :

< ! ELEMENT act - - (title, notes?, provisions?, (preamble | long- title)?, (section+ | chapter+ |part+ |sub+)*, schedule*)>

<!ATTLIST  act id ID #REQUIRED

| | date CDATA #IMPLIED | |
|---|---|---|
| insert-date | NUMBER | #IMPLIED |
| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

<

That is, it contains a required title element, followed by optional notes, provisions, and preamble and either one or more reg, order, rule, section, chapter or part elements. It has a required id attribute and implied date attribute

The insert-date attribute should be used to insert the date YYYYMMDD that the ACT was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the ACT.

The repeal-date attribute should be used to insert the date  YYYYMMDD that the ACT was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the ACT.

The amend-date attribute should be used to insert the date YYYYMMDD that the ACT was amended. The amend-leg should be used to insert the ID of the legislation that amended the ACT.

### Examples

**1979 No. 141 The charge to income tax**

<act 1b1="141" ID="CWACT-1979014l-TXT-0">

<title>1979 No. 141 The charge to income tax</>

**1979 No. 141 The charge to income tax*1***

<act 1b1="141" ID="CWACT-19790141-TXT-0">

<title>l979 No. 141 The charge to income tax<noteref

ref= "CWACT- 19790141-note-1" ></>

*The noteref gets marked up as a popup link. The text of the note becomes the text within the popup link.*

*Treated the same as Reg DTD Elements. See there for details.*

## COMMON ELEMENTS

### PART

< ! ELEMENT part - -  (title, (%plevel;)*,

(chapter+ | division+ | section+)*, notes?)

< ! ATTLIST  part id  ID #REQUIRED

| | 1b1 | CDATA | #IMPLIED |
|---|---|---|---|
| | insert-date | NUMBER | #IMPLIED |

| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

>

The insert-date attribute should be used to insert the date YYYYMMDD that the PART was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the PART. The repeal-date attribute should be used to insert the date YYYYMMDD that the PART was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the PART. The amend-date attribute should be used to insert the date YYYYMMDD that the PART was amended. The amend-leg should be used to insert the ID of the legislation that amended the PART.

**Example**

<PART lbl="I" ID="CWACT-19790141-PT-1">

<title></title>

<p>

*The title gets' marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD) Elements. See there for details.*

**ORDER**

<(ELEMENT order - - (title,

(division | section | part | schedule) +) >

<!ATTLIST order  id ID #REQUIRED

| | lbl CDATA #/IMPLIED | | |
| insert-date | NUMBER | #IMPLIED |
| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

>

The insert-date attribute should be used to insert the date YYYYMMDD that the ORDER was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the ORDER. The repeal-date attribute should be used to insert the date YYYYMMDD that the ORDER was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the ORDER.

The amend-date attribute should be used to insert the date YYYYMMDD that the ORDER was amended. The amend-leg should be used to insert the ID of the legislation that amended the ORDER.

**Example**

1979 No. 140 FEDERAL COURT RULES - ORDER 3<

                ORDER 3<

                TIME<

$$T

$$A

$$T

1979 No. 140 FEDERAL COURT RULES - RULE 1<

<ORDER lbl="3" ID="CWACT-19790140-ORD-3">

<title>TIME</title>

<section type="rule" lbl="1" ID="CWACT-19790140-ORD-3.1">

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**DIVISION**

<(ELEMENT division -- (title, (sub-division+ | section+))

>

<(ATTLIST division id  ID #/REQUIRED

           lbl CDATA #IMPLIED

| | | |
|---|---|---|
| insert-date | NUMBER | #IMPLIED |
| insert-leg | IDREF | #IMPLIED |
| repeal-date | NUMBER | #IMPLIED |
| repeal-leg | IDREF | #IMPLIED |
| amend-date | NUMBER | #IMPLIED |
| amend-leg | IDREF | #IMPLIED |

>

The insert-date attribute should be used to insert the date YYYYMMDD that the DIVISION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the DIVISION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the DIVISION was amended. The amend-leg should be used to insert the ID of the legislation that amended the DIVISION.

**Example**

1979 No. 140 FEDERAL COURT RULES - DIVISION 1<

                Division 1-General<

$$T

$$A

$$T

1979 No. 140 FEDERAL COURT RULES - RULE 1<

Cases for service of originating process<

<DIVISION lbl="I" ID="CWACT-I 9790140-DIV-i">

<title>General</title>

<RULE lbl="1" ID="CWACT-I 9790140-DIV-1.1">

<title> Cases for service of originating process </title>

*The title gets marked up as Level "Heading Level 3". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**SUB-DIVISION**

<!ELEMENT                sub-division - - (title, section+) >

<!ATTLIST                sub-division  id ID #REQUIRED

| | | | |
|---|---|---|---|
| lbl | CDATA | #IMPLIED | |
| insert-date | | NUMBER | #IMPLIED |
| insert-leg | | IDREF | #IMPLIED |
| repeal date | | NUMBER | #IMPLIED |
| repeal-leg | | IDREF | #IMPLIED |
| amend-date | | NUMBER | #IMPLIED |
| amend-leg | | IDREF | #IMPLIED |

>

The insert-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SUB-DIVISION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SUB-DIVISION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SUB-DIVISION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SUB-DIVISION.

*The title gets marked up with a Paragraph Style (see Folio Views Infobase Production Kit Manual for details) 'Subdivision'. Dates get treated the same way as in Regs DTD Elements. See there for details.*

**PROVISIONS**

<!ELEMENT                provisions    - -    (title, tblblk) >

**Example**

$$NTABLE

                   TABLE OF PROVISIONS<

$$P

Order<

$$P

          1.      Preliminary<

$$P

2.    Sittings and Vacation<

<PROVISIONS>

<TITLE>TABLE OF PROVISIONS>

<TBLBLK>

. .

