# Exhibit 9



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2007

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 8895[1]

    a. By patent owner                3472    39%
    b. By other member of public      5258    59%
    c. By order of Commissioner        165     2%

2. Number of filings by discipline

    a. Chemical Operation             2671    30%
    b. Electrical Operation           2958    33%
    c. Mechanical Operation           3266    37%

3. Annual Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................. 2303    26%

5. Determinations on requests ........................................ 8557

    a. No. granted ............................................ 7845 ......... 92%

        (1) By examiner                              7732
        (2) By Director (on petition)                 113

    b. No. denied ............................................. 712 .......... 8%

        (1) By examiner                               677
        (2) Order vacated                              35

---

[1] Of the requests received in FY 2007, 23 requests have not yet been accorded a filing date, and preprocessing of 36 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director) .................... 790

    a. Patent owner requester      439      56%
    b. Third party requester      351      44%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency      23.7 (mos.)
    b. Median pendency      18.4 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 12% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .................... 5902

    a. Certificates with all claims confirmed      1527      26%
    b. Certificates with all claims canceled      613      10%
    c. Certificates with claims changes      3762      64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER .......................... 2545

        (1) All claims confirmed      581      23%
        (2) All claims canceled      187      7%
        (3) Claim changes      1777      70%

    b. Certificates - 3rd PARTY REQUESTER ................................ 3211

        (1) All claims confirmed      928      29%
        (2) All claims canceled      397      12%
        (3) Claim changes      1886      59%

    c. Certificates - COMM'R INITIATED REEXAM ........................... 146

        (1) All claims confirmed      18      12%
        (2) All claims canceled      30      21%
        (3) Claim changes      98      67%