# Exhibit 15


*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**EXP/(stephen AND hong)**: 852 patents.
*Hits 1 through 50 out of 852*

[Next 50 Hits]

[Jump To] [    ]

[Refine Search]  exp/(stephen and hong)

| | PAT. NO. | Title |
|---|---|---|
| 1 | 7,318,193 | Method and apparatus for automatic document generation based on annotation |
| 2 | 7,318,191 | Automated system and method for dynamically generating customized typeset question-based documents |
| 3 | 7,315,979 | Method and system for dynamic flowing data to an arbitrary path defined by a page description language |
| 4 | 7,313,758 | Markup-language document formatting in memory-constrained environment |
| 5 | 7,310,773 | Removal of extraneous text from electronic documents |
| 6 | 7,310,772 | Linking method for printed telephone numbers identified by a non-indicia graphic delimiter |
| 7 | 7,310,769 | Text encoding using dummy font |
| 8 | 7,308,650 | Image layout device |
| 9 | 7,308,649 | Providing scalable, alternative component-level views |
| 10 | 7,308,648 | Method, system, and computer-readable medium for filtering harmful HTML in an electronic document |
| 11 | 7,308,647 | Extensible markup language rendering and layout |
| 12 | 7,308,646 | Integrating diverse data sources using a mark-up language |
| 13 | 7,308,641 | Notebook layout view |
| 14 | 7,305,616 | Document builder for interactive dynamic documentation web site |

15  7,305,615  T  Methods and apparatus for accelerating data parsing
16  7,305,614  T  Interoperable retrieval and deposit using annotated schema to interface between industrial document specification languages
17  7,302,641  T  Information processing method and apparatus for making document
18  7,302,639  T  Report system and method using prompt in prompt objects
19  7,302,637  T  System and method for abbreviating information sent to a viewing device
20  7,299,413  T  Document processing method and system
21  7,299,410  T  System and method for reporting hierarchically arranged data in markup language formats
22  7,299,409  T  Dynamically updating rendered content
23  7,299,407  T  Marking and annotating electronic documents
24  7,296,229  T  Method and apparatus for providing a central dictionary and glossary server
25  7,296,228  T  Document editing by blocks and groups
26  7,296,225  T  Information transmitting and receiving in which layout information is used to determine importance
27  7,296,224  T  Method for assigning graphical images to pages
28  7,296,222  T  Method and system for preparing and displaying page structures for web sites
29  7,296,220  T  Method and system for creating a table in a text editing application
30  7,296,219  T  Client side, web-based calculator
31  7,296,217  T  Electronic transaction document system
32  7,293,234  T  Method and system for capturing a note-taking session using sensor with identifier
33  7,293,233  T  Method and system for capturing a note-taking session using processing sensor
34  7,293,230  T  Information architecture for the interactive environment
35  7,293,229  T  Ensuring proper rendering order of bidirectionally rendered text
36  7,293,228  T  Maltweb multi-axis viewing interface and higher level scoping
37  7,293,227  T  Associating image files with media content
38  7,290,210  T  Method and system for capturing a note-taking session using coded marks
39  7,290,209  T  Spell checker with arbitrary length string-to-string transformations to improve noisy channel spelling correction
40  7,290,207  T  Systems and methods for providing multimedia information management
41  7,287,234  T  Methods, systems and computer program products for use of color saturation to highlight items in a tree map visualization
42  7,287,222  T  Information processing apparatus and method that determines effectiveness of metadata for editing information content
43  7,284,205  T  Providing multiple input bindings across device categories
44  7,284,199  T  Process of localizing objects in markup language documents
45  7,284,198  T  Method and system for document draft reminder based on inactivity
46  7,284,191  T  Meta-document management system with document identifiers
47  7,284,190  T  Automatically generated compatibility reports
48  7,281,210  T  Layout system, layout program, and layout method
49  7,281,209  T  Method and apparatus for managing numbering of print pages of sections within a

document
50 7,281,202 **T** Framework for creating modular web applications

[Next List] [Top] [View Cart]
[Home] [Quick] [Advanced] [Pat Num] [Help]

# USPTO Patent Full-Text and Image Database

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**EXA/(stephen AND hong)**: 116 patents.
*Hits 1 through 50 out of 116*

[Next 50 Hits]

[Jump To] [    ]

