# Exhibit 16
# Part A

Dockets.Justia.com

BEST AVAILABLE COPY

PATENT NUMBER

**U.S. UTILITY Patent Application**

| | O.I.P.E. | PATENT DATE |
|---|---|---|

| | Class | Subclass |
|---|---|---|
| ISSUE CLASSIFICATION | | |

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/689927 | | 707 / 76 | 513 531 | 2176 2178 | Herndon |

APPLICANTS:
Adam Leasing
Christoph Schnelle
Paul Leslie
Geoffrey Nolan

TITLE: Multi-axis viewing interface and higher level scoping

PTO-892

## ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | |
|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |

INTERNATIONAL CLASSIFICATION

☐ Continued on Issue Slip Inside File Jacket

| TERMINAL ☐ DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |

☐ The term of this patent subsequent to _____ (date) has been disclaimed.

☐ The term of this patent shall not extend beyond the expiration date of U.S Patent No. _____

☐ The terminal ___ months of this patent have been disclaimed.

NOTICE OF ALLOWANCE MAILED

(Assistant Examiner) _____ (Date)

(Primary Examiner) _____ (Date)

(Legal Instruments Examiner) _____ (Date)

ISSUE FEE

| Amount Due | Date Paid |
|---|---|

ISSUE BATCH NUMBER

**WARNING:**
The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 6/99)

FILED WITH: ☐ DISK (CRF) ☐ FICHE ☐ CD-ROM
(Attached in pocket on right inside flap)

(FACE)

7,293,228

## MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING

### Transaction History

| Date | Transaction Description |
|---|---|
| 10/12/2000 | Information Disclosure Statement (IDS) Filed |
| 10/12/2000 | Information Disclosure Statement (IDS) Filed |
| 10/12/2000 | Initial Exam Team nn |
| 10/31/2000 | IFW Scan & PACR Auto Security Review |
| 11/22/2000 | Correspondence Address Change |
| 11/27/2000 | Notice Mailed--Application Incomplete--Filing Date Assigned |
| 11/27/2000 | Correspondence Address Change |
| 4/10/2001 | Correspondence Address Change |
| 4/13/2001 | Application Is Now Complete |
| 4/16/2001 | Application Dispatched from OIPE |
| 5/24/2001 | Case Docketed to Examiner in GAU |
| 5/13/2002 | Information Disclosure Statement (IDS) Filed |
| 5/13/2002 | Information Disclosure Statement (IDS) Filed |
| 9/22/2003 | Case Docketed to Examiner in GAU |
| 12/17/2003 | Case Docketed to Examiner in GAU |
| 6/7/2004 | Case Docketed to Examiner in GAU |
| 6/28/2004 | Non-Final Rejection |
| 7/8/2004 | Mail Non-Final Rejection |
| 7/14/2004 | Case Docketed to Examiner in GAU |
| 11/12/2004 | Response after Non-Final Action |
| 11/12/2004 | Request for Extension of Time - Granted |
| 11/12/2004 | Workflow Incoming amendment IFW |
| 3/8/2005 | IFW TSS Processing by Tech Center Complete |
| 3/8/2005 | Date Forwarded to Examiner |
| 5/16/2005 | Final Rejection |
| 5/18/2005 | Mail Final Rejection (PTOL - 326) |
| 6/28/2005 | Case Docketed to Examiner in GAU |
| 7/28/2005 | Mail Miscellaneous Communication to Applicant |
| 7/28/2005 | Miscellaneous Communication to Applicant - No Action Count |

