# Exhibit 16
# Part B

Dockets.Justia.com

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  February 20, 2007

Attachment(s):  PTO Form 1449
Cited References

WAI-2815112v1

FORM PTO-1449 (modified)
U.S. Department of Commerce
U.S. Patent & Trademark Office

## INFORMATION DISCLOSURE STATEMENT
## BY APPLICANT

| | |
|---|---|
| Attorney Reference: 011800-0001-999 | |
| Applicant(s): Abha LESSING et al. | |
| Application Serial No. 09/689,927 | |
| Filing Date: October 12, 2000 | |
| Examiner: J. Campbell | Group Art Unit: 2176 |

Date: February 20, 2007     Page 1 of 1

### U.S. PATENT DOCUMENTS

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | HR | | | | | | | | | |
| | IR | | | | | | | | | |
| | JR | | | | | | | | | |
| | KR | | | | | | | | | |
| | LR | | | | | | | | | |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |

### OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)

| Examiner's Initials | | |
|---|---|---|
| /JC/ | OR | Office Action of Corresponding European Application No. 98 901 249.7 – 1527, January 25, 2007. |
| /JC/ | PR | Maioli C. et al., "Versioning Issues in a Collaborative Distributed Hypertext System" Technical Report Universita Di Bologna, April 1993. |
| | QR | |
| | RR | |
| | SR | |
| | TR | |
| | UR | |
| | VR | |
| | WR | |
| | XR | |
| | YR | |
| | ZR | |
| | AAR | |
| | BBR | |

| Examiner | /Joshua Campbell/ | Date Considered: 04/23/2007 |
|---|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

WAI-2815110v1

1 FW

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MAR 1 6 2007

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2176 | |
| Examiner | : | Joshua Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |

Attorney Reference : 011800-0001-999
Customer Number : 20583

**MAIL STOP AMENDMENT**
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

### INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

### REFERENCES AND RELEVANCY

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.        , filed        ).*

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

WAI-2818788v1

## CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐     each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

## RELATED CASES

☐     Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

## BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☒     within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐     with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐     after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐     after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐     with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

## FEE AUTHORIZATION

☒     Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐     Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____
Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  March 16, 2007

Attachment(s):   PTO Form 1449
                 Cited Reference

WAI-2818788v1

FORM PTO-1449 (modified)
U.S. Department of Commerce
U.S. Patent & Trademark Office

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT | | | | | | |
|---|---|---|---|---|---|---|
| Date: March 16, 2007 | | | Page 1 of 1 | | | |

Attorney Reference: 011800-0001-999
Applicant(s): Abha LESSING et al.
Application Serial No. 09/689,927
Filing Date: October 12, 2000
Examiner: J. Campbell     Group Art Unit:

MAR 1 6 2007

**U.S. PATENT DOCUMENTS**

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |
| | HR | | | | | | |
| | IR | | | | | | |
| | JR | | | | | | |
| | KR | | | | | | |
| | LR | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |
| | OR | | | | | | | | | |
| | PR | | | | | | | | | |
| | QR | | | | | | | | | |
| | RR | | | | | | | | | |
| | SR | | | | | | | | | |
| | TR | | | | | | | | | |
| | UR | | | | | | | | | |
| | VR | | | | | | | | | |
| | WR | | | | | | | | | |
| | XR | | | | | | | | | |

**OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)**

| /JC/ | YR | Request for Ex Parte Reexamination of U.S. Patent No. 6,233,592 filed on January 25, 2007. |
|---|---|---|
| | ZR | |
| | AAR | |
| | BBR | |
| | CCR | |
| | DDR | |
| | EER | |
| | FFR | |
| | GGR | |
| | HHR | |
| | IIR | |

| Examiner /Joshua Campbell/ | Date Considered: 04/23/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

WAI-2818805v1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2176 | |
| Examiner | : | Joshua Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |

Attorney Reference : 011800-0001-999
Customer Number : 20583

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

## REFERENCES AND RELEVANCY

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.        , filed        *).

