IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) Civil Action No. 07-cv-04551-ADM-AJB |
| Plaintiff, | ) |
| vs. | ) Honorable Ann D. Montgomery |
| | ) Magistrate Judge Arthur J. Boylan |
| THE THOMSON CORPORATION, | ) |
| WEST PUBLISHING CORPORATION, | ) |
| AND WEST SERVICES, INC., | ) **TIMEBASE'S LOCAL RULE 7.1** |
| | ) **COMPLIANCE CERTIFICATE** |
| Defendants. | ) |

I, Joseph N. Hosteny, certify that **Timebase's Response To Thomson's Motion For Stay** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced document contains 3,117 words, excluding caption and signature block.

Respectfully submitted,

/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733

Michael R. Cunningham
Gray, Plant & Mooty
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000
Fax: 612/632-4444
michael.cunningham@gpmlaw.com

Attorneys for TimeBase Pty Ltd.

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing **TIMEBASE'S LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their email address on file with the Court on January 17, 2008.

*Attorneys For Thomson*

David J.F. Gross
Calvin L. Litsey
Chad Drown
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
Phone:  612-766-7000
Fax:  612-766-1600
clitsey@faegre.com
dgross@faegre.com
cdrown@faegre.com


      /s/ Joseph N. Hosteny