IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| Plaintiff, | ) Civil Action No. 07-cv-04551-ADM-AJB ) |
| vs. | ) Honorable Joan N. Ericksen ) Magistrate Judge Jeanne J. Graham |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, AND WEST SERVICES, INC., | ) ) ) **TIMEBASE'S CERTIFICATE OF** ) **SERVICE** |
| Defendants. | ) |

I hereby certify that on January 17, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **Timebase's Response to Thomson's Motion For Stay**

The following counsel has been served with these documents via CM/ECF:

- David J.F. Gross
  Calvin L. Litsey
  Chad Drown
  Faegre & Benson LLP
  2200 Wells Fargo Center
  90 South Seventh Street
  Minneapolis, Minnesota 55402

Dated: January 17, 2008

/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733

Michael R. Cunningham
Gray, Plant & Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000
Fax: 612/632-4444
michael.cunningham@gpmlaw.com

Attorneys for TimeBase Pty Ltd.