# EXHIBIT A

# to

# DECLARATION OF

# LEONIE MULDOON

**In Support of Timebase's Response**

**to Thomson's Motion to Stay**

Dockets.Justia.com

# Leonie Muldoon

17 Darvall Street
Balmain  NSW

Tel:  02 9810 4748
Mob:  0402 893 280
Leonie.Muldoon@timebase.com.au

## Key Skills

- Proven leadership capability at Partner/CEO level.
- Track record of turning loss making companies profitable
- Deep legal and financial knowledge and extensive management experience
- Strong analytical and solution development skills.
- Exceptional service orientation.
- Strong "people-person" with ability to build and motivate teams.
- Ability to quickly gain a detailed understanding of a particular industry or business.

## Qualifications

- **BA (Japanese major)**, Monash University, Melbourne, 1982.
- **LLB (Hons) IIA**, Monash University, Melbourne, 1982.
- **Master of Laws**, Columbia University, New York, 1987.

## Professional Experience

**TIMEBASE PTY LIMITED**
**CHIEF EXECUTIVE OFFICER**                               OCT 03- PRESENT

- Responsible for an electronic legal publishing and XML technology solutions business owned through an Investment Fund managed by Deutsche Asset Management (Australia) Limited.

**STANDARDS AUSTRALIA INTERNATIONAL LIMITED**            SEP 01 – SEP 03
**General Manager**

- Responsible for Professional Services Division and charged with growing SAI through building and acquiring operations adjacent to SAI's core business on a financially profitable basis.

- Restructured the existing operations of the Division, delivering improved focus, accountability, and turning the previously loss making operations profitable.

- Developed a strategic plan to extend SAI's operations into the business improvement, business excellence arena, acquired and integrated the Australian Quality Council delivering a 150% return on the acquisition costs within 6 months.

**SITEL ASIA PACIFIC & SITEL AUSTRALIA**                          **FEB 01 - JUL 01**
**Chief Operating Officer**

- Responsible for Australia, New Zealand and Singapore operations and a partnership relationship in Japan. Responsible for App. A$50-60 million in revenue and 800-1,000 employees regionally. Operating within a matrix management structure.
- Successfully restructured the Singapore Office in a culturally sensitive environment and developed a 5 year "go forward" plan for the region.

**SITEL AUSTRALIA**                          **DEC 98 - FEB 01**
**Chief Executive Officer**

- Responsible for Australian Operations of a US based Customer Relationship Management Company undertaking outsource CRM for major insurance, telecommunications and finance corporations. Responsible for App. A$30 million in revenue and between 300-400 staff.

- Improved dramatically the service offering and management information systems.

- Turned the company around financially from an A$1 million loss in the calander 1998 year to an A$1 million profit the following year and produced a three fold profit increase the 2000 calander year.

**SITEL ASIA PACIFIC**                          **SEP 98 - DEC 98**
**Regional Development & Marketing Director**

- Responsible for regional market development of Asian operations of US based Customer Relationship Management Company.

**AUSTRADE**                          **JAN 94 - JUL 98**
**Investment Commissioner North Asia**

- Responsible for Japanese, Taiwanese and Korean direct foreign investment into Australia in the manufacturing and service sectors. Worked on a project specific basis to complete 10-15 new investments each year. Managed a team of 8 across 4 regional locations.

- Took a lead role in bringing App. A$650 million in new investment capital to Australia and generating over 1,000 new jobs in a range of sectors from Timber processing to High-Tech and Biochemical.

**MALLESONS STEPHEN JAQUES, SYDNEY**                          **JUL 87 - JAN 94**
**Partner**

- Banking and Finance Section, specialising in corporate law; project and general financing work for multinational corporations and international financing institutions; tax based financing; commercial and financing aspects of corporate work-out and insolvency work; and property related financing.

- Infrastructure financing for the Sydney Harbour Tunnel, Insolvency/work-out advisory work on the Sydney Hilton Hotel, Shimizu Corporation's Australian property portfolio, Big Bear Project North Sydney. Structured Finance, R&D Schemes, Preference shares and Depreciation Trusts for Macquarie Bank and Bankers Trust. Property Lending for the Regent Hotel, Ritz Carlton and Park Hyatt.

**BAKER & MCKENZIE**
**Associate**

**JAN 83 - AUG 86**

- Specialised in banking and commercial work, principally for international corporate and banking clients and in trade practices; intellectual property; general corporate and commercial work.

## Languages

- English - native.
- Japanese – fluent. 1979 Winner Australian Japanese National Speaking Competition Open Division.

## Accreditations

- Solicitor and Barrister admitted to the Supreme Courts of Victoria, New South Wales, Western Australia and the Australian Capital Territory.
- Mediator accredited by the New South Wales Law Society.