UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 07-4551 (JNE/JJG)

TIMEBASE PTY LTD.,

        Plaintiff,

v.

**NOTICE OF CHANGE
OF HEARING TIME**

THE THOMSON CORPORATION,
WEST PUBLISHING CORPORATION,
and WEST SERVICES, INC.,

        Defendants.

Due to a change in the Court's schedule, the time of the civil motion hearing scheduled before the Honorable Magistrate Judge Jeanne J. Graham on **Thursday, January 24, 2008**, at 9:00 a.m., will now be conducted **at 9:30 a.m.** in Courtroom 8E, in the U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

Dated:  January 18, 2008          s/ *Judith M. Kirby*
                                              Judith M. Kirby
                                              Calendar Clerk for U.S. Magistrate
                                              Judge Jeanne J. Graham