# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Timbase Pty Ltd.,

           Plaintiff,

v.

The Thomson Corporation, et al.,

           Defendants.

**COURT MINUTES**
BEFORE: Jeanne J. Graham
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 07-cv-4551 (JNE/JJG) |
| Date: | January 24, 2008 |
| Court Reporter: | n/a |
| Tape Number: | JJG Civil No. 21 (Mpls) |
| Time Commenced: | 9:40 a.m. |
| Time Concluded: | 11:00 a.m |
| Time in Court: | 1 hour, 20 minutes |

APPEARANCES:

  For Plaintiff:      Joseph Hosteny, Michael Cunningham
  For Defendant:    Calvin Litsey, Shawn Gordon

Hearing before Magistrate Judge Graham on Defendants' motion to consolidate and stay (Doc. No. 12). The motion was taken under advisement, and an order will be issued.

                                                          s/Ann M. Bildtsen
                                                         Signature of Law Clerk