# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **Certificate of Service** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**1.    MOTION FOR ADMISSION PRO HACE VICE**

The following counsel have been served with these documents via CM/ECF:

**Joseph N. Hosteny** at jhosteny@hosteny.com

**Michael R. Cunningham** at michael.cunningham@gpmlaw.com


Dated: February 26, 2008            **FAEGRE & BENSON LLP**

                                    By:

                                    *s/ Shawn T. Gordon*
                                    Calvin L. Litsey #153746
                                    David J.F. Gross, #208772
                                    Shawn T. Gordon, # 336439
                                    Timothy E. Grimsrud, #34283X
                                    Kevin P. Wagner, # 34008X

                                    2200 Wells Fargo Center
                                    90 South Seventh Street
                                    Minneapolis, Minnesota 55402

Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: tgrimsrud@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2645849.01