# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Case No. 07-CV-4551 (JNE/JJG) |
| Plaintiff, | Case No. 07-CV-1687 (JNE/JJG) |
| vs. | **DEFENDANTS' APPEAL OF AND OBJECTIONS TO ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.2(a), Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc. hereby object to the portion of Magistrate Judge Graham's February 12, 2008 Order in Case No. 07-4551 denying a stay of that case pending the reexamination of U.S. Patent No. 6,233,592 and the portion of Magistrate Judge Graham's February 12, 2008 Order in Case No. 07-1687 lifting the stay of that case pending reexamination of U.S. Patent No. 6,233,592, and respectfully request the following relief:

(1)     reversal of the portion of Magistrate Judge Graham's February 12, 2008 Order in Case No. 07-4551 denying a stay pending the reexamination of U.S. Patent No. 6,223,592 by the PTO, including all appeals;

(2)     reversal of the portion of Magistrate Judge Graham's February 12, 2008 Order in Case No. 07-1687 lifting the stay of that case pending the reexamination of U.S. Patent No. 6,223,592 by the PTO; and

(3)     a stay of the consolidated Case Nos. 07-1687 and 07-4551 pending the reexamination of U.S. Patent No. 6,223,592 by the PTO, including all appeals. Defendants' Objections are based upon the Defendants' Memorandum in Support of Motion, the exhibits accompanying the Declaration of Shawn T. Gordon, and on the file, record, and proceedings herein.

Dated: February 26, 2008                    **FAEGRE & BENSON LLP**

*s/ Calvin L. Litsey*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn T. Gordon, # 336439
Kevin P. Wagner, # 34008X

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**