# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-CV-4551 (JNE/JJG)** <br> **Civil No. 07-CV-1687 (JNE/JJG)** <br><br> **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |

    I, Shawn T. Gordon, certify that **Defendants' Memorandum in Support of Objections to Orders Denying a Stay of the '228 Case (No. 07-4551) and Lifting the Stay of the '592 Case (No. 07-1687)** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

    I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above referenced document contains 3,431 words, excluding caption and signature block.

Dated: February 26, 2008        **FAEGRE & BENSON LLP**

                                             *s/ Shawn T. Gordon*
                                             Calvin L. Litsey #153746
                                             David J.F. Gross, #208772
                                             Shawn T. Gordon, # 336439
                                             Kevin P. Wagner, # 34008X

                                             2200 Wells Fargo Center
                                             90 South Seventh Street
                                             Minneapolis, Minnesota 55402
                                             Telephone: (612) 766-7000

Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**