## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | **Civil No. 07-CV-4551 (JNE/JJG)** |
|  | **Civil No. 07-CV-1687 (JNE/JJG)** |
| Plaintiff, | |
| vs. | **DECLARATION OF SHAWN T. GORDON IN SUPPORT OF DEFENDANTS' APPEAL OF AND OBJECTIONS TO ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

I, Shawn T. Gordon, declare as follows:

1. I am an attorney at Faegre & Benson LLP in Minneapolis, Minnesota. I am one of the lawyers representing The Thomson Corporation, West Publishing Corporation, and West Services, Inc. in connection with the above action. This declaration is made on my personal knowledge and belief.

2. I have attached to this declaration true and correct copies of the following documents:

**EXHIBIT NO. 1**: February 12, 2008 Order in Case No. 07-4551 (Docket No. 24)

**EXHIBIT NO. 2**: February 12, 2008 Order in Case No. 07-1687 (Docket No. 51)

**EXHIBIT NO. 3**: Transcript from June 28, 2007 Hearing on Motion to Stay Case No. 07-1687 Pending Reexamination of U.S. Patent No. 6,233,592

**EXHIBIT NO. 4**:   Transcript from January 24, 2008 Hearing on Motion to Consolidate with Case No. 07-4551 and Stay Pending Reexamination of U.S. Patent No. 6,233,592

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed this 26th day of February 2008 in Minneapolis, Minnesota.

                                        *s/ Shawn T. Gordon*
                                        Shawn T. Gordon

fb.us.2645755.01