# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-4551 (JNE/JJG)** <br> **Civil No. 07-CV-1687 (JNE/JJG)** <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on February 26, 2008 I caused the following document:

**1.     DEFENDANTS' APPEAL OF AND OBJECTIONS TO ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687**

**2.     DEFENDANTS' MEMORANDUM IN SUPPORT OF OBJECTIONS TO ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)**

**3.     DECLARATION OF SHAWN T. GORDON IN SUPPORT OF DEFENDANTS' OBJECTIONS TO ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   **Arthur A. Gasey** at gasey@nshn.com

   **Joseph N. Hosteny** at hosteny@nshn.com

   **Michael R. Cunningham** at michael.cunningham@gpmlaw.com

I further certify that I caused a proposed order to be filed with the court via e-mail to the following judge who is deciding the motion:

   The Honorable Joan N. Ericksen

and I certify that I caused a copy of the proposed order to be mailed to the following:

**Arthur A. Gasey**
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602

**Joseph N. Hosteny**
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602

**Michael R. Cunningham**
Gray, Plant & Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: February 26, 2008  **FAEGRE & BENSON LLP**

By:

*s/ Shawn T. Gordon*
Calvin L. Litsey #153746
Shawn T. Gordon #336439
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: sgordon@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2645854.01