IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
|                 Plaintiff, | ) Civil Action Nos.  07-cv-1687 (JNE/JJG) <br> ) and                 07-cv-04551 |
| vs. | ) |
| | ) Honorable Joan N. Ericksen |
| THE THOMSON CORPORATION, | ) Magistrate Judge Jeanne J. Graham |
| WEST PUBLISHING CORPORATION, | ) |
| AND WEST SERVICES, INC., | ) **TIMEBASE'S LOCAL RULE 7.1** |
| | ) **CERTIFICATE OF COMPLIANCE** |
|                 Defendants. | ) |

I, Joseph N. Hosteny, certify that **Timebase's Response To Defendants' Memorandum In Support Of Appeal Of And Objections To Orders Denying A Stay Of The '288 Case (No. 07-4551) Ad Lifting The Stay Of The '592 Case (No. 07-1687)** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced document contains __3,612__ words, excluding caption and signature block.

Respectfully submitted,
/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602   Phone: (312) 236-0733

Michael R. Cunningham
Gray, Plant & Mooty
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000; Fax: 612/632-4444
michael.cunningham@gpmlaw.com

Attorneys for TimeBase Pty Ltd.