IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | |
| | ) | Civil Action Nos. 07-CV-04551(JNE/JJG) |
| Plaintiff, | ) | And 07-CV-1687 (JNE/JJG) |
| vs. | ) | |
| | ) | Honorable Joan N. Ericksen |
| THE THOMSON CORPORATION, | ) | Magistrate Judge Jeanne J. Graham |
| WEST PUBLISHING CORPORATION, | ) | |
| AND WEST SERVICES, INC., | ) | **SECOND DECLARATION** |
| | ) | **OF JOSEPH N. HOSTENY** |
| Defendants. | ) | |

I, Joseph N. Hosteny, declare:

1.      I am one of the attorneys for TimeBase Pty Ltd. in this case.

2.      Exhibit 1 is a true and accurate copy of Order of February 12, 2008;

3.      Exhibit 2 is a true and accurate copy of Transcript of Proceedings of January 24, 2008, Case No. 07-CV-4551;

4.      Exhibit 3 is a true and accurate copy Transcript of Proceedings of June 28, 2007, Case No. 07-CV-1687; and

5.      Exhibit 4 includes true and correct copies of LEXIS and Westlaw cases cited in TimeBase's Response, in the order cited in the response.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on March 11, 2008.


  /s/Joseph N. Hosteny