IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) Civil Action No. 07-cv-04551-ADM-AJB |
| Plaintiff, | ) |
| vs. | ) Honorable Joan N. Ericksen |
| | ) Magistrate Judge Jeanne J. Graham |
| THE THOMSON CORPORATION, | ) |
| WEST PUBLISHING CORPORATION, | ) |
| AND WEST SERVICES, INC., | ) **TIMEBASE'S CERTIFICATE OF** |
| | ) **SERVICE** |
| Defendants. | ) |

I hereby certify that on March 11, 2008, I caused the following documents to be electronically filed with the clerk of the court by using the CM/ECF system:

1. Timebase's Response To Defendants' Memorandum In Support Of Appeal Of And Objections To Orders Denying A Stay Of The '228 Case (No. 07-4551) And Lifting The Stay Of The '592 Case (No. 07-1687);

2. Second Declaration of Joseph N. Hosteny, with attached Exhibits 1 to 4; and

2. Local Rule 7.1 Certificate of Compliance;

The following counsel have been served with these documents via CM/ECF:

- David J.F. Gross
  Calvin L. Litsey
  Chad Drown
  Faegre & Benson LLP
  2200 Wells Fargo Center
  90 South Seventh Street
  Minneapolis, Minnesota 55402

Dated: March 11, 2008          /s/ Joseph N. Hosteny
                               Joseph N. Hosteny
                               Arthur A. Gasey
                               Niro, Scavone, Haller & Niro
                               181 West Madison, Suite 4600
                               Chicago, Illinois 60602   Phone: 312-236-0733

                               Michael R. Cunningham
                               Gray, Plant & Mooty
                               500 IDS Center, 80 South Eighth Street
                               Minneapolis, Minnesota 55402
                               Phone: 612/632-3000; Fax: 612/632-4444
                               michael.cunningham@gpmlaw.com
                               Attorneys for TimeBase Pty Ltd.