DAVID J.F. GROSS
DGross@faegre.com
(612) 766-7804

April 1, 2008

The Honorable Joan N. Ericksen
United States District Court                                **VIA HAND DELIVERY**
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

      Re:    *Timebase Pty Ltd. vs. The Thomson Corporation, et al.*
             Civil Nos. 07-4551 (JNE/JJG) and 07-CV-1687 (JNE/JJG)

Dear Magistrate Judge Ericksen:

      We are counsel for the defendants in the above matter.  Currently before the Court is our appeal of Magistrate Judge Graham's Order lifting the stay pending reexamination by the PTO of one of the patents-at-issue, U.S. Patent No. 6,233,592.  Both sides have submitted their briefs for this appeal.  However, on March 28, 2008, after all the briefing had been completed, additional information became available.  The PTO issued an office action in the reexamination rejecting all 58 of the claims of plaintiff's U.S. Patent No. 6,233,592.  A copy of the PTO's office action is attached.  We would be happy to provide any more information that the Court believes would be helpful.

                                        Regards,

                                        s/ David J.F. Gross

                                        David J.F. Gross

cc:    Joe Hosteny, Esq. (*w/o enclosure*)
        Michael Cunningham (*w/o enclosure*)

Enclosure

fb.us.2523817.02