IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) Case No. 07-CV-4551 (JNE/JJG) |
| Plaintiff, | ) Case No. 07-CV-1687 (JNE/JJG) |
| vs. | ) |
| | ) **DEFENDANTS'** |
| THE THOMSON CORPORATION, WEST | ) **SUPPLEMENTAL RULE 7.1** |
| PUBLISHING CORPORATION, AND | ) **DISCLOSURE STATEMENT** |
| WEST SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 7.1(b)(2), Defendants hereby file this supplemental Rule 7.1 Disclosure Statement.

On April 17, 2008, Defendant The Thomson Corporation acquired Reuters Group PLC and became Thomson Reuters, a unified group operating under a dual listed company structure. Under this structure, Thomson Reuters has two publicly listed parent companies – Thomson Reuters Corporation and Thomson Reuters PLC.

1

Dated: April 24, 2008

**FAEGRE & BENSON LLP**

By:

*s/ Shawn T. Gordon*
David J.F. Gross #208772
Calvin L. Litsey #153746
Kevin P. Wagner #034008X
Shawn T. Gordon #336439
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: kwagner@faegre.com
Email: sgordon@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2809684.01