# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | Case No. 07-CV-4551 (JNE/JJG) |
| | Case No. 07-CV-1687 (JNE/JJG) |
| Plaintiff, | |
| vs. | **Certificate of Service** |
| THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

**1. DEFENDANTS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

The following counsel have been served with these documents via CM/ECF:

**Joseph N. Hosteny** at jhosteny@hosteny.com

**Michael R. Cunningham** at michael.cunningham@gpmlaw.com

Dated: April 24, 2008      **FAEGRE & BENSON LLP**

By:

*s/ Shawn T. Gordon*
Calvin L. Litsey #153746
David J.F. Gross, #208772
Shawn T. Gordon, # 336439
Kevin P. Wagner, # 34008X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402

Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: clitsey@faegre.com
Email: dgross@faegre.com
Email: sgordon@faegre.com
Email: kwagner@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Publishing Corporation, and West Services, Inc.**

fb.us.2811593.01