IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., ) | |
| ) | Civil Action Nos.  07-cv-1687 (JNE/JJG) |
| Plaintiff, ) | and  07-cv-04551 |
| vs. ) | |
| ) | Honorable Joan N. Ericksen |
| THE THOMSON CORPORATION, ) | Magistrate Judge Jeanne J. Graham |
| WEST PUBLISHING CORPORATION, ) | |
| AND WEST SERVICES, INC., ) | **TIMEBASE'S LOCAL RULE 7.1** |
| ) | **CERTIFICATE OF COMPLIANCE** |
| Defendants. ) | |

I, Joseph N. Hosteny, certify that **TimeBase's Supplemental Brief Regarding Appeal Of And Objections To Orders Denying A Stay Of The '228 Case (No. 07-4551) And Lifting The Stay Of The '592 Case (No. 07-1687)** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced document contains ___3421_____ words, excluding caption and signature block.

Respectfully submitted,
/s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602   Phone: (312) 236-0733

Michael R. Cunningham
Gray, Plant & Mooty
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000; Fax: 612/632-4444
michael.cunningham@gpmlaw.com

Attorneys for TimeBase Pty Ltd.