IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) Civil Action Nos. 07-CV-04551(JNE/JJG) |
| Plaintiff, | ) And 07-CV-1687 (JNE/JJG) |
| vs. | ) |
| | ) Honorable Joan N. Ericksen |
| THE THOMSON CORPORATION, | ) Magistrate Judge Jeanne J. Graham |
| WEST PUBLISHING CORPORATION, | ) |
| AND WEST SERVICES, INC., | ) **THIRD DECLARATION** |
| | ) **OF JOSEPH N. HOSTENY** |
| Defendants. | ) |

I, Joseph N. Hosteny, declare:

1. I am one of the attorneys for TimeBase Pty Ltd. in this case. Exhibit 1 is a true and accurate copy of a communication from the European Patent Office dated February 27, 2008.

2. Exhibit 2 is a true and accurate copy of § 2128 of the Manual of Patenting Examining Procedure obtained from the PTO web site.

3. Exhibit 3 is a true and accurate copy of D2 with handwriting on it.

4. Exhibit 4 is a true and accurate copy of § 901.06(a) of the Manual of Patent Examining Procedure obtained from the PTO web site.

5. Exhibit 5 includes true and correct copies of patents and reexamination documents referred to in the brief, and a table summarizing those reexaminations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 25, 2008.

                                                            /s/Joseph N. Hosteny