IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., | ) |
| | ) Civil Action Nos. 07-cv-04551 (JNE/JJG) |
| Plaintiff, | ) And 07-cv-1687 (JNE/JJG) |
| vs. | ) |
| | ) Honorable Joan N. Ericksen |
| THE THOMSON CORPORATION, | ) Magistrate Judge Jeanne J. Graham |
| WEST PUBLISHING CORPORATION, | ) |
| AND WEST SERVICES, INC., | ) |
| | ) **TIMEBASE'S CERTIFICATE OF** |
| Defendants. | ) **SERVICE** |

I hereby certify that on April 25, 2008, I caused the following documents to be electronically filed with the clerk of the court by using the CM/ECF system:

1. Timebase's Supplemental Brief Regarding Appeal Of And Objections To Orders Denying A Stay Of The '228 Case (No. 07-4551) And Lifting The Stay Of The '592 Case (No. 07-1687);

2. Third Declaration of Joseph N. Hosteny, with attached Exhibits 1 to 5; and

2. Local Rule 7.1 Certificate of Compliance;

The following counsel have been served with these documents via CM/ECF:

- David J.F. Gross
  Calvin L. Litsey
  Chad Drown
  Faegre & Benson LLP
  2200 Wells Fargo Center
  90 South Seventh Street
  Minneapolis, Minnesota  55402

Dated: April 25, 2008  /s/ Joseph N. Hosteny
Joseph N. Hosteny
Arthur A. Gasey
Niro, Scavone, Haller & Niro
181 West Madison, Suite 4600
Chicago, Illinois 60602   Phone:  312-236-0733

Michael R. Cunningham
Gray, Plant & Mooty
500 IDS Center, 80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: 612/632-3000; Fax: 612/632-4444
michael.cunningham@gpmlaw.com
Attorneys for TimeBase Pty Ltd.