# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TIMEBASE PTY LTD., | ) | **Case No. 07-CV-4551 (JNE/JJG)** |
| | ) | **Case No. 07-CV-1687 (JNE/JJG)** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **INDEX TO EXHIBITS FOR** |
| | ) | **DEFENDANTS' MEMORANDUM** |
| THE THOMSON CORPORATION, WEST | ) | **ADDRESSING ISSUES RELATED TO** |
| PUBLISHING CORPORATION, and | ) | **THE RECONSIDERATION OF THE** |
| WEST SERVICES, INC., | ) | **ORDERS DENYING A STAY OF THE** |
| | ) | **'228 CASE (NO. 07-4551) AND** |
| Defendants. | ) | **LIFTING THE STAY OF THE** |
| | ) | **'592 CASE (NO. 07-1687)** |

| DOCUMENT | EXHIBIT NO. |
|---|---|

Defendant's Memorandum in Support of Appeal of and Objections to Orders Denying a Stay of the '228 Case (No. 07-4551) and Lifting the Stay of the '592 Case (No. 07-1687) (Docket No. 28)......................................................................1

February 12, 2008 Order in Case No. 07-4551 (Docket No. 24) ..........................................2

March 28, 2008 Office Action in Reexamination 90/008,450 ...............................................3

April 17, 2008 Letter from Joseph N. Hosteny to Judge Ericksen (Docket No. 37)..............4

Defendant The Thomson Corporation's Objections and Responses to Plaintiff TimeBase's First Set of Requests for Production of Documents (Nos. 1-40) ..........5

TimeBase's Response to Defendant's Memorandum in Support of Appeal of and Objections to Orders Denying a Stay of the '228 Case (No. 07-4551) and Lifting the Stay of the '592 Case (No. 07-1687) (Docket No. 32)...................................6

TimeBase's Response to Thomson's Motion to Stay and Consolidate (Docket No. 17) .......7

fb.us.2773338.01