# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-CV-4551 (JNE/JJG)** <br> **Civil No. 07-CV-1687 (JNE/JJG)** <br><br> **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE** |

    I, Shawn T. Gordon, certify that **DEFENDANTS' MEMORANDUM ADDRESSING ISSUES RELATED TO THE RECONSIDERATION OF THE ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687)** complies with the length limitation of Local Rule 7.1(c) and the type-size limitation of Local Rule 7.1(e).

    I further certify that, in preparation of this memorandum, I used Microsoft Office Word, Version 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the above referenced document contains 3,049 words, excluding caption and signature block.

| | |
|---|---|
| Dated: April 25, 2008 | **FAEGRE & BENSON LLP**<br><br>**By:**<br><br>s/ Shawn T. Gordon<br>David J.F. Gross #208772<br>Calvin L. Litsey #153746<br>Kevin P. Wagner #034008X<br>Shawn T. Gordon #336439<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Fax: (612) 766-1600<br>Email: dgross@faegre.com<br>Email: clitsey@faegre.com<br>Email: kwagner@faegre.com<br>Email: sgordon@faegre.com<br><br>**Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.** |
| fb.us.2816261.01 | |