# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TIMEBASE PTY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE THOMSON CORPORATION, WEST PUBLISHING CORPORATION, and WEST SERVICES, INC., <br><br> Defendants. | **Civil No. 07-CV-4551 (JNE/JJG)** <br> **Civil No. 07-CV-1687 (JNE/JJG)** <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2008, I caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

1. **DEFENDANTS' MEMORANDUM ADDRESSING ISSUES RELATED TO THE RECONSIDERATION OF THE ORDERS DENYING A STAY OF THE '228 CASE (NO. 07-4551) AND LIFTING THE STAY OF THE '592 CASE (NO. 07-1687), WITH EXHIBITS 1-7; AND**

2. **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE.**

The following counsel have been served with these documents via CM/ECF:

**Joseph N Hosteny**
jhosteny@hosteny.com

**Michael R Cunningham**
michael.cunningham@gpmlaw.com

Dated: April 25, 2008

**FAEGRE & BENSON LLP**

**By:**

s/ Shawn T. Gordon
David J.F. Gross #208772
Calvin L. Litsey #153746
Kevin P. Wagner #034008X
Shawn T. Gordon #336439
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
Email: dgross@faegre.com
Email: clitsey@faegre.com
Email: kwagner@faegre.com
Email: sgordon@faegre.com

**Attorneys for Defendants The Thomson Corporation, West Services Publishing Corporation, and West Services Services, Inc.**

fb.us.2516757.01