</TBLBLK>

</PROVISIONS>

*Provisions get ignored. The Table of Provisions gets generated by the conversion program from the following Elements: Part, Chapter, Order, Division, Subdivision and Section. The generated Table of Provisions is stored just before the first Part, Chapter, Order, Division, Subdivision and Section.*

**CHAPTER**

<!ELEMENT chapter    - -    (title, %plevel;)*,

(part+ | section+ | article+)?)>

<!ATTLIST  chapter      id  ID        #REQUIRED

                        lbl CDATA #IMPLIED

            insert-date         NUMBER    #IMPLIED

            insert-leg          IDREF        #IMPLIED

            repeal-date         NUMBER    #IMPLIED

            repeal-leg          IDREF        #IMPLIED

            amend-date          NUMBER    #IMPLIED

            amend-leg           IDREF        #IMPLIED

>

The insert-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the CHAPTER

The repeal-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the CHAPTER.

The amend-date attribute should be used to insert the date YYYYMMDD that the CHAPTER was amended. The amend-leg should be used to insert the ID of the legislation that amended the CHAPTER.

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**SECTION**

This is a sub element of a Regulation. Its definition is:

<!ELEMENT        section      - -    (title, (%unstruct-cont;))>

<!ATTLIST  section            id    ID  #REQUIRED

                        lbl CDATA  #/IMPLIED

            insert-date    NUMBER    #IMPLIED

            insert-leg     IDREF          #IMPLIED

| repeal-date | NUMBER | #IMPLIED |
| repeal-leg  | IDREF  | #IMPLIED |
| amend-date  | NUMBER | #IMPLIED |
| amend-leg   | IDREF  | #IMPLIED |

>

That is, it contains a required title element, followed by unstructured content. It has a required lbl attribute and a required id attribute.

The insert-date attribute should be used to insert the date YYYYMMDD that the SECTION was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SECTION.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SECTION was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SECTION.

The amend-date attribute should be used to insert the date YYYYMMDD that the SECTION was amended. The amend-leg should be used to insert the ID of the legislation that amended the SECTION.

**Examples**

**1979 No. 141 The charge to income tax - SECT. 1**

**Income Tax**

**1979 No. 141 The charge to income tax - REG 2**

**Tax**

3. Income tax shall be charged. . .

<section lbl="1" id="CWACT-1979141-SEC-1">

<title>Income tax</title>

<section type = "reg" lbl = "2" id = CWACT1979141-SEC-1.2" ><title>Tax</title>

<p>Income tax shall be charged. . .</p>

*The title gets marked up as Level "Heading Level 4". Dates gets treated the same way as in Regs DTD Elements. See there for details.*

**SCHEDULE**

This is a sub element of a Regulation. Its definition is:

<!(ELEMENT schedule - -       (title?,       (%-unstruct-cont;))>

<!ATTLIST schedule id  ID    #/REQUIRED

| | lbl | CDATA | #IMPLIED | |
|---|---|---|---|---|
| | insert-date | NUMBER | #IMPLIED | |
| | insert-leg | IDREF | #IMPLIED | |
| | repeal-date | NUMBER | #IMPLIED | |
| | repeal-leg | IDREF | #IMPLIED | |
| | amend-date | NUMBER | #IMPLIED | |
| | amend-leg | IDREF | #IMPLIED | |

>

That is, it contains a required title element, followed by unstructured content. It has a required lbl attribute and a required id attribute.

The insert-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was inserted. The insert-leg should be used to insert the ID of the legislation that inserted the SCHEDULE.

The repeal-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was repealed. The repeal-leg should be used to insert the ID of the legislation that repealed the SCHEDULE.

The amend-date attribute should be used to insert the date YYYYMMDD that the SCHEDULE was amended. The amend-leg should be used to insert the ID of the legislation that amended the SCHEDULE.

**Examples**

**1979 No. 141 The charge to income tax - SCHEDULE 1**

**Income Tax**

1.      Income tax shall be charged...

<schedule lbl = "l"  id="CWACT-1979141-SCH-1">

<title>Income tax</>

<p>Income tax shall be charged… </>.

*The title gets marked up as Level "Heading Level 2". Dates get treated the same way as in Regs DTD Elements. See there for details.*

**FORM**

<!ELEMENT      form  - -      (title, formreg, front, back?) >

<!ATTLIST  form  %reqlbl;

                        %reqid;>

Each form has a title, regulation, a front and an optional back. Each has a required lbl attribute and a required ID.

**Example**

FORM A<

                           Regulation 7<

                       (Front of Form)<

               COMMONWEALTH OF AUSTRALIA<

        Trade Practices Act 1974-Sub-section 88 (1)<

                   EXCLUSIONARY PROVISIONS:<

                 APPLICATION FOR AUTHORIZATION<

To the Trade Practices Commission: Application is hereby made under sub-section 88 (1) of the Trade

(Back of Form)<

                       DIRECTIONS<

1.     Where there is insufficient space on this form to furnish the required information, the information is to be shown on separate sheets, numbered consecutively and signed by or on behalf of the applicant.