[Refine Search] exa/(stephen and hong)

| | PAT. NO. | Title |
|---|---|---|
| 1 | 5,907,320 | Time-based method of human-computer interaction for controlling storage and retrieval of multimedia information |
| 2 | 5,900,002 | Method and apparatus for manipulating page layouts in a desktop publishing system |
| 3 | 5,867,177 | Image display method for displaying a scene in an animation sequence |
| 4 | 5,838,890 | Household information system data processor changing an inital image |
| 5 | 5,835,693 | Interactive system for simulation and display of multi-body systems in three dimensions |
| 6 | 5,832,528 | Method and system for selecting text with a mouse input device in a computer system |
| 7 | 5,826,102 | Network arrangement for development delivery and presentation of multimedia applications using timelines to integrate multimedia objects and program objects |
| 8 | 5,825,999 | Minimum character region determining apparatus and method, character string generating apparatus for generating a character string according to the minimum character region determining method |
| 9 | 5,818,462 | Method and apparatus for producing complex animation from simpler animated sequences |
| 10 | 5,808,623 | System and method for perspective transform in computer using multi-pass algorithm |
| 11 | 5,806,080 | System and method for implemeting canvas objects on windowing computer systems |
| 12 | 5,805,784 | Computer story generation system and method using network of re-usable substories |
| 13 | 5,802,539 | Method and apparatus for managing text objects for providing text to be interpreted across computer operating systems using different human languages |

14 5,802,538 T  System for enhanced utility of custom characters including dividing the custom characters into custom character groups and adapting the custom character groups to each other
15 5,802,535 T  Document processing apparatus for editing and generating documents
16 5,802,531 T  Method and system for embedding parts of documents and synchronizing multiple views thereof
17 5,802,388 T  System and method for correction and confirmation dialog for hand printed character input to a data processing system
18 5,801,711 T  Polyline and triangle strip data management techniques for enhancing performance of computer graphics system
19 5,796,409 T  Method for producing contrast-controlled grayscale characters
20 5,793,379 T  Method and apparatus for scaling images having a plurality of scan lines of pixel data
21 5,790,129 T  Multi-media computer-based method and device for self-improvement by metal stimulation
22 5,790,126 T  Method for rendering a spline for scan conversion of a glyph
23 5,787,453 T  Interactive formula processing system for SQL data base
24 5,781,915 T  Document processing apparatus that determines whether a document has been confirmed by another user
25 5,778,403 T  Method for displaying text on a rendering device to accurately represent the text as if displayed on a target device
26 5,778,402 T  Method and system for auto-formatting a document using an event-based rule engine to format a document as the user types
27 5,778,240 T  Referential edit checking tabular form data
28 5,777,621 T  Quality control mechanism for three-dimensional graphics rendering
29 5,768,490 T  Method for producing visually evenly spaced typographic characters
30 5,767,861 T  Processing apparatus and method for displaying a moving figure constrained to provide appearance of fluid motion
31 5,767,846 T  Multi-media document reproducing system, multi-media document editing system, and multi-media document editing/reproducing system
32 5,765,177 T  Document processing method and apparatus for searching documents having a graph based document logic structure
33 5,765,176 T  Performing document image management tasks using an iconic image having embedded encoded information
34 5,764,871 T  Method and apparatus for constructing intermediate images for a depth image from stereo images using velocity vector fields
35 5,764,241 T  Method and system for modeling and presenting integrated media with a declarative modeling language for representing reactive behavior
36 5,764,235 T  Computer implemented method and system for transmitting graphical images from server to client at user selectable resolution
37 5,760,788 T  Graphical programming system and method for enabling a person to learn text-based programming
38 5,758,361 T  Document editor for linear and space efficient representation of hierarchical documents
39 5,758,180 T  Block resizing function for multi-media editing which moves other blocks in response to

the resize only as necessary

40 5,758,110 **T** Apparatus and method for application sharing in a graphic user interface

41 5,757,384 **T** Apparatus and method for font thinning and bolding based upon font outline

42 5,754,873 **T** Method and apparatus for scaling a selected block of text to a preferred absolute text height and scaling the remainder of the text proportionately

43 5,754,190 **T** System for reproducing images utilizing image libraries

44 5,752,055 **T** Systems and method for automatically linking parts within compound documents

45 5,745,909 **T** Method and apparatus for reducing flicker when displaying HTML images on a television monitor

46 5,745,668 **T** Example-based image analysis and synthesis using pixelwise correspondence

47 5,745,121 **T** Methods and apparatus for optimizing the composition of graphical elements

48 5,740,456 **T** Methods and system for controlling intercharacter spacing as font size and resolution of output device vary

49 5,739,824 **T** Method and apparatus for conveying higher-dimensional tabular information to people using lower-dimensional output devices

50 5,734,923 **T** Apparatus for interactively editing and outputting sign language information using graphical user interface

[Next List]  [Top]  [View Cart]
[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]