| | |
|---|---|
| 9/22/2005 | Amendment after Final Rejection |
| 9/22/2005 | Request for Extension of Time - Granted |
| 9/28/2005 | Date Forwarded to Examiner |
| 9/30/2005 | Advisory Action (PTOL-303) |
| 10/5/2005 | Mail Advisory Action (PTOL - 303) |
| 11/18/2005 | Request for Continued Examination (RCE) |
| 11/18/2005 | Request for Extension of Time - Granted |
| 11/18/2005 | Workflow - Request for RCE - Begin |
| 11/30/2005 | Date Forwarded to Examiner |
| 11/30/2005 | Date Forwarded to Examiner |
| 11/30/2005 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 1/4/2006 | Petition Entered |
| 2/6/2006 | Non-Final Rejection |
| 2/8/2006 | Mail Non-Final Rejection |
| 7/13/2006 | Examiner Interview Summary Record (PTOL - 413) |
| 7/17/2006 | Mail Examiner Interview Summary (PTOL - 413) |
| 8/2/2006 | New or Additional Drawing Filed |
| 8/2/2006 | Response after Non-Final Action |
| 8/2/2006 | Request for Extension of Time - Granted |
| 8/10/2006 | Date Forwarded to Examiner |
| 10/4/2006 | Information Disclosure Statement considered |
| 10/4/2006 | Reference capture on IDS |
| 10/4/2006 | Information Disclosure Statement (IDS) Filed |
| 10/4/2006 | Information Disclosure Statement (IDS) Filed |
| 10/13/2006 | Examiner Interview Summary Record (PTOL - 413) |
| 10/16/2006 | Notice of Allowance Data Verification Completed |
| 10/16/2006 | Examiner's Amendment Communication |
| 10/24/2006 | Mail Notice of Allowance |
| 10/24/2006 | Mail Examiner Interview Summary (PTOL - 413) |
| 10/24/2006 | Mail Examiner's Amendment |
| 11/17/2006 | Reverse Issue Fee |
| 11/17/2006 | Response to Reasons for Allowance |
| 11/17/2006 | Issue Fee Payment Verified |
| 11/17/2006 | Issue Fee Payment Received |
| 11/22/2006 | Application Is Considered Ready for Issue |
| 12/5/2006 | Correspondence Address Change |
| 12/5/2006 | Change in Power of Attorney (May Include Associate POA) |
| 12/11/2006 | Dispatch to FDC |

| | |
|---|---|
| 1/4/2007 | Information Disclosure Statement considered |
| 1/4/2007 | Information Disclosure Statement (IDS) Filed |
| 1/4/2007 | Information Disclosure Statement (IDS) Filed |
| 1/4/2007 | Request for Continued Examination (RCE) |
| 1/4/2007 | Workflow - Request for RCE - Begin |
| 1/5/2007 | Mail-Record Petition Decision of Granted to Withdraw from Issue |
| 1/10/2007 | Date Forwarded to Examiner |
| 1/10/2007 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 1/22/2007 | Notice of Allowance Data Verification Completed |
| 1/23/2007 | Mail Notice of Allowance |
| 1/29/2007 | Information Disclosure Statement considered |
| 1/29/2007 | Information Disclosure Statement (IDS) Filed |
| 1/29/2007 | Information Disclosure Statement (IDS) Filed |
| 2/1/2007 | Information Disclosure Statement considered |
| 2/1/2007 | Information Disclosure Statement (IDS) Filed |
| 2/1/2007 | Information Disclosure Statement (IDS) Filed |
| 2/1/2007 | Request for Continued Examination (RCE) |
| 2/20/2007 | Information Disclosure Statement considered |
| 2/20/2007 | Information Disclosure Statement (IDS) Filed |
| 2/20/2007 | Information Disclosure Statement (IDS) Filed |
| 3/9/2007 | Date Forwarded to Examiner |
| 3/9/2007 | DISPOSAL FOR A RCE/CPA/129 (express abandonment if CPA) |
| 3/16/2007 | Information Disclosure Statement considered |
| 3/16/2007 | Information Disclosure Statement (IDS) Filed |
| 3/16/2007 | Information Disclosure Statement (IDS) Filed |
| 4/23/2007 | Information Disclosure Statement considered |
| 4/23/2007 | Information Disclosure Statement (IDS) Filed |
| 4/23/2007 | Information Disclosure Statement (IDS) Filed |
| 5/1/2007 | Information Disclosure Statement considered |
| 5/1/2007 | Information Disclosure Statement (IDS) Filed |
| 5/1/2007 | Information Disclosure Statement (IDS) Filed |
| 5/2/2007 | Document Verification |
| 5/2/2007 | Notice of Allowance Data Verification Completed |
| 5/21/2007 | Mail Notice of Allowance |
| 6/1/2007 | Examiner's Amendment Communication |
| 6/5/2007 | Mail Examiner's Amendment |
| 6/13/2007 | Issue Fee Payment Verified |