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

WAI-2811489v1

CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☐     each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

RELATED CASES

☐     Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☒     within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☐     with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐     after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐     after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐     with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

FEE AUTHORIZATION

☒     Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐     Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____
Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  April 23, 2007

Attachment(s):  PTO Form 1449
Cited References

WAI-2811489v1

FORM PTO-449 (modified)
U.S. Department of Commerce
U.S. Patent & Trademark Office

# INFORMATION DISCLOSURE STATEMENT
# BY APPLICANT

| | |
|---|---|
| Attorney Reference: | 011800-0001-899 |
| Applicant(s): | LESSING et al. |
| Application Serial No. | 09/689,927 |
| Filing Date: | October 12, 2000 |

Date: April 23, 2007          Page 1 of 1

| | | | | | Examiner: Campbell | Group Art Unit: 2176 |

## U.S. PATENT DOCUMENTS

| Examiner's Initials* | | Document Number | Date MM/YYYY | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |
| | HR | | | | | | |
| | IR | | | | | | |
| | JR | | | | | | |
| | KR | | | | | | |
| | LR | | | | | | |
| | MR | | | | | | |
| | NR | | | | | | |
| | OR | | | | | | |
| | PR | | | | | | |
| | QR | | | | | | |
| | RR | | | | | | |
| | SR | | | | | | |
| | TR | | | | | | |
| | UR | | | | | | |
| | VR | | | | | | |
| | WR | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No |
| | XR | | | | | | | | | |
| | YR | | | | | | | | | |
| | ZR | | | | | | | | | |
| | AAR | | | | | | | | | |
| | BBR | | | | | | | | | |
| | CCR | | | | | | | | | |
| | DDR | | | | | | | | | |

## OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)

| /JC/ | EER | Order Granting Reexamination Request from US Patent No. 6,233,592, April 3, 2007. |
|---|---|---|
| /JC/ | FFR | TimeBase Pty Ltd. v. The Thompson Corp., U.S. District Court for the Northern District of Illinois, Complaint filed January 24, 2007. |
| | GGR | |
| | HHR | |
| | IIR | |

| Examiner | /Joshua Campbell/ | Date Considered: | 05/30/2007 |
|---|---|---|---|

*EXAMINER:    Initial if citation considered, whether or not citation is in conformance with MPEP § 609.  Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

WAI-2823870v1
259910 - 600001

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1706419 |
| **Application Number:** | 09689927 |
| **International Application Number:** | |
| **Confirmation Number:** | 7458 |
| **Title of Invention:** | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING |
| **First Named Inventor/Applicant Name:** | Abha Lessing |
| **Customer Number:** | 20583 |
| **Filer:** | Vishal Vincent Khatri |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 11800-001-999 |
| **Receipt Date:** | 23-APR-2007 |
| **Filing Date:** | 12-OCT-2000 |
| **Time Stamp:** | 14:50:11 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Filed | InformationDisclosureStatementwithPTO1449.PDF | 379954 | no | 4 |
| **Warnings:** | | | | | |

| Information: | | | | | |
|---|---|---|---|---|---|
| This is not an USPTO supplied IDS fillable form | | | | | |
| 2 | NPL Documents | ReferenceGrantingReexamination.PDF | 695343 | no | 10 |
| Warnings: | | | | | |
| Information: | | | | | |
| 3 | NPL Documents | ReferenceLitigationinRelated Case.PDF | 185928 | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | | 1261225 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| | | | |
|---|---|---|---|
| Application Number | : | 09/689,927 | Confirmation No. 7458 |
| Applicant(s) | : | Abha LESSING et al. | |
| Filed | : | October 12, 2000 | |
| Tech Cntr/AU | : | 2176 | |
| Examiner | : | Joshua Campbell | |
| Entitled | : | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING | |

Attorney Reference : 011800-0001-999
Customer Number : 20583

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

## INFORMATION DISCLOSURE STATEMENT UNDER 37 C.F.R. §1.97

Sir:

Pursuant to 37 CFR §1.97 and 1.56, the attention of the U.S. Patent and Trademark Office is hereby directed to the following disclosures made herein, which include:

REFERENCES AND RELEVANCY

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. Copies of the listed documents are attached, where required, as are any readily available full or partial English translations of any non-English language documents.