<FORM lbl="a" ID="CWACT-I9790141-FORM-A">

<FORMREG>Regulation 7</FORMREG>

<FRONT>

<AS IS>

COMMONWEALTH OF AUSTRALIA<

    Trade Practices Act 1974-Sub-section 88 (1)<

       EXCLUSIONARY PROVISIONS:<

       APPLICATION FOR AUTHORIZATION<

To the Trade Practices Commission: Application is hereby made under sub-section 88 (1) of the Trade

</ASIS>

</FRONT>

<BACK>

<ASIS>

DIRECTIONS<

1.     Where there is insufficient space on this form to furnish the required information, the information is to be shown on separate sheets, numbered consecutively and signed by or on behalf of the applicant.

</ASIS>

</BACK>

</FORM>

*Forms get marked up with a Paragraph Style 'Forms'. The markup of 'Front' and 'Back' gets inserted as hidden text (hidden text is visible on the screen but doesn't show when the Form gets printed.*

**FORM ELEMENTS**

**FORMREG**

<!ELEMENT          formreg       - -      (#PCDATA) >

see above example

**FRONT**

<!ELEMENT          front - -      (asis)  >

see above example

**BACK**

<!ELEMENT          back          - -      (asis)  >

see above example

**ASIS**

<!ELEMENT          asis - -               (#PCDATA) >

date is displayed as-is

see above example

**HEADER ELEMENTS**

**HEADER**

&lt;!ELEMENT          header          - -     (scope?, updated?) &gt;

**SCOPE**

&lt;!ELEMENT          scope      - -     (%text;)        &gt;

**UPDATED**

&lt;!ELEMENT          updated      - -     (%text;)        &gt;

**NOTE ELEMENTS**

**NOTES**

&lt;!ELEMENT          notes -          O      (note+) &gt;

List of notes at the start of an act

**NOTE**

&lt;!ELEMENT          note      - -     (%/plevel;)     &gt;

&lt;!ATTLIST      note id          ID      #REQUIRED&gt;

A single note

*Forms get marked up with a Paragraph Style 'Forms'. The markup of 'Front' and 'Back' gets*
*inserted as hidden text (hidden text is visible on the screen but doesn't show when the Form gets*
*printed.*

**STRUCTURAL ELEMENTS**

**TITLE**

A generic title, which may occur in several different contexts.

*Covered in Acts DTD Elements, Regs DTD Elements and so on.*

**INLINE ELEMENTS**

**BOLD**

Used to mark any inline text which is set in a bold face other than a title or a label. It may contain
text or any inline elements other than &lt;bold&gt;.

It has no attributes.

**ILEQN**

An inline equation. This is a mathematical equation which is embedded in a line of text characters
or other inline elements. See the attached description of equations for further details.

**ITAL**

Used to mark any inline text which is set in a italic face other than a title or a label. It may contain
text or any inline elements other than &lt;italic&gt;.

It has no attributes.

**QUOTE**

A sequence of text characters or inline elements surrounded by single or double paired quotation
marks. The quotation mark characters must not be entered as text characters or entity references
as they will be generated automatically.

**SUBSCR**

A Subscript (inferior).

**SUPER**

A superscript (superior).

*Brought over from SGML to Folio Views with no changes.*

<u>**CROSS REFERENCES**</u>

**NOTEREF**

A reference to a NOTE element normally used in a TITLE element

*Implemented as a popup link.*

**TEMPREF**

A reference to a piece of legislation where the ID is not known.  The tempref element will

converted to an XREF element at a later date (when the ID is known).

*Not converted.*

**RNGREF**

A cross reference to a sequential range of targets, e.g.  see Sections 3 to 7.

It has two required attributes, startref and endref.  Startref is the id of the first of the targets

referenced and endref is the id of the last target referenced.  For a description of id strings, see the

description of the xref element.

*Converted as a Query Link.*

**XREF**

A cross reference to a single target.  It has a single attribute, ref, which must contain the id string

of the target of the reference.  Ids are not being entered on elements during keying, but will be

generated automatically from the lbl attribute of elements.

However, for xrefs it is necessary to work out what the id string of the target will be.

The format of id strings is described below:

*Converted as a jumplink.*

**ID Strings**

Cross references to sections of Acts and Act Schedules should be marked up using the xref

element as described above.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Id strings are made up of four sequential fields separated by a "-" (dash) character

as follows

field1-field2-field3-field4

field 1 is the type of document which is being referenced.  The current valid value is ACT.

field2 is an abbreviated form of the year and number of the Act, e.g.  19880001 is 1988 No. 1.

field3 identifies the type of object being referenced.  Valid values are:

ORD   order

DIV    division

SCH   schedule in an Act

SEC   section in an Act

CH     chapter in an Act

PT    part in an Act

NOTEa note

field4 is the identifier of the element being referenced, which is formed by concatenating the values of the lbl attributes of the referenced element and its ancestor elements, separated by a"." (point) character. e.g. 1 or 1.1 or 1.1.a or 1.1.a.iv

**Examples**

<section lbl="I">     <!-- id is ACT-1979014I-SEC-I -->

<title>The charge to income tax.</>

<list>

<li lbl="1">

<p>Income tax shall be charged. . .</>

*Implemented us jumpdestination.*

## BLOCK LEVEL ELEMENTS

### DPEQN

A display equation. This is a mathematical equation which is set on one or more lines by itself. See the attached description of equations for further details.

It has no attributes.

It has no attributes.

### LIST

A list of related lines of text which are not sub, s-sub or ss-sub elements.

### LI

An item in a list. This is a single line of text within a list.

It has a single attribute, marker, which has allowed values of bullet, dash or none, with a default of none. If a marker character precedes the list item then the relevant value should be entered for the attribute. The marker character should not be entered as text. If any marker character other than a bullet or dash is found, contact SGMLSE for a change to the DTD.

### P

A single line of text.