| | |
|---|---|
| 6/13/2007 | Issue Fee Payment Received |
| 6/15/2007 | Pubs Case Remand to TC |
| 6/28/2007 | TC Return to Pubs |
| 9/12/2007 | Dispatch to FDC |
| 10/17/2007 | Issue Notification Mailed |
| 11/6/2007 | Recordation of Patent Grant Mailed |
| 11/6/2007 | Patent Issue Date Used in PTA Calculation |

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application Number : 09/689,927          Confirmation No. 7458

Applicant(s) : Abha LESSING et al.

Filed : October 12, 2000

Tech Cntr/AU : 2178

Examiner : Joshua D. Campbell

Entitled : MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING

Attorney Reference : 011800-0001-999

Customer Number : 20583

**RECEIVED**

**JAN 0 4 2007**

**OFFICE OF PETITIONS**

MAIL STOP 313(c)
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

       Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

REFERENCES AND RELEVANCY

☒    Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐    Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.    , filed    *).

☐    Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐    Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐      each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

RELATED CASES

☐      Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☐      within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐      with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐      after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐      after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☒      with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

FEE AUTHORIZATION

☒      Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐      Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____

David M. Mott
Registration No. 47,808

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939 Telephone
(202) 626-1700 Facsimile

Date: January 4, 2007

Attachment(s): PTO Form 1449
Cited References

## INFORMATION DISCLOSURE STATEMENT BY APPLICANT

| | |
|---|---|
| Attorney Reference: 011800-0001-999 | |
| Applicant: Abha LESSING et al. | |
| Application Serial No. 09/689,927 | |
| Filing Date: October 12, 2000 | |

| Date: January 4, 2007 | Page 1 of 1 | Examiner: J. Campbell | Group Art Unit: 2178 |
|---|---|---|---|

### U.S. PATENT DOCUMENTS

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| JC | AR | 6,947,945 | 09-2005 | Carey et al. | 707 | 102 | |
| JC | BR | 2004/0183831 A1 | 09-2004 | Ritchy et al. | 345 | 762 | |
| JC | CR | 2005/0278475 A1 | 12-2005 | Karatal et al. | 711 | 100 | |
| JC | DR | 2006/0181531 A1 | 08-2006 | Goldschmidt, Cassio Brun | 345 | 440 | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |
| | HR | | | | | | |
| | IR | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | JR | | | | | | | | | |
| | KR | | | | | | | | | |
| | LR | | | | | | | | | |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |

### OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)

| | | |
|---|---|---|
| JC | OR | Lim et al., "An Automated Approach for Retrieving Hierarchical Data from HTML Tables", CIKM '99, 11/99, Kansas City, MO, USA, pp. 466-474. |
| JC | PR | Eisenberg et al., "SQL/XML is Making Good Progress", SIGMOD Record, Vol. 31, No. 2, June 2002, pp. 101-108. |
| JC | QR | Promenschenkel, "STEPS: toward a new era in electronic publishing", OCLC Newsletter, Jul/Aug 1995, No. 216, found at website: http://digitalarchive.oclc.org/da/ViewObjectMain.jsp;jsessionid=84ae0c5f68240932818d87a14475bd40eaaceff43afd?fileid=0000001895:000000042504&reqi |
| JC | RR | Search Report of Corresponding European Appl. No. 98 901 249.7 – 1527 |
| JC | SR | Kim et al., "OOHS: An Object-Oriented Hypermedia System", COMPSAC, Seoul, KR, 21 August 1996 – 23 August 1996, pp. 496-501, IEEE, XP 000684382, IEEE Comp. Soc. Los Alamitos, CA US ISBN: 0-8186-7579-9.. |
| JC | TR | Arnold-Moore et al., "The ELF data model and SGQL query language for structured document databases", Sixth Australasian Database Conf., ADC'95, Adelaide, AU, [Online] vol. 17, no. 2, 30 January 1995 – 31 January 1995, pp. 17-26, XP002204886, Australian Computer Science Communications ISSN: 0157-3055 Retrieved from the Internet: URL:http://www.mds.rmit.edu.au/~tja/papers/index.html> |
| JC | UR | P. Francois, "Generalized SGML repositories: Requirements and modeling", Computer Standards and Interfaces, vol. 18, no. 1, 1996, pp. 11-24, XP004006104, Elsevier Sequoia, Lausanne, CH ISSN: 0920-5489. |
| JC | VR | Dayen, Igor, "Storing XML is Relational Databases", XML.com, www.xml.com/lpt/a/803, June 20, 2001, pp. 1-13. |
| JC | WR | WR Communication pursuant to Article 115(c) EPC, 30 November 2006. |

| Examiner /Joshua Campbell/ | Date Considered: 01/11/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

WAI-2809022v1

PTO/SB/30 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | Application Number | 09/689,927 |
|---|---|---|
| | Filing Date | October 12, 2000 |
| | First Named Inventor | Abha LESSING et al. |
| Address to: Mail Stop RCE Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Art Unit | 2178 |
| | Examiner Name | Joshua D. Campbell |
| | Attorney Docket Number | 011800-0001-999 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

**1.** ☐ **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

     a. ☐ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

         i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

         ii. ☐ Other _____

     b. ☑ Enclosed

         i. ☐ Amendment/Reply      iii. ☑ Information Disclosure Statement (IDS)

         ii. ☐ Affidavit(s)/ Declaration(s)      iv. ☑ Other  Request for Withdrawal From Issue Fee

**RECEIVED**
**JAN 0 4 2007**
**OFFICE OF PETITIONS**

**2.** ☐ **Miscellaneous**

     a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

     b. ☐ Other _____

**3.** ☑ **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

     a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. _503-013_ . I have enclosed a duplicate copy of this sheet.

         i. ☑ RCE fee required under 37 CFR 1.17(e)

         ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

         iii. ☑ Other  Petition fee - see attached PTO/SB/17p

     b. ☐ Check in the amount of $ _____ enclosed

     c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | [signature] | Date | January 4, 2007 |
|---|---|---|---|
| Name (Print/Type) | David M. Mott | Registration No. | 47,808 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
|---|---|
| Name (Print/Type) | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

1 01/04/2007 CKHLOK    00000004 503013    09689927
02 FC:1801    790.00 DA

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2178 | |
| Examiner | : | Joshua D. Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |
| Attorney Reference | : | 011800-0001-999 | |
| Customer No. | : | 20853 | |

**RECEIVED**

**JAN 0 4 2007**

**OFFICE OF PETITIONS**

MAIL STOP 313(c)
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## PETITION FOR WITHDRAWAL
## FROM ISSUE — ISSUE FEE PAID [37 C.F.R. § 1.313(c)(2)]

### PETITION

Applicant hereby petitions for the withdrawal of this application from issue.

### PATENT ISSUE FEE

The issue fee for this case was paid on November 17, 2006.

### REASON(S) FOR WITHDRAWAL REQUEST

The reasons for the request for withdrawal from issue include:

(a)   consideration of a request for continued examination under
      §1.114; and

(b)   consideration and entry of an Information Disclosure Statement.