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited for consideration in the parent application, and, pursuant to 37 CFR 1.98(d), copies of the cited references can be found in the file of the parent application (*U.S. Serial No.        , filed        ).

☐ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in the International Search Report issued for the corresponding International application, and copies of the International Search Report and the cited references are attached for the Examiner's consideration.

☒ Applicant(s) wish(es) to make of record the documents listed on the attached Form PTO-1449. The references cited herein were cited in a communication from a foreign or international patent office in a counterpart foreign or international application(s), and copies of both the relevant communication and the cited references, where required, are attached for the Examiner's consideration.

## CERTIFICATION

The undersigned certifies that, pursuant to 37 CFR §1.97(e)(1),

☒ each item of information contained in this Information Disclosure Statement was cited in a communication from a foreign or international patent office in a counterpart foreign or international application not more than three months prior to the filing of this Statement.

## RELATED CASES

☐ Identified in the attached Appendix are related applications directed to related technical subject matter. Copies of the related applications, where required, are attached for the Examiner's consideration. *The identification of the related U.S. patent applications is not to be construed as a waiver of secrecy for those applications, now or upon issuance of the present application as a patent.*

## BASIS FOR CONSIDERATION

This Information Disclosure Statement is filed:

☐ within three months of the filing date of the application and/or before the mailing date of a first Official Action on the merits, and no fee is required [37 C.F.R. §1.97(b)].

☒ with the appropriate certification, and no fee is required [37 C.F.R. §1.97(e)(1)].

☐ after the mailing date of the first Official Action on the merits, but prior to the issuance of a Final Official Action or a Notice of Allowance, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(c)].

☐ after the mailing date of the Final Official Action or Notice of Allowance, but prior to the payment of the issue fee, the requisite certification under 37 CFR §1.97(e)(1) is made herein, and the requisite fee, if necessary, is authorized herein for payment [37 C.F.R. §1.97(d)].

☐ with a Request for Continued Examination (RCE), and no fee is required [37 C.F.R. §1.97(b)(4)].

## FEE AUTHORIZATION

☒ Authorization is hereby given to charge any deficient fee(s) under 37 CFR §1.16 and §1.17 as necessary to ensure the consideration of this disclosure, or to credit any fee overpayments, to Deposit Account No. 503-013.

☐ Authorization is hereby given to charge the requisite fee of $180 (Fee Code 1806) for submission of this Information Disclosure Statement to Deposit Account No. 503-013.

It is respectfully requested that this information be expressly considered during the prosecution of this application, and that the reference(s) be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

The Examiner is further respectfully requested to return of a copy of the enclosed Form PTO-1449 with the Examiner's initials in the left column.

The examination and allowance of this Application is respectfully requested.

Respectfully Submitted,

JONES DAY

By: _____

John E. Mauk
Registration No. 54,579
Direct No. (202) 879-3628

Vishal V. Khatri
Registration No. 51,873
Direct No. (202) 879-3607

Intellectual Property Group
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939  Telephone
(202) 626-1700  Facsimile

Date:  May 1, 2007

Attachment(s):  PTO Form 1449
                Cited References

WAI-2825399v1
259910 - 600001

FORM PTO-1449 (modified)
U.S. Department of Commerce
U.S. Patent and Trademark Office

## INFORMATION DISCLOSURE STATEMENT
## BY APPLICANT

| | |
|---|---|
| Attorney Reference: 011800-0001-999 |
| Applicant(s): Abha LESSING et al. |
| Application Serial No. 09/689,927 |
| Filing Date: October 12, 2000 |