### BLOCKQUOTE

A non-inline quote. The quotation mark characters must not be entered as text characters or entity references as they will be generated automatically

### TBLBLK

A container element for a table which has a title. It contains a required title element followed by a single table.

It has no attributes.

*The above elements get implemented either without conversion or using paragraph styles.*

## TABLE ELEMENTS

### General

Arbortext tables expressed in tagged ASCII form must follow this basic structure:

<table>

```
<rowrule>
for each row
{
          <tablerow>
          <cell rule>
          for each column
          {
          <tablecell>text</tablecell>
          <cellrule>
          }
     </tablerow>
     <rowrule>
}
</table>
```

## TABLE

The <table> tag has three required attributes. They must be specified correctly or the table will not be handled properly.

ncols=NUMBER    The number of columns in the table. This value MUST agree with the number of columns expressed by the required cwl attribute.

Wdm=(25|50|75|100)  The numbers indicate the width of the table as a percentage of the page width.

cwl=LIST    where LIST is a list of integers each separated by a colon. Each integer represents the relative width of a column.

**Example**

A four column table which is the full width of the page. The second and third columns are twice the width of the first column, and the fourth column is three times the width of the first:

```
<table ncols="4" wdm="100" cwl="1:2:2:3">
```

or, equivalently,

```
<table ncols="4" wdm="100" cwl="5:10:10:15">
```

## CELLRULE

Empty element. Specifies a vertical rule. It has a single attribute, rty, which specifies the type of rule. Valid values for rty are:

          "."    (point)for a blank rule,

          "-"    (dash)for a single rule,

          "="    (equals) for a double rule,

          "+"    (plus) for a bold rule.

**Example**

```
<cellrule rty=".">
```

for a blank rule, or

```
<cellrule rty="-">
```

for a single rule.

**ROWRULE**

Empty element. Specifies a sequence of horizontal rules, one per cell in the row. It has a single attribute, rtl, which is a colon-delimited list of rule type specifiers. There must be one rule type specifier for each cell in the row. The valid specifiers are as for cellrule above.

**Example**

For a four-column table

<rowrule rtl="-:.:.:-">

would draw a horizontal rule above cells one and four.

**TABLEROW**

Specifies a row in the table. It has a single attribute, hdr, which specifies whether or not the row is a header row in a table which will be repeated over page breaks. The only valid value is "1"(one), which indicates that the row is a header row. An omitted value for hdr indicates that the row is not a header row. A value is only valid on the first <tablerow> in the table.

**Example**

<tablerow hdr="l">

indicates that the row is a header row (iff the <tablerow> is the first in the table, else it will generate an error).

<tablerow>

indicates that the row is not a header row if the <tablerow> is the first in the table.

## TABLECELL

Indicates a cell in a row in a table. It has four optional attributes:

chj= (b|l|r|c)   Horizontal justification for that cell.

b                for both right and left justified,

l                for flush left,

r                for flush right,

c                for centred.

Default:  left justified

cvj = (t|c|b)   Vertical justification for that cell.

t                for top justified,

c                for centred, or

b                for bottom justified.

Default: top justified

spn= INTEGER    For horizontally spanned columns. VAL is a whole number representing how many columns are spanned. Note that for horizontal spans, the text appears in the LEFTMOST cell in the span, and all other cells in the span should be void of text.

Default:  l

vspn=INTEGER    For vertically spanned rows.  VAL is a whole number representing how man

rows are spanned.  Note that for vertical spans, the text appears in the LOWEST cell in the spa

and all other cells in the span should be void of text.

Default:  1

**Arbortext table example**

```
------------------------------------------------------------
|foo         |      fum    |              |
|            |             |      fee     |
------------------------------------------------------------
|      spanned         |      ugh    |
|                      |             |
------------------------------------------------------------
```

<cellrule rty"-">

<rowrule rtl"-:-:-">

*Tables get converted to Microsoft Word tables and then converted into Folio Views.*

**EQUATION ELEMENTS**

**General**

This maths DTD is a subset of the Arbortext maths DTD, which itself is derived from the AAP

maths DTD.

In maths mode, all spaces are ignored (except in a <phr> element as described below). Correct spacing is handled automatically.

All alphabetical characters and symbols are treated as variables and set in italic face, unless they occur within <phr>, <rm> or <rf> elements.

All numeric characters and operators are set in roman face, unless they occur within an <it> element.

Greek symbols should be entered using the <g> element rather than entity references. E.g. <g>a</g> produces alpha, <g>b</g> beta, etc. Any entity references for Greek characters which appear in equations will be flagged as errors by the parsing program.

**B**

Bold text in an equation.

**DE**

Denominator of a fraction.

**F**

Inline equation.

**FD**

Display equation.

**FEN**

Fence. A pair of bracketed delimiters. The attribute lp (left post) defines the type of the left delimiter as below, and the following element rp (right post) defines the type of the right delimiter.

```
<!ATTLIST fen lp (par|sqb|cub|ang|vb) vb    --
                par     left parenthesis        (
                sqb     left square bracket    [
                cub     left curly brace        {
                ang     left angle bracket      <
                vb      left vertical bar       |
-->
```

**FR**

Fraction.