In further detail, withdrawal has been requested to continue prosecution to obtain entry of an Information Disclosure Statement.

01/05/2007 CXHLOK   00000004 503013   09689927
01 FC:1464       130.00 DA

WAI-2808933v1

**PETITION FEES (37 C.F.R. § 1.17(h))**

The fee set forth in §1.17(h), required by 37 C.F.R. § 1.313(a), is set forth on the attached fee transmittal (PTO/SB/17) with authorization to charge Deposit Account No. 503-013. Further authorization for payment of additional fees is also set forth on the attached fee transmittal.

Respectfully submitted,

JONES DAY

By: David M. Mott
Registration No. 47,808
Direct No. (202) 879-3674

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(202) 879-3939 Telephone
(202) 626-1700 Facsimile

Date: January 4, 2007
Attachments: Request for Continued Examination (PTO/SB/30)
Information Disclosure Statement

WAI-2808933v1

PTO/SB/17p (11-04)
Approved for use through 07/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PETITION FEE
## Under 37 CFR 1.17(f), (g) & (h)
## TRANSMITTAL
(Fees are subject to annual revision)

Send completed form to: Commissioner for Patents
P.O. Box 1450, Alexandria, VA 22313-1450

| | |
|---|---|
| Application Number | 09/689,927 |
| Filing Date | October 12, 2000 |
| First Named Inventor | Abha LESSING et al. |
| Art Unit | 2178 |
| Examiner Name | Joshua D. Campbell |
| Attorney Docket Number | 011800-0001-999 |

Enclosed is a petition filed under 37 CFR __1.313__ that requires a processing fee (37 CFR 1.17(f), (g), or (h)). Payment of $ __130.00__ is enclosed.
This form should be included with the above-mentioned petition and faxed or mailed to the Office using the appropriate Mail Stop (e.g., Mail Stop Petition), if applicable. *For transmittal of processing fees under 37 CFR 1.17(i), see form PTO/SB/17i.*

**Payment of Fees** (small entity amounts are NOT available for the petition fees)

[X] The Commissioner is hereby authorized to charge the following fees to Deposit Account No. __503-013__ :
    [X] petition fee under 37 CFR 1.17(f), (g) or (h)    [X] any deficiency of fees and credit of any overpayments
    Enclose a duplicative copy of this form for fee processing.

[ ] Check in the amount of $ _____ is enclosed.

[ ] Payment by credit card (Form PTO-2038 or equivalent enclosed). Do not provide credit card information on this form.

**Petition Fees under 37 CFR 1.17(f):**   Fee $400   Fee Code 1482
For petitions filed under:
§ 1.53(e) - to accord a filing date.
§ 1.57(a) - to accord a filing date.
§ 1.182 - for decision on a question not specifically provided for.
§ 1.183 - to suspend the rules.
§ 1.378(e) - for reconsideration of decision on petition refusing to accept delayed payment of maintenance fee in an expired patent.
§ 1.741(b) - to accord a filing date to an application under § 1.740 for extension of a patent term.

**Petition Fees under 37 CFR 1.17(g):**   Fee $200   Fee Code 1463
For petitions filed under:
§ 1.12 - for access to an assignment record.
§ 1.14 - for access to an application
§ 1.47 - for filing by other than all the inventors or a person not the inventor.
§ 1.59 - for expungement of information.
§ 1.103(a) - to suspend action in an application.
§ 1.136(b) - for review of an examiner for extension of time when the provisions of section 1.136(a) are not available.
§ 1.295 - for review of refusal to publish a statutory invention registration.
§ 1.296 - to withdraw a request for publication of a statutory invention registration filed on or after the date the notice of intent to publish issued.
§ 1.377 - for review of decision refusing to accept and record payment of a maintenance fee filed prior to expiration of a patent.
§ 1.550(c) - for patent owner requests for extension of time in ex parte reexamination proceedings.
§ 1.956 - for patent owner requests for extension of time in inter partes reexamination proceedings.
§ 5.12 - for expedited handling of a foreign filing license.
§ 5.15 - for changing the scope of a license.
§ 5.25 - for retroactive license.