Date: May 1, 2007      Page 1 of 1

| Examiner: J. Campbell | Group Art Unit: 2176 |
|---|---|

### U.S. PATENT DOCUMENTS

| Examiner's Initials* | | Document Number | Date MM/YYYY. | Name (Family Name of First Inventor) | Class | Sub Class | Filing Date (if appropriate) |
|---|---|---|---|---|---|---|---|
| | AR | | | | | | |
| | BR | | | | | | |
| | CR | | | | | | |
| | DR | | | | | | |
| | ER | | | | | | |
| | FR | | | | | | |
| | GR | | | | | | |
| | HR | | | | | | |
| | IR | | | | | | |
| | JR | | | | | | |
| | KR | | | | | | |
| | LR | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date MM/YYYY | Country | | | Translation Readily Available | | English Abstract | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Enclosed | No | Enclosed | No. |
| | MR | | | | | | | | | |
| | NR | | | | | | | | | |
| | OR | | | | | | | | | |
| | PR | | | | | | | | | |
| | QR | | | | | | | | | |
| | RR | | | | | | | | | |
| | SR | | | | | | | | | |
| | TR | | | | | | | | | |
| | UR | | | | | | | | | |
| | VR | | | | | | | | | |
| | WR | | | | | | | | | |
| | XR | | | | | | | | | |

### OTHER (Including in this order Author, Title, Periodical Name, Date, Pertinent Pages, etc.)

| | | |
|---|---|---|
| /JC/ | YR | Third Party Observations Under Article 115EPC filed 21 April 2007 in EP 98901249.7. |
| /JC/ | ZR | XSoft, A Division of Xerox updated 07/12/96 - http://xml.coverpages.org/duCharme-sgmidbms.htm). |
| /JC/ | AAR | XSoft Premieres Astoria: A Simpler Way to Manage 'Mega-Documents' dated 03/12/96 - http://www.highbeam.com/doc/1G1-18079234.html. |
| /JC/ | BBR | XSoft Astoria - http://www.architag.com/tag/Article.asp?v=10&i=4&p=8&s=1. |
| | CCR | |
| | DDR | |
| | EER | |
| | FFR | |
| | GGR | |
| | HHR | |

| Examiner /Joshua Campbell/ | Date Considered: 05/30/2007 |
|---|---|

*EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 1735005 |
| **Application Number:** | 09689927 |
| **International Application Number:** | |
| **Confirmation Number:** | 7458 |
| **Title of Invention:** | MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING |
| **First Named Inventor/Applicant Name:** | Abha Lessing |
| **Customer Number:** | 20583 |
| **Filer:** | Ted Joseph Ebersole/Kristi Hutchison |
| **Filer Authorized By:** | Ted Joseph Ebersole |
| **Attorney Docket Number:** | 11800-001-999 |
| **Receipt Date:** | 01-MAY-2007 |
| **Filing Date:** | 12-OCT-2000 |
| **Time Stamp:** | 18:32:12 |
| **Application Type:** | Utility |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes) | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 09689927IDS.pdf | 1126237 | yes | 15 |

| Multipart Description/PDF files in .zip description | | | |
|---|---|---|---|
| **Document Description** | | **Start** | **End** |
| Information Disclosure Statement (IDS) Filed | | 1 | 4 |
| NPL Documents | | 5 | 15 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 1126237 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 09/689,927 | LESSING ET AL. |
| | **Examiner** | **Art Unit** | |
| | Joshua D. Campbell | 2178 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>RCE filed 2/1/2007 and IDS  filed on 1/29/2007, 2/1/2007, 2/20/2007, and 3/16/2007</u>.

2. ☒ The allowed claim(s) is/are <u>101-148</u>.

3. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☒ All    b) ☐ Some*    c) ☐ None  of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the
            International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____ .

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date <u>See Continuation Sheet</u>

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

Continuation of Attachment(s) 3. Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date: 1/29/2007,2/1/2007,2/20/2007, and 3/16/2007.

**DETAILED ACTION**

1.    The information disclosure statements (IDS) submitted on January 29, 2007,

February 20, 2007, and March 16, 2007, have been considered by the examiner.

2.    The information disclosure statement filed on February 1, 2007, has been

removed from consideration because it is a duplicate of the IDS submitted on January

29, 2007.