**G**

Greek character or characters. Valid characters are:

| char | equivalent entity |
|------|-------------------|
| a    | alpha             |
| b    | beta              |
| c    | chi               |
| d    | delta             |
| D    | Delta             |
| e    | epsilon           |
| 3    | epsiv             |
| 4    | phiv              |

| f | phis |
|---|---|
| F | Phi |
| g | gamma |
| G | Gamma |
| h | eta |
| i | iota |
| j | thetav |
| k | kappa |
| l | lambda |
| L | Lambda |
| m | mu |
| n | nu |
| p | pi |
| 2 | piv |
| P | Pi |
| q | thetas |
| Q | Theta |
| r | rho |
| s | sigma |
| S | Sigma |
| 9 | rhov |
| t | tau |
| u | upsilon |
| U | Upsilon |
| v | sigmav |
| w | omega |
| W | Omega |
| x | xi |
| X | Xi |
| y | psi |
| Y | Psi |
| z | zeta |

**INF**

Inferior.  Subscript in an equation.

**IT**

Italic text in an equation.

**NU**

Numerator of a fraction.

**OVL**

Overline.

**PHR**

Phrase.  In a phrase all characters are set in roman face and keyed space characters are preserved.  A phrase is essentially a temporary escape out of maths mode back into normal text mode.

**RAD**

Radical or root.  Contains a radicand (<rcd>), which is the constructs which appear beneath the top horizontal bar, and an optional radix (rdx), which is the power of the root (e.g.  square, cube, 4, etc.).

**RCD**

Radicand.  The content of a root construct.

**RDX**

Radix.  The power of a root.

**RF**

Roman Function.  A function name set in roman face, such as log, sin, cos, lim, arg, etc.  It differs from the <rm> element in that preceding and following space characters are generated to separate it from surrounding characters.

**RM**

Roman face.  Used to force an alpha character to be displayed in normal face rather than be treated as a variable and displayed in italic face.

**RP**

Right delimiter of a fence.  It has a single attribute, post, which defines the type of the delimiter.  Valid values are the same as for the lp attribute of the <fen> element, except that they specify the right hand match for the relevant left post.

**SUP**

Superior.  A superscript in an equation.

**UNL**

Underline.

**Arbortext equation examples**

... by multiplying by the fraction -

A

B

where -

<p>. . . by multiplying by the fraction -</>

<dpeqn>< fr><nu><rm>A</ ></ ><de><rm>B</ ></ ></ ></>

<p>where -</p>


... by the formula -

<u>gross taxable income</u>

-    net assets

\<p\>. . . by the formula -\</\>

\<dpeqn\>\< fr\>\<nu\>\<phr\>gross taxable income\</\>\</\>\<de\>\<phr\>net

assets\</ \>\</\>\</ \>\</\>

*Equations get converted to Microsoft Word equations and then converted into Folio Views. Alternatively equations get converted to images and added to Folio Views as images.*