**Petition Fees under 37 CFR 1.17(h):**   Fee $130   Fee Code 1464
For petitions filed under:
§ 1.19(g) - to request documents in a form other than that provided in this part.
§ 1.84 - for accepting color drawings or photographs.
§ 1.91 - for entry of a model or exhibit
§ 1.102(d) - to make an application special.
§ 1.138(c) - to expressly abandon an application to avoid publication.
§ 1.313 - to withdraw an application from issue.
§ 1.314 - to defer issuance of a patent.

RECEIVED
JAN 0 4 2007
OFFICE OF PETITIONS

| Signature | January 4, 2007 |
|---|---|
| David M. Mott | Date |
| Typed or printed name | 47,808 |
| | Registration No., if applicable |

This collection of information is required by 37 CFR 1.17. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 5 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

 United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

JONES DAY
222 EAST 41ST ST.
NEW YORK NY 10017

**COPY MAILED**

JAN 0 5 2007

**OFFICE OF PETITIONS**

In re Application of                    :
Abha Lessing et al                      :
Application No. 09/689,927          . . :
Filed: October 12, 2000                 :          ON PETITION
Attorney Docket No. 11800-001-999       :

This is a decision on the petition, filed January 4, 2007, under 37 CFR 1.313(c)(2) to withdraw the above-identified application from issue after payment of the issue fee.

The petition is GRANTED.

The above-identified application is withdrawn from issue for consideration of a submission under 37 CFR 1.114 (request for continued examination). See 37 CFR 1.313(c)(2).

**Petitioner is advised that the issue fee paid on November 17, 2006 in the above-identified application cannot be refunded. If, however, the above-identified application is again allowed, petitioner may request that it be applied towards the issue fee required by the new Notice of Allowance.**[1]

The file does not indicate a change of address has been submitted, although the address given on the petition differs from the address of record. . If appropriate, a change of address should be filed in accordance with MPEP 601.03. A courtesy copy of this decision is being mailed to the address given on the petition; however, the Office will mail all future correspondence solely to the address of record.

Telephone inquiries should be directed to the undersigned at (571) 272-3208.

_____

[1] The request to apply the issue fee to the new Notice may be satisfied by completing and returning the new Issue Fee Transmittal Form PTOL-85(b), which includes the following language thereon: "Commissioner for Patents is requested to apply the Issue Fee and Publication Fee (if any) or re-apply any previously paid issue fee to the application identified above." Petitioner is advised that, whether a fee is indicated as being due or not, the Issue Fee Transmittal Form must be completed and timely submitted to avoid abandonment. Note the language in bold text on the first page of the Notice of Allowance and Fee(s) Due (PTOL-85).

The examiner of Technology Center AU 2178 will consider the request for continued examination under 37 CFR 1.114.

*Karen Creasy*

Karen Creasy
Petitions Examiner
Office of Petitions

cc:
INTELLECTUAL PROPERTY GROUP
51 LOUISIANA AVENUE, N.W.
WASHINGTON DC 20001

 

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Application Number | : | 09/689,927 |
| Applicant(s) | : | Abha LESSING et al. |
| Filed | : | October 12, 2000 |
| Tech Cntr/AU | : | 2176 |
| Examiner | : | Joshua Campbell |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING |

Confirmation No. 7458

Attorney Reference : 011800-0001-999
Customer Number : 20583

**MAIL STOP AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

## REFERENCES AND RELEVANCY

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.        , filed        *).