**Reasons for Allowance**

3.    The following is an examiner's statement of reasons for allowance:

      Regarding independent claims 101, 113, 124, and 136, none of the references,

either singularly or in combination, teach or suggest to a person of ordinary skill in the

art at the time of the invention the features, the multidimensional space for navigating

the data that has been encoded and amended.  The examiner notes that while

electronically publishing multiple versions of text-based data is not a novel feature (See

Examiner and Applicant Referenced Patents and Non-patent Literature), but in

combination with the other limitations of the method steps and system functions of the

independent claim (i.e. the multidimensional space for navigating the data that has been

encoded and amended) the limitations of claims 101, 113, 124, and 136 are considered

novel, and unobvious to a person of ordinary skill in the art at the time the invention was

made in view of the prior art of record.

      Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Joshua D. Campbell whose telephone number is (571) 272-4133. The examiner can normally be reached on M-F (7:30 AM - 4:00 PM).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Stephen Hong can be reached on (571) 272-4124. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

JDC
April 23, 2007

STEPHEN HONG
SUPERVISORY PATENT EXAMINER



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | | | EXAMINER |
|---|---|---|---|
| 20583 7590 05/21/2007 | | | CAMPBELL, JOSHUA D |
| JONES DAY | | ART UNIT | PAPER NUMBER |
| 222 EAST 41ST ST | | 2178 | |
| NEW YORK, NY 10017 | | DATE MAILED: 05/21/2007 | |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/689,927 | 10/12/2000 | Abha Lessing | 11800-001-999 | 7458 |

TITLE OF INVENTION: MALTWEB MULTI-AXIS VIEWING INTERFACE AND HIGHER LEVEL SCOPING

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $700 | $0 | $700 | $700 | 08/21/2007 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

## HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 07/06) Approved for use through 05/31/2007.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/689,927 | 10/12/2000 | Abha Lessing | 11800-001-999 | 7458 |

20583      7590      06/05/2007
JONES DAY
222 EAST 41ST ST
NEW YORK, NY 10017

| EXAMINER |
|---|
| CAMPBELL, JOSHUA D |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2178 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/05/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| *Supplemental* *Notice of Allowability* | Application No. 09/689,927 | Applicant(s) LESSING ET AL. |
|---|---|---|
| | Examiner Joshua D. Campbell | Art Unit 2178 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MEPP 1308.

1. ☒ This communication is responsive to *IDS filed on 4/23/2007 and 5/1/2007* .

2. ☒ The allowed claim(s) is/are 101-148.

3. ☒ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

     a) ☒ All    b) ☐ Some*   c) ☐ None   of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

     * Certified copies not received: _____ .

     Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

     (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

       1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

     (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

     Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT of and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☒ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date 4/23/07 and 5/1/07

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

STEPHEN HONG
SUPERVISORY PATENT EXAMINER

## DETAILED ACTION

1.     The information disclosure statements (IDS) submitted on April 23, 2007 and
May 1, 2007 have been considered by the examiner.

### Reasons for Allowance

2.     The following is an examiner's statement of reasons for allowance:

Regarding independent claims 101, 113, 124, and 136, none of the references,
either singularly or in combination, teach or suggest to a person of ordinary skill in the
art at the time of the invention the features; the multidimensional space for navigating
the data that has been encoded and amended.  The examiner notes that while
electronically publishing multiple versions of text-based data is not a novel feature (See
Examiner and Applicant Referenced Patents and Non-patent Literature), but in
combination with the other limitations of the method steps and system functions of the
independent claim (i.e. the multidimensional space for navigating the data that has been
encoded and amended) the limitations of claims 101, 113, 124, and 136 are considered
novel, and unobvious to a person of ordinary skill in the art at the time the invention was
made in view of the prior art of record.

Any comments considered necessary by applicant must be submitted no later
than the payment of the issue fee and, to avoid processing delays, should preferably
accompany the issue fee.  Such submissions should be clearly labeled "Comments on
Statement of Reasons for Allowance."

### *Conclusion*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Joshua D. Campbell whose telephone number is (571) 272-4133. The examiner can normally be reached on M-F (7:30 AM - 4:00 PM).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Stephen Hong can be reached on (571) 272-4124. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

JDC
May 30, 2007