## APPENDIX E

```
<!SGML     "ISO 8879:1986"

--
```

     ArborText's default SGML declaration, modified to allow longer id/idref's, and to
use a number of special characters within them.

```
--

CHARSET
BASESET    "ISO 646-1983//CHARSET
International Reference Version (IRV)//ESC 2/5 4/0"
DESCSET
                        0     9     UNUSED
                        9     2     9
        11     2  UNUSED
        13     1  13
        14     18  UNUSED
        32     95  32
        127    1  UNUSED
        128    128  "High-order characters"


CAPACITY SGMLREF
        TOTALCAP      200000
        ENTCAP                 35000
        ENTCHCAP      35000
        ELEMCAP       35000
        GRPCAP                 150000
        EXGRPCAP      35000
        EXNMCAP       35000
        ATTCAP                 50000
        ATTCFICAP     35000
        AVGRPCAP      35000
        NOTCAP                 35000
        NOTCHCAP      35000
        IDCAP                  35000
        IDREFCAP      35000
        MAPCAP                 35000
        LKSETCAP      35000
        LKNMCAP       35000


SCOPE            DOCUMENT

SYNTAX
        SHUNCHAR 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17
              18 19 20 21 22 23 24 25 26 27 28 29 30 31 127
BASESET "ISO 646-1983//CHARSET
        International Reference Version (IRV)//ESC 2/5 4/0"
DESCSET 0 128    0
        128    128   "High-order characters"
FUNCTION RE     13
        RS     10
        SPACE          32
        TAB SEPCHAR    9
NAMING    LCNMSTRT " "
        UCNMSTRT " "
        LCNMCHAR "-./[]"
```

```
        UCNMCHAR "-./[]"
        NAMECASE GENERAL YES
            ENTITY NO
DELIM      GENERAL SGMLREF
        SHORTREF SGMLREF
NAMES          SGMLREF   |
QUANTITY SGMLREF
        ATTCNT         100
        ATTSPLEN   960
        BSEQLEN        960
        DTAGLEN        16
        DTEMPLEN 16
        ENTLVL         16
        GRPCNT         100
        GRPGTCNT 96
        GRPLVL         16
        LITLEN                   800
        NAMELEN        64
        NORMSEP        2
        PILEN          1024 |
        TAGLEN         960
        TAGLVL         24


FEATURES
MINIMIZE DATATAG NO      OMITTAG  YES  RANK  NO SHORTTAG
YES
LINK  SIMPLE NO IMPLICIT NO   EXPLICIT NO
OTHER      CONCUR NO      SUBDOC NO          FORMAL  YES
APPINFO NONE>


<!DOCTYPE legislation
[
<!--


   DTD for Scantext/Abha Legislation - (C) Turn-Key Systems 1997

           History:

               1997-10-13: fix hist at beginning of regs
               1997-10-07: restore <target> tag
               1997-10-02: enhanced support for regulations (hist, unconv etc)



-->



<!-- useful characters such as &mdash; -->
<!ENTITY % ISOpub public "ISO 8879-1986//ENTITIES Publishing//EN">
%ISOpub;


<!-- PARAMETER ENTITIES USED TO SIMPLIFY DTD MARKUP -->
<!entity % major
"schedule|intcon|article|annex|clause|chapter|part|division|subdivn|section|subs ec|reg|subreg"
```

```
     -- major levels -->

<!entity % minor "defn|para|subpar1|subpar2|subpar3|subpar4|point"
     -- minor levels -->


<!entity % secreg "section | reg"
     -- used where either sections or regs are appropriate -->

<!entity % level "%major; | %minor;"
     -- all levels -->

< entity % refs "term | l.ref | h.ref"
     -- references which can be found in normal text -->

<!entity % raw "(rawtext | rawtable | unconverted)*"
     -- material such as forms which remains as raw text -->

<!entity % effect "sc"
     -- typographical effects (more to be added later) -->

<!entity % text "(%refs; | %effect; | #PCDATA)*"
     -- normal text (including refs defined above) -->

<!entity % hnote "hist | note"
     -- hist and note are temporarily interchangeable -->

<!entity % body "(p+ | repealed), (%hnote;)*"
     -- body of a legislative element -->

< !entity % lev.id "((label, desc?) | (desc, label?))"
     -- reversible level id -->

<!-- MASTER ELEMENT -->
<!element legislation - - (act | regulations)+
     -- Acts and Regs are currently supported -->


<!-- DEFINITIONS OF ACTS AND CONSTITUENT ELEMENTS -->
<!element act            - - (desc, (%hnote; | %raw;)*,
     longtitle, preamble?,
     (chapter+ | part+ | section+),
     Schedule*, hist*)>
<!element longtitle - - (#PCDATA)>
<!element preamble - - (p+) +(para)>



<!element regulations - - (desc, (%hnote; | %raw;)*,
     (chapter+ | part+ | reg+),
     schedule*, hist*)>



<!-- MAJOR LEVELS -->
<!element chapter - - (label, desc, (%hnote;)*,
     (((%secreg;)*, part*)  | article+))>
<!element part - - (label?, desc, hist*,
     (((%secreg;)*, division*) | (article+ | clause+)))>
<!element division - - (label?, desc, (p | %hnote;)*,
     (((%secreg;)*, subdivn*) | clause+))>
<!element subdivn - - (label?, desc, (%hnote;)*,
     ((%secreg;)+ | clause+))>
<!element section - - (%lev.id;,
```

```
                    ((subsec +, (modules | module +)?) | repealed))>
<!element subsec - - (%lev.id;,
                    ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>
<!element modules - - (%lev.id;,
                    module+)>
<!element module - - (%lev.id;,    |
                    (submod + | repealed)))>
<!element submod - - (%lev.id;,
                    ((p, (p | %hnote; | method | tabloid)*) | (repealed, (%hnote;)*)))>
<!element reg - - (label?, desc, hist?,
                    (subreg + | repealed))>
<!element subreg - - (label, desc?, hist?,
                    ((p, (p | note)*, hist*) | (repealed, note*, hist*)))>


<!-- SCHEDULES, CONVENTIONS etc -->
<!element schedule - - (label?, desc?, hist*,
                    (chapter+ | part+ | section+ item+ | p+ | tabloid+ | intcon)?,
                    %raw;)>
<!element intcon - - (desc, preamble,
                    (part+ | division+ | subdivn+ | article+), annex*)>
<!element annex - - (label?, desc, p*,
                    (part* | division* | clause* | para*,
<!element article - - (label, desc?) para*))>
                    (division* | clause* | para*))>
<!element clause - - (((label, desc?) | (desc, label)), p+)>
<!element item - - (label?, desc?, %body;)>


<!-- DEFINITIONS AND MINOR LEVELS -->
<!element defn - -  (%body;)>
<!element note - -  (label?, p+)>
<!element hist - -  (label?, (p+ | raw;))
<!element point  - -  (p+)>


<!element para - - (label?, %body;)>
<!element subpar1 - - (label?, %body;)>
<!element subpar2 - - (label?, %body;)>
<!element subpar3 - - (label?, %body;)>
<!element subpar4 - - (label?, %body;)>


<!element method - - (%lev.id;, (p | %hnote; | step)+)>
<!element step - - (label, %body;)>


<!-- COMMON CONSTITUENT ELEMENTS -->
<!element label - - (%text;)
                    -- chapter number, section number, etc. -->
<!element desc - - (%text;)
                    -- chapter name, section name, etc. -->
<!element term - - (%text;)
                    -- defined term -->
<!element repealed - o EMPTY
                    -- indicates that the enclosing level has been repealed -->
<!element p - - (%minor | refs; | %effect | tabloid | amend | target | #PCDATA)*
                    -- textual paragraph at any level -->
```

```
<!-- UNCONVERTED MATERIAL -->
<!element unconverted - - CDATA
          -- yet to be converted (eg. complex schedules) -->
<!element rawtext - - CDATA
          -- unconverted text (eg. forms) -->
<!element rawtable - - CDATA
          -- unconverted tables (eg. amended provisions) -->


<!-- CROSS-REFERENCES -->
<!element l.ref - - (%text;) -- legislation ref -->
<!element h.ref - - (%text;) -- history ref -->


<!-- AMENDMENT MARKUP-->
<!element amend - - (%refs | %effect | quote | #PCDATA)*
          -- amendment = action + text -->
<!element target - - (#PCDATA)
          -- target of amendment -->
<!element quote - - (label | desc | p | %level | %refs | %effect | #PCDATA)*
          --    quoted material -->


<!-- PSEUDO-TABLES -->
<!element tabloid - - (label?, desc?, (head | row)+)>
<!element head - - (cell+)>
<!element row - - (cell+)>
<!element cell - - (#PCDATA|p)*>


<!-- EFFECTS -->
<!element sc  -- (#PCDATA) -- small caps -->


<!-- ATTRIBUTE LISTS -->
<!attlist act   juris (cth | nsw | vic | qld | sa | wa | tas | act | nt |imp)
                    #REQUIRED -- jurisdiction --
                year       CDATA     #REQUIRED -- year assented --
                number         CDATA     #REQUIRED -- act number --
                reps       CDATA     #IMPLIED -- 2nd reading (HR) --
                senate     CDATA     #IMPLIED -- 2nd reading (Sen) --
                assent     CDATA     #IMPLIED -- assent date --
                cdate      CDATA     #IMPLIED -- commencement -->
<!attlist regulations juris (cth | nsw | vic | qld | sa | wa | tas | act | nt | imp)
                    #REQUIRED -- jurisdiction --
                Year       CDATA     #REQUIRED -- year assented --
                number         CDATA     #REQUIRED -- act number
                reps       CDATA     #IMPLIED    -- 2nd reading (HR) --
                senate     CDATA     #IMPLIED    -- 2nd reading (Sen) --
                notified       CDATA     #IMPLIED    -- notification date --
                cdate      CDATA     #IMPLIED    -- commencement
<!attlist schedule id    ID       #IMPLIED    -- legislation id --
                cdate      CDATA         #IMPLIED   -- commencement --
                refsec     CDATA     #IMPLIED    -- referring section -->
<!attlist chapter id     ID       #IMPLIED    -- legislation id --
                cdate      CDATA     #IMPLIED    -- commencement --
<attlist part id             ID       #IMPLIED    -- legislation id --
                cdate      CDATA     #IMPLIED -- commencement
<!attlist division id    ID       #IMPLIED -- legislation id --
                cdate      CDATA         #IMPLIED -- commencement
<!attlist subdivn id     ID       #IMPLIED -- legislation id --
                cdate      CDATA     #IMPLIED -- commencement
```

```
<!attlist section id       ID          #IMPLIED -- legislation id --
            cdate          CDATA       #IMPLIED -- commencement -->
    <attlist subsec id     ID              #IMPLIED -- legislation id --
            cdate          CDATA       #IMPLIED -- commencement -->
<!attlist reg id           ID              #IMPLIED -- legislation id --
            cdate          CDATA       #IMPLIED -- commencement -->
<!attlist subreg id        ID          #IMPLIED -- legislation id --
            cdate          CDATA       #IMPLIED -- commencement -->
<!attlist l.ref  ref       IDREF           #IMPLIED -- legislation idref -->
<!attlist term id          ID              #IMPLIED -- term id
]>
```

163

164

INDUSTRIAL APPLICABILITY

It is apparent from the above that the arrangements described are applicable to the electronic publishing industry.

The foregoing describes only some embodiments of the present invention, and modifications and/or changes can be made thereto without departing from the scope and spirit of the invention, the embodiments being illustrative and not restrictive.

The invention claimed is:

**1.** A method for electronically publishing text-based data, the method comprising:

dividing the text-based data into a plurality of portions of text-based data;

obtaining an amended portion of text-based data that is amended relative to one of the plurality of portions of text-based data;

storing each of the plurality of portions of text-based data;

storing the amended portion of text-based data;

providing a plurality of attributes, wherein the attributes define a manner in which the plurality of portions of text-based data and the amended portion of text-based data can be organized, displayed and linked in a multidimensional space;

encoding each of the plurality of portions of text-based data and the amended portion of text-based data with a markup language to include at least one link defined by one of the plurality of attributes;

allowing a user to search the text-based data using at least one of the plurality of attributes; and

displaying the text-based data to the user by:

displaying at least one of the plurality of portions of text-based data or the amended portion of text-based data in response to the search; and

displaying text, and/or one or more selectable links representing at least one additional attribute.

**2.** The method according to claim **1**, wherein the searching uses one or more attributes.

**3.** The method according to claim **1**, wherein the markup language is Standard Generalised Markup Language (SGML) or extensible Markup Language (XML).

**4.** The method according to claim **3**, wherein the text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

**5.** The method according to claim **1**, wherein the at least one link comprises any piece of information additional to the text of the text-based data.

**6.** The method according to claim **5**, wherein the at least one link comprises a code or markup that allows departure and destination points to be created between portions of the text-based data.

**7.** The method according to claim **1**, wherein said at least one link comprises an identification code for a corresponding portion of text-based data.

**8.** The method according to claim **1**, wherein the amended portion of text-based data is amended by performing at least one of the group consisting of adding data to the portion, deleting data from the portion, and modifying data of the portion.

**9.** The method according to claim **1**, wherein the text-based data comprises legislation or material related to a provision of said legislation.

**10.** The method according to claim **9**, wherein each of the plurality of portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation.

**11.** The method according to claim **10**, wherein said provision is a section, schedule or appendix of an Act, or a section, schedule or appendix of a regulation.

**12.** The method according to claim **1**, wherein each portion is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data.

**13.** A method for electronically searching legislation encoded with a markup language, the method comprising:

allowing a user to select a version date as a primary attribute of a multidimensional space and to input at least one search request;

producing results based on the text of the legislation;

displaying the results in a format that is configured to allow the user to select one of the results;

displaying the result as a portion of legislation corresponding to a selected result that corresponds to the primary attribute and the at least one search request;

displaying a link to cases related to the portion of legislation and a link to additional versions of the legislation; and

allowing the user to select the version link or the case link; wherein, when the user selects the case link or version link, the portion of legislation is replaced with a list of portions of text-based data associated with the case link or the version link, respectively.

**14.** The method of claim **13**, wherein the results are produced using one or more attributes.

**15.** The method of claim **13**, wherein the portions of text-based data are associated with the cases or other versions by at least one link defined by one or more of a plurality of attributes.

**16.** The method according to claim **15**, wherein the at least one link comprises any piece of information additional to the text of the text-based data.

**17.** The method according to claim **16**, wherein the at least one link comprises a code or markup that allows departure and destination points to be created between portions of the text-based data.

**18.** The method according to claim **15**, wherein said at least one link comprises an identification code for a corresponding portion of text-based data.

**19.** The method according to claim **15**, wherein each of the portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation.

**20.** The method according to claim **19**, wherein said provision is a section, schedule or appendix of an Act, or a section, schedule or appendix of a regulation.

**21.** The method according to claim **15**, wherein each portion of text-based data is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data.

**22.** The method according to claim **13**, wherein the markup language is Standard Generalised Markup Language (SGML) or extensible Markup Language (XML).

**23.** The method according to claim **22**, wherein the text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

**24.** A method for electronically publishing text-based data, the method comprising: dividing the text-based data into a plurality of portions of text-based data;

obtaining an amended portion of text-based data that is amended relative to one of the plurality of portions of text-based data;

storing each of the plurality of portions of text-based data;

storing the amended portion of text-based data;

providing a plurality of attributes, wherein the attributes define a manner in which the plurality of portions of text-based data and the amended portion of text-based data can be organized, displayed and linked;

encoding each of the plurality of portions of text-based data and the amended portion of text-based data with a markup language to include at least one link defined by one of the plurality of attributes;

allowing a user to search the text-based data using at least one of the plurality of attributes; and

displaying the text-based data to the user by:

displaying at least one of the plurality of portions of text-based data or the amended portion of text-based data in response to the search; and

displaying one or more selectable links;

wherein when the user selects the one or more selectable links, the plurality of portions related to a current portion based on the current portion's attributes are displayed as a graphical representation of a multidimensional space that is configured to allow a user to select and thereby display text-based data represented by a point on the multidimensional space.

**25**. The method according to claim **24**, wherein the searching uses one or more attributes.

**26**. The method according to claim **24**, wherein the markup language is Standard Generalised Markup Language (SGML) or extensible Markup Language (XML).

**27**. The method according to claim **26**, wherein the text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

**28**. The method according to claim **24**, wherein the at least one link comprises any piece of information additional to the text of the text-based data.

**29**. The method according to claim **24**, wherein the at least one link comprises a code or markup that allows departure and destination points to be created between portions of the text-based data.

**30**. The method according to claim **24**, wherein said at least one link comprises an identification code for a corresponding portion of text-based data.

**31**. The method according to claim **24**, wherein the amended portion of text-based data is amended by performing at least one of the group consisting of adding data to the portion, deleting data from the portion, and modifying data of the portion.

**32**. The method according to claim **31**, wherein the text-based data comprises legislation or material related to said legislation.

**33**. The method according to claim **32**, wherein each of the plurality of portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation.

**34**. The method according to claim **33**, wherein said provision is a section, schedule or appendix of an Act or a section, schedule or appendix of a regulation.

**35**. The method according to claim **24**, wherein each portion is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data.

**36**. A method for electronically searching text-based data encoded with a mark-up language, the method comprising:

allowing a user to select a version date as a primary attribute and to input at least one search request;

producing results based on the text of the text-based data;

displaying the results in a format that is configured to allow the user to select one of the results;

displaying the result as a portion of text-based data corresponding to a selected result that corresponds to the at least one attribute and the at least one search request;

displaying a link;

allowing a user to select the link;

whereupon the plurality of portions related to the current portion are displayed as a graphical representation of a multidimensional space; and

allowing the user to select and thereby display text-based data represented by a point on the multidimensional space;

wherein each point on the multidimensional space is defined by the value of one or more of a plurality of attributes.

**37**. The method according to claim **36**, wherein the results are produced using one or more attributes.

**38**. The method according to claim **36**, wherein the plurality of portions is related to the current portion by at least one link defined by one or more of the plurality of attributes.

**39**. The method according to claim **38**, wherein the at least one link comprises any piece of information additional to the text of the text-based data.

**40**. The method according to claim **39**, wherein the at least one link comprises a code or markup that allows departure and destination points to be created between portions of the text-based data.

**41**. The method according to claim **38**, wherein said at least one link comprises an identification code for a corresponding portion of text-based data.

**42**. The method according to claim **38**, wherein the amended portion of text-based data is amended by performing at least one of the group consisting of adding data to the portion, deleting data from the portion, and modifying data of the portion.

**43**. The method according to claim **38**, wherein the text-based data comprises legislation or material related to said legislation.

**44**. The method according to claim **43**, wherein each of the plurality of portions of text-based data is a respective provision of said legislation or material related to a provision of said legislation.

**45**. The method according to claim **44**, wherein said provision is a section, schedule or appendix of an Act, or a section, schedule or appendix of a regulation.

**46**. The method according to claim **38**, wherein each portion is a block of the text-based data, the block being larger than a single word and less than the entirety of the text-based data.

**47**. The method according to claim **36**, wherein the markup language is Standard Generalmed Markup Language (SGML) or eXtensible Markup Language (XML).

**48**. The method according to claim **47**, wherein the text-based data is encoded using one or more Document Type Definitions (DTD) or Style Sheet Mechanisms (SSM).

* * * * *