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐ each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

RELATED CASES

☐ Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☒ within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐ with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐ after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐ after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐ with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

FEE AUTHORIZATION

☒ Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐ Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____
Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  January 29, 2007

Attachment(s):  PTO Form 1449
                Cited References

WAI-2811489v1

FORM PTO-1449 (modified)
U.S. Department of Commerce
U.S. Patent & Trademark Office

**INFORMATION DISCLOSURE STATEMENT BY APPLICANT**

| | |
|---|---|
| Attorney Reference: | 011800-0001-999 |
| Applicant(s): | Abha LESSING et al. |
| Application Serial No. | 09/689,927 |
| Filing Date: October 12, 2000 | |
| Examiner: J. Campbell | Group Art Unit: 2176 |

Date: January 29, 2007    Page 1 of 1

## U.S. PATENT DOCUMENTS

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available · | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | HR | | | | | | | | | |
| | IR | | | | | | | | | |
| | JR | | | | | | | | | |
| | KR | | | | | | | | | |
| | LR | | | | | | | | | |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |

## OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.) ·

| | | |
|---|---|---|
| /JC/ | OR | Communication pursuant to Article 115(c) and responsive to "WR Communication pursuant to Article 115(c) EPC, 30 November 2006" EPC, 26 January 2007. |
| /JC/ | PR | Arnold-Moore et al. "Models for Structured Document Database Systems", Royal Melbourne Institute of Technology, 1998 |
| /JC/ | QR | Arnold-Moore, "Automatic Generation of Amendment Legislation", ACM 1997. |
| /JC/ | RR | Arnold-Moore et al. "Connected to the Law: Tasmanian Legislation Using EnAct", InQuirion Pty Ltd., 2002. |
| /JC/ | SR | Sacks-Davis et al. "Database Systems for Structured Documents", International Symposium on Advanced Database Technologies and Their Integration, Japan, 2002. |
| /JC/ | TR | Sacks-Davis et al., "A Standards-Based Approach to Combining Information Retrieval and Database Functionality", International Journal of Information Technology, 1(1):1-15, 1995. |
| /JC/ | UR | Arnold-Moore, "Automatically, Processing Amendments to Legislation", ACM 1995. |
| /JC/ | VR | January 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at: http://met.open..ac.uk/isca/. 1996. |
| /JC/ | WR | Active TEXT Datasheet, available at: http://web.archive.org/web/19970630042435/www.sls.co.uk/sids.html, 1997. |
| /JC/ | XR | January 19, 2007 letter in response to January 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at: http://met.open.ac.uk/isca/. 1996. |
| | YR | |
| | ZR | |
| | AAR | |
| | BBR | |

| Examiner | /Joshua Campbell/ | Date Considered: | 04/23/2007 |
|---|---|---|---|

*EXAMINER:    Initial if citation considered, whether or not citation is in conformance with MEPE § 609.  Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2176 | |
| Examiner | :. | Joshua Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |
| Attorney Reference | : | 011800-0001-999 | |
| Customer Number | : | 20583 | |

**MAIL STOP AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

### REFERENCES AND RELEVANCY

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.* , *filed* ).

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

L00024278.006

## CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐     each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

## RELATED CASES

☐     Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

## BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☒     within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐     with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐     after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐     after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐     with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

## FEE AUTHORIZATION

☒     Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐     Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

L00024278.006

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____
Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  January 29, 2007

Attachment(s):   PTO Form 1449
                 Cited References

WAI-2811489v1

BEST AVAILABLE COPY

L00024278.006

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | Attorney Reference: 011800-0001-999 |
|---|---|---|
| | | Applicant(s): Abha LESSING et al. |
| | | Application Serial No. 09/689,927 |
| | | Filing Date: October 12, 2000 |
| Date: January 29, 2007 | Page 1 of 1 | Examiner: J. Campbell | Group Art Unit: 2176 |

*(stamp: FEB 0 1 2007)*

**U.S. PATENT DOCUMENTS**

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (If appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | HR | | | | | | | | | |
| | IR | | | | | | | | | |
| | JR | | | | | | | | | |
| | KR | | | | | | | | | |
| | LR | | | | | | | | | |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |

**OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)**

| | | |
|---|---|---|
| | OR | Communication pursuant to Article 115(c) and responsive to "WR Communication pursuant to Article 115(c) EPC, 30 November 2006" EPC, 26 January 2007. |
| | PR | Arnold-Moore et al. "Models for Structured Document Database Systems", Royal Melbourne Institute of Technology, 1998 |
| | QR | Arnold-Moore, "Automatic Generation of Amendment Legislation", ACM 1997. |
| | RR | Arnold-Moore et al. "Connected to the Law: Tasmanian Legislation Using EnAct", InQuirion Pty Ltd., 2002. |
| | SR | Sacks-Davis et al. "Database Systems for Structured Documents", International Symposium on Advanced Database Technologies and Their Integration, Japan, 2002. |
| | TR | Sacks-Davis et al. "A Standards-Based Approach to Combining Information Retrieval and Database Functionality", International Journal of Information Technology, 1(1):1-15, 1995. |
| | UR | Arnold-Moore, "Automatically, Processing Amendments to Legislation", ACM 1995. |
| | VR | January 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at http://met.open.ac.uk/isca/, 1996. |
| | WR | Active TEXT Datasheet, available at: http://web.archive.org/web/19970630042435/www.ais.co.uk/atds.html. 1997. |
| | XR | January 19, 2007 letter in response to January 18, 2007 letter enclosing website entitled "The Information Society Creative Awards 1996", available at: http://met.open.ac.uk/isca/, 1996. |
| | YR | |
| | ZR | |
| | AaR | |
| | BBR | |

| Examiner: | | Date Considered: |
|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

L00024278.006



OIPE
FEB 01 2007
PATENT & TRADEMARK OFFICE

*RCE $*

PTO/SB/30 (09-06)
Approved for use through 03/31/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | Application Number | 09/689,827 |
|---|---|---|
| | Filing Date | October 12, 2000 |
| | First Named Inventor | Abha LESSING et al. |
| Address to: Mail Stop RCE Commissioner for Patents P.O. Box 1450 Alexandria, VA 22313-1450 | Art Unit | 2176 |
| | Examiner Name | J. Campbell |
| | Attorney Docket Number | 011800-0001-999 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission** required under 37 CFR 1.114 Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

   a. ☑ Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. ☑ Other Information Disclosure Statement (IDS) submitted on January 29, 2007, a copy of _____ which is attached hereto for the Examiner's convenience.

   b. ☐ Enclosed

      i. ☐ Amendment/Reply       iii. ☐ Information Disclosure Statement (IDS)

      ii. ☐ Affidavit(s)/ Declaration(s)       iv. ☐ Other _____

2. **Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. ☐ Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. ☑ The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 503-013 . I have enclosed a duplicate copy of this sheet.

      i. ☑ RCE fee required under 37 CFR 1.17(e)

      ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

      iii. ☐ Other _____

   b. ☐ Check in the amount of $ _____ enclosed

   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

**WARNING:** Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.

| **SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED** | | |
|---|---|---|
| Signature | | Date February 1, 2007 |
| Name (Print/Type) Vishal V. Khatri | | Registration No. 51,873 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | | |
|---|---|---|
| Name (Print/Type) | | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



1FW12176

FEB 2 0 2007

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2176 | |
| Examiner | : | Joshua Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |
| Attorney Reference | : | 011800-0001-999 | |
| Customer Number | : | 20583 | |

**MAIL STOP AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## <u>INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97</u>

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

<u>REFERENCES AND RELEVANCY</u>

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.        , filed      )*.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

WAI-2815112v1

## CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐    each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

## RELATED CASES

☐    Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

## BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☒    within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐    with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐    after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐    after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐    with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

## FEE AUTHORIZATION

☒    Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐    Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

WAI-2